# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Alto Maipo Delaware LLC, *et al.*,[1] | Case No. 21-11507 (   ) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "Creditor Matrix") of the above-captioned debtors and debtors in possession (together, the "Debtors") is filed by attachment hereto.

The Creditor Matrix has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-1(a). The Debtors reserve the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (•) (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

28811052.1

potential claimants included in the Creditor Matrix.  In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases.  Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

Dated: November 17, 2021            _____
                                              Javier Dib
                                              Board President & Chief Restructuring Officer

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| (CANALISTA DEL MAIPO) CANAL CALERA DE TANGO | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| (CANALISTA DEL MAIPO) CANAL HUIDOBRO | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| (CANALISTA DEL MAIPO) CANAL LO ESPEJO | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| (CANALISTA DEL MAIPO) CANAL OCHAGAVIA | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| (CANALISTA DEL MAIPO) CANAL SAN VICENTE | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| (CANALISTA DEL MAIPO) CANAL SANTA CRUZ | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| (CANALISTA DEL MAIPO) CANALES UNIDOS DE BUIN | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| (CANALISTA DEL MAIPO) CANALISTAS DE PIRQUE | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| ABOGADOS | AV. ALONSO DE CÓRDOVA 3788 | OFICINA 73-B | | VITACURA | REGIÓN METROPOLITANA | | CHILE |
| ACF CAPITAL S.A. | EL BOSQUE NORTE 0177 | OFICINA 177 | | LAS CONDES | SANTIAGO | | CHILE |
| ADP INTERNATIONAL SERVICES BV | LYLANTSE BAAN 1 | 2908 LG CAPELLE AAN DEN JISSEL | | HOLLAND | | | NETHERLANDS |
| ADUANAS | PLAZA SOTOMAYOR 60 | | | VALPARAÍSO | | | CHILE |
| AES GENER SA | LOS CONQUISTADORES OF 1001 | Nº 1730 | | SANTIAGO | PROVIDENCIA | | CHILE |
| AGENCIA DE ADUANAS FELIPE ESPINOSA | HUERFANOS 670 | PISO 19 | | SANTIAGO | | | CHILE |
| AGQ CHILE S.A. | INDUSTRIALES 697 | HUECHURABA | | SANTIAGO | | | CHILE |
| AGRÍCOLA EL RACO LTDA. | HUELEN 56 | | | PROVIDENCIA | | | CHILE |
| AGUAS ANDINAS | AVENIDA PRESIDENTE BALMACEDA 1398 | | | SANTIAGO | | | CHILE |
| AGUAS PURIFICADAS CONTIN | LOS PITIOS 5778-L | MACUL | | SANTIAGO | | | CHILE |
| AGUSTÍN EDUARDO LAMA LEGRAND. | ROSARIO NORTE 615 | OFICINA 1104 | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| ALEJANDRO ENRIQUE MUJICA ABARCA. | CARLOS ANTUNEZ 1831 DP 404 | | | COMUNA DE PROVIDENCIA | REGIÓN METROPOLITANA | | CHILE |
| ALEXIS ARMANDO SANDOVAL CABRERA | PJE. ESTACION TEGUALDA 3309 ESTAC. FERROVIARIAS | PUENTE ALTO | | SANTIAGO | | | CHILE |
| ALFREDO DEL CARRIL | AVAILABLE UPON REQUEST | | | | | | |
| ALIXPARTNERS | 903 3RD AVENUE | | | NEW YORK | NY | 10022 | |
| ALTO MAIPO HOLDINGS DELAWARE LLC | CALLE COMERCIO 19762 | SAN JOSÉ DE MAIPO | REGIÓN METROPOLITANA | SANTIAGO METROPOLITAN | | | CHILE |
| ALTO MAIPO SPA | CALLE COMERCIO 19762 | SAN JOSÉ DE MAIPO | | REGIÓN METROPOLITANA | SANTIAGO METROPOLITAN | | CHILE |
| ALTURAS II | ISIDORA GOYENECHEA 3621 | PISO 8 | | LAS CONDES | SANTIAGO | | CHILE |
| ALVARO IGNACIO GARRIDO ESPINOZA | PASAJE CENTAURUS 1038 | LA FLORIDA | | SANTIAGO | | | CHILE |
| ÁLVARO TORO VEGA. | CALLE ALONSO DE OVALLE Nº 1618 OFICINA A | | | COMUNA DE SANTIAGO | REGIÓN METROPOLITANA | | CHILE |
| AMEC-CADE INGENIERIA Y DESARROLLO | AV. LARRAIN 5862 | PISO11 | | LA REINA | | | CHILE |
| ANA ALICIA FERNANDEZ VALDES | INDIANA 1352 | | | VITACURA | | | CHILE |
| ANDRITZ CHILE LIMITADA | ISIDORA GOYENECHEA 3200 OF202 | | | LAS CONDES | SANTIAGO | | CHILE |
| ANDRITZ CHILE LIMITADA | MARCELO HENRIQUEZ | ISIDORA GOYENECHEA 3200 OF202 | | LAS CONDES | SANTIAGO | | CHILE |
| ANDRITZ HYDRO GMBH. | ANDREAS KRONSTEINER | EIBESBRUNNERGASSE 20 | | VIENA | | 1120 | AUSTRIA |
| ANDRITZ HYDRO GMBH. | EIBESBRUNNERGASSE 20 | | | VIENA | | 1120 | AUSTRIA |
| ANSALDO S. A. | 9º AVENIDA 1325 - PLACILLA ORIENTE CASILLA 687 | | | VALPARAISO. | | | CHILE |
| ANTOFAGASTA MINERALS SA (MINERA LOS PELAMBRES) | AV. APOQUINDO 4001 – PISO 18 | | | LAS CONDES | SANTIAGO | | CHILE |
| AP ASESORIAS EN GESTION Y CONSULTOR | LAS TORTOLAS 2516 | | | LAS CONDES | SANTIAGO | | CHILE |
| AQUA ENERGIE LLC | 7830 RESTMOOR DRIVE | | | BALDWINSVILLE | NY | 13027 | |
| ARAYA Y COMPANIA LIMITADA | HUERFANOS 1117 OF 514 | | | SANTIAGO | | | CHILE |
| ARIEL GIOVANNI QUEZADA SEYSSEL | CRETE NORTE 3900 | | | PUENTE ALTO | SANTIAGO | | CHILE |
| ARTHUR J. GALLAGHER & CO. | ISIDORA GOYENECHEA 3477 | PISO 6 | OFICINA 61 | LAS CONDES | | | CHILE |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| ARTOOL SPA | AVENIDA DEL VALLE 945 | OF 4604 | | HUECHURABA | SANTIAGO | | CHILE |
| ASESORIAS E INVERSIONES A&P LIMITAD | NICOLÁS CANNONI MANDUJANO | MÁLAGA 339 | | LAS CONDES | SANTIAGO | | CHILE |
| ASESORIAS E INVERSIONES A&P LIMITADA | MÁLAGA 339 | | | LAS CONDES | SANTIAGO | | CHILE |
| ASESORIAS JURIDICAS CARCELEN, DESMADRYL | ISIDORA GOYENECHEA 3477 | PISO 14 | | LAS CONDES | SANTIAGO | | CHILE |
| ASESORIAS LEGALES QRF SPA | ALCANTARA 200 OF406 | | | LAS CONDES | SANTIAGO | | CHILE |
| ASOCIACION DE CANALISTAS EL MAURINO | CAMILO HENRIQUEZ 625 | | | PUENTE ALTO | SANTIAGO | | CHILE |
| ASSET CHILE | ROSARIO NTE 615 OF 2003 | SANTIAGO | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| ATB RIVA CALZONI CHILE SPA | EL BOSQUE CENTRAL 90 | LAS CONDES | | REGIÓN METROPOLITANA | | | CHILE |
| AUTOMOTORA INALCO S A | BELLAVISTA 832 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| AUTOTROL CHILE S.A. | EDUARDO CASTILLO VELASCO 1520 | | | ÑUÑOA | SANTIAGO | | CHILE |
| AZERTA SPA | AV. AMÉRICO VESPUCIO NORTE 1561 | PISO 6 Y 11 VITACURA | | SANTIAGO | | | CHILE |
| BAKER BOTTS L.L.P. | 30 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10112 | |
| BANCO DE CHILE | AHUMADA 251 | | | SANTIAGO | | | CHILE |
| BANCO DE CREDITO E INVERSIONES | AV. EL GOLF 125 | PISO 14 | | SANTIAGO | SANTIAGO | | CHILE |
| BANCO DEL ESTADO DE CHILE | AVENIDA LIBERTADOR BERNARDO O'HIGGINS N° 1111 | | | SANTIAGO | | | CHILE |
| BANCO INTERNACIONAL | MONEDA 810 | | | SANTIAGO | SANTIAGO | | CHILE |
| BANK OF AMERICA MERYLL LYNCH | P. O. BOX 417535 | | | BOSTON | MA | 02241-7535 | |
| BCI | AV. EL GOLF 125 | PISO 14 | | SANTIAGO | SANTIAGO | | CHILE |
| BEATRIZ DEL CARMEN MARIN VIDAL | LAGUNILLAS 3292 | VILLA FERROVIARIA | | PUENTE ALTO | SANTIAGO | | CHILE |
| BENITO CAMPOS Y CIA LTDA | COMERCIO 19909 | SAN JOSE DE MAIPO | | SANTIAGO | | | CHILE |
| BIOAMERICA SERVICIOS PROFESIONALES | AVDA. NUEVA PROVIDENCIA 1881 | OF 2208 | | PROVIDENCIA | SANTIAGO | | CHILE |
| BIOPRODUCTOS LIMITADA | CAMINO LOS INGLESES 965 | | | VALPARAISO. | | | CHILE |
| BLANCA GACITÚA | TERESA VIAL 1179 | DPTO.1201 | | SAN MIGUEL | SANTIAGO | | CHILE |
| BPC SERVICIOS Y NEGOCIOS S.A. | HUERFANOS 770 | | | SANTIAGO | | | CHILE |
| BRADLEY ARANT BOULT CUMMINGS LLP | 1819 5TH AVE NORTH | | | BIRMINGHAM | AL | 35203 | |
| BRUNO FRITSCH S.A | PRAT 306 | | | CONCEPCIÓN | | | CHILE |
| CAMILA ASTUDILLO ESCOBAR | AVAILABLE UPON REQUEST | | | | | | |
| CANALISTA DEL MAIPO | AV APOQUINDO3001 | PISO 6 | | LAS CONDES | | | CHILE |
| CAPTA HYDRO SPA | NUEVA PROVIDENCIA 1881 LC 1201 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| CAREY Y CIA LIMITADA | ISIDORA GOYENECHEA 2800 | OF 4201 PISO 42 | | LAS CONDES | SANTIAGO | | CHILE |
| CARLOS FEDERICO HIDALGO GUERRERO | MIRAFLORES 178 | PISO 22 | | SANTIAGO | REGIÓN METROPOLITANA | | CHILE |
| CARLOS FELIPE GARIN AGUILAR | CARLOS FELIPE GARIN AGUILAR | GRECIA 757 DEPTO 30 | | ÑUÑOA | SANTIAGO | | CHILE |
| CARLOS FELIPE GARIN AGUILAR | GRECIA 757 DEPTO 30 | | | ÑUÑOA | SANTIAGO | | CHILE |
| CAROLINA ALDUNATE LEÓN. | CRESCENTE ERRAZURIZ 1985 | | | COMUNA ESTADIO NACIONAL | | | CHILE |
| CAROLINA CECILIA VÁSQUEZ ROJAS. | AGUSTINAS N°1225 | PISO N°4 | | SANTIAGO CENTRO | REGIÓN METROPOLITANA | | CHILE |
| CARVALLO BIZZARRI & GARCIA | AV. NUEVA COSTANERA 4229 | OF. 206 | | VITACURA | SANTIAGO | | CHILE |
| CENTRO DE ECOLOGIA APLICADA LTDA | VIVIANA VASQUEZ | SUECIA 3304 | | ÑUÑOA | SANTIAGO | | CHILE |
| CENTRO DE ECOLOGÍA APLICADA LTDA. | SUECIA 3304 | | | ÑUÑOA | SANTIAGO | | CHILE |
| CENTRO DE INVESTIGACION INSTITUTO RIO COLORADO | PADRE LUIS DE VALDIVIA 346 | OF. 101 | | SANTIAGO | | | CHILE |
| CHARLES NAIRAC WHITE & CASE LLP | 19 PLACE VENDÔME | | | PARIS | | 75001 | FRANCE |
| CHITA SPA. | SERRANO 282 | | | SANTIAGO | RM | | CHILE |
| CHRISTIAN ANDRIS CHAIT MUJICA. | CALLE AGUSTINAS 681 | OFICINA 609 | | CIUDAD Y COMUNA DE SANTIAGO | REGIÓN METROPOLITANA | | CHILE |
| CIELOSUR SPA | LAS GARZAS 1994 | | | PEÑALOLEN | SANTIAGO | | CHILE |
| CIFUENTES Y CIA SPA | NOVENA AVENIDA 1271 | | | SAN MIGUEL | SANTIAGO | | CHILE |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| CLARO & CIA | AV. APOQUINDO 3721 | PISO 14. | | SANTIAGO | | | CHILE |
| CLARO CHILE S.A. | EL SALTO 5450 | | | HUECHURABA | RM | | CHILE |
| CLARO CHILE S.A. | JOSE IGNACIO GONZALEZ CEJAS | EL SALTO 5450 | | HUECHURABA | RM | | CHILE |
| CLARO INFRAESTRUCTURA 171 S.A | EL SALTO 5450 | | | HUECHURABA | RM | | CHILE |
| CLEARY GOTTLIEB STEEN & HAMILTON | 1 LIBERTY PLAZA | | | NEW YORK | NY | 10006 | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JACK MASSEY,LUKE A. BAREFOOT,KATHARINE ROSS | 2112 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20037 | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JACK MASSEY,LUKE A. BAREFOOT,KATHARINE ROSS | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | |
| CLINICA ALEMANA DE SANTIAGO S.A. | AV. VITACURA 5951 | | | VITACURA | SANTIAGO | | CHILE |
| CLIODINAMICA ASESORIAS, CONSULTORIA | ANTONIO BELLET 292 | OF. 903 | | PROVIDENCIA | SANTIAGO | | CHILE |
| CLOVER CAPITAL, LTD | ONE NORTH WACKER DR 32ND FLOOR | | | CHICAGO | IL | 60606 | |
| CMF – COMISION PARA EL MERCADO FINANCIERO | AV. LIBERTADOR BERNARDO O'HIGGINS 1449 | | | SANTIAGO | | | CHILE |
| COLEGIO ALEMAN DE SANTIAGO SPA | NUESTRA SEÑORA DEL ROSARIO 850 | | | LAS CONDES | SANTIAGO | | CHILE |
| COMERCIAL DE VALORES S.A. FACTORING | NUEVA TAJAMAR 183 PISO 9 | LAS CONDES | | SANTIAGO | SANTIAGO | | CHILE |
| COMERCIAL MULTIEXPRESS L | PARQUE RIESCO 3461 | | | RECOLETA | | | CHILE |
| COMERCIAL OLLAGUA SPA | PARCELA 102 SECTOR EL TRIANGULO MAULE | | | TALCA | | | CHILE |
| COMERCIALIZADORA DH SPA | DOCTOR PEDRO LAUTARO FERRER 2776 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| COMPAÑÍA DE PETROLEOS DE CHILE | EL BOSQUE NORTE 0211 | | | LAS CONDES | SANTIAGO | | CHILE |
| COMPUTACION GRAFICA APLICADA | GRAL FLORES 171 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| COMUNIDAD DE AGUAS CANAL EL MANZANO | CAMINO AL VOLCÁN 11323 | EL MANZANO | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| CONFIDENCE CAPACITACION LIMITADA | AV. LUIS THAYER OJEDA 166 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| CONIC - BF INGENIEROS CIVILES | MAITENES 2387 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| CONIC - BF INGENIEROS CIVILES | RAÚL DEMANGEL | MAITENES 2387 | | PROVIDENCIA | SANTIAGO | | CHILE |
| CONSTRUCTORA NUEVO MAIPO S.A. | CERRO EL PLOMO 5420 | | | LAS CONDES | SANTIAGO | | CHILE |
| CONSULTORA PAMELA ANDREA LATHROP | BLANCO 1215 | DEPTO.403 E MA | | VALPARAISO | | | CHILE |
| CONSULTORA PAMELA ANDREA LATHROP VA | PAMELA LATHROP | BLANCO 1215 | DEPTO.403 E MA | VALPARAISO | | | CHILE |
| COSTANERA NORTE S A | GENERAL PRIETO 1430 | | | INDEPENDENCIA | SANTIAGO | | CHILE |
| CRISTIAN YANTEN PALACIOS | AVAILABLE UPON REQUEST | | | | | | |
| CRISTOBAL ALEJANDRO NORIEGA DELGADO | PEDRO LIRA 11542 | VILLA/POBL. NOCEDAL 2 | | SAN BERNARDO | | | CHILE |
| CUMPLO CHILE S.A | AV. APOQUINDO 5400 | PISO 2 | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| DANIEL CALDERON HUERTA | AVAILABLE UPON REQUEST | | | | | | |
| DANIEL IVAN VARAS RUIZ | CONO SUR 4980 DEPTO 1401 VILLA/POBL. GOMEZ CARREÑO | | | VIÑA DEL MAR. | | | CHILE |
| DANIEL MOYA HILL | AVAILABLE UPON REQUEST | | | | | | |
| DAVAROS INGENIERIA Y CONSTRUCCION | BALMACEDA 2885 | LA SERENA | | COQUIMBO | | | CHILE |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | |
| DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | |
| DELOITTE ADVISORY LTDA | ROSARIO NORTE 407 | OF 1601 | | LAS CONDES | SANTIAGO | | CHILE |
| DEUDA LAT | ISIDORA GOYENECHA 3641 | | | LAS CONDES | SANTIAGO | | CHILE |
| DEUTSCHE BANK AG | GREAT WINCHESTER STREET 1 | | | LONDON | | | UNITED KINGDOM |
| DFC | 1100 NEW YORK AVE NW | | | WASHINGTON | DC | 20527 | |
| DGA | MORANDÉ 59 | 8° PISO | | SANTIAGO | REGIÓN METROPOLITANA | | CHILE |
| DIRECTOR REGIONAL DE AGUAS | MORANDÉ 59 | 8° PISO | | SANTIAGO | REGIÓN METROPOLITANA | | CHILE |
| DISEÑO GRAFICO EQUIPAMENTO E INDUS | REMIGIO CANALES 1842 | | | ÑUÑOA | SANTIAGO | | CHILE |
| DISEÑO Y FABRICACION DE ARTICULOS | HOSTOS 1521 | | | QUINTA NORMAL | SANTIAGO | | CHILE |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| DNB | DRONNING EUFEMIAS GATE | | | OSLO | | | NORWAY |
| DR. ANDREI TCHERNITCHIN | RAFAEL PRADO N°419 | | | COMUNA DE NUÑOA | REGIÓN METROPOLITANA. | | CHILE |
| DUOGRAFIK ROPA CORPORATIVA SPA | CAMINO DEL ACUEDUCTO 3954 | CIUDAD DEL ESTE | | PUENTE ALTO | SANTIAGO | | CHILE |
| ECOSYSTEM S.A. | DIAGONAL ORIENTE 1381 | | | ÑUÑOA | SANTIAGO | | CHILE |
| EDUARDO IGNACIO MOSCOSO HENRIQUEZ | RUIZ TAGLE 771 | ESTACION CENTRAL | | SANTIAGO | | | CHILE |
| EDUARDO JAVIER DIEZ MORELLO | LUIS THAYER OJEDA 359 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| EHOLDING S.A. | AV. PRESIDENTE KENNEDY 4444 | OF.301 | | VITACURA | SANTIAGO | | CHILE |
| ELABORACION Y COMERCIALIZACION | CAMINO AL VOLCÁN 22705 | | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| EMPRENDER CAPITAL SERVICIOS FINANCI | CERRO EL PLOMO 5420 | | | LAS CONDES | SANTIAGO | | CHILE |
| EMPRESA GASTRONOMICA SPA | SITIO 3 HIJUELAS 3 10941 EL MANZANO SAN JOSE DE MAIPO | | | SANTIAGO | | | CHILE |
| ENEL X | SANTA ROSA 76 | PISO 5 | | SANTIAGO | | | CHILE |
| ENLACE FACTORING S.A. | 1 SUR 690 | OF815 | | TALCA | REGION DEL MAULE | | CHILE |
| ENTEL PCS TELECOMUNICACIONES S.A. | AVDA. COSTANERA SUR RIO MAPOCHO 2760 | PISO 22 TORRE C | | LAS CONDES | SANTIAGO | | CHILE |
| ENTORNO SOCIAL CONSULTORES S.A. | AV. AMÉRICO VESPUCIO NORTE 1561 | PISO 11. | | VITACURA | SANTIAGO | | CHILE |
| ENVIRONMENTAL COMPLIANCE | LA CONCEPCIÓN 322 | OF. 1201 | | PROVIDENCIA | SANTIAGO | | CHILE |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION | 290 BROADWAY | | NEW YORK | NY | 10007-1866 | |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL | OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVE NW, 2310A | WASHINGTON | DC | 20460 | |
| ENVIRONMENTAL RESOURCES MANAGEMENT | 75 VALLEY STREAM PKWY STE 200 | | | MALVERN | PA | 19355 | |
| ESTEBAN VÍLCHEZ CELIS. | AVDA. ALONSO DE CORDOVA Nº 5.660 | OFICINA 201 | | COMUNA LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| ESTUDIO DE ABOGADOS DENTONS | AV. APOQUINDO 3885 | PISO 18 | | COMUNA DE LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| ESTUDIOS ELECTRICOS CHILE S.A. | AV. MANQUEHUE 160 | PISO 4 | OF. 41-1 | LAS CONDES | | | CHILE |
| ETAF COMUNICACIONES SPA | COMERCIO 19520 | | | SAN JOSE DE MAIPO | SANTIAGO | | CHILE |
| EUGENIO ESTEBAN ALFONSO CAMUS MESA | BALMACEDA 403 | | | PUENTE ALTO | SANTIAGO | | CHILE |
| EXPLORACIONES INVERSIONES Y ASESORÍAS ATLANTIC HYDRO S.A. | ENCOMENDEROS 260 | OF 32 | | LAS CONDES | SANTIAGO | | CHILE |
| EY SERVICIOS PROFESIONALES DE AUDIT | AV. PRESIDENTE RIESCO 5435 | PISO 4 | | LAS CONDES | SANTIAGO | | CHILE |
| EY SERVICIOS PROFESIONALES DE AUDIT | RUBEN CORDOVA | AV. PRESIDENTE RIESCO 5435 | PISO 4 | LAS CONDES | SANTIAGO | | CHILE |
| FACTORING ANDES S.A. | CALLE ARTURO PRAT 740 | | | SAN FELIPE | REGION DE VALPARAISO | | CHILE |
| FACTORING BANINTER S.A. | AV APOQUINDO 6750 PISO 11 | | | LAS CONDES | SANTIAGO | | CHILE |
| FACTORING SECURITY S.A. | AV. APOQUINDO 3150 PISO 12 | | | LAS CONDES | SANTIAGO | | CHILE |
| FACTOTAL S A | ANDRES BELLO 2233 | PISO 7 | | PROVIDENCIA | REGIÓN METROPOLITANA | | CHILE |
| FELIPE ANTONIO MORENO DEL VALLE. | AVENIDA IRARRAZAVAL N° 425 DEPARTAMENTO 1304 | COMUNA DE ÑUÑOA | | REGIÓN METROPOLITANA | | | CHILE |
| FELIPE SILVA ZALDIVAR | ESCRIBANO D. RUTAL 2314 | | | VITACURA | REGIÓN METROPOLITANA | | CHILE |
| FELIX JAVIER MUNOZ DIAZ | AVENIDA SALVADOR 880 BLOCK A DEPTO. 1105 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| FELIX JAVIER MUNOZ DIAZ | FELIX JAVIER MUNOZ | AVENIDA SALVADOR 880 BLOCK A DEPTO. 1105 | | PROVIDENCIA | SANTIAGO | | CHILE |
| FERMELEC SPA | PLACILLA 149 | OF 802 | | ESTACION CENTRAL | SANTIAGO | | CHILE |
| FERRETERIA Y MATERIALES | CALLE COMERCIO 20073 | | | SAN JOSE DE MAIPO | SANTIAGO | | CHILE |
| FIDERA (REGERA SARL) | 25 - 28 OLD BURLINGTON STREET | W1S 3AN | | LONDON | | | UNITED KINGDOM |
| FLORES SANDOVAL SERGIO ANDRES | AVAILABLE UPON REQUEST | | | | | | |
| FONDO DE INVERSION LINK CAPITAL | ALONSO DE CORDOVA 4355 | OF 703 | | SANTIAGO | | | CHILE |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| FOREIGNER IN CHILE SPA | IV CENTENARIO 90 | | | LAS CONDES | SANTIAGO | | CHILE |
| FRANCISCA IGNACIA GAJARDO ALZAMORA. | DOCTORA ERNESTINA PEREZ 556 | APOQUINDO | | | REGIÓN METROPOLITANA | | CHILE |
| FRANCISCA PÍA AMIGO FERNÁNDEZ. | AVDA. ALONSO DE CORDOVA Nº 5.660 | OFICINA 201 | | COMUNA LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| FRANCISCO OSSA. | ROGER DE FLOR N° 2736 | PISO 5 | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| FTI CONSULTING | 555 12TH STREET NW SUITE 700 | | | WASHINGTON | DC | 20004 | |
| FUNDACION AES GENER | ADRIANA ROCCARO | LOS CONQUISTADORES 1730 | PISO 10 | PROVIDENCIA | SANTIAGO | | CHILE |
| FUNDACION AES GENER | LOS CONQUISTADORES 1730 | PISO 10 | | PROVIDENCIA | SANTIAGO | | CHILE |
| FUNDACIÓN ARTURO LOPEZ PEREZ | RANCAGUA 878 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| GEOTEST CHILE SPA | AV. VITACURA 2771 | 802 | | LAS CONDES | SANTIAGO | | CHILE |
| GEPYS EMPRESA DE SERVICIOS TRANSITO | PEDRO DE VALDIVIA 1379 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| GERARDO ERNESTO ANTONIO | PARINACOTA 1111 | | | LAS CONDES | SANTIAGO | | CHILE |
| GIFT CORP SPA | AV. MANUEL RODRIGUEZ NORTE 730 | | | SANTIAGO | | | CHILE |
| GLADYS DEL CARMEN SOTO NUNEZ | CAMINO DEL EMBALSE EL YESO 051 | ROMERAL | | SAN JOSE DE MAIPO | SANTIAGO | | CHILE |
| GOITIA VILLAGRA PAULA ALEJANDRA | AVAILABLE UPON REQUEST | | | | | | |
| GONZALO NIETO | AV. APOQUINDO 3885 | PISO 18 | | COMUNA DE LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| GOPLICITY CHILE SPA | PADRE MARIANO 391 OF 704 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| GUACOLDA ENERGIA SPA | LOS CONQUISTADORES 1730 | PISO 10 | | PROVIDENCIA | | | CHILE |
| GUSTAVO MANRIQUEZ LOBOS. | CATEDRAL 1009 | OFICINA 606 | | SANTIAGO CENTRO | REGIÓN METROPOLITANA | | CHILE |
| GYMPASS CHILE SPA | AGUSTINAS 641 | OF. 51 | | SANTIAGO | | | CHILE |
| HAYDE LIDIA LOPEZ ORTEGA | EL COLORADO- POBLACION ALFALFAL S/N | | | SAN JOSE DE MAIPO | | | CHILE |
| HIDROELECTRICA LOS ALMENDROS S.A. | AV PRESIDENTE RIESCO 5711 OF 1603 | | | LAS CONDES | | | CHILE |
| HIDROGEOLOGIA Y MEDIO AMBIENTE | AVENIDA SUECIA 211 | OF. 701-A | | PROVIDENCIA | SANTIAGO | | CHILE |
| HOME TEST SPA | CERRO EL PLOMO 5855 | OF 1407 | | LAS CONDES | SANTIAGO | | CHILE |
| HP INC CHILE COMERCIAL LIMITADA | MARIANO SANCHEZ FONTECILLA 310 OF 1301 | | | LAS CONDES | SANTIAGO | | CHILE |
| HUMBERTO ROMAN NORAMBUENA | AVAILABLE UPON REQUEST | | | | | | |
| IDENTIDAD Y COMUNICACION VERDE LIMITADA | ROOT 537 | | | SANTIAGO CENTRO | SANTIAGO | | CHILE |
| ILUSTRE MUNICIPALIDAD DE SAN JOSÉ | CAMINO AL VOLCÁN 19775 | | | SAN JOSÉ DE MAIPO | | | CHILE |
| IMAB CONSULTORES EN INGENIERIA | AVENIDA IRARRÁZAVAL N 2821 | | | ÑUÑOA | SANTIAGO | | CHILE |
| IMPRENTA SAN PEDRO LIMITADA | CUEVAS 1741 | | | SANTIAGO CENTRO | SANTIAGO | | CHILE |
| INGENIERIA Y CONSTRUCCION INGEXA | AV. JOSE ARRIETA 7256 | LA REINA | | SANTIAGO | | | CHILE |
| INGENIERIA Y CONSTRUCCION INGEXA | CHRISTIAN SAN MARTIN | AV. JOSE ARRIETA 7256 | | LA REINA | SANTIAGO | | CHILE |
| INGENIEROS CONSULTORES CIVILES | AVENIDA APOQUINDO 3885 | PISO 18 | | LAS CONDES | SANTIAGO | | CHILE |
| INMOBILIARIA E INVERSIONES VERGARA | CAMINO A EL VOLCAN 6870 | | | SAN JOSE DE MAIPO | SANTIAGO | | CHILE |
| INMOBILIARIA LAS ENCINAS LIMITADA | HUELÉN 56 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| INNOVATIVE GEOMECHANICS | 83 EARL STREET | | | KINGSTON | ONTARIO | | CANADA |
| INNOVATIVE GEOMECHANICS INCORPORATE | 83 EARL STREET | | | KINGSTON | ONTARIO | | CANADA |
| INTER-AMERICAN DEVELOPMENT BANK (IDB) | 1300 NEW YORK AVE | | | WASHINGTON | DC | 20577 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5-Q30.133 | PHILADELPHIA | PA | 19104-5016 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INTRALINKS | 150 EAST 42ND STREET 8TH FLOOR | | | NEW YORK | NY | 10017 | |
| INVERSIONES MENEVADO DOS LIMITADA | ESPOZ 3150 | OF. 401 | | SANTIAGO | | | CHILE |
| INVERSIONES MENEVADO DOS LIMITADA | JUAN PABLO DOMENECH | ESPOZ 3150 | OF. 401 | SANTIAGO | | | CHILE |
| IPREO LIMITED | THE CAPITOL BUILDING | | | OLDBURY | BRACKNEL | | UNITED KINGDOM |
| ITAU | PRESIDENTE RIESCO 5537 | PISO 19 | | LAS CONDES | SANTIAGO | | CHILE |
| JAN-OLOV JANSSON | AVAILABLE UPON REQUEST | | | | | | |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| JIMENA KRAUTZ VARGAS | AVAILABLE UPON REQUEST | | | | | | |
| JOAQUÍN ALFONSO SÁNCHEZ DEL CAMPO. | ROSARIO NORTE 615 | OFICINA 1104 | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| JOAQUIN PORFIRIO COSTA BERRIOS | AV. COTAPOS 1317-INDEPENDENCIA | | | SANTIAGO | | | CHILE |
| JOSE GREGORIO SILVA LOPEZ | RUIZ TAGLE 1461 | ESTACION CENTRAL | | SANTIAGO | | | CHILE |
| JOTAO MAQUINARIAS Y CONTRATISTA | AV. 21 DE MAYO 1099 | OF 106 | QUILLOTA | VALPARAISO | | | CHILE |
| JUAN GONZALEZ QUINTEROS | AVAILABLE UPON REQUEST | | | | | | |
| JUANA NANCY PINO URRIA | CAMINO AL VOLCAN 11321 | | | SAN JOSE DE MAIPO | SANTIAGO | | CHILE |
| K - DRONE SPA | MANQUEHUE SUR 520 | OF. 205 | | LAS CONDES | SANTIAGO | | CHILE |
| KFW | PALMENGARTENSTRAßE 5–9 | 60325 | | FRANKFURT | | | GERMANY |
| KROLL ASSOCIATES INC | 11440 COMMERCE PARK DRIVE | SUITE 501 | | RESTON | VA | 20191 | |
| LARS-ERIK ERIKSSON | AVAILABLE UPON REQUEST | | | | | | |
| LAZARD | 30 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10012 | |
| LEIDOS ENGINEERING, LLC | 1801 CALIFORNIA STREET | SUITE | | DENVER | CO | 28000 | |
| LEVI JOSÉ SANCHEZ PARRA | AVAILABLE UPON REQUEST | | | | | | |
| LIBERTY COMPANIA DE SEGUROS | AV. ANDRES BELLO 2457 | PISO 12 | | PROVIDENCIA | | | CHILE |
| LINKLATERS LLP | 601 THIRTEENTH STREET N.W.SUITE 400 SOUTH | | | WASHINGTON | DC | 20005 | |
| LOPEZ ORTIZ ARTURO ENRIQUE | AVAILABLE UPON REQUEST | | | | | | |
| M RAY CONSULTING LLC | 11301 CALADIUM LANE | | | PALM BEACH GARDENS | FL | 33418 | |
| MALDONADO CORTEZ SEBASTIÁN IGNACIO | AVAILABLE UPON REQUEST | | | | | | |
| MARCELA ALEJANDRA REY GONZÁLEZ. | INDEPENDENCIA Nº 050 | OFICINA Nº 4 | | PUERTO VARAS | REGIÓN DE LOS LAGOS | | CHILE |
| MARCELO ALEJANDRO SILVA QUINTANILLA | PASAJE LAS CALDERAS 0154 | ESTACIÓN | | SAN JOSÉ DE MAIPO | | | CHILE |
| MARCELO BOSSI TRINCADO | CAMINO DEL NOGAL 7801 COND.EL MAGNOLIO | | | CONSISTORIAL | | | CHILE |
| MARCELO SERGIO FERNANDEZ SOCIAS | FRANCISCO BULNES CORREA 3763 | OF402 | | LAS CONDES | SANTIAGO | | CHILE |
| MARCIA MONTERO OLGUÍN | AVAILABLE UPON REQUEST | | | | | | |
| MARCO PATRUCCHI | AVAILABLE UPON REQUEST | | | | | | |
| MARIO SALAZAR | AVAILABLE UPON REQUEST | | | | | | |
| MARSH | AV COSTANERA SUR 2730 | PARQUE TITANIUM | PISO 13/14/18 | LAS CONDES | | | CHILE |
| MATÍAS ALFONSO MORICE LEÓN | AVAILABLE UPON REQUEST | | | | | | |
| MB BUSINESS GROUP SPA | SAN PIO X 2390 DPTO 405 | | | PROVIDENCIA | | | CHILE |
| MENDOZA, LUKSIC & VALENCIA | MÁLAGA 339 | | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| MERCER ARGENTINA S.A. | FLORIDA 234 PISO 4 | | | BUENOS AIRES | | | ARGENTINA |
| MIGUEL RODRIGUEZ Y CIA L | CAMINO EL VOLCAN 27739 | | | SAN JOSE DE MAIPO | RM | | CHILE |
| MINISTERIO DE BIENES NACIONALES | AVDA LIBERTADOR B. O´HIGGINS 720 | | | SANTIAGO | | | CHILE |
| MONEDA ALTURAS II FONDO DE INVERSION | ISIDORA GOYENECHEA 3621 | PISO 8 | | LAS CONDES | SANTIAGO | | CHILE |
| MONEDA DEUDA LATINOAMERICANA FONDO DE INVERSION | ISIDORA GOYENECHA 3641 | | | LAS CONDES | SANTIAGO | | CHILE |
| MORENO SAEZ Y AVILES ABOGADOS SPA | ISIDORA GOYENECHEA 3477 | PISO 14 | | LAS CONDES | SANTIAGO | | CHILE |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 1201 N. MARKET ST. #1600 | | | WILMINGTON | DE | 19801 | |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT,CURTIS S. MILLER,AND R. JASON RUSSELL | 1201 NORTH MARKET STREET #1600 | P.O. BOX 1347 | WILMINGTON | DE | 19899-1347 | |
| MR ALEXIS ANTONIO MERINO ARANCIBIA | AVAILABLE UPON REQUEST | | | | | | |
| MR ARTURO ENRIQUE LOPEZ ORTIZ | AVAILABLE UPON REQUEST | | | | | | |
| MR ERWIN OMAR VARAS PEÑA | AVAILABLE UPON REQUEST | | | | | | |
| MR EUGENIO ALEJANDRO CIFUENTES ORTIZ | AVAILABLE UPON REQUEST | | | | | | |
| MR GIORGIO ENRICO PIAGGIO MUÑOZ | AVAILABLE UPON REQUEST | | | | | | |
| MR GONZALO ANDRES OYANEDEL HENRIQUEZ | AVAILABLE UPON REQUEST | | | | | | |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| MR HECTOR LLANOS SANHUEZA | AVAILABLE UPON REQUEST | | | | | | |
| MR JAVIER IGNACIO BRAVO NUÑEZ | AVAILABLE UPON REQUEST | | | | | | |
| MR JOSE GUILLERMO BRAVO FLORES | AVAILABLE UPON REQUEST | | | | | | |
| MR JUAN ERNESTO SPICHIGER CIFUENTES | AVAILABLE UPON REQUEST | | | | | | |
| MR JUAN LUIS IGLESIAS ROMERO | AVAILABLE UPON REQUEST | | | | | | |
| MR LEONARDO IVAN PEREZ BASUALTO | AVAILABLE UPON REQUEST | | | | | | |
| MR LUIS ALFREDO ACHURRA CASTILLO | AVAILABLE UPON REQUEST | | | | | | |
| MR LUIS HERNAN URREJOLA MARTELLI | AVAILABLE UPON REQUEST | | | | | | |
| MR LUKAS KONSTANTIN SCHATZMANN | AVAILABLE UPON REQUEST | | | | | | |
| MR MARCO JOSE ANTONIO CIKUTOVIC | AVAILABLE UPON REQUEST | | | | | | |
| MR MIGUEL ANGEL DEL CANTO VALDERIA | AVAILABLE UPON REQUEST | | | | | | |
| MR OSVALDO ESTEBAN CRUZ VALENZUELA | AVAILABLE UPON REQUEST | | | | | | |
| MR RENATO ANDRES NEBREDA NUÑEZ | AVAILABLE UPON REQUEST | | | | | | |
| MR RENATO ANDRES NEBREDA NUÑEZ | AVAILABLE UPON REQUEST | | | | | | |
| MR ROBERTO ARIEL WÖRNER BUSTOS | AVAILABLE UPON REQUEST | | | | | | |
| MR RODRIGO ANDRES DIAZ LUTHAN | AVAILABLE UPON REQUEST | | | | | | |
| MR SEBASTIAN IGNACIO MALDONADO CORTEZ | AVAILABLE UPON REQUEST | | | | | | |
| MR SERGIO ANDRES FLORES SANDOVAL | AVAILABLE UPON REQUEST | | | | | | |
| MR SERGIO ANDRES FLORES SANDOVAL | AVAILABLE UPON REQUEST | | | | | | |
| MRS ANDREA FERNANDA ACUÑA CORDOVA | AVAILABLE UPON REQUEST | | | | | | |
| MRS BLANCA DEL ROSARIO GACITUA MEDINA | AVAILABLE UPON REQUEST | | | | | | |
| MRS CLAUDIA ANDREA VARGAS GONZALEZ | AVAILABLE UPON REQUEST | | | | | | |
| MRS LESLY ANDREA MUÑOZ NEGRETE | AVAILABLE UPON REQUEST | | | | | | |
| MRS MARIANELA ALEJANDRA DEL RIO OLIVARES | AVAILABLE UPON REQUEST | | | | | | |
| MRS MARISELA YAMILE FOUILLIOUX HERNANDEZ | AVAILABLE UPON REQUEST | | | | | | |
| MRS PAOLA ALEJANDRA OLIVARES SCHIRMER | AVAILABLE UPON REQUEST | | | | | | |
| MRS PAULA ALEJANDRA GOITIA VILLAGRA | AVAILABLE UPON REQUEST | | | | | | |
| MRS ROCIO FRANCISCA BRUNA SIERRA | AVAILABLE UPON REQUEST | | | | | | |
| MRS TAMARA PAZ LLANOS BUSTOS | AVAILABLE UPON REQUEST | | | | | | |
| MULTICONSULT UK LTD | 4TH FLOOR, INTERNATIONAL HOUSE, DOVER PLACE | | | ASHFORD | KENT | TN23 1HU | UNITED KINGDOM |
| MUNICIPACILIDAD DE SAN JOSE DE MAIPO | CAMINO AL VOLCÁN | UNO SUR 19755 | | SAN JOSÉ DE MAIPO | SANT | | CHILE |
| MUNICIPALIDAD DE LAS CONDES | AVENIDA APOQUINDO 3300 | | | LAS CONDES | SANTIAGO | | CHILE |
| MUNICIPALIDAD DE PROVIDENCIA | PEDRO DE VALDIVIA 963 | PROVIDENCIA | | SANTIAGO | SANTIAGO | | CHILE |
| NADIA LORENA VILLABLANCA VERA | CAMINO LA BODEGA 32 | | | COLINA | SANTIAGO | | CHILE |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M ST., NW 12TH FLOOR | | WASHINGTON | DC | 20036 | |
| NATIVO MAIPO SPA | CAMINO AL VOLCÁN 5879 | | | SAN JOSE DE MAIPO | SANTIAGO | | CHILE |
| NATURAL ASSETS SPA | FIDEL OTEIZA 1941 | OF. 504 | | PROVIDENCIA | SANTIAGO | | CHILE |
| NELSON CONTADOR & COMPAÑÍA ABOGADOS | ALONSO DE CORDOVA 5870 | PISO 15 | | VITACURA | | | CHILE |
| NELSON SAIEG PAEZ | AVAILABLE UPON REQUEST | | | | | | |
| NEXO SEGUROS | MARIANO SÁNCHEZ FONTECILLA 310 | | | LAS CONDES | REGIÓN METROPOLITANA. | | CHILE |
| NICOLÁS LAMA LEGRAND. | ROSARIO NORTE 615 | OFICINA 1104 | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| NINETEEN77 CAPITAL SOLUTIONS LP | ONE NORTH WACKER DR 32ND FLOOR | | | CHICAGO | IL | 60606 | |
| NORGENER FOREIGN INVESTMENT SPA | LOS CONQUISTADORES 1730 | PISO 10 | | PROVIDENCIA | SANTIAGO | | CHILE |
| NORTON ROSE FULBRIGHT US LLP | 1301 AVENUE OF AMERICAS | | | NEW YORK | NY | 10019 | |
| NORTON ROSE FULBRIGHT US LLP | ATTN: CHRISTY RIVERA,ANDREW ROSENBLATT,AND MARISSA ALCALA | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING STREET, SUITE 2207 | | | WILMINGTON | DE | 19801 | |
| OPIC | 1100 NEW YORK AVE NW | | | WASHINGTON | DC | 20527 | |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| OSCAR RAÚL SALAS MORALES. | AGUSTINAS N°1225 | PISO Nº4 | | SANTIAGO CENTRO | REGIÓN METROPOLITANA | | CHILE |
| OVERSEAS PRIVATE INVESTMENT CORPORA | 1100 NEW YORK AVE NW | | | WASHINGTON | DC | 20527 | |
| PABLO ANDRÉS BARRÍA VENEGAS | AVAILABLE UPON REQUEST | | | | | | |
| PAMELA VERONICA ACUNA GUEVARA | CAMINO MELIPILLA 6351 | VILLA CERRILLOS | | CERRILLOS | SANTIAGO | | CHILE |
| PAULINE C. | AV. APOQUINDO 3885 | PISO 18 | | COMUNA DE LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| PETER ANTHONY RICHARD BOLT | AVAILABLE UPON REQUEST | | | | | | |
| PETER GFRERER | AVAILABLE UPON REQUEST | | | | | | |
| PHILIPPI, PRIETOCARRIZOSA FERRERO DU & URÍA | AV. EL GOLF 40 | PISO 20 | | LAS CONDES | SANTIAGO | | CHILE |
| PLATAFORMA DE INVESTIGACION EN ECOHIDROLOGIA | VILLASECA 21 | OF. 501 | | ÑUÑOA | | | CHILE |
| POTENCIA EMPRESAS SPA | LA CAPITANÍA 80 | | | LAS CONDES | SANTIAGO | | CHILE |
| POYRY (CHILE) LIMITADA | LOS MILITARES 5001 OF. 903 | | | LAS CONDES | SANTIAGO | | CHILE |
| PREVIRED | MARCHANT PEREIRA 10 | | | PROVIDENCIA | REGIÓN METROPOLITANA | | CHILE |
| PRICEWATERHOUSECOOPERS ADVISORY | 4040 W. BOY SCOUT BOULEVARD | | | TAMPA | FL | 33607 | |
| PRIME CLERK LLC | ONE GRAND CENTRAL PLACE | 60 E 42ND ST SUITE 1440 | | NEW YORK | NY | 10165 | |
| PRIMUS CAPITAL SPA | AVENIDA APOQUINDO N° 3000 PISO 10 | | | LAS CONDES | SANTIAGO | | CHILE |
| PRODUCTORA PUNTO GRAFICO LIMITADA | AVENIDA VICUÑA MACKENNA 8556 | | | LA FLORIDA | | | CHILE |
| PRODUCTOS Y SERVICIOS MEDICOS SPA | EZEQUIAS ALLIENDE 2345 | | | PROVIDENCIA | SANTIAGO | | CHILE |
| PROSPERO MARCELO GONZALEZ CAMUS | CALLE DEL RIO 19595 | | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| PROVEEDORES INTEGRALES PRISA S.A. | LAS ROSAS 5757 | | | CERRILLOS | SANTIAGO | | CHILE |
| PROVEEDORES INTEGRALES PRISA S.A. | MARIO MORENO | LAS ROSAS 5757 | | CERRILLOS | SANTIAGO | | CHILE |
| QUINTANA RIED FLORES ABOGADOS | ALCÁNTARA 200 | OFICINA 406 | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| R & C SERVICIOS COMPUTACIONALES LTD | SAN PIO X 2390 | OF. 304 | | PROVIDENCIA | SANTIAGO | | CHILE |
| R Y Q INGENIERIA S A | AVDA MIGUEL CLARO 578 | | | PROVIDENCIA | | | CHILE |
| RAUL ALVAREZ RAMIREZ | AVAILABLE UPON REQUEST | | | | | | |
| RAUL BARAHONA | AVAILABLE UPON REQUEST | | | | | | |
| ROBERTO ARIEL WÖRNER BUSTOS | AVAILABLE UPON REQUEST | | | | | | |
| ROBERTO SALAZAR ESPERANTE | AVAILABLE UPON REQUEST | | | | | | |
| RODRIGO GUZMAN ROSEN ASESORIAS Y SERVICIOS AMBIENTALES EIRL | ISIDORA GOYENECHEA 3477 OF140 | | | LAS CONDES | SANTIAGO | | CHILE |
| RODRIGUEZ ROSENDE Y COMPANIA LIMITADA | AVENIDA ALONSO DE CORDOVA 3788 73B PISO 7 | | | VITACURA | SANTIAGO | | CHILE |
| ROSA GLORIA MARTINEZ FARIAS | CAMINO AL VOLCAN 20441 | ALGARROBITO | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| ROSARIO PEREZ OJEDA | MAR DEL NORTE | | | VITACURA | SANTIAGO | | CHILE |
| ROXANA DEL CARMEN CARRASCO ASTUDILL | CAMINO ALFALFAL KM 14 LOS MAITENES | | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| RUBEN BOROSCHEK Y ASOCIADOS LIMITAD | LUIS THAYER OJEDA 0127 | OF. 1002 | | PROVIDENCIA | | | CHILE |
| RUTA DEL MAIPO SOCIEDAD CONCESIONAR | CERRO EL PLOMO 5630 | | | LAS CONDES | SANTIAGO | | CHILE |
| SANTANA | EL BOSQUE NORTE 0177 | PISO 16 | | LAS CONDES | SANTIAGO | | CHILE |
| SEBASTIAN ARIEL OE | AVAILABLE UPON REQUEST | | | | | | |
| SECRETARIA REGIONAL MINISTERIAL DE BINES NACIONALES | AV. LIBERTADOR BERNARDO O'HIGGINS 720 | | | SANTIAGO | | | CHILE |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F. STREET NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET, STE 400 | NEW YORK | NY | 10281-1022 | |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | |
| SEGURISAFE SPA | ALBERTO BAINES 1180 | | | ÑUÑOA | SANTIAGO | | CHILE |
| SEGUROS DE VIDA SURA S.A. | AV APOQUINDO 4820 OF 701 | | | SANTIAGO | | | CHILE |
| SEGUROS DE VIDA SURAMERICANA S.A. | AVENIDA PROVIDENCIA 1760. PISO 4 | | | PROVIDENCIA | | | CHILE |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| SEGUROS DE VIDA SURAMERICANA S.A. | DANIEL MALLEA | AVENIDA PROVIDENCIA 1760. PISO 4 | | PROVIDENCIA | | | CHILE |
| SEGUROS GENERALES SURAMERICANA S.A. | AVENIDA PROVIDENCIA 1760 PISO 3 | | | PROVIDENCIA | | | CHILE |
| SEGUROS GENERALES SURAMERICANA S.A. | MARCELO TOLEDO (BROKER) | AVENIDA PROVIDENCIA 1760 PISO 3 | | PROVIDENCIA | | | CHILE |
| SERVICIO DE EVALUACIÓN AMBIENTAL | MIRAFLORES 178 | PISO 3 | | SANTIAGO | REGIÓN METROPOLITANA | | CHILE |
| SERVICIO DE IMPUESTOS INTERNOS (SII) | AMUNATEQUI 76 | SANTIAGO CENTRO | | SANTIAGO | SANTIAGO | | CHILE |
| SERVICIOS CLINICA ALEMANA LIMITADA | LO ARCAYA 1705 | | | VITACURA | SANTIAGO | | CHILE |
| SERVICIOS DIAGNOSTICOS | VITACURA 5951 | | | VITACURA | SANTIAGO | | CHILE |
| SERVICIOS FINANCIEROS PROGRESO S A | MIRAFLORES 222 PISOS 25 Y 26 | | | SANTIAGO | SANTIAGO | | CHILE |
| SERVICIOS INTEGRALES DEL MEDIO AMBI | QUEBRADA DE SUCA 571 | | | PEÑALOLEN | SANTIAGO | | CHILE |
| SERVITAL AUTOMOTRIZ S A | AV. LAS CONDES 12360 | | | LO BARNECHEA | | | CHILE |
| SERVITAL AUTOMOTRIZ S A | WENDY MORA | AV. LAS CONDES 12360 | | LO BARNECHEA | | | CHILE |
| SGS CHILE LIMITADA SOCIEDAD | BRAULIO ESTEBAN VERA GARCIA | PUERTO MADERO 130 | | PUDAHUEL | SANTIAGO | | CHILE |
| SGS CHILE LIMITADA SOCIEDAD | PUERTO MADERO 130 | | | PUDAHUEL | SANTIAGO | | CHILE |
| SIGA INGENIERIA Y CONSULTORIA S.A. | DIEGO DE ALMAGRO 5210 | | | ÑUÑOA | | | CHILE |
| SISTEMAS ORACLE DE CHILE S A | AVENIDA VITACURA 2939 | PISO 6 EDIFICIO MILLENIUM | | LAS CONDES | SANTIAGO | | CHILE |
| SNEEGEOCONSULT, INC | 103 WESTERN CONCOURSE | | | AMITY HARBOR | NY | 11701 | |
| SOC CONCES AUTOPISTA CENTRAL S A | SAN JOSÉ 1135 | | | SAN BERNARDO | | | CHILE |
| SOC CONCESIONARIA AUTOPISTA DEL | ROSARIO NORTE 100 OF 902-904 | | | LAS CONDES | | | CHILE |
| SOC CONCESIONARIA VESPUCIO NORTE EXPRESS S A | AMERICO VESPUCIO ORIENTE 1305 | | | PUDAHUEL | | | CHILE |
| SOC LEGAL MINERA JAVIERA UNO | CAMINO EL VOLCAN 27787 | | | SAN JOSÉ DE MAIPO | | | CHILE |
| SOCIEDAD AQUA FOSAS LIMITADA | ALCALDE GUZMAN 121 | | | QUILICURA | | | CHILE |
| SOCIEDAD CONCESIONARIA AUTOPISTA NUEVA VESPUCIO | GENERAL PRIETO 1430 | | | INDEPENDENCIA | | | CHILE |
| SOCIEDAD DE INVERSIONES E INMOBILIA | AVENIDA DOCE N° 47 | | | SAN JOSÉ DE MAIPO | | | CHILE |
| SOCIEDAD LEGAL MINERA JAVIERA UNO SAN JOSÉ DE MAIPO | CAMINO EL VOLCÁN N° 27787 | COMUNA DE SAN JOSÉ DE MAIPO | | REGIÓN METROPOLITANA | | | CHILE |
| SOCIEDAD PUBLICITARIA BUENAGENTE SP | LA CONCEPCIÓN 141 | OF. 102 | | PROVIDENCIA | SANTIAGO | | CHILE |
| SRK CONSULTING (CHILE) S.A. | AV VITACURA 2939 | | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | |
| STRABAG SPA | ALONSO D CORDOVA 4355 | OF 1001 | | VITACURA | | | CHILE |
| STRABAG SPA | PHILIPP RAINER | ALONSO D CORDOVA 4355 | OF 1001 | VITACURA | | | CHILE |
| SUPERINTENDENCIA DE MEDIO AMBIENTE | TEATINOS 280 | PISO 8 | | SANTIAGO | REGIÓN METROPOLITANA | | CHILE |
| SUPERMERCADO DEL NEUMATICO LIMITADA | AV. PEDRO AGUIRRE CERDA 6965 | | | ANTOFAGASTA | | | CHILE |
| SYSTEP INGENIERIA Y DISENOS S A | DON CARLOS 2939 OF. 1007 | | | LAS CONDES | SANTIAGO | | CHILE |
| TALLERES GRAFICOS VICTOR HUGO | EDUARDO CORDERO 202 | | | PUENTE ALTO | | | CHILE |
| TAMARA NOEMI MIRANDA CERON | SALITRERA PEDRO DE VALDIVIA 2322 | VILLA PORTAL ANDINO | | PUENTE ALTO | | | CHILE |
| TAMARA NOEMI MIRANDA CERON | TAMARA NOEMI MIRANDA CERON | SALITRERA PEDRO DE VALDIVIA 2322 | | VILLA PORTAL ANDINO | PUENTE ALTO | | CHILE |
| TC INGENIERIA SOLUCIONES INTEGRALES | NOVENA AVENIDA 1271 | | | SAN MIGUEL | SANTIAGO | | CHILE |
| TELEFONICA CHILE S.A. | AVDA. PROVIDENCIA 111 | | | PROVIDENCIA | | | CHILE |
| TERRA IGNOTA SPA | DOMINGO TORO HERRERA 1451 | | | ÑUÑOA | SANTIAGO | | CHILE |
| TERRA SAVIA INGENIERIA SPA | ESMERALDA 973 DP502 | | | VALPARAISO | | | CHILE |
| TERRA VIVA SPA | AVENIDA MEXICO 2143 | CASA 108 MONTE VERDE CONDOMINIO 2 | | PUENTE ALTO | RM | | CHILE |
| TESAM CHILE S. A. | AVENIDA MANQUEHUE NORTE 260 | | | LAS CONDES | SANTIAGO | | CHILE |
| TESORERIA GENERAL DE LA REPUBLICA | TEATINOS 28 | | | SANTIAGO | | | CHILE |

| Name | Address1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| TESORERIA GRAL.DE LA REPUBLICA | CRISTIÁN VARGAS BUGUEÑO (JEFE DIVISIÓN JURÍDICA) | TEATINOS 28 | | SANTIAGO | | | CHILE |
| TOOLDATA SPA | JAVIERA CARRERA 340 | OFICINA 200 | CERRO LOS PLACERES | VALPARAISO | | | CHILE |
| TOOLDATA SPA | JORGE GALVEZ | JAVIERA CARRERA 340 | OFICINA 200 | CERRO LOS PLACERES | VALPARAISO | | CHILE |
| TRANSPORTES FRANCISCO GONZALO GUTIE | PASAJE LAS PROSAS 949 | | | MAIPU | SANTIAGO | | CHILE |
| TRANSPORTES R & P LIMITADA | CAMINO AL VOLCAN 21282 | | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| TURISMO COCHA S.A. | AV. EL BOSQUE NORTE 0430 | | | LAS CONDES | SANTIAGO | | CHILE |
| TURISMO COCHA S.A. | ROSARIO VARGAS | AV. EL BOSQUE NORTE 0430 | | LAS CONDES | SANTIAGO | | CHILE |
| U.S. BANK | 60 LIVINGSTON AVE. | | | ST PAUL | MN | 55107 | |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | |
| UNIVERSIDAD DE CHILE | BEAUCHEF 850 | | | SANTIAGO | | | CHILE |
| UNNIO | CERRO EL PLOMO 5680 | OFICINA 601 | | LAS CONDES | SANTIAGO | | CHILE |
| US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS | 1007 ORANGE ST STE 700 | PO BOX 2046 | WILMINGTON | DE | 19899-2046 | |
| VAI PS INGENERIA Y SERVICIOS LIMITA | SALAR DE ASCOTAN 1290 | | | PUDAHUEL | SANTIAGO | | CHILE |
| VALENTINA ALEJANDRA HENRIQUEZ GUERRERO | LOS ALAMOS 217-A | EL MELOCOTON | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| VE MAS INGENIERIA SPA | PARCELA LA REINA LOTEO 7 | | | TALCA | | | CHILE |
| VECTOR SERVICIOS Y ASESORIAS S A | LOS ALERCES 2117 | | | ÑUÑOA | SANTIAGO | | CHILE |
| VECTOR SERVICIOS Y ASESORIAS SA | MAURICIO | LOS ALERCES 2117 | | ÑUÑOA | SANTIAGO | | CHILE |
| VERGARA GALINDO CORREA | LA CONCEPCIÓN 141 | OF. 1106 | | PROVIDENCIA | SANTIAGO | | CHILE |
| VERGARA GALINDO CORREA | MARIA EUGENIA ARMISEN | LA CONCEPCIÓN 141 | OF. 1106 | PROVIDENCIA | SANTIAGO | | CHILE |
| VERONICA MARIBEL VARGAS ARRATIA | LOS PEUMOS 15464 | | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| VGC ABOGADOS | BADAJOZ 45 | PISO 8 | | LAS CONDES | REGIÓN METROPOLITANA | | CHILE |
| VICTOR JAIME PINA ACUNA | CAMINO DEL RETIRO 6901 | | | LA FLORIDA | | | CHILE |
| VIGAFLOW S A | AVENIDA ISIDORA GOYENECHEA 3621 | OF. 602 | | LAS CONDES | SANTIAGO | | CHILE |
| VIGAFLOW S A | AVENIDA ISIDORA GOYENECHEA 3621 | OF. 602 | | LAS CONDES | SANTIAGO | | CHILE |
| VIOLETA VALENTINA GONZALEZ MARTINEZ. | AGUSTINAS N°1225 | PISO N°4 | | SANTIAGO CENTRO | REGIÓN METROPOLITANA | | CHILE |
| VIP ASESORIAS Y SERVICIOS INTEGRALE | EBRO 2749 | OF. 1401 | | LAS CONDES | | | CHILE |
| VOITH HYDRO LTDA. | AV. NUEVA TAJAMAR 481 | TORRE NORTE OF302 | | LAS CONDES | | | CHILE |
| VOITH HYDRO LTDA. | GUILLERMO NEIRA | AV. NUEVA TAJAMAR 481 | TORRE NORTE OF302 | LAS CONDES | | | CHILE |
| VOITH HYDRO S.A. | AV. NUEVA TAJAMAR 481 | TORRE NORTE OF302 | | LAS CONDES | | | CHILE |
| VOITH HYDRO S.A. | GUILLERMO NEIRA | AV. NUEVA TAJAMAR 481 | TORRE NORTE OF302 | LAS CONDES | | | CHILE |
| VS GROUP SPA | ALCALDE PEDRO ALARCÓN 997 | B15 | | SAN MIGUEL | | | CHILE |
| WALDO ISAIAS GARCIA GARCIA | CALLE COMERCIO 19772 | | | SAN JOSÉ DE MAIPO | SANTIAGO | | CHILE |
| WARBLER RUN I | 500 BOYLSTON STREET 24TH FLOOR | | | BOSTON | MA | 02116 | |
| WARBLER RUN II | 500 BOYLSTON STREET 24TH FLOOR | | | BOSTON | MA | 02116 | |
| WISEACCESS SISTEMAS DE INFORMACION | CRESCENTE ERRAZURIZ 2195 | | | ÑUÑOA | SANTIAGO | | CHILE |
| WLD LOGISTICA Y DISTRIBUCION SPA | CAMINO DEL CERRO 4909 | | | HUECHURABA | SANTIAGO | | CHILE |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RODNEY SQUARE | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | |