UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
PHONE (302) 573-6491 / FAX (302) 573-6497

| ANDREW R. VARA | T. PATRICK TINKER |
|---|---|
| UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTOR**:      Alto Maipo Delaware LLC
               Alto Maipo SpA

**CASE NO**:    21-11507 (KBO)

**DATE**:       December 23, 2021

**TIME**:       9:00 a.m. EST

**LOCATION**:   J. Caleb Boggs Federal Building
               844 King Street
               Room 3209
               Wilmington, DE 19801

By: */s/Jane Leamy*
Jane Leamy, Trial Attorney

Dated:   November 23, 2021

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    Sean Greecher, Esquire (Debtor's counsel)