**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Alto Maipo Delaware LLC, *et al.*,[1] | Case No.:  21-11507 (KBO) |
| Debtors. | Jointly Administered<br>**Ref. Docket No. 89** |

**ORDER AUTHORIZING THE DEBTORS TO RETAIN AND
EMPLOY NELSON CONTADOR ABOGADOS & CONSULTORES SPA AS SPECIAL
CHILEAN COUNSEL EFFECTIVE AS OF THE PETITION DATE**

Upon the Debtors' application (the "Application")[2] for entry of an order (this "Order") authorizing the Debtors to retain and employ Nelson Contador Abogados & Consultores SpA ("Nelson Contador") as special Chilean counsel effective as of the Petition Date, pursuant to sections 327(a), 328, and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1; and this Court having reviewed the Dib Declaration and the Contador Declaration; and due and sufficient notice of the Application having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Application and the relief requested therein being a core proceeding under 28

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are:  Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (•) (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

[2]     Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

28862670.2

U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and this Court being satisfied based on the representations made in the Application and the Contador Declaration that Nelson Contador does not represent or hold an interest adverse to the Debtors' estates with respect to the matters on which Nelson Contador is to be employed; and this Court having found and determined the relief requested in the Application is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Application having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      Pursuant to sections 327(a), 328, and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, the Debtors are authorized and empowered to retain and employ Nelson Contador as local Chilean counsel effective as of the Petition Date, on the terms set forth in the Application and the Engagement Letter, in accordance with the terms of this Order.

3.      Nelson Contador shall apply for fixed and hourly compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of this Court; *provided, however*, that the requirements of the Bankruptcy Code, the Bankruptcy Rules, and Local Rule 2016-1 are hereby modified such that, for engagements charged on a fixed fee basis, Nelson Contador shall only be required to maintain summary records in half-hour

increments describing each professional's time spent and tasks undertaken on a daily basis in support of each fee application, including general descriptions of services and the individuals who provided those services, and will present such records to this Court.  Nelson Contador also intends to make a reasonable effort to comply with the U.S. Trustee's request for information and additional disclosures as set forth in the *Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, which became effective on November 1, 2013, both in connection with the Application and the interim and final fee applications to be filed by Nelson Contador in these Chapter 11 Cases.

    4.     The Debtors and Nelson Contador are authorized to take all actions necessary to implement the relief granted pursuant to this Order in accordance with the Application.

    5.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: January 19th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

28862670.2