IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTO MAIPO DELAWARE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11507 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: Feb. 16, 2022, at 11:00 a.m. (ET)**<br>**Objection Deadline: Feb. 11, 2022, at 4:00 p.m. (ET)**<br><br>**RE: D.I. 244, 246** |

**NOTICE OF HEARING ON EMERGENCY MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9006 EXTENDING CHALLENGE PERIOD AND PROVIDING FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on February 3, 2022, the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors"), by and through its undersigned attorneys, filed the *Motion of the Official Committee of Unsecured Creditors for an Order to Shorten Notice Regarding Emergency Motion of Official Committee of Unsecured Creditors for Entry of Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Challenge Period and Providing for Related Relief* [D.I. 244] (the "Motion to Extend") with the United States Bankruptcy Court of the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Shortening Notice Regarding Emergency Motion of Official Committee of Unsecured Creditors for Entry of Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Challenge Period and Providing for Related Relief* [D.I. 246], responses or objections, if any, to the Motion to Extend shall be filed with the Court and served upon the undersigned so as to be received no later than **February 11, 2022, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the Motion to Extend will be considered at a hearing on **February 16, 2022, at 11:00 a.m. (ET)**, before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE 19801.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (37-2021916 (Delaware). The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: February 4, 2022<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br>/s/ *Kevin M. Capuzzi*<br>Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: jhoover@beneschlaw.com<br>          kcapuzzi@beneschlaw.com<br>          jgentile@beneschlaw.com<br><br>-and-<br><br>Sam J. Alberts (admitted *pro hac vice*)<br>David F. Cook (DE No. 6352)<br>**DENTONS US LLP**<br>1900 K. Street, NW<br>Washington, DC 20006<br>Telephone: (202) 408-7004<br>Facsimile: (202) 496-7756<br>E-mail: sam.alberts@dentons.com<br>          david.f.cook@dentons.com<br><br>-and-<br><br>Lynn P. Harrison III (admitted *pro hac vice*)<br>**DENTONS US LLP**<br>1221 Avenue of the Americas<br>New York, NY  10020<br>Telephone: (212) 768-6700<br>Fax:    (212) 768-6800<br>Email: lynn.harrisoniii@dentons.com<br><br>-and- |

James R. Irving (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile: (502) 540-2215
E-mail: james.irving@dentons.com

-and-

Carlos Urzúa
Gonzalo Varela
**DENTONS LARRAÍN RENCORT SpA**
Av. Apoquindo 3885
Piso 18
Las Condes
Santiago, Chile
Telephone: +56.2.2411.9200
E-mail: carlos.urzua@dentons.com
      gonzalo.varela@dentons.com

*Proposed Counsel for Official Committee of Unsecured Creditors*