**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Alto Maipo Delaware LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 21-11507 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Cerberus FSBA Corporate Credit Fund, L.P., on behalf of certain funds and accounts managed by its affiliates and their direct and indirect subsidiaries (collectively, "Cerberus") hereby appears by its counsel, Davis Polk & Wardwell LLP ("DP&W") and Pachulski Stang Ziehl & Jones LLP ("PSZJ").  DP&W and PSZJ hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases.  DP&W and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Cerberus through

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are:  Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1916) (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

**Error! Unknown document property name.**

service upon DP&W and PSZJ at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| Brian M. Resnick | Laura Davis Jones |
| Elliot Moskowitz | Peter J. Keane |
| Richard J. Steinberg | 919 N. Market Street, 17th Floor |
| 450 Lexington Avenue | P.O. Box 8705 |
| New York, NY 10017 | Wilmington, DE 19899-8705 (Courier 19801) |
| Telephone: (212) 450-4000 | Telephone: (302) 652-4100 |
| Email: brian.resnick@davispolk.com | Facsimile: (302) 652-4400 |
| elliot.moskowitz@davispolk.com | Email: ljones@pszjlaw.com |
| richard.steinberg@davispolk.com | pkeane@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Cerberus, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

**Error! Unknown document property name.**

Cerberus may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: February 11, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |        pkeane@pszjlaw.com |
| | |
| | -and- |
| | |
| | DAVIS POLK &WARDWELL LLP |
| | Brian M. Resnick *(pro hac vice* pending*)* |
| | Elliot Moskowitz (*pro hac vice* pending) |
| | Richard J. Steinberg *(pro hac vice* pending*)* |
| | 450 Lexington Avenue |
| | New York, NY 10017 |
| | Telephone: (302) 652-4100 |
| | Email: brian.resnick@davispolk.com |
| |        elliot.moskowitz@davispolk.com |
| |        richard.steinberg@davispolk.com |
| | |
| | *Counsel to Cerberus FSBA Corporate Credit Fund, L.P.* |