**MOR-1: SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

| Description | Alto Maipo SpA | Alto Maipo Delaware LLC | Total |
|---|---:|---:|---:|
| **Receipts** | | | |
| Receipts | $ 155,125 | $ - | $ 155,125 |
| DIP Proceeds | - | 9,920,000 | 9,920,000 |
| Other Receipts | - | - | - |
| **Total Receipts** | **155,125** | **9,920,000** | **10,075,125** |
| | | | |
| **Disbursements** | | | |
| Suppliers or vendors | (10,120,373) | - | (10,120,373) |
| Restructuring | - | (1,046,224) | (1,046,224) |
| Services | (764,935) | - | (764,935) |
| Payroll | (283,676) | - | (283,676) |
| Taxes / Governmental | (88,426) | - | (88,426) |
| Benefits | (26,097) | - | (26,097) |
| Rent and Usage Rights | (25,863) | - | (25,863) |
| Financial / Bank Fees | (197) | (45) | (242) |
| **Total Disbursements** | **(11,309,568)** | **(1,046,269)** | **(12,355,836)** |
| | | | |
| **Net Cash Flow (excl. Internal Transfers)** | **(11,154,443)** | **8,873,731** | **(2,280,712)** |
| | | | |
| **Cash Balance Beginning of Month** | 13,932,958 | - | 13,932,958 |
| Net Cash Flow | (11,154,443) | 8,873,731 | (2,280,712) |
| **Cash Balance End of Month** | $ 2,778,515 | $ 8,873,731 | $ 11,652,246 |

**MOR-2: STATEMENT OF OPERATIONS**

|  | Alto Maipo SpA | Alto Maipo Delaware LLC | Total |
|---|---:|---:|---:|
| Administrative Expenses | (98,130) | (1,241,224) | (1,339,354) |
| Other Income (Loss) | 263,039 | - | 263,039 |
| Finance Income | 105 | - | 105 |
| Finance Expense | (338,697) | - | (338,697) |
| Foreign Currency Exchange Differences | 1,821,054 | - | 1,821,054 |
| **Gain (Loss) before Taxes** | **1,647,371** | **(1,241,224)** | **406,147** |
| Income Tax Benefit/Expense | 443,917 | 335,130 | 779,047 |
| **Income (Loss) for the period** | **2,091,287** | **(906,093)** | **1,185,194** |

**MOR-3: BALANCE SHEET**

| ASSETS | Alto Maipo SpA | Alto Maipo Delaware LLC | Total |
|---|---:|---:|---:|
| **CURRENT ASSETS** | | | |
| Cash and Cash Equivalents | 2,778,515 | 8,873,731 | 11,652,246 |
| Trade and Other Receivables | 165,348,616 | - | 165,348,616 |
| Income Tax Receivables | 10,785 | - | 10,785 |
| **Total Current Assets** | **168,137,916** | **8,873,731** | **177,011,647** |
| | | | |
| **NON-CURRENT ASSETS** | | | |
| Trade and Other Receivables | 44,897,857 | - | 44,897,857 |
| Other Non-Current Non-Financial Assets | 10,556,373 | - | 10,556,373 |
| Intangible Assets | 21,713,891 | - | 21,713,891 |
| Property, Plant and Equipment | 3,093,105,881 | - | 3,093,105,881 |
| Deferred Tax Assets | 102,515,854 | 335,130 | 102,850,984 |
| **Total Non-Current Assets** | **3,272,789,855** | **335,130** | **3,273,124,985** |
| **TOTAL ASSETS** | **3,440,927,770** | **9,208,861** | **3,450,136,632** |

**MOR-3: BALANCE SHEET**

| LIABILITIES AND EQUITY | Alto Maipo SpA | Alto Maipo Delaware LLC | Total |
|---|---:|---:|---:|
| **CURRENT LIABILITIES** | | | |
| Trade and Other Payables | 36,844,487 | 195,000 | 37,039,487 |
| Employee Benefits | 133,821 | - | 133,821 |
| Other Current Non-Financial Liabilities | 1,879,957 | 9,920,000 | 11,799,957 |
| **Total Current Liabilities** | **38,858,265** | **10,115,000** | **48,973,265** |
| | | | |
| **NON-CURRENT LIABILITIES** | | | |
| Other Non-Current Financial Liabilities | 3,117,794,821 | - | 3,117,794,821 |
| Trade and Other Payables | 7,103,654 | - | 7,103,654 |
| Employee Benefits | 1,055,941 | - | 1,055,941 |
| **Total Non-Current Liabilities** | **3,125,954,416** | **-** | **3,125,954,416** |
| **TOTAL LIABILITIES** | **3,164,812,681** | **10,115,000** | **3,174,927,681** |
| | | | |
| **EQUITY** | | | |
| Issued Capital | 548,563,853 | - | 548,563,853 |
| Accumulated Losses | (11,157,219) | (906,139) | (12,063,358) |
| Other Reserves | (261,291,544) | - | (261,291,544) |
| **Total Equity** | **276,115,089** | **(906,139)** | **275,208,951** |
| **TOTAL EQUITY AND LIABILITIES** | **3,440,927,770** | **9,208,861** | **3,450,136,632** |

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank name | Account number - last four | Acconut Currency Type | CLP Balance as of 1/31/2022 | USD Balance as of 1/31/2022 | Opened or Closed During Period |
|---|---|---|---|---|---|---|
| | **Active Accounts** | | | | | |
| Alto Maipo SpA | Itau Corpanca Branch Santiago, Chile | x6303 | USD | n/a | $ 2,022,940 | No |
| Alto Maipo SpA | Itau Corpanca Branch Santiago, Chile | x1632 | CLP | 288,018,453 | 358,285 | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0423 | USD | n/a | 392,027 | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0454 | USD | n/a | 91 | No |
| Alto Maipo Delaware LLC | M&T Bank | x2423 | USD | n/a | 5,411,524 | No |
| Alto Maipo Delaware LLC | M&T Bank | x2571 | USD | n/a | 3,462,208 | No |
| Alto Maipo SpA | Petty Cash | n/a | CLP | 4,157,386 | 5,172 | No |
| | **Inactive Accounts with Zero Balances** | | | | | |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0339 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0347 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0355 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0363 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0381 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0389 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0397 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0405 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0430 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0438 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpbanca Branch NY | x0446 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpanca Branch Santiago, Chile | x6379 | CLP | - | - | No |
| Alto Maipo SpA | Itau Corpanca Branch Santiago, Chile | x6798 | USD | n/a | - | No |
| Alto Maipo SpA | Itau Corpanca Branch Santiago, Chile | x2842 | CLP | n/a | - | No |
| Alto Maipo SpA | Itau Corpanca Branch Santiago, Chile | x1662 | CLP | - | - | No |
| Alto Maipo SpA | Itau Corpanca Branch Santiago, Chile | x6313 | USD | n/a | - | No |
| Alto Maipo SpA | Banco de Chile | x0909 | CLP | - | - | No |
| Alto Maipo SpA | Banco de Chile | x0903 | USD | n/a | - | No |
| | | | | **Total USD Balance:** | $ 11,652,246 | |

Chilean Pesos (CLP), USD conversion on 1/31/2022 @ 803.88 CLP/USD