# EXHIBIT C

**(Declaration of Sam J. Alberts)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTO MAIPO DELAWARE LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11507 (KBO)<br><br>(Jointly Administered) |

### DECLARATION OF SAM J. ALBERTS

I, Sam J. Alberts, hereby declare under penalty of perjury:

1. I am an attorney with the law firm of Dentons US LLP and serve as counsel to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy cases (the "Bankruptcy Cases"). I submit this declaration in support of the *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Federal Bankruptcy Rule 2004, Directing the Production of Documents* (the "Motion") [Docket No. 301].

2. As evidenced by the certification page attached as Exhibit 1 hereto, on February 21, 2022, each member of the Alto Maipo Unsecured Creditors' Committee adopted Bylaws governing the Official Committee of Unsecured Creditors (the "Bylaws").

3. Attached as Exhibit B to the Motion is a true and correct copy of Article VII of the Bylaws.

Dated: March 4, 2022

                                                                                   */s/ Sam J. Alberts*
                                                                                   Sam J. Alberts

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1916) (Delaware). The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

# Exhibit 1

FINAL VERSION February 21, 2022 – PRIVILEGED AND CONFIDENTIAL



## CERTIFICATION

The undersigned certify that he is duly elected and/or acting (in the corresponding positions indicated below) as Chair, Vice-Chair, and Committee Member Representative of the Alto Maipo Unsecured Creditors' Committee and that the foregoing is a true and correct copy of the By-laws duly adopted by the Committee effective the 21 day of February, 2022.

Chair: _____
Compañía Industrial El Volcán S.A.
Gonzalo Romero

Vice Chair: _____
Comunidad de Aguas Canal El Manzano
Pablo Cortés

Representative: _____
Parque Arenas SpA
Cristián Wehrhahn

US_Active\120269143\V-7