**CERTIFICATE OF SERVICE**

    I, L. Katherine Good, do hereby certify that on March 23, 2022, a copy of the foregoing **Declaration of Benjamin S. Beller in Support of the Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay** was served on the parties listed on the attached service list in manner indicated.

              */s/ L. Katherine Good*
               L. Katherine Good (No. 5101)

## SERVICE LIST

| **Counsel to the Debtors** | **Counsel to the Debtors** |
|---|---|
| Pauline K. Morgan, Esq. <br> Sean T. Greecher, Esq. <br> S. Alexander Faris, Esq. <br> YOUNG, CONAWAY, STARGATT & TAYLOR LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Email: pmorgan@ycst.com; sgreecher@ycst.com; afaris@ycst.com <br><br> **Via Email** | Richard J. Cooper, Esq. <br> Luke A. Barefoot, Esq. <br> Jack Massey, Esq. <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> One Liberty Plaza <br> New York, New York 10006 <br> Email: lbarefoot@cgsh.com; rcooper@cgsh.com; jamassey@cgsh.com <br><br> **Via Email** |

IMPAC 10081272v.1