**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALTO MAIPO DELAWARE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11507 (KBO)<br><br>(Jointly Administered) |

**VERIFICATION OF JAMES R. IRVING
IN SUPPORT OF THE FIRST MONTHLY FEE APPLICATION
OF DENTONS BINGHAM GREENEBAUM LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JANUARY 31, 2022 THROUGH FEBRUARY 28, 2022**

1. I am a partner in the law firm of Dentons Bingham Greenebaum LLP, located at 3500 PNC Tower, 101 South First Street, Louisville, KY 40202. Dentons Bingham Greenebaum LLP is a member of the Dentons Swiss Verein ("Dentons"). I am one of the lead attorneys from Dentons providing services on behalf of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am a member in good standing of the Bar of the Commonwealth of Kentucky. I am admitted to practice in the United States District Court for the Western District of Kentucky and other Federal courts. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Dentons as counsel to the Committee, and I am familiar with all other work performed on behalf of the Committee by the attorneys and paraprofessionals at Dentons Bingham Greenebaum LLP.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (37-2021916 (Delaware). The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

US_Active\120542105\V-1

3.  The facts set forth in the foregoing Fee Application and its exhibits are true and correct to the best of my knowledge, information, and belief.

4.  I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and believe that the Fee Application for Dentons complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2022

                                         */s/* James R. Irving
                                         James R. Irving