IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Alto Maipo Delaware LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 21-11507 (KBO)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

Iván Caldery Hasche being duly sworn, deposes and says that he is over eighteen years of age, is employed by Nelson Contador Abogados & Consultores S.p.A. and is not a party to this action.

That on the 24th day of March, 2022, at approximately the time of 4:40 pm deponent served a true copy of the (i) *Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with Minera Los Pelambres*; (ii) *Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief*; and (iii) *Debtors' Reply to Limited Objection and Reservation of Rights of Specially-Appearing Minera Los Pelambres to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay* upon Minera Los Pelambres at Avenida Apoquindo 4001, Piso 18, Las Condes, Santiago, Chile (Attn: Patricio Enei Villagra),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1916) (Delaware). The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

by personally delivering and leaving the same with Felipe Fuentes León, who informed deponent that he holds the position of room clerk with that company.

Recipient, Felipe Fuentes León, is a man, approximately 60 years of age, stands approximately 6 feet tall, weighs approximately 190 pounds with black hair and brown eyes.

_____
Name: Iván Caldery Hasche

Sworn to before me this
24th day of March, 2022

_____
Notary Public

Con esta fecha, autorizo la firma de don **IVÁN CALDERY HASCHE**, C.I. N°17.537.520-1
Santiago, 25 de Marzo del 2022.-MG.-

NOTARIO