## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Alto Maipo Delaware LLC, *et al.*,[1] | Case No. 21-11507 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 175, 400** |

## NOTICE OF FILING OF SUPPLEMENT TO ALTO MAIPO SPA'S SCHEDULES OF ASSETS AND LIABILITIES

**PLEASE TAKE NOTICE** that on December 20, 2021, Alto Maipo SpA ("Alto Maipo"), one of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed its *Schedules of Assets and Liabilities* [D.I. 175] (the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that, on March 22, 2022, Alto Maipo filed amendments to Schedule G [D.I. 400] (the "Amended Schedule"). The Amended Schedule is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, Alto Maipo has filed a supplement to Schedule G (the "Supplement"), which includes an additional contract that was inadvertently omitted from the Amended Schedule. The Supplement is attached hereto as Exhibit 1. The Amended Schedule, as supplemented by the Supplement is incorporated into, and comprises an integral part of, the Schedules.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their right to further amend their Schedules of Assets and Liabilities, from time to time, as may be necessary or appropriate.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are:  Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1016) (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

29205835.2

Dated: April 1, 2022
Wilmington, Delaware

/s/ *Sean T. Greecher*

Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
S. Alexander Faris (No. 6278)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email: pmorgan@ycst.com
        sgreecher@ycst.com
        afaris@ycst.com

- and –

Richard J. Cooper (admitted *pro hac vice*)
Luke A. Barefoot (admitted *pro hac vice* )
Jack Massey (admitted *pro hac vice* )
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone:     (212) 225-2000
Facsimile:     (212) 225-3999
Email: lbarefoot@cgsh.com
        rcooper@cgsh.com
        jamassey@cgsh.com

*Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit 1

29205835.2

**Alto Maipo SpA**                                                                    **Case Number:  21-11508 (KBO)**

## Schedule G: Executory Contracts and Unexpired Leases

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Water Rights Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2. 1   REGULATION OF WATER RIGHTS, WATER PRIORITY AND USE, AND OTHER ISSUES OF MUTUAL INTEREST, DATED JUNE 6, 2011, AS AMENDED | | | ☐ | AGUAS ANDINAS S.A. | AVENIDA PRESIDENTE BALMACEDA 1398 SANTIAGO CHILE |