**Certificate of Service**

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing ***Joinder and Reply of AES Andes, S.A. and Norgener Renovables, SPA in Support of Approval of Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Alto Maipo SPA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code and for Related Relief*** was caused to be made on April 4, 2022, in the manner indicated upon the parties identified below:

Date:  April 4, 2022

*/s/ Daniel B. Butz*
Daniel B. Butz (No. 4227)

**VIA CM/ECF AND EMAIL**

Richard J. Cooper (rcooper@cgsh.com)
Luke A. Barefoot (lbarefoot@cgsh.com)
Jack Massey (jamassey@cgsh.com)
Cleary, Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Pauline K. Morgan (pmorgan@ycst.com)
Sean T. Greecher (sgreecher@ycst.com)
S. Alexander Faris (afaris@ycst.com)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington DE, 19801

Lynn P. Harrison III (lynn.harrisoniii@dentons.com)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

James R. Irving (james.irving@dentons.com)
Dentons Bingham Greenebaum LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202

Jennifer R. Hoover (jhoover@beneschlaw.com)
Kevin M. Capuzzi (kcapuzzi@beneschlaw.com)
John C. Gentile (jgentile@beneschlaw.com)
1313 North Market Street, Suite 1201
Wilmington, DE 19801

Sam J. Alberts (sam.alberts@dentons.com)
David F. Cook (david.f.cook@dentons.com)
Dentons US LLP
1900 K. Street, NW
Washington, DC 20006

Carlos Urzúa (carlos.urzua@dentons.com)
Gonzalo Varela (gonzalo.varela@dentons.com)
Dentons Larraín Rencort SpA
Av. Apoquindo 3885
Piso 18
Las Condes Santiago, Chile

**VIA OVERNIGHT MAIL AND EMAIL**

Jane M. Leamy
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801