## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Alto Maipo Delaware LLC, *et al.*,[1] | Case No. 21-11507 (KBO) |
| Debtors. | (Jointly Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Moheen Ahmad declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("Kroll"),[2] the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 29, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; and the Notice Party Service List attached hereto as **Exhibit B**:

- Notice of Agenda for Hearing Scheduled for March 31, 2022 at 3:00 p.m. (ET) [Docket No. 424]

Dated: April 1, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 1, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (•) (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 CREDITOR | ANDRITZ CHILE LIMITADA | ATTN: MARCELO HENRIQUEZ<br>ANDRES BELLO 2777, PISO 11<br>OFICINA 101<br>LAS CONDES SANTIAGO CHILE | Marcelo.henriquez@andritz.com | First Class Mail and Email |
| TOP 30 CREDITOR | ASESORIAS E INVERSIONES A&P LIMITAD | ATTN: NICOLÁS CANNONI MANDUJANO<br>MÁLAGA 339<br>LAS CONDES SANTIAGO CHILE | aillanes@amlv.cl | First Class Mail and Email |
| COUNSEL TO VOITH HYDRO LTDA. AND VOITH HYDRO S.P.A | ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19899 | RPalacio@ashbygeddes.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, KEVIN M. CAPUZZI, JOHN C. GENTILE<br>1313 NORTH MARKET STREET, SUITE 1201<br>WILMINGTON DE 19801 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| TOP 30 CREDITOR | CENTRO DE ECOLOGIA APLICADA LTDA | ATTN: VIVIANA VASQUEZ<br>AV. PRINCIPE DE GALES 6465<br>LA REINA SANTIAGO CHILE | vvasquez@cea.cl | First Class Mail and Email |
| TOP 30 CREDITOR | CLARO CHILE S.A. | ATTN: JOSE IGNACIO GONZALEZ CEJAS<br>EL SALTO 5450<br>HUECHURABA RM CHILE | asuntoscorporativos@clarochile.cl | First Class Mail and Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: RICHARD J. COOPER, JACK MASSEY, LUKE A. BAREFOOT, KATHARINE ROSS<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | rcooper@cgsh.com<br>lbarefoot@cgsh.com<br>kross@cgsh.com<br>jamassey@cgsh.com | Email |
| TOP 30 CREDITOR | CONIC - BF INGENIEROS CIVILES | ATTN: RAÚL DEMANGEL<br>MAITENES 2387<br>PROVIDENCIA SANTIAGO CHILE | dborquez@conicbf.cl | First Class Mail and Email |
| TOP 30 CREDITOR | CONSULTORA PAMELA ANDREA LATHROP VA | ATTN: PAMELA LATHROP<br>BLANCO 1215<br>DEPTO.403 E MA<br>VALPARAISO CHILE | plathrop@lathropconsultores.cl | First Class Mail and Email |
| COUNSEL TO CERBERUS FSBA CORPORATE CREDIT FUND, L.P. | DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M. RESNICK, ELLIOT MOSKOWITZ, RICHARD J. STEINBERG<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | brian.resnick@davispolk.com<br>elliot.moskowitz@davispolk.com<br>richard.steinberg@davispolk.com | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER  DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER  DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DENTONS BINGHAM GREENEBAUM LLP | ATTN: JAMES R. IRVING<br>3500 PNC TOWER<br>101 SOUTH FIFTH STREET<br>LOUISVILLE KY 40202 | james.irving@dentons.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DENTONS LARRAÍN RENCORT SpA | ATTN: CARLOS URZUA, GONZALO VARELA<br>AV. APOQUINDO 3885 PISO 18<br>LAS CONDES<br>SANTIAGO CHILE | carlos.urzua@dentons.com<br>gonzalo.varela@dentons.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DENTONS US LLP | ATTN: SAM J. ALBERTS, DAVID F. COOK<br>1900 K. STREET, NW<br>WASHINGTON DC 20006 | sam.alberts@dentons.com<br>david.f.cook@dentons.com | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| TOP 30 CREDITOR | EY SERVICIOS PROFESIONALES DE AUDIT | ATTN: RUBEN CORDOVA<br>AV. PRESIDENTE RIESCO 5435<br>PISO 4<br>LAS CONDES SANTIAGO CHILE | ruben.cordova@cl.ey.com | First Class Mail and Email |
| TOP 30 CREDITOR | FELIX JAVIER MUNOZ DIAZ | ATTN: FELIX JAVIER MUNOZ<br>AVENIDA SALVADOR 880 BLOCK A DEPTO. 1105<br>PROVIDENCIA SANTIAGO CHILE | FJMD2009@GMAIL.COM | First Class Mail and Email |
| TOP 30 CREDITOR | FUNDACION AES GENER | ATTN: ADRIANA ROCCARO<br>LOS CONQUISTADORES 1730<br>PISO 10<br>PROVIDENCIA SANTIAGO CHILE | adriana.roccaro@aes.com | First Class Mail and Email |
| TOP 30 CREDITOR | INGENIERIA Y CONSTRUCCION INGEXA | ATTN: CHRISTIAN SAN MARTIN<br>AV. JOSE ARRIETA 7256<br>LA REINA SANTIAGO CHILE | csanmartin@ingexa.cl | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 CREDITOR | INVERSIONES MENEVADO DOS LIMITADA | ATTN: JUAN PABLO DOMENECH ESPOZ 3150 OF. 401 SANTIAGO CHILE | jpdomenech@megeve.cl fbocayuva@megeve.cl asegu@megeve.cl ops@megeve.cl | First Class Mail and Email |
| TOP 30 CREDITOR | JOAQUIN PORFIRIO COSTA BERRIOS | ATTN: JOAQUIN COSTA AV. COTAPOS 1317-INDEPENDENCIA SANTIAGO CHILE | joaquincosta23@hotmail.com | First Class Mail and Email |
| COUNSEL TO ANDRITZ HYDRO GMBH AND ANDRITZ CHILE LIMITADA | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 | tmeyers@kilpatricktownsend.com | Email |
| COUNSEL TO ANDRITZ HYDRO GMBH AND ANDRITZ CHILE LIMITADA | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, JAMES R. RISENER 1100 PEACHTREE STREET, N.E., SUITE 2800 ATLANTA GA 30309-4528 | tmeyers@kilpatricktownsend.com jrisener@kilpatricktownsend.com | Email |
| COUNSEL TO THE SENIOR LENDERS | LANDIS RATH & COBB LLP | ATTN: MATTHEW B. MCGUIRE, MATTHEW R. PIERCE 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 | mcguire@lrclaw.com pierce@lrclaw.com | Email |
| COUNSEL TO THE DIP LENDER, AES ANDES, S.A. AND NORGENER RENOVABLES, SPA | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN:  DEREK C. ABBOTT, CURTIS S. MILLER, R. JASON RUSSELL, AND DANIEL B. BUTZ 1201 NORTH MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899-1347 | dabbott@morrisnichols.com cmiller@morrisnichols.com jrussell@morrisnichols.com dbutz@morrisnichols.com | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | kcordry@naag.org | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE ADMINISTRATIVE AGENT FOR CERTAIN OF THE DEBTORS PREPETITION LOAN FACILITIES AND THE SENIOR LENDERS | NORTON ROSE FULBRIGHT US LLP | ATTN: CHRISTY RIVERA, ANDREW ROSENBLATT, ERIC DAUCHER, DEREK CASH 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 | christy.rivera@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com derek.cash@nortonrosefulbright.com eric.daucher@nortonrosefulbright.com | Email |
| COUNSEL TO THE ADMINISTRATIVE AGENT FOR CERTAIN OF THE DEBTORS PREPETITION LOAN FACILITIES AND THE SENIOR LENDERS | NORTON ROSE FULBRIGHT US LLP | ATTN: MARISSA LEIGH ALCALA 799 9TH STREET NW, SUITE 1000 WASHINGTON DC 20001 | marissa.alcala@nortonrosefulbright.com | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE M. LEAMY 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 | Jane.M.Leamy@usdoj.gov | First Class Mail and Email |
| COUNSEL TO CERBERUS FSBA CORPORATE CREDIT FUND, L.P. | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J. KEANE 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19899-8705 | ljones@pszjlaw.com pkeane@pszjlaw.com | Email |
| COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION | ATTN: DANIEL ROBERTSON, CAMEO M. KAISLER OFFICE OF THE GENERAL COUNSEL 1200 K STREET, N.W. WASHINGTON DC 20005-4026 | robertson.daniel@pbgc.gov efile@pbgc.gov salembier.cameo@pbgc.gov | Email |
| COUNSEL TO VOITH HYDRO LTDA. AND VOITH HYDRO S.P.A | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: HUGH M. MCDONALD, DEREK SOLLER 31 WEST 52ND STREET NEW YORK NY 10019 | hugh.mcdonald@pillsburylaw.com derek.soller@pillsburylaw.com | Email |
| COUNSEL TO MINERA LOS PELAMBRES | POTTER ANDERSON & CORROON LLP | ATTN: KATHERINE GOOD, CHRISTOPHER M. SAMIS 1313 N. MARKET STREET, 6TH FLOOR WASHINGTON DC 19801-3700 | csamis@potteranderson.com kgood@potteranderson.com | First Class Mail and Email |
| TOP 30 CREDITOR | PROVEEDORES INTEGRALES PRISA S.A. | ATTN: MARIO MORENO LAS ROSAS 5757 CERRILLOS SANTIAGO CHILE | mmorenoi@prisa.cl | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F. STREET NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET, STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| TOP 30 CREDITOR | SEGUROS DE VIDA SURAMERICANA S.A. | ATTN: DANIEL MALLEA AVENIDA PROVIDENCIA 1760. PISO 4 PROVIDENCIA CHILE | danielmallea@nexoseguros.cl | First Class Mail and Email |
| TOP 30 CREDITOR | SEGUROS GENERALES SURAMERICANA S.A. | ATTN: MARCELO TOLEDO (BROKER) AVENIDA PROVIDENCIA 1760 PISO 3 PROVIDENCIA CHILE | marcelo.toledo@willistowerswatson.com | First Class Mail and Email |
| TOP 30 CREDITOR | SERVITAL AUTOMOTRIZ S A | ATTN: WENDY MORA AV. LAS CONDES 12360 LO BARNECHEA CHILE | administracion@servital.cl | First Class Mail and Email |
| TOP 30 CREDITOR | SGS CHILE LIMITADA SOCIEDAD | ATTN: BRAULIO ESTEBAN VERA GARCIA PUERTO MADERO 130 PUDAHUEL SANTIAGO CHILE | Braulio.Vera@sgs.com | First Class Mail and Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| TOP 30 CREDITOR | STRABAG SPA | ATTN: PHILIPP RAINER ALONSO D CORDOVA 4355 OF 1001 VITACURA CHILE | chile@strabag.com | First Class Mail and Email |
| COUNSEL TO MINERA LOS PELAMBRES | SULLIVAN & CROMWELL LLP | ATTN: JAMES L. BROMLEY NEW YORK NY 10004-2498 | bromleyj@sullcrom.com weinbergf@sullcrom.com | First Class Mail and Email |
| TOP 30 CREDITOR | TAMARA NOEMI MIRANDA CERON | ATTN TAMARA NOEMI MIRANDA CERON SALITRERA PEDRO DE VALDIVIA 2322 VILLA PORTAL ANDINO PUENTE ALTO CHILE | Tnmc80@gmail.com | First Class Mail and Email |
| TOP 30 CREDITOR | TESORERIA GRAL.DE LA REPUBLICA | ATTN: CRISTIÁN VARGAS BUGUEÑO (JEFE DIVISIÓN JURÍDICA) TEATINOS 28 SANTIAGO CHILE | | First Class Mail |
| TOP 30 CREDITOR | TOOLDATA SPA | ATTN: JORGE GALVEZ JAVIERA CARRERA 340 OFICINA 200 CERRO LOS PLACERES VALPARAISO CHILE | jorge@tooldata.io | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO STRABAG SPA | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID M. FOURNIER, MARCY J. MCLAUGHLIN SMITH<br>1313 N. MARKET STREET<br>HERCULES PLAZA, SUITE 5100<br>WILMINGTON DE 19801 | david.fournier@troutman.com<br>marcy.smith@troutman.com | Email |
| COUNSEL TO STRABAG SPA | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: ROBERT S. HERTZBERG, DEBORAH KOVSKY-APAP<br>4000 TOWN CENTER, SUITE 1800<br>SOUTHFIELD MI 48075 | robert.hertzberg@troutman.com<br>deborah.kovsky@troutman.com | Email |
| TOP 30 CREDITOR | TURISMO COCHA S.A. | ATTN: ROSARIO VARGAS<br>AV. EL BOSQUE NORTE 0430<br>LAS CONDES SANTIAGO CHILE | rvargas@cocha.com | First Class Mail and Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| TOP 30 CREDITOR | VECTOR SERVICIOS Y ASESORIAS SA | ATTN: MAURICIO<br>LOS ALERCES 2117<br>ÑUÑOA SANTIAGO CHILE | mlopez@vector.cl | First Class Mail and Email |
| TOP 30 CREDITOR | VERGARA GALINDO CORREA | ATTN: MARIA EUGENIA ARMISEN<br>BADAJOZ 45<br>PISO 8<br>LAS CONDES SANTIAGO CHILE | contacto@vgcabogados.cl | First Class Mail and Email |
| TOP 30 CREDITOR | VOITH HYDRO LTDA. | ATTN: GUILLERMO NEIRA<br>AV. NUEVA TAJAMAR 481<br>TORRE NORTE OF302<br>LAS CONDES CHILE | guillermo.neira@voith.com | First Class Mail and Email |
| TOP 30 CREDITOR | VOITH HYDRO S.A. | ATTN: GUILLERMO NEIRA<br>AV. NUEVA TAJAMAR 481<br>TORRE NORTE OF302<br>LAS CONDES CHILE | guillermo.neira@voith.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K. MORGAN, SEAN T.GREECHER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 | pmorgan@ycst.com sgreecher@ycst.com | Email |

**Exhibit B**

Exhibit B
Notice Party Service List
Served as set forth below

| MMLID | NAME | ADDRESS | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 13128440 | ANTOFAGASTA MINERALS SA (MINERA LOS PELAMBRES) | AV. APOQUINDO 4001 – PISO 18 | | LAS CONDES | SANTIAGO | | | Chile | | First Class Mail |
| 13165305 | COUNSEL FOR MINERA LOS PELAMBRES | POTTER ANDERSON & CORROON LLP | Attn: Katherine Good, Christopher M. Samis | 1313 N. Market Street, 6th Floor | Wilmington | DE | 19801-3700 | | csamis@potteranderson.com, kgood@potteranderson.com | First Class Mail and Email |
| 13165307 | COUNSEL FOR MINERA LOS PELAMBRES | SULLIVAN & CROMWELL LLP | Attn: James L. Bromley | 125 Broad Street | New York | NY | 10004-2498 | | bromleyj@sullcrom.com | First Class Mail and Email |
| 13163260 | Minera Los Pelambres | Attn: Patricio Enei Villagra | Avenida Apoquindo 4001 | Piso 18 | Las Condes, Santiago | | | Chile | | First Class Mail |