**REPÚBLICA DE CHILE**
**COMISIÓN REGIONAL DEL MEDIO AMBIENTE**
**DE LA REGIÓN METROPOLITANA DE SANTIAGO**

**Resolución Exenta N°256/09**

**MAT:** Califica ambientalmente proyecto que indica

**Santiago, 30 de Marzo de 2009**

## VISTOS ESTOS ANTECEDENTES:

1. Lo dispuesto en la Ley N° 19.300, sobre Bases Generales del Medio Ambiente, publicada en el Diario Oficial el 9 de marzo de 1994 y en el Decreto Supremo N° 95/01, del Ministerio Secretaría General de la Presidencia, que aprueba el texto refundido, coordinado y sistematizado del Reglamento del Sistema de Evaluación de Impacto Ambiental, publicado en el Diario Oficial el 7 de Diciembre de 2002; la Resolución N° 1600/08 de la Contraloría General de la República y en las demás normas jurídicas que rigen la materia.

2. El Estudio de Impacto Ambiental (EIA)  "PROYECTO HIDROELÉCTRICO ALTO MAIPO Exp. N°105", y sus Adendas, presentada por el Señor Derek Edward Martin en representación de AES GENER S.A al Sistema de Evaluación de Impacto Ambiental (SEIA);

3. Las observaciones y pronunciamientos de los órganos de la administración del Estado, que en virtud de sus competencias, participaron en la evaluación del EIA y sus Adendas, las cuales se contienen en los siguientes documentos: Oficio N° 2461 del Servicio de Vivienda y Urbanización SERVIU, Región Metropolitana, de fecha 16/06/2008; Oficio N° 392 del Servicio Nacional de Turismo, de fecha 09/07/2008; Oficio N° 141 de la Corporación Nacional Forestal, CONAF Región Metropolitana, de fecha 08/07/2008; Oficio N° 148 de la Dirección General de Aguas, Región Metropolitana, de fecha 11/07/2008; Oficio N° 863 de la Dirección Regional de Aguas, Región Metropolitana, de fecha 11/07/2008; Oficio N° 879 de la Dirección Regional de Aguas, Región Metropolitana, de fecha 17/07/2008; Oficio N° 0815 de la Dirección Regional de Obras Hidráulicas, de fecha 08/07/2008; Oficio N° 649 de la Superintendencia de Servicios Sanitarios, de fecha 08/07/2008; Oficio N° 1272 de la Comisión Nacional de Energía, de fecha 11/07/2008; Oficio N° 1063 del Servicio Agrícola y Ganadero, Región Metropolitana, de fecha 14/07/2008; Oficio N° 1146 de la Subsecretaría de Pesca, de fecha 04/07/2008; Oficio N° xxx de la Subsecretaría de Pesca, de fecha 08/07/2008; Oficio N° 4724 de la Secretaría Regional Ministerial de Salud, Región Metropolitana, de fecha 11/07/2008; Oficio N° 2811 de la Secretaría Regional Ministerial de Bienes Nacionales, de fecha 15/07/2008; Oficio N° 1046 del Servicio Nacional de Geología y Minería, de fecha 11/07/2008; Oficio N° 498 de la Secretaría Regional Ministerial de Agricultura RM, de fecha 17/07/2008; Oficio N° 157 de la Dirección General de Aguas, Región Metropolitana, de fecha 17/07/2008; Oficio N° 4273 del Consejo de Monumentos Nacionales, de fecha 26/08/2008; Oficio N° 501 de la Ilustre Municipalidad de San José de Maipo, de fecha 29/07/2008; Oficio N° 3219 de la Superintendencia de Electricidad y Combustibles, de fecha 04/07/2008; Oficio N° 16 de la Secretaría Regional Ministerial de Minería, Región Metropolitana, de fecha 11/08/2008; Oficio N° SRM RMS N° 002/2008 (eia) de la Secretaría Regional Ministerial de Obras Públicas, Región Metropolitana, de fecha 14/07/2008; Oficio N° 5203 de la Secretaría Regional Ministerial de Transportes y Telecomunicaciones, Región Metropolitana, de fecha 11/07/2008; Oficio N° 6112 de la Secretaría Regional Ministerial de Transportes y Telecomunicaciones, Región Metropolitana, de fecha 20/08/2008; Oficio N° 4197 del Consejo de Monumentos Nacionales, de fecha 19/08/2008; Oficio N° 2465 de la Secretaría Regional Ministerial de Vivienda y Urbanismo, Región Metropolitana, de fecha 04/07/2008; Oficio N° 1742 del Servicio Nacional de Geología y Minería, de fecha 27/11/2008; Oficio N° 651 del Servicio Nacional de Turismo, de fecha 01/12/2008; Oficio N° 1409 de la Dirección Regional de Aguas, Región Metropolitana, de fecha 05/12/2008; Oficio N° 330 de la Dirección General de Aguas, Región Metropolitana, de fecha 05/12/2008; Oficio N° 345 de la Dirección Regional de Aguas Región metropolitana, de fecha 15/12/2008; Oficio N° 1417 de la Dirección Regional de Aguas Región Metropolitana, de fecha 16/12/2008; Oficio N° 1485 de la Dirección Regional de Aguas, Región Metropolitana, de fecha 31/12/2008; Oficio N° 1165 de la Superintendencia de Servicios Sanitarios, de  fecha


**EXHIBIT**

Tort Claimant Committee Exhibit 6

05/12/2008; Oficio N° 1492 de la Dirección Regional de Obras Hidráulicas, de fecha 04/12/2008; Oficio N° 890 de la Secretaría Regional Ministerial de Agricultura Región Metropolitana, de fecha 05/12/2008; Oficio N° 1797 del Servicio Agrícola y Ganadero, Región Metropolitana, de fecha 05/12/2008; Oficio N° 106 de la Corporación Nacional Forestal, CONAF Región Metropolitana, de fecha 12/12/2008; Oficio N° SRM RMS N° 006/2008 (eia) de la Secretaría Regional Ministerial de Obras Públicas, Región Metropolitana, de fecha 11/12/2008; Oficio N° xxx de la Subsecretaría de Pesca, de fecha 15/12/2008; Oficio N° 004999 de la Secretaría Regional Ministerial de Bienes Nacionales, de fecha 09/12/2008; Oficio N° 6115 del Consejo de Monumentos Nacionales, de fecha 17/12/2008; Oficio N° 8038 de la Secretaría Regional Ministerial de Salud, Región Metropolitana, de fecha 04/12/2008; Oficio N° 8754 de la Secretaría Regional Ministerial de Transportes y Telecomunicaciones, Región Metropolitana, de fecha 05/12/2008; Oficio N° 26 de la Secretaría Regional Ministerial de Minería, Región Metropolitana, de fecha 23/12/2008; Oficio N° 24/847 de la Ilustre Municipalidad de San José de Maipo, de fecha 05/12/2008; Oficio N° 671 del Servicio Nacional de Turismo, de fecha 11/12/2008; Oficio N° 1797 del Servicio Agrícola y Ganadero, de fecha 05/12/2008; Oficio N° 004999 de la Secretaría Regional Ministerial de Bienes Nacionales, de fecha 16/12/2008; Oficio N° 116 del Servicio Nacional de Turismo, de fecha 11/02/2009; Oficio N° 1648 del Servicio Agrícola y Ganadero, de fecha 13/02/2009; Oficio N° 1 de la Comisión Chilena de Energía Nuclear, de fecha 12/02/2009; Oficio N° 209 del Servicio Agrícola y Ganadero, Región Metropolitana, de fecha 12/02/2009; Oficio N° 59 de la Dirección General de Aguas, de fecha 13/02/2009; Oficio N° 66 de la Dirección General de Aguas, de fecha 25/02/2009; Oficio N° 41/2009 de la Corporación Nacional Forestal, CONAF Región Metropolitana, de fecha 13/02/2009; Oficio N° 161 de la Superintendencia de Servicios Sanitarios, de fecha 09/02/2009; Oficio N° 099 de la Ilustre Municipalidad de San José de Maipo, de fecha 13/02/2009; Oficio N° 91 de la Secretaría Regional Ministerial de Agricultura Región Metropolitana, de fecha 13/02/2009; Oficio N° 0811 del Consejo de Monumentos Nacionales, de fecha 16/02/2009; Oficio N° 1697 de la Secretaría Regional Ministerial de Salud Región Metropolitana, de fecha 03/03/2009; Oficio N° 138 de la Dirección Regional de Aguas, Región Metropolitana, de fecha 17/02/2009; Oficio N° 364 de la Subsecretaría de Pesca, de fecha 18/02/2009; Oficio N° 0237 del Servicio Nacional de Geología y Minería, de fecha 18/02/2009; Oficio N° 405 del Servicio Agrícola y Ganadero Región Metropolitana, de fecha 06/03/2009; Oficio N° C.CHEN (o) 5.7/001 de la Comisión Chilena de Energía Nuclear, de fecha 11/03/2009; Oficio N° 0192 de la Dirección Regional de Obras Hidráulicas, de fecha 11/02/2009; Oficio N° SRM RMS N° 001/2009 (eia) de la Secretaría Regional Ministerial de Obras Públicas, Región Metropolitana, de fecha 16/02/2009; Oficio N° 63 de la Corporación Nacional Forestal, CONAF Región Metropolitana, de fecha 13/03/2009; Oficio N° 1102 del Consejo de Monumentos Nacionales, de fecha 13/03/2009.

4. El Informe Consolidado de Evaluación del EIA del "PROYECTO HIDROELÉCTRICO ALTO MAIPO", de fecha 16 de Marzo de 2009;

5. Las visaciones al contenido del Informe Consolidado de Evaluación emitidas por los Órganos de la Administración del Estado que han participado en la evaluación y que se contienen en los siguientes documentos: ORD. N°CCHEN (0) 5.7/004, del 19/03/2009, Comisión Chilena de Energía Nuclear ;ORD. N°2129, del 20/03/2009, Secretaría Regional Ministerial de Salud, Región Metropolitana; ORD. N°484, del 23/03/2009, Servicio Agrícola y Ganadero, RM; ORD. N°81, del 23/03/2009, Dirección General de Aguas; ORD. N°389, del 23/03/2009, Servicio Nacional de Turismo; ORD. N°2787, del 23/03/2009, Servicio Agrícola y Ganadero; ORD. N°149, del 23/03/2009, Secretaría Regional Ministerial de Agricultura RM; ORD. N°0369, del 23/03/2009, Dirección Regional de Obras Hidráulicas; ORD. N°SRM RM N° 002/2009 (ice - eia), del 23/03/2009, Secretaría Regional Ministerial de Obras Públicas, RM; ORD. N°68, del 23/03/2009, Corporación Nacional Forestal, CONAF RM; ORD. N°1520, del 23/03/2009, Superintendencia de Electricidad y Combustibles; ORD. N°311, del 23/03/2009, Superintendencia de Servicios Sanitarios; ORD. N°0384, del 23/03/2009, Servicio Nacional de Geología y Minería; ORD. N°08, del 23/03/2009, Secretaría Regional Ministerial de Minería, RM; ORD. N°291, del 23/03/2009, Comisión Nacional de Energía; ORD. N°282, del 23/03/2009, Dirección Regional de Aguas, Región Metropolitana; ORD. N°574, del 24/03/2009, Subsecretaría de Pesca; ORD. N°1082, del 25/03/2009, Secretaría Regional Ministerial de Vivienda y Urbanismo, RM; ORD. N°1584, del 25/03/2009, Secretaría Regional Ministerial de Transportes y Telecomunicaciones, RM; ORD. N°1525, del 25/03/2009, Consejo de Monumentos Nacionales; ORD. N°740, del 26/03/2009, Secretaría Regional Ministerial de Bienes Nacionales; ORD. N°923, del 30/03/2009, Servicio de Vivienda y Urbanización SERVIU, RM.

6. Los demás antecedentes que constan en el expediente público de la evaluación del impacto ambiental del proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO ".

7. El acuerdo de la COREMA Región Metropolitana, de fecha 26 de marzo del año 2009.

## CONSIDERANDO:

1. Que, la Comisión Regional del Medio Ambiente de la Región Metropolitana de Santiago debe velar por el cumplimiento de todos los requisitos ambientales aplicables al Proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO", cuyo titular es AES GENER S.A.

2. Que, el derecho del titular a emprender actividades, está sujeto al cumplimiento estricto de todas aquellas normas jurídicas vigentes referidas a la protección del medio ambiente.

3. Que, debe tenerse presente que el derecho a desarrollar actividades económicas, en conformidad a la Ley y sujeto a las restricciones que señale la propia legislación y la Constitución, está reconocido en la Carta Fundamental de la República. Asimismo, las limitaciones a dicha garantía y al derecho de propiedad, que la propia Constitución permite, jamás podrán vulnerar dichos derechos en su esencia.

4. Que, según lo establecido en el EIA y sus Adendas, el proyecto "Proyecto Hidroeléctrico Alto Maipo" posee las siguientes características:

4.1 Antecedentes Generales.

El proyecto comprende las Centrales Alfalfal II y Las Lajas, dispuestas en serie en el sector alto del Río Maipo y considera el aprovechamiento de las aguas provenientes de la zona alta del Río Volcán, del Río Yeso, de las aguas turbinadas por la Central Alfalfal y de la cuenca intermedia del Río Colorado.

Localización:

El proyecto se localizará al sur-este de la ciudad de Santiago, en la comuna de San José de Maipo, Provincia de Coirdilerta, Región Metropolitana, en la cuenca alta del río Maipo.

Objetivos del proyecto:

El objetivo del proyecto es la generación de energía eléctrica mediante la construcción y operación de dos centrales de pasada en serie hidráulica, las que en conjunto generarán una potencia máxima de 531 MW, para entregarla al Sistema Intercomnectado Central (SIC).

Central Alfalfal II

La Central Alfalfal II, diseñada para un caudal de 27 $m^3$/s, recibe las aguas captadas desde esteros ubicados en la parte alta del Río Volcán, las que se conducen hasta el valle del Río Yeso a través del túnel El Volcán. En el sector alto del Río Volcán, se captará hasta un máximo de 12,8 $m^3$/s, por medio de 4 bocatomas que interceptan los diversos brazos de esteros que confluyen y forman la rama norte del Río Volcán, el que a su vez descarga en el Río Maipo. Los cuatro esteros captados son: Engorda, Colina, Las Placas y El Morado. El caudal recolectado se conduce hasta el túnel El Volcán por medio de un acueducto enterrado. Los caudales captados son desripiados en los sitios de las bocatomas y desarenados en conjunto, antes de entrar al túnel Volcán. El túnel Volcán recoge las aguas captadas en la zona alta del Río Volcán y las conduce hasta el valle del Río Yeso, donde se recibe el aporte de este último a través de un ducto enterrado que se desarrolla entre la bocatoma ubicada en el Río Yeso y un pozo de toma ubicado a la salida del túnel Volcán que reúne ambos caudales.

Desde el pozo de toma el flujo es conducido hasta el túnel Alfalfal II a través de un conducto en presión, hasta el túnel de aducción de la Central Alfalfal II, el cual tiene una longitud de 13.600 m., hasta alcanzar el extremo superior del pique en presión. Ligeramente aguas arriba del comienzo del pique, se ubica la chimenea de equilibrio y la Cámara de Carga de esta Central. La altura bruta de caída se estima en 1.146 m.

La casa de máquinas está instalada en una caverna excavada en el macizo rocoso en un sector ubicada hacia el oeste del estero Aucayes, en el valle del Río Colorado.

El túnel de descarga de la Central Alfalfal II tiene una longitud de aproximadamente 2,5 Km. y entrega su caudal al túnel de aducción a la Central Las Lajas. El caudal generado por la Central Alfalfal II puede direccionarse hacia la casa de máquinas de la Central Las Lajas, o bien, hacia la cámara de carga de esta última, ubicado en la orilla derecha del Río Colorado, en ambos casos vía el túnel antes mencionado.

<u>Central Las Lajas</u>

El titular señala que la Central Las Lajas, diseñada para un caudal de 65 m³/s, recibe las aguas generadas de las Centrales Alfalfal y Alfalfal II, además de los aportes de la cuenca intermedia del Río Colorado ubicada entre las bocatomas de la Central Alfalfal (Colorado y Olivares) y la actual bocatoma de la Central Maitenes. A ello se agregan el aporte de la quebrada Aucayes.

La Central Las Lajas considera una cámara de carga, la cual funciona, además, como estanque de contrapunta de la Central Alfalfal II. A este estanque, ubicado en la ribera derecha del Río Colorado, afluyen las aguas provenientes de la Central Alfalfal, lo que se realiza mediante una obra de empalme al canal de evacuación de ésta.

Las aguas derivadas desde el Canal 1 (existente) de la Central Maitenes, son conducidas por un canal y desarenadas en una obra ubicada en la ribera izquierda del Río Colorado. El cruce hacia la cámara de carga de Las Lajas se logra mediante un sifón bajo el Río.

La aducción de la Central Las Lajas se inicia en la Cámara de Carga del mismo nombre mediante un ducto de hormigón en presión. Este conducto cruza el Río Colorado, mediante sifón, y enlaza con el túnel Las Lajas, que tiene escurrimiento en presión. El túnel Las Lajas recibe el aporte proveniente del túnel de descarga de la Central Alfalfal II; además, este túnel, que recibe en su recorrido el aporte del estero Aucayes, posee una chimenea de equilibrio y termina en un pique de presión que alimenta las turbinas.

La casa de máquinas está ubicada hacia la ribera izquierda del Río Colorado en una caverna excavada en el macizo rocoso. El equipamiento de generación cuenta con dos turbinas de 6 chorros, velocidad 300 rpm, con un caudal nominal de 32,5 m³/s cada unidad y una caída bruta de 485 m.

El túnel de descarga de la Central Las Lajas descarga sus aguas directamente en el Río Maipo. Tiene una longitud de 13,3 km y una sección herradura de 35 m², con escurrimiento a pelo libre.

## 4.2    Obras Superficiales

Las obras superficiales contempladas en el proyecto corresponden a bocatomas, ductos, cámaras de carga, sifones y puentes.

### 4.2.1    Captaciones

El Proyecto considera la captación de recursos en ocho diferentes puntos de la cuenca alta del Río Maipo.

- Central Alfalfal II:
  - Cajón Del Morado
  - Cajón La Engorda
  - Estero Colina
  - Quebrada Las Placas
  - Río Yeso

- Central Las Lajas:
  - o Canal de descarga Alfalfal
  - o Río Colorado en Bocatoma Maitenes
  - o Canal 2 de la Central Maitenes

Sólo cinco puntos de captación requieren la construcción de nuevas bocatomas, aquellas ubicadas en los valles de los Ríos Volcán y Yeso. En el valle del Río Colorado (Central Las Lajas) todas las captaciones se hacen desde obras existentes.

- **Cuenca alta del Río Volcán:**

El sistema Alto Volcán de la Central Alfalfal II comprende un conjunto de 4 bocatomas destinadas a captar las aguas de la cuenca alta del Río Volcán, en particular, de los esteros La Engorda, Colina, Las Placas y El Morado. Las aguas captadas por las bocatomas se conducen por acueductos. El primer tramo, que conduce las aguas desde La Engorda hasta el estero Colina, y el segundo, que conduce las aguas captadas por los esteros La Engorda y Colina al cual se le suman las aguas captadas en el estero Las Placas. Después de cruzar en sifón el estero El Morado, se le suman las aguas del estero del mismo nombre, para descargar en un desarenador común. Las aguas desarenadas se conducen finalmente hacia el túnel El Volcán.

- **Valle del Río Yeso:**

Bocatoma El Yeso

La bocatoma El Yeso se ubica unos 700 m aguas abajo del embalse El Yeso, y su objetivo es captar el aporte del Río Yeso para conducirlo al sistema de la Central Alfalfal II.

- **Valle del Río Colorado:**

Bocatoma de la Central Maitenes

Corresponde a la bocatoma de la Central Maitenes en el Río Colorado. La bocatoma fue construida en 1923 y reconstruida en 1989, luego del aluvión de 1987.

Conexión al canal de descarga Alfalfal

Consiste en una prolongación del canal de evacuación de la Central Alfalfal, con un caudal de diseño de 30 m³/s. La obra se conecta por el paramento derecho del canal de evacuación (cota de radier 1.321,82 m.s.n.m.) en la zona que enfrenta al sifón que cruza el Río Colorado, y que actualmente entrega parte de las aguas de Alfalfal al canal de la Central Maitenes.

Canal 2 de la Central Maitenes:

Este canal actualmente conduce hasta 2 m³/s de las aguas del estero Aucayes desde la bocatoma existente hasta el estanque de carga de la Central Maitenes. El aprovechamiento de estas aguas se efectuará conectando dicho canal con el túnel de aducción de Las Lajas mediante un pique vertical de unos 150 m de profundidad.

## 4.2.2    Conducciones

El PHAM considera la construcción de diversas conducciones que conectarán las obras de captación con los túneles. En general se trata de ductos de hormigón y tuberías de acero que irán enterrados ocupando plataformas cuyo ancho máximo será de 10 m excavados en terreno natural. El detalle de estas conducciones, es el siguiente:

- **Acueducto Engorda-Colina**

Las aguas captadas en la bocatoma La Engorda serán conducidas por un ducto circular de hormigón armado de 1,4 m de diámetro y 400 m de longitud hacia la bocatoma Colina, para conectarse con el acueducto el Volcán que se inicia en esta bocatoma.

- **Acueducto El Volcán**

– Tramo I: Consiste en un ducto circular de hormigón armado de 2,4 m de diámetro y 1.760 m de longitud que conduce el aporte de las bocatomas La Engorda y Colina hacia el tramo II del acueducto que se inicia en la bocatoma Las Placas.

– Tramo II: Consiste en un ducto circular de hormigón armado de 2,4 m de diámetro y 1.060 m de longitud que conduce el aporte de las bocatomas La Engorda, Colina y Las Placas hacia el tramo III del acueducto que se inicia en la bocatoma El Morado.

– Tramo III: Consiste en un cajón de hormigón de 2,6 x 2,6 m y 646 m de longitud que conduce el aporte de todas las bocatomas del sistema hacia el túnel El Volcán.

- **Conducción Río Yeso**

Consiste en un cajón de hormigón armado 2,8 x 2,8 m y 1.350 m de longitud que conduce las aguas captadas por la bocatoma Río Yeso hacia el pozo de toma ubicado inmediatamente aguas abajo del portal de salida del túnel El Volcán.

- **Alimentación cámara de carga Las Lajas**

Consiste en una prolongación del canal de evacuación de la Central Alfalfal, con un caudal de diseño de 30 m³/s. La obra se conecta por el paramento derecho del canal de evacuación (cota de radier 1.321,82 m.s.n.m.), en la zona que enfrenta al sifón que cruza el Río Colorado, y que actualmente entrega parte de las aguas de Alfalfal al canal de la Central Maitenes.

- **Derivación desde el Canal 1 de la Central Maitenes**

La obra de derivación se ubica aproximadamente a unos 400 m aguas abajo de la bocatoma Maitenes; atraviesa el camino que va hacia la Central Alfalfal y alimenta un desarenador compuesto de dos naves en paralelo, para continuar cruzando el Río Colorado mediante un sifón hasta la Cámara de Carga de Las Lajas.

- **Aducción Central Las Lajas**

Consiste en un ducto de hormigón de 3,2 x 3,2 m y 1.000 m de longitud y se desarrolla entre la Cámara de Carga de la Central Las Lajas y el portal de entrada del túnel de aducción de esta Central, cruzando bajo el Río Colorado mediante un sifón.

### 4.2.3 Cámaras de Carga

- **Central Las Lajas**

La cámara de carga de la Central Las Lajas, otorga estabilidad al sistema hidráulico de esta Central y adicionalmente permite actuar como estanque de contrapunta, restituyendo el régimen natural del Río Maipo/Colorado cuando la Central Alfalfal II opere en punta. El agua es captada desde esta cámara mediante un ducto de hormigón que conduce las aguas hasta el túnel de aducción de la Central Las Lajas (sifón Colorado).

Se emplaza junto a la ribera norte del Río Colorado, en parte excavado y en parte desarrollado mediante muros de tierra. El volumen útil del estanque es de 300.000 m³ desarrollado en una superficie de 75.000 m². Se ha contemplado la instalación de una membrana impermeabilizante en toda la superficie del estanque, un piso de hormigón en el fondo así como también obras para el vaciado y seguridad.

- **Central Alfalfal II**

La Cámara de carga de la Central Alfalfal II otorga estabilidad al sistema hidráulico de la Central y constituye la cámara de expansión de la chimenea de equilibrio. Está ubicada en el sector Alto Aucayes unos 2 km hacia el este de dicho estero, a una altura de 2450 msnm. La cámara de carga, cuyo volumen total es de 48.100 m³, irá completamente excavada en roca

La alimentación de la cámara de carga se efectuará mediante la conexión al túnel Alfalfal II que conducirá las aguas provenientes de la captación Río Yeso y túnel Volcán II.

### 4.2.4.   Subestación Eléctrica (S/E)

La subestación Alto Maipo comprende un área aproximada de 0,5 hás y estará compuesta principalmente por equipos eléctricos y equipos de protección y control, empleados para elevar el voltaje de salida de los generadores de las Centrales Alfalfal II y Las Lajas. Estará ubicada en la margen oriente del Río Colorado, en las coordenadas N: 6.287.130 E: 380.170 (Datum WGS 1984).

### 4.2.5.   Puentes y Obras Menores de Cruce

El PHAM contempla la construcción de puentes en el Río Colorado, Yeso y en los esteros Manzanito y Aucayes, todos ellos emplazados en caminos privados.

### 4.2.6.   Sifones

El PHAM considera la construcción de 4 sifones que cruzarán el estero El Morado y los Ríos Yeso y Colorado. Las características generales de estos sifones, se indican en la siguiente tabla:

**Características Generales de los Sifones**

| Sector | Descripción | Sección (m²) | Largo total (m) |
|--------|-------------|--------------|-----------------|
| Estero El Morado | Tubería de acero | 4,5 | 70 |
| Río Yeso | tubería de acero | 7,5 | 130 |
| Río Colorado (sifón a cámara de descarga) | Ducto de hormigón | 4 | 95 |
| Río Colorado (sifón Río Colorado – Túnel Las Lajas) | Ducto de hormigón | 9 | 170 |

### 4.2.7.   Obras de Descarga

En operación normal, la Central Alfalfal II descargará sus aguas al túnel Las Lajas mediante el túnel de descarga. En situaciones de emergencia o de interrupción de la operación de la Central Las Lajas las aguas podrán ser descargadas al Río Colorado a través de la Cámara de Carga de la Central Las Lajas mediante una obra de entrega dotada de elementos de disipación de energía y protecciones adecuadas del lecho y riberas del Río.

La Central Las Lajas en tanto, descargará directamente en el Río Maipo, por medio de una obra de descarga proyectada a través de un canal excavado en roca.

Obra de Descarga al Río Colorado

La obra de descarga al Río Colorado se materializa mediante sendos vertederos de hormigón armado que consideran disipadores de energía hidráulica diseñados de manera tal que la entrega del agua al curso del Río sea hecha sin producir alteración hidráulica.

Obra de Descarga al Río Yeso

Se contempla una obra de descarga al Río Yeso ubicada 400 m aguas abajo de la captación, y diseñada para evacuar el caudal tanto del túnel El Volcán como de la propia captación El Yeso.

Obras descarga al Río Maipo

La descarga final de los caudales generados por la Central Las Lajas al Río Maipo, se ubica aguas abajo de la confluencia de este Río con el estero El Manzano, en el sector denominado Las Lajas. La descarga está proyectada como un canal excavado en roca, con un ancho basal de 7,0 m.

**4.3    Obras Subterráneas**

Las obras subterráneas del PHAM, están constituidas por los túneles, piques, chimeneas de equilibrio y cavernas. A continuación, se presenta una descripción general de estas obras subterráneas:

**4.3.1    Túneles**

El proyecto contempla la construcción de un total de 70 km de túneles de los cuales, aproximadamente, 60 km corresponden a los túneles hidráulicos, y el resto lo constituyen las ventanas de acceso a los túneles principales; los túneles de acceso a las cavernas de máquinas y los respectivos túneles de descarga de ambas Centrales.

- Túneles de aducción, acceso y descarga

    — El túnel El Volcán, que escurre en presión, conducirá las aguas provenientes de los esteros la Engorda, Las Placas, Colina y El Morado Este túnel, de 14 km de longitud, se inicia a una cota de aproximada de 2.500 m.s.n.m y finaliza en el punto de conexión con el pozo de toma a la cota 2.480 m.s.n.m en el sector de El Yeso.

    — El túnel de aducción Alfalfal II, de 15 Km. de longitud, conducirá en presión las aguas provenientes del Volcán y Yeso. Se inicia en un punto situado unos 1.100 m al sur de la laguna Lo Encañado a una cota de elevación cercana a los 2.432 msnm y termina en el inicio del pique de caída de la Central.

    — El túnel de aducción Las Lajas, de 9,6 km de longitud aproximadamente, se inicia en la obra de conexión con el sifón del Río Colorado y conduce las aguas provenientes de la descarga de la Central Alfalfal y de la bocatoma Maitenes hasta el pique de presión de la Central Las Lajas. En su trayecto, recibe las aguas de la descarga de la Central Alfalfal II.

    — Piques blindados de presión: El pique de caída de la Central Alfalfal II, tiene una longitud de 850 m y se desarrolla entre las cotas 1.950 msnm y 1.340 msnm correspondientes al término del túnel Alfalfal II y caverna de máquinas respectivamente. Al interior de este túnel se instalará la tubería de acero que en conjunto con el túnel forman el denominado pique blindado de presión. También existirá un pique blindado de presión entre el túnel de aducción y la caverna de máquinas de la Central Las Lajas, el que tendrá una extensión de 162 m. Al igual que en la Central Alfalfal II, este túnel estará revestido con tubería de acero.

    — Túnel de acceso a la Central Alfalfal II: este túnel se desarrolla entre el portal de acceso ubicado en el valle del estero Aucayes, a la cota 1.506 m.s.n.m hasta la caverna de máquinas que alojará los equipos de generación de la Central. Tiene una longitud de 2,4 Km. y una sección de 38 m².

— Túnel de acceso a la Central Las Lajas: este túnel se desarrolla entre el portal de acceso ubicado en el valle del Río Colorado, a la cota 1.025 m.s.n.m hasta la caverna de máquinas que alojará los equipos de generación de la Central. Tiene una longitud de 2,0 Km. y una sección de 38 m$^2$.

— Túnel de descarga Alfalfal II: de 3,4 Km. de longitud, y 21 m$^2$ de sección, descarga las aguas generadas por la Central Alfalfal II al túnel de aducción de la Central las Lajas.

— Túnel de descarga Las Lajas: el túnel de descarga de esta Central tiene una sección de 33 m$^2$ y una longitud de 13,54 Km., conduce a flujo libre las aguas generadas por la Central Las Lajas hasta descargarlas al Río Maipo.

### 4.3.2   Chimeneas de Equilibrio

Las chimeneas de equilibrio, son necesarias para absorber los fenómenos transientes de la operación de las Centrales (tomas y rechazos de carga).

Ambas Centrales contarán con chimeneas de equilibrio, cuyas características específicas serán definidas en la etapa de ingeniería de detalle. En general se trata de piques verticales con un área de expansión en su parte superior, que se conectan a los respectivos túneles de aducción.

•      Chimenea Alfalfal II

La chimenea de Alfalfal II está ubicada en las coordenadas E: 385.550 N: 6.284.325 y está constituida por un pique inclinado de más de 500 m de longitud, de sección circular y diámetro 3,4 m. que se conecta al túnel de aducción.

•      Chimenea Las Lajas

La chimenea de Las Lajas está ubicada en las coordenadas E: 380.380 N: 6.286.850 y estará compuesta por un pique de comunicación entre el terreno y el cuerpo de la chimenea, el cual será de 5m de diámetro y 152.7 m de altura.

### 4.3.3 Cavernas de Máquinas

Las casas de máquinas estarán instaladas en sendas cavernas excavadas en el macizo rocoso, ocupando una superficie total de 1500 m$^2$, para el caso de la Central Alfalfal II y 1700 m$^2$ para Las Lajas.
Al interior de las cavernas de máquinas, se alojará el equipamiento electromecánico compuesto por turbinas tipo Pelton.

### 4.4.   Descripción Fases del Proyecto.

### 4.4.1.   Fase de Construcción

### 4.4.1.1 Construcción de Obras Superficiales

Las actividades más relevantes de la preparación de terreno corresponden a la limpieza y despeje de los terrenos requeridos para la construcción y habilitación de las obras. Estas corresponden al retiro de la capa vegetal y otros materiales similares.

Se excavarán aproximadamente 675.000 m$^3$, parte del material de excavación común será reutilizado en el relleno de las excavaciones, construcción de terraplenes y mejoramiento de caminos, entre otros.

El área intervenida es de 105 hás que ocuparán las diferentes obras del proyecto, permanentes y temporales, tales como las obras civiles, caminos, sitios de acopio, campamentos y frentes de trabajo, corresponden a intervenciones pequeñas en superficie, de carácter puntual o lineal, que dispondrán de las obras de arte necesarias para canalizar y conducir las aguas lluvias.

**Obras de Captación**

Las obras de captación se construirán de acuerdo con lo indicado en los planos y especificaciones del proyecto en cada uno de los esteros y constarán de una barrera fija, para peraltar el nivel del agua y permitir su ingreso al canal de aducción, y compuertas que permitirán la limpieza de gravillas y arenas que se acumulen en la entrada de los canales de aducción.

**Cámara de Carga**

- Las Lajas

Las obras se iniciarán escarpando el terreno para retirar la capa vegetal. Posteriormente, se ejecutará el movimiento de tierras utilizando el material de la excavación en los terraplenes que conformarán los muros perimetrales del estanque. Una vez ejecutadas las excavaciones y previo a la construcción de los terraplenes se procederá a construir todas las obras anexas de hormigón armado (descarga, vaciado, limpieza). Finalmente se procederá a la instalación de la carpeta impermeable.

- Alfalfal II

La cámara de carga de la Central Alfalfal II estará excavada completamente en roca desde el interior del túnel. El material de la excavación será transportado por el túnel y se depositará en el acopio ubicado en el sector de Aucayes Alto.

**Subestación Eléctrica (S/E)**

La construcción de la S/E se inicia con el despeje del área y la construcción del cierre de seguridad exterior y otro al interior del terreno. Posteriormente se realizarán los movimientos de tierra y construcción de fundaciones, soporte de estructuras (metálicas y de equipos). A continuación se realizarán los montajes de las estructuras de patio, equipos eléctricos e instalación de los sistemas de protección y seguridad.

**Conducciones**

La construcción de las conducciones se inicia con la excavación de zanjas variables entre 3 a 4 m de ancho dependiendo de las dimensiones de los ductos. La profundidad de la zanja será acorde con las dimensiones de la conducción.

En general, las excavaciones se harán en sentido de la pendiente, de manera de permitir el desagüe de las aguas lluvias y otras que eventualmente puedan caer a las zanjas. En aquellos casos que las condiciones de terreno lo amerite, los taludes de la zanja se entibarán.

**Sifones**

La construcción de sifones, (cruce de los Ríos Colorado y Yeso, y estero El Morado), se inicia con el desvío temporal del cauce, para proceder a la ejecución de las obras conforme a los planos y especificaciones del proyecto.

El trazado de desvío se hará en el mismo cauce, procurando minimizar la intervención de riberas. Para los Ríos Yeso y Colorado, el desvío podría tener una extensión máxima de 100 m. Para el caso del estero Morado, el desvío tendría una extensión de 40 m. La duración de la intervención en los Ríos Yeso y Colorado para la ejecución de las obras será de 1 año.

### 4.4.1.2   Construcción de Obras Subterráneas

**Volúmenes de Excavación**

Se prevé que la construcción de túneles generará un total de aproximado de 1.7 M $m^3$, de material de roca, la que será trasladada a los sitios de acopio de marina habilitados de acuerdo a lo descrito en el Plan de Manejo de Sitios de Acopios de Marinas. Este material se transportará en carros sobre rieles y/o cintas transportadoras hasta los sitios de acopio de marina, a excepción de algunas obras en el sector Colorado (Central Las Lajas) donde se transportará en camiones tolva, conforme a la secuencia de construcción de las obras.

En términos generales, los 1,7 Mm$^3$ de material de roca, sumado al esponjamiento natural de la roca y al material de relleno extraído de la construcción de caminos y escarpes (675.000 m$^3$) suma un total de 2.7 Mm$^3$ de material a disponer en los sitios de acopios de marina

**Método Constructivo y Sistema de Perforación**

La construcción de los túneles es una actividad secuencial y progresiva, que permite la posibilidad de trabajar en frentes de trabajo simultáneos. Dada las características de los túneles y de la composición de la roca, el método constructivo utilizado será el "drill and blast", método de perforación en avanzada con barrenos y voladuras controladas.

Complementariamente se contempla la utilización de TBM (Tunnel Boring Machines), que perforan la roca mediante una máquina-tunelera.

**Carguío y Transporte de Material de Excavación**

El transporte de marina desde el interior de los túneles hasta los sitios de acopio se ha previsto sobre rieles ó cintas transportadoras; ello es posible por la ubicación de los acopios de marina cercanos a los portales de los túneles. Este método de transporte minimiza la emisión de polvo resuspendido por el flujo vehicular.

En aquellos casos en que lo anterior no es posible, se utilizará camiones tolva de 12 a 15 m$^3$ de capacidad para el transporte.

**Señalización Caminera**

Señalización caminera: En la ruta G-25 camino El Volcán y en la ruta G-455 Camino al Yeso. Lo anterior, en el marco del Plan de Conservación de Caminos. Al respecto, se estima un total de 50 señales para la ruta del El Volcán y 100 en la ruta de El yeso. En los caminos de servicios habilitados en ocasión del Proyecto y en sus intersecciones con la vialidad pública. Aún no se ha determinado la cantidad ni el tipo de señalización, la cual será definida por el contratista a través de Proyecto de Señalización una vez que sean licitados los contratos de obras. Este proyecto de señalización cumplirá íntegramente con las exigencias que establece la Dirección de Vialidad, especialmente en lo que se refiere a; señalización reglamentaria, preventivas, informativas y aspectos geométricos, como son los radios de giro y las canalizaciones.

**4.4.1.3  Habilitación de Campamentos e Instalaciones de Faenas**

La construcción del PHAM conlleva la habilitación de 5 campamentos y 7 instalaciones de faenas. En relación a los campamentos cada uno contará con una dotación aproximada de 200 trabajadores los más pequeños y 400 los más grandes, incluyendo personal profesional, técnicos, obreros, choferes y operarios asociados a las tareas de casino, mantenimiento del campamento y auxiliares de salud. Además, los campamentos estarán habilitados para el alojamiento del personal que trabajará en las faenas de construcción; cada área estará dotada de servicios higiénicos, agua potable, salas de primeros auxilios, casino y áreas de recreación

**Características Generales de los Campamentos e instalaciones de faenas**

a)      Agua Potable

En todos los sitios de campamentos se habilitará un sistema de agua potable que extraerá las aguas de quebradas o esteros cercanos previa autorización de sus propietarios. En caso de no haber disponibilidad de agua suficiente para los requerimientos de los campamentos, el Titular presentará las solicitudes de derechos de agua de uso consuntivo respectivas. El sistema de agua potable incluirá una filtración y un tratamiento de desinfección, un sistema de impulsión al estanque de almacenamiento y a la red de distribución a los artefactos sanitarios.

b)      Servicios Higiénicos

Los campamentos se habilitará plantas de tratamiento del tipo modular donde las aguas servidas serán depuradas mediante un tratamiento primario y secundario. La sedimentación secuencial (piscinas de decantación) operará en las faenas para el agua industrial. En los frentes de trabajo en tanto, se habilitarán baños químicos. Cada una de las instalaciones (campamentos, instalaciones de faenas y frentes de trabajo) contará con un número de artefactos higiénicos (baños, duchas, lavamanos, etc.) conforme a lo establecido en el D.S. 594/99 de MINSAL, especialmente en lo relativo a cantidad y distancia al puesto de trabajo.

c)      Residuos sólidos

En la etapa de construcción del Proyecto se generarán residuos sólidos correspondientes a material excedente de excavación y cortes para la construcción de túneles, caminos y caverna de máquinas. Estos residuos serán transportados hacia los sitios de acopio de marina.

En cuanto a los residuos de la construcción, se prevé una generación mínima de éstos, dado el uso de materiales prearmados y de la reutilización o la venta de éstos mismos. Sin perjuicio de ello, se habilitarán en los campamentos recintos transitorios para el acopio de estos residuos, llamados patios de gestión de residuos, en los cuales se dispondrá básicamente restos de madera, enfierraduras, moldajes, algunos solventes aceites, y lubricantes, estos últimos provenientes de actividades menores de mantención de maquinaria y vehículos. Este recinto será cercado, de piso impermeable y contendrá en su diseño una canaleta de derrames. Además contará con un extintor contra incendios y permanecerá correctamente señalizado.

Los residuos sólidos domésticos o asimilables a domésticos en tanto, serán acumulados temporalmente en contenedores tapados y retirados tanto de los campamentos como de las instalaciones de faenas. La recolección de estos residuos estará a cargo del contratista quien dispondrá de camiones o camionetas habilitados para el traslado de estos residuos hacia un sitio autorizado.

d)      Combustible

El almacenamiento de combustibles (diesel, gasolina, gas, etc.), así como los aceites, lubricantes, diluyentes y otros, necesarios para la ejecución de los trabajos en faenas se realizará a través de estanques y/o tambores de almacenamiento, ubicados en recintos cerrados especialmente habilitados para ello. Los estanques y/o tambores serán herméticos y resistentes a presiones y golpes y se acopiarán en forma ordenada, de acuerdo a las disposiciones del D.S. 379 del Ministerio de Economía, Fomento y reconstrucción de 1985, el cual establece los requisitos mínimos de seguridad para el almacenamiento y manipulación de combustibles líquidos derivados del petróleo.

En cuanto al manejo y almacenamiento de material explosivo, utilizado en las faenas de excavación de roca, el contratista contará con la autorización respectiva de acuerdo a lo establecido en el D.S. N° 400/78, Min. Defensa y serán almacenados en polvorines autorizados.

e)      Señalización

Señalización específica de las instalaciones del proyecto, tales como campamentos, sitios de acopio de marina, áreas de trabajo (en túneles y obras superficiales) e instalaciones de faenas (en áreas donde operarán las plantas de hormigón, recintos y bodegas de almacenamiento, talleres de mantención, estacionamientos, áreas administrativas, etc). Toda señalización requerida estará conforme a las definiciones establecidas en el Manual de Carreteras del Ministerio de Obras Públicas en conjunto con un Experto en Prevención de Riesgos.

**4.4.1.4 Construcción y Mejoramiento de Caminos de Acceso a los Frentes de Trabajo**

**Nuevos Caminos de Servicios**

Se contempla habilitar un total de aprox. 31 km de caminos, los cuales serán utilizados para el traslado de la marina y movimientos de tierra en general, movilización del personal, maquinarias, equipos y suministros e insumos que el contratista requiera en los campamentos, instalaciones de faenas y frentes de trabajo. Asimismo, algunos de estos caminos serán

utilizados durante la etapa de operación para el traslado del personal que realiza las tareas de mantención y monitoreo de las instalaciones permanentes. Todos los caminos que el Titular construirá (empalme, interno, de conexión etc) deberán ser habilitados en el primer año de construcción del proyecto. La tabla que se adjunta indica la construcción de caminos.

### Construcción de Caminos

| Sector | Ancho Franja (m) | Longitud (km) |
|---|---|---|
| Quebrada Aucayes | 10 | 18,7 |
| Yeso | 10 | 4,2 |
| Colorado | 10 | 0,7 |
| Volcán | 10 | 7,1 |
| Total | | 30,7 |

## Mejoramientos de Caminos Existentes

Con relación a los mejoramientos y a la mantención de los caminos públicos existentes en el área de ejecución del PHAM, el Titular considera el mejoramiento de la Ruta G-25 (sector El Volcán) y la Ruta G-455 caminos hacia el embalse El Yeso, lo anterior por cuanto en la actualidad, ambas rutas poseen un deteriorado estado de conservación. En efecto, el camino hacia el embalse El Yeso posee un tipo carpeta de rodado de ripio, con un precario saneamiento, de igual forma la ruta G-25 en el tramo antes mencionado, presenta una carpeta de rodado de material granular, con un tratamiento aparentemente de sal sólo en los sectores poblados para evitar el levantamiento de polvo a raíz del paso de vehículos.

## Mantención de Caminos

Esta actividad será ejecutada para mantener operativos los caminos de servicio habilitados por el titular y para los caminos públicos o privados existentes, durante todo el periodo que dure la construcción de las obras, de acuerdo a lo señalado por el titular en el Anexo 19 del EIA y complementado en la respuesta 42 de la Sección 1 de la Adenda.

### 4.4.1.5  Sitios de Acopio de Marina

El PHAM contempla la habilitación de 14 sitios de acopio de marina de los túneles y un volumen menor de restos de material inerte provenientes de la apertura de caminos y construcción de canales. Se estima que el volumen total de material a disponer, incluido volumen de roca (esponjada) y suelo, en estos sitios, alcanzará a un total del orden de 2,75 M m$^3$. Para realizar el acopio de marina se utilizarán: Vagones "shuttlecar", los que serán conducidos desde el interior de los túneles por una locomotora hasta los acopios de marina. Cada locomotora conducirá aprox. 6 carros. Se usarán también camiones tolva para las obras de construcción de 12 a 15 m$^3$, y una cinta transportadora, para el caso de los túneles cuya excavación se realice por medio de una maquina TBM. Los sitios de acopio de Marinas  se describen en la siguiente tabla:

### Descripción de Sitios de Acopio de Marina

| Sitio | Plano | Descripción |
|---|---|---|
| Sitio de Acopio de Marina N° 1 – Volcán V1 | Plano 020-TU-PLA-100_CD | Ubicado adyacente al Portal de Acceso del Túnel Volcán, el área considerada está hacia abajo del camino que lleva hasta la Bocatoma de El Morado.<br>Está previsto depositar material proveniente de la excavación del Túnel Volcán y material excedente de la construcción del camino de acceso. |
| Sitio de Acopio de Marina N° 2 – Volcán V6 | Plano 020-TU-PLA-100_CD | Ubicado en la cercanía del Portal de Salida del Túnel Volcán, a 200 metros de la Ruta G-455 que lleva al embalse El Yeso, apoyándose en la ladera del cerro.<br>Está previsto depositar material proveniente de la excavación del Túnel Volcán. |

| Sitio | Plano | Descripción |
|---|---|---|
| Sitio de Acopio de Suelo N° 3 - Sector Lo Encañado | Plano 020-TU-PLA-101_CD | Ubicado en la cercanía del Portal de salida del Túnel El Yeso (en tierra), al Oriente del camino de servicio de Aguas Andina, apoyándose en la ladera del cerro. Está previsto depositar material proveniente de la excavación del túnel en suelo y material excedente de la construcción del camino de acceso. |
| Sitio de Acopio de Marina N° 4 - Túnel Alfalfal II VA4 | Plano 020-TU-PLA-101_CD | Ubicado adyacente al Portal de Acceso del Túnel Alfalfal II, en una hondonada del terreno. Está previsto depositar material proveniente de la excavación del Túnel Alfalfal II y material excedente de la construcción del camino de acceso. |
| Sitio de Acopio de Marina N° 5 - Aucayes Alto | Plano 020-TU-PLA-102_EG | Ubicado en la cercanía del Portal de Acceso de la Ventana VA2, en una explanada situada hacia abajo del camino de acceso este portal. Está previsto depositar material proveniente de la excavación de la Ventana VA2, del Túnel Alfalfal II y material excedente de la construcción del camino de acceso. |
| Sitio de Acopio de Suelo N° 6 - Camino Aucayes Alto | Plano 020-TU-PLA-102_EG | Ubicado a ambos lados del camino que sube desde el Portal de Acceso de la Central Alfalfal II hacia la Ventana VA2. Está previsto depositar material excedente de la construcción del camino de acceso |
| Sitio de Acopio de Marina N° 7 - Alfalfal VL7 | Plano 020-TU-PLA-103_DF | Ubicado en la cercanía del Portal de la Ventana VL7 del Túnel Las Lajas, en una terraza más baja que el potrero Caballo Muerto situada entre dicho potrero y el Río Colorado. Está previsto depositar material proveniente de la excavación de la Ventana VL7 y del Túnel Las Lajas. |
| Sitio de Acopio de Marina N° 8 – Alfalfal VL8 | Plano 020-TU-PLA-104_EF | Ubicado en la cercanía del Portal de Acceso del Túnel Las Lajas, en una terraza más baja que el potrero Bellavista situada entre dicho potrero y el Río Colorado. Está previsto depositar material proveniente de la excavación del Túnel Las Lajas. |
| Sitio de Acopio de Marina N° 9 - Laguna Los Maitenes | Plano 020-TU-PLA-104_EF | Ubicado adyacente al Estanque de la Planta Auxiliar de la Central Maitenes, en una derivación del camino que sube hacia el Portal de Acceso de la Central Alfalfal II. Está previsto depositar material proveniente de la excavación de la Ventana VA2, Caverna y Túnel de Descarga Alfalfal II y material excedente de la construcción del camino de acceso. |
| Sitio de Acopio de Marina N° 10 – Ventana VL5 | Plano 020-TU-PLA-105_DF | Ubicado adyacente al Portal de la Ventana VL5 del Túnel Las Lajas, en una terraza entre la Ruta G-345 y el Río Colorado. Está previsto depositar material proveniente de la excavación de la Ventana VL5 y del Túnel Las Lajas. |
| Sitio de Acopio de Marina N° 11 – Subestación | Plano 020-TU-PLA-105_DF | Ubicado en la cercanía del Km. 10 de la Ruta G-345, en una terraza entre la Ruta G-345 y el Río Colorado. Está previsto depositar material proveniente de la excavación del Túnel Las Lajas. |
| Sitio de Acopio de Marina N° | Plano 630-CI-PLA- | Ubicado adyacente al Portal de Salida del Túnel Descarga de la Central Las Lajas, ubicado entre la Ruta |

| Sitio | Plano | Descripción |
|-------|-------|-------------|
| 12 - Descarga Río Maipo | 049_AA | G-25 y el Río Maipo.<br>Está previsto depositar material proveniente de la excavación del Túnel Descarga Las Lajas. |
| Sitio de Acopio de Marina N° 13 – El Sauce | Plano 020-TU-PLA-106_EG | Ubicado en una terraza entre la Ruta G-345 y el Río Colorado.<br>Está previsto depositar material proveniente de la excavación de la Ventana VL4. |
| Sitio de Acopio de Marina N° 14 – Sector km. 8 ruta G-345 | Plano 020-TU-PLA-106_EG | Ubicado en el Km. 8 de la Ruta G-345, en una terraza entre la ruta G-345 y el Río Colorado.<br>Está previsto depositar material proveniente de la excavación de la Ventana VL4, VL2, Caverna, Pique de Caída y Túnel Descarga Las Lajas. |

Para la habilitación de Sitios de Acopio de Marina, se utilizarán caminos públicos para acceder a los mismos. Éstos serán habilitados con las soluciones viales y señalética que propone el estudio de la capacidad vial en el área del Proyecto. Al respecto, se priorizará que la altura del material de marina y su morfología final al cierre se ajuste a las características del relieve donde éste se emplace. Mientras los sitios de acopio de marina estén en construcción, se mantendrá un acceso controlado al área de depósito. Para el caso de los sitios ubicados en sectores de fácil accesibilidad, se instalarán cierros de madera y alambre. Se evaluará el uso de barreras verdes con especies existentes en el entorno, particularmente para el caso de los sitios de acopio en riberas de los Ríos Maipo y Colorado. Se instalarán las señalizaciones correspondientes, con el fin de proteger la seguridad de los trabajadores y visitantes.

La forma en que serán depositados los excedentes de excavación es la siguiente: Primero se retirará la cubierta vegetal hasta darle la rasante propuesta, luego se depositarán 1,5 m en altura de material de excavación de túneles, posteriormente serán compactados con maquinaria pesada, y así sucesivamente. La depositación del material se hará en forma de terrazas. Los acopios de marina se efectuarán en forma ordenada, formando plataformas parejas y seguras, con taludes naturales que forma el mismo material, asegurando su estabilidad. Finalmente, será recubierto con 20 cm de material fino, para luego disponer sobre esta superficie la cubierta vegetal proveniente del material de escarpe extraído previamente desde los mismos sitios, el cual será retirado y acopiado provisionalmente, para luego ser dispuesto en el sitio durante las faenas de cierre del acopio respectivo, en las zonas bajas del proyecto, hasta darle la rasante propuesta por el Contratista de Obras y aprobada por el titular.

Complementariamente, se hará un rescate de suelo desde las áreas de emplazamiento de caminos, conducciones y estanque, el cual será aprovechado en la restauración de los sitios de acopio y otras superficies utilizadas temporalmente.

Del área total a intervenir es factible retirar una capa superficial de suelo, para la posterior restauración de la vegetación, proveniente del escarpe de acopios de marina y del suelo proveniente del escarpe de otras obras superficiales del proyecto. Estos volúmenes estarían disponibles para la restauración de la vegetación. No se contempla la obtención de suelo orgánico desde otras áreas no relacionadas con el Proyecto. El área circundante al sitio de acopio de marina y los caminos de acceso a éste se mantendrán limpios de material de excavación y en perfectas condiciones de transitabilidad. El tránsito de maquinarias y vehículos sólo se realizará por los accesos y caminos autorizados y definidos para las obras del proyecto. El Contratista delimitará claramente las áreas de circulación y estacionamientos de vehículos y maquinaria vinculados a la actividad, restringiendo absolutamente el uso de áreas no autorizadas por la inspección de obras. En los sitios de acopio de marina del proyecto, no se dispondrán restos orgánicos, chatarras, maderas o papel, lodos, u otros materiales.

### 4.4.1.6  Extracción, Uso y Manejo de Empréstitos

El proyecto no contempla áreas especiales para la extracción de materiales de empréstito ni de áridos.

En los sectores de obras de El Volcán y El Yeso, los requerimientos de estos materiales serán cubiertos con los excedentes de las excavaciones de las obras existentes en los cauces de los Ríos del proyecto. A saber, bocatomas, sifones, estribos de puentes y enrocados de protección. El material producto de las excavaciones para las fundaciones de estas obras será reutilizado para obtener los áridos requeridos por la construcción del Proyecto.

En tanto, para aquellas obras localizadas en la cuenca del Río Colorado los áridos serán proporcionados por terceros autorizados localizados en el sector de la Obra.

### 4.4.2    Etapa de Operación

La operación de las Centrales hidroeléctricas Alfalfal II – Las Lajas, dispuestas en serie hidráulica generarán en conjunto una potencia de 531 MW. La operación se inicia en las bocatomas donde se capta el agua que será conducida hasta la caverna de máquinas para su transformación en energía eléctrica.

### 4.4.2.1 Caudales Aportantes al PHAM

El proyecto generará electricidad con las aguas provenientes de los Ríos Volcán, Yeso y Colorado. El caudal máximo utilizado por las Centrales corresponde a su caudal de diseño. En el caso de Alfalfal II es de 27 $m^3$/s y en el caso de Las Lajas es de 65 $m^3$/s. Esto significa que, a plena apertura de los inyectores de las turbinas, el caudal máximo posible de pasar será el respectivo caudal de diseño. Habiéndose calculado hidráulicamente el sistema para los caudales antes señalados, en el evento de que la suma de los caudales disponibles en las bocatomas supere el valor del caudal de diseño (situación típica de verano), el excedente de agua automáticamente se devolverá a los cauces a través de los vertederos de las respectivas obras de captación.

En las siguientes tablas, se presentan los caudales de diseño de las bocatomas y los caudales máximos, medios y mínimos por cada tramo de las conducciones del proyecto.

#### Captaciones Sistema de Aducción del PHAM

| Punto | Caudal Máximo de diseño derivado $m^3$/s |
|---|---|
| Estero Colina | 6 |
| Estero Las Placas | 1 |
| Estero El Morado | 3,7 |
| Estero La Engorda | 2,1 |
| Río Yeso | 15 |
| Estero Aucayes | 2 |
| Río Colorado Alfalfal | 30 |
| Río Colorado Maitenes | 10 |

#### Caudales según Tramos de las Obras de Conducción

| Tramo | Caudal ($m^3$/s) | | |
|---|---|---|---|
| | Máximo | Medio | Mínimo |
| Acueducto conexión Engorda- Colina | 2,10 | 0,72 | 0,00 |
| Acueducto Colina-Las Placas | 8,10 | 3,01 | 0,31 |
| Acueducto Las Placas- Morado | 9,10 | 3,32 | 0,31 |
| Acueducto Morado-Túnel Volcán | 12,80 | 4,65 | 0,43 |
| Túnel Volcán | 12,80 | 4,65 | 0,43 |
| Acueducto El Yeso –Pozo de Toma | 15,00 | 7,52 | 0,00 |
| Tubería Pozo de Toma _ Túnel Alfalfal II | 27,00 | 12,50 | 4,8 |
| Túnel Alfalfal II | 27,00 | 12,50 | 4,8 |

| Ducto en presión Cámara de carga LL-Túnel las Lajas | 39,88 | 21,90 | 6,40 |
|---|---|---|---|
| Canal Aucayes-Túnel Las Lajas | 2,00 | 0,67 | 0,06 |
| Túnel las Lajas | 65,00 | 35,17 | 10,51 |

**4.4.2.2  Caudales ecológicos (Qe)**

Para el Río Yeso, se ha estimado un Qe en bocatoma de $0.46 \text{ m}^3/\text{s}$ . Este Qe considera las condiciones de hábitat necesarias para la mantención de vida acuática en el tramo aguas abajo; esto es, manteniendo las profundidades de escurrimiento y las velocidades de caudal.

En el Río Colorado en tanto, el Qe en bocatomas ha sido estimado en $0.66 \text{ m}^3/\text{s}$. Al igual que el Río Yeso, este caudal permitirá mantener las condiciones de hábitat necesarias para la mantención de la vida en dicho cauce. Al respecto, para cumplir las condiciones de calidad de hábitat acuático, el PHAM propone asegurar un caudal mínimo de $0.7 \text{ m}^3/\text{s}$ en la zona definida como de caudal ecológico. Para cumplir esto, el PHAM contempla por una parte, no captar los recursos del estero Quempo, renunciando a sus derechos, que originalmente se habían contemplado dentro de las obras del proyecto, cuyo caudal medio anual es de 0,72 m³/s.

Respecto a los esteros La Engorda, Colina, Las Placas y Cajón El Morado, las variaciones en el caudal no alteran significativamente las condiciones del escurrimiento, debido principalmente a su elevada pendiente (escurrimiento tipo torrente). Estas condiciones limitan fuertemente el desarrollo de organismos acuáticos, debido a que el esfuerzo de corte que genera dicho escurrimiento evita el establecimiento de la flora y fauna acuática. Adicionalmente, la elevada carga de sedimentos genera un ambiente de baja calidad para la biota acuática. Asimismo, debido a las características morfológicas de estos cauces, las condiciones de calidad de hábitat acuático para la fauna íctica no se cumplen de manera natural en cuanto a que no se había detectado la presencia de peces.

Para el caso del estero Aucayes, cabe señalar que el proyecto utilizará la totalidad de los recursos que actualmente son generados por la Central Maitenes, quedando esta Central fuera de servicio la mayor parte del tiempo. Sin embargo, habiendo excedentes en el estero Aucayes, una vez cumplidas las exigencias que finalmente se adopten respecto de los caudales remanentes, la Central Maitenes podría operar en épocas de verano. Esta situación ha motivado la decisión de no intervenir la bocatoma actual del estero Aucayes, no obstante que dichos recursos sean aprovechados por el nuevo proyecto, lo cual se materializará desviando los caudales actualmente conducidos por el canal, hacia el túnel de aducción de la Central Las Lajas mediante un sondaje que conectará ambos acueductos. Al no intervenir la bocatoma, no se contemplan caudales ecológicos en este estero.

Lo señalado anteriormente es complementado por el titular en la Adenda 1 y Adenda 2, Punto 1 "Descripción de Proyecto y Punto 5 "Línea Base", señalando que los Qe en bocatoma son los que se indican a continuación:

| | |
|---|---|
| Yeso | : 0.46 m³/s |
| Colorado | : 0.66 m³/s |
| Colina | : 0.37 m³/s |
| Morado | : 0.17m³/s |
| Placas | : 0.10m³/s |
| Engorda | : 0.15m³/s |
| Central El Volcán | : 0,30 m³/s |

En caso que el seguimiento de las variables ambientales determinen que el Qe no es capaz de satisfacer el real requerimiento del sistema acuático, entonces se activarán las medidas de mitigación, reparación y/o compensación descritas en el plan de manejo integrado. Si este plan de manejo no cumple con su objetivo, que es evitar la pérdida de la biodiversidad atribuible a la disminución del caudal producto de la operación del proyecto y/o que las

variables ambientales no se comporten según lo previsto, el Qe deberá ser analizado con el objeto de adoptar nuevas medidas que permitan el desarrollo de la fauna íctica identificada.

### 4.4.2.3 Proceso de Generación de Energía

El proceso de generación de electricidad de las Centrales que componen el PHAM consiste en el funcionamiento de una turbina hidráulica que convierte la energía potencial del agua en energía mecánica de rotación. Esta energía mecánica es transformada en energía eléctrica mediante un generador acoplado físicamente al mismo eje que la turbina, al interior de la caverna de máquinas.

Tal como se ha indicado anteriormente, las Centrales hidroeléctricas Alfalfal II y las Lajas, para su proceso de generación, utilizarán un caudal máximo de 27 y 65 m$^3$/s respectivamente, permitiendo la generación de aproximadamente 2350 Gwh/año.

### 4.4.2.4 Mantención de Instalaciones

**Obras Civiles:**

Los mantenimientos referidos a Obras Civiles, se pueden separar en:

> Bocatomas y Vías Hidráulicas
> Caminos
> Infraestructura (Edificios)

Para Bocatomas y Vías Hidráulicas, la mantención consiste en trabajos que se realizan en los periodos en que se realiza el proceso de vaciado de túneles de aducción, lo cual puede ser cada 6 a 8 años. Consiste básicamente en inspecciones, limpiezas, despeje y reparaciones de corte menor. El mantenimiento del equipamiento mecánico presente en las Bocatomas tiene una frecuencia de a lo menos una vez al año, en la cual se le realiza, cambios de sellos en compuertas, eliminación de filtraciones de circuitos hidráulicos, iluminación, etc.

Para caminos e infraestructura vial, se dispondrá de una cuadrilla, para realizar trabajos de despeje, limpieza, mantención de señaléticas y obras de arte a toda la red de caminos del proyecto. La frecuencia e intensidad de dichas labores, dependerá del periodo del año. Los despejes se intensificaran durante el periodo de invierno, para eliminar rodados tanto de nieve como de materiales y en el periodo previo al invierno se debe acondicionar las obras de arte para soportar las lluvias. El resto del año, corresponde a despejes menores y mantención de señaléticas.

**Equipamiento Eléctrico**

> Equipamiento presente en Patios de Alta Tensión

Se realizarán labores de mantenimiento preventivo a desconectores, interruptores, limpiezas de aisladores, como también verificación de apretes de apernaduras en todas las estructuras existentes. Como trabajo de mantenimiento preventivo se contempla la revisión mediante análisis de termovisión para la detección de puntos calientes, producto de mal conexionado. Todas las actividades anteriormente mencionadas tienen una frecuencia de a lo menos una vez al año.

**Equipamiento Electromecánico:**

Corresponde al mantenimiento de los equipos que se encuentran en el interior de la Caverna de Máquinas los cuales se clasifican en:

> Equipos Principales
> Equipos Auxiliares.

Equipos Principales, Turbina, Generador, Transformadores Principales, Válvulas Esféricas, etc. A todos estos equipos se les hará mantención una vez al año durante un periodo no superior a los 25 días y fundamentalmente en el periodo de invierno, es

decir en el periodo de escaso caudal en los Ríos cuando se puede disponer de una unidad en stand by. La mantención mayor de estos equipos se realiza cada 6 a 8 años la cual se hace coincidir con el proceso de inspección de túneles. Esto puede durar entre 30 a 35 días. Todos los trabajos se realizan al interior de la Caverna de Máquinas.

**Mantención de Caminos**

Esta actividad será ejecutada para mantener operativos los caminos de servicio habilitados por el titular y para los caminos públicos o privados existentes, durante el periodo que se requiere hacer las mantenciones anuales a bocatomas y canales de aducción, de acuerdo a lo descrito en la sección 2.3.2.5 del EIA.

**4.4.3    Fase de Abandono del proyecto:**

El proyecto no considera fase de abandono.

5.       Que, es necesario ponderar debidamente en los fundamentos de la presente Resolución las observaciones recibidas de personas  naturales y de las organizaciones ciudadanas con personalidad jurídica, de acuerdo a lo señalado en la ley N°19.300 y su Reglamento. Sin perjuicio de lo establecido en la presente resolución, las personas naturales y organizaciones ciudadanas que formularon observaciones se encuentran identificadas en el Anexo I y las observaciones se encuentran ponderadas en forma detallada en el Anexo II, los cuales se entienden incorporadas a la presente resolución  para todos los efectos.

5.1     La síntesis de las observaciones recibidas, durante el proceso de participación ciudadana,  formuladas por la comunidad dio origen a un total de 1178 observaciones correspondientes a las consultas o planteamientos expuestos, las cuales se contienen también en el Anexo 1 ya indicado. Sin perjuicio de lo anterior, la síntesis de las observaciones expresadas  por la ciudadanía se resumen en la siguiente tabla:

| TEMA | OBSERVACIONES |
|---|---|
| 1.- IMPACTO CALIDAD DE VIDA | 16 |
| 2.- IMPACTO SOCIO-ECONOMICO | 30 |
| 3.- IMPACTO SUELO | 1 |
| 4.- MEDIO HUMANO Y SOCIAL | 4 |
| 5.- SITIOS ARQ., PALEONT. Y PATRIMONIO CULTURAL. | 35 |
| 6.-TURISMO-PAISAJISMO | 35 |
| 7.- CONAMA | 4 |
| 8.- EIA | 23 |
| 9.- EL PROYECTO | 8 |
| 10.- IMPACTO BIODIVERSIDAD-FLORA Y FAUNA | 20 |
| 11.- INSTALACIONES ELECTRICAS | 2 |
| 12.- MARINAS | 11 |
| 13.- NORMATIVA | 21 |
| 14.- OTROS | 15 |
| 15.- RESIDUOS | 2 |
| 16.- SEGURIDAD | 9 |
| 17.- VIALIDAD | 15 |
| 18.- AGUA | 125 |
| TOTALES | 376 |

5.2    Las actividades desarrolladas durante el proceso de participación ciudadana son las que se indican:

| Actividad | Descripción | Fecha | Lugar |
|---|---|---|---|
| Participación    Ciudadana | | 01/07/2008 | Colegio  Municipal  de  la  localidad  San |

| | | | |
|---|---|---|---|
| (PAC) San Gabriel | | | Gabriel, Camino al Volcán alt.41145. |
| PAC El Canelo | Reprogramacion de la reunion por corte de luz | 21/08/2008 | Colegio Municipal de la localidad. |
| PAC ARENEROS SAN BERNARDO | FOTOS DE LA ACTIVIDAD E INFORME | 21/08/2008 | SAN BERNARDO. |
| PAC El Manzano | | 15/07/2008 | Colegio Municipal de la Localidad. |
| PAC San Alfonso | | 29/07/2008 | Colegio Municipal de la Localidad. |
| PAC Los Maitenes | | 09/08/2008 | Sede Social de la Localidad. |
| PAC San Bernardo | Areneros - | 21/08/2008 | Covadonga 234 - Sociedad de Socorros Mutuos a las 11.50 hs. |
| PAC San José | INFORME Y FOTOS DE LA ULTIMA REUNION DE PAC | 23/08/2008 | GIMNASIO SAN JOSE DE MAIPO. |
| PAC El Canelo | Participación ciudadana | 21/08/2008 | Escuela El Canelo. |
| PAC San José de Maipo | Ultima reunión de PAC | 23/08/2008 | Gimnasio Municipal de San José de Maipo, calle El Volcán. |

6.    Que, los efectos, características y circunstancias del artículo 11 de la Ley N° 19.300 han sido adecuadamente consideradas, según se indica a continuación, definiéndose las medidas de mitigación, reparación o compensación apropiadas, de conformidad a lo señalado en el artículo 16 de la ley N° 19.300. Para el caso del "Proyecto Hidroeléctrico Alto Maipo", éste es ingresado al SEIA a través de un EIA en consideración a que durante su ejecución se prevé la ocurrencia de los efectos, características o circunstancias a que se refieren las letras b), d), e) y f) del citado artículo 11 de la ley 19.300, según se explica a continuación.

**6.1    Artículo 11 letra b): El Proyecto Genera o Presenta Efectos Adversos Significativos sobre la Cantidad y Calidad de los Recursos Naturales Renovables, Incluidos el Suelo, Agua y Aire.**

**6.1.1  Flora y Vegetación**

El titular señala que en la etapa de construcción, se afectará una superficie total de 31,23 hás. de bosques. Estas formaciones se encuentran en el valle del Río Colorado y el sector del Río el Volcán, y corresponden a bosque nativo del tipo esclerófilo, exceptuando el bosque del sector Las Lajas que corresponde a una plantación forestal. Por otras parte, se afectarán 70,39 hás de matorrales de los cuales 14,04 hás corresponden a esclerófilo. La superficie total de matorral andino que el proyecto, intervendrá alcanza un total de 56,35 hás, de estas 23,38 hás se encuentran en el sector denominado La Engorda; 13,14 has en la cuenca de la quebrada Aucayes; 10,05 has en la cuenca de la laguna Lo Encañado y 9,78 has en la cuenca del Río Yeso.

Durante la fase de construcción, el proyecto afectará una fracción de las vegas ubicadas en el sector de la Engorda. Las unidades de vegetación con presencia de vegas corresponden a las unidades LE-3 (matorral andino con vegas estacionales) y LE-4 (vegas de borde de estero). La superficie a afectar se estima en 3,64 y 2,64 hás para LE-3 y LE-4 respectivamente, las cuales serían afectadas directamente por las obras de captación y canal de conducción.

Respecto al estado de conservación de estas formaciones vegetales, en el bosque esclerófilo es posible encontrar 5 especies; *Kageneckia angustifolia, Puya berteroniana, Eriosyce curvispina, Cryptocarya alba, Porlieria chilensis*, todas en la categoría vulnerable.

Con la finalidad de disminuir esta intervención sobre las especies antes indicadas, el proyecto contempla una serie de medidas de manejo ambiental que permitirán tanto la recuperación de las áreas intervenidas como de las especies de flora a extraer, las cuales se mencionan en el Considerando 7, 7.2 "Flora"de la presente resolución.

### 6.1.2   Fauna

La forma de intervención de la fauna silvestre, está asociada al movimiento o alejamiento de ejemplares de fauna silvestre local, principalmente reptiles y anfibios, debido principalmente a la modificación de sus condiciones de hábitat natural y/o al ser ahuyentados por la presencia humana.

Al respecto, en el área de influencia del PHAM correspondiente a Río Colorado, Cajón de la Engorda-Estero El Morado, Sector Laguna Lo Encañado-Estero El Manzanito, Embalse y Río El Yeso y Estero Aucayes, se registró un total de 86 especies, entre ellas, 3 anfibios, 9 reptiles, 70 especies de aves de las cuales 9 son aves rapaces, 10 aves acuáticas y 51 aves no rapaces; 4 especies corresponden a la clase mamíferos. Respecto a su distribución en el territorio, 37 especies se registraron en el Río Colorado; 27 en el sector de quebrada La Engorda y el Morado, 43 especies en el sector de Lo Encañado y El Manzanito, 19 se registraron en el sector del Río Yeso y 39 en el Estero Aucayes.

En el área de influencia correspondiente a Aucayes-Alto se registraron 26 especies, entre ellas, 6 reptiles, 16 aves y 4 mamíferos. De acuerdo a los diferentes sectores que conforman esta área de influencia, 8 se registraron en el sector del Estanque, 12 en el sector de El Camino Alto y 16 en el sector Camino Bajo.

En el área de influencia correspondiente a Aucayes-Maitenes se registraron 25 especies, entre ellas, 6 reptiles, 17 aves y 2 mamíferos. De acuerdo a los diferentes sectores que conforman esta área de influencia, 11 se registraron en el sector de Acopio de Marina, 20 en el sector Camino y sólo 2 especies de aves en el sector Bocatoma.

En general el número de especies en categoría de conservación, en los sectores Río Colorado, Cajón de la Engorda-Estero El Morado, Laguna Lo Encañado-Estero El Manzanito, Embalse y Río El Yeso y Estero Aucayes, ascendió a 16, siendo la mayoría de las especies pertenecientes a la clase reptiles, seguido de los anfibios, mamíferos y aves. Dos de ellas se encuentran en categoría "En Peligro" (el sapo *Alsodes nodosus* y el cururo), ocho son "Vulnerable" (dos anfibios, cuatro reptiles, un ave rapaz y un ave no rapaz), cuatro son "Rara" (tres reptiles y un ave rapaz), una "Inadecuadamente Conocida" (el zorro culpeo) y una "Fuera de Peligro" (la lagartija oscura). Una mayor descripción de estas especies en indicada en el Capítulo 5 Línea de Base, adjunto al EIA. En el sector Aucayes Maitenes se registraron 8 especies en categoría de conservación, de las cuales 7 se registraron como "Vulnerables" (7 reptiles y 1 ave) y una especie se registro como "Inadecuadamente conocida" (mamífero). En el sector Aucayes alto se evidenciaron 8 especies en categoría de conservación, de las cuales son 4 especies "Vulnerables" (3 reptiles y 1 ave), 3 especies de reptiles registradas como "Raras" y una especie de mamífero registrada como "Inadecuadamente conocida".

Con la finalidad de disminuir esta intervención sobre las especies antes indicadas, el proyecto contempla una serie de medidas de manejo ambiental, las cuales se mencionan en el Considerando 7 de la presente resolución.

### 6.1.3   Humedales

La presencia de vegas en el sector de veranadas en el alto Volcán y en el valle del Río Yeso, está restringida al entorno inmediato de cursos de agua. Producto de la disminución del caudal de los esteros se reducirá el aporte hídrico a las zonas inmediatas o de ribera, implicando por tanto una menor disponibilidad del agua. En un escenario desfavorable, se producirá una reducción de la cobertura vegetal que ocupa actualmente la vega en este sector, en un plano perpendicular al cauce principal, desplazándose hacía el flujo.

Con la finalidad de mitigar, compensar y reparar los impactos antes indicados, el proyecto contempla una serie de medidas de manejo ambiental, las cuales se mencionan en el Considerando 7 de la presente resolución.

### 6.1.4.   La Diversidad Biológica.

La diversidad biológica presente en el área de influencia del proyecto, está dada por la presencia de flora y fauna nativa. La flora, está representada por la vegetación del tipo esclerófila (en sector bajo de la cuenca del Río Maipo), y vegetación del tipo altoandina, sobre los 2.000 m.s.n.m.

La vegetación del área del Río Colorado corresponde, principalmente, a bosque esclerófilo, compuesto de árboles y arbustos siempre verdes de hojas duras y resistentes a los grandes cambios de temperatura y humedad que presenta la región. Las especies dominantes corresponden, en general a quillay (*Quillaja saponaria*), frangel (*Kageneckia angustifolia*), bollén (*Kageneckia oblonga*), guayacán (*Porlieria chilensis*), huingán (*Schinus polygamus*), espino (*Acacia caven*) y litre (*Lithraea caustica*), árboles que se acompañan de un estrato de arbustos, hierbas anuales y estacionales, y algunas suculentas. Entre los arbustos se encuentran adesmia (*Adesmia confusa*), chilca (*Baccharis salicifolia*), chilquilla (*Baccharis pingraea*), crucero (*Colletia hystrix*), palqui (*Cestrum parqui*), huañil (*Proustia cuneifolia*), bio – bio (*Gymnophyton isatidicarpum*). *Entre las hierbas: Avena barbata, pasto largo (Bromus* berterianus), alfilerillo (*Erodium cicutarium*), falso yuyo (*Hirschfeldia incana*), Hydrocotyle sp, entre las suculentas se encuentra el chagual (*Puya berteroniana*), quisco (*Echinopsis chilensis*) y quisquito (*Eriosyce curvispina*) de acuerdo a lo indicado en el Capítulo 5 del EIA.

La vegetación del tipo esclerófila presenta 5 especies en categoría de conservación; *Kageneckia angustifolia*, *Puya berteroniana*, *Eriosyce curvispina*, *Cryptocarya alba*, *Porlieria chilensis*, todas en la categoría vulnerable. Mientras que en el área andina se identificó la especie *Alstroemeria exerens*, clasificada como "insuficientemente conocida", La*retia acaulis*, en categoría de vulnerable al nivel nacional.

Respecto a la fauna, en el área de influencia del proyecto, correspondiente a Río Colorado, Cajón de la Engorda-Estero El Morado, Sector Laguna Lo Encañado-Estero El Manzanito, Embalse y Río El Yeso y Estero Aucayes, se registró un total de 86 especies, entre ellas, 3 anfibios, 9 reptiles, 70 especies de aves de las cuales 9 son aves rapaces, 10 aves acuáticas y 51 aves no rapaces; 4 especies corresponden a la clase mamíferos. En el área de influencia correspondiente a Aucayes-Alto se registraron 26 especies, entre ellas, 6 reptiles, 16 aves y 4 mamíferos. En el área de influencia correspondiente a Aucayes-Maitenes se registraron 25 especies, entre ellas, 6 reptiles, 17 aves y 2 mamíferos.

En general el número de especies en categoría de conservación, en los sectores Río Colorado, Cajón de la Engorda-Estero El Morado, Laguna Lo Encañado-Estero El Manzanito, Embalse y Río El Yeso y Estero Aucayes, ascendió a 16, siendo la mayoría de las especies pertenecientes a la clase reptiles, seguido de los anfibios, mamíferos y aves. Dos de ellas se encuentran en categoría "En Peligro" (el sapo *Alsodes nodosus* y el cururo), ocho son "Vulnerable" (dos anfibios, cuatro reptiles, un ave rapaz y un ave no rapaz), cuatro son "Rara" (tres reptiles y un ave rapaz), una "Inadecuadamente Conocida" (el zorro culpeo) y una "Fuera de Peligro" (la lagartija oscura). Una mayor descripción de estas especies en indicada en el Capítulo 5 Línea de Base del EIA. En el sector Aucayes Maitenes se registraron 8 especies en categoría de conservación, de las cuales 7 se registraron como "Vulnerables" (7 reptiles y 1 ave) y una especie se registro como "Inadecuadamente conocida" (mamífero). En el sector Aucayes alto se evidenciaron 8 especies en categoría de conservación, de las cuales son 4 especies "Vulnerables" (3 reptiles y 1 ave), 3 especies de reptiles registradas como "Raras" y una especie de mamífero registrada como "Inadecuadamente conocida".

Con la finalidad de disminuir esta intervención sobre las especies antes indicadas, el proyecto contempla una serie de medidas de manejo ambiental, las cuales se mencionan en el Considerando 7 de la presente resolución.

**6.2    Artículo 11 letra d) El proyecto o Actividad, Incluidas sus Obras o Acciones Asociadas, en Cualquiera de sus Etapas, se Localiza Próximo a Población, Recursos y Áreas Protegidas Susceptibles de ser Afectados, así como el Valor Ambiental del Territorio en que se Pretende Emplazar.**

**6.2.1 Áreas Protegidas o Colocadas Bajo Protección Oficial.**

El Proyecto se inserta en un Área de Preservación Ecológica establecida por el Plan Regulador Metropolitano de Santiago (PRMS). De acuerdo a las disposiciones de la Ordenanza que rige el PRMS, esta zona debe ser mantenida en estado natural, con la finalidad de asegurar y contribuir al equilibrio y calidad del medio ambiente, como asimismo preservar el patrimonio paisajístico. Atendiendo a lo anterior, en estas áreas se permitirá el desarrollo de actividades que aseguren la permanencia de los valores naturales, restringiéndose su uso a los fines científico, cultural, educativo, recreativo, deportivo y turístico, con las instalaciones y/o edificaciones mínimas e indispensables para su habilitación. Respecto de proyectos no contemplados en el inciso 5° del artículo 8.3.1.1. de la Ordenanza, se requerirá para su emplazamiento la presentación de un Estudio de Impacto Ambiental, y de la autorización de la SEREMI de Vivienda y Urbanismo de la Región Metropolitana, quien la otorgará previa consulta los organismos que corresponda, además del informe favorable de la SEREMI de Agricultura, tal como lo exige el artículo 8.1.3 del mismo instrumento de planificación territorial. La mayor parte de las instalaciones del proyecto corresponden a "redes de infraestructura" las que, en general, se entienden admitidas en el territorio designado como Área de

Preservación Ecológica, por lo cual desde un punto de vista normativo, el PHAM no presenta incompatibilidad con lo señalado en el instrumento de planificación territorial vigente.

En la zona de inserción del proyecto existe un área bajo protección oficial, regulada por el Sistema Nacional de Áreas Silvestres Protegidas del Estado (SNASPE) denominada "Monumento Natural El Morado" y el Santuario de la Naturaleza San Francisco de Lagunillas. Al respecto, el proyecto considera el desarrollo de obras bajo el Monumento Natural El Morado y Santuario San Francisco de Lagunillas, que corresponden a una sección del túnel El Volcán y Alfalfal, respectivamente. Estas secciones de túneles estarán a una profundidad en promedio de 1.000 m bajo la superficie, para el caso de El Morado alrededor de entre 450 m., para el Santuario San Francisco de Lagunillas. Asimismo, el proyecto no considera la construcción de caminos, ventanas u otras instalaciones en superficie que pudiese afectar estas áreas protegidas.

Además, En la zona de inserción del proyecto existe un área bajo protección oficial, que es el Santuario de la Naturaleza San Francisco de Lagunillas. Por otra parte, la comuna donde se emplaza el proyecto ha sido declarada Zona de Interés Turístico Nacional, a través de la Resolución Exenta N°1.138 del Servicio Nacional de Turismo, del 21 de Noviembre de 2001.

Con la finalidad de minimizar los impactos sobre los recursos y áreas descritas anteriormente, el proyecto contempla una serie de medidas de manejo ambiental, las cuales se mencionan en el Considerando 7 de la presente resolución.

### 6.3   Artículo 11 letra e)   El Proyecto o Actividad Genera o Presenta Alteración Significativa, en Términos de Magnitud o Duración, del Valor Paisajístico o Turístico de una Zona.

### 6.3.1   Impactos Paisajíticos

El titular señala que de acuerdo al análisis realizado los impactos durante la etapa de construcción son transitorios, tienen un carácter negativo y presentan calificaciones que van de Moderadas a Altas y se refieren a la obstrucción visual, producto del desarrollo de las obras, y a la interrupción de la accesibilidad a los parajes con valor paisajístico . Las unidades de paisaje mayormente sensibles corresponden a Alto Río Volcán, Lo Encañado y Estero Aucayes debido principalmente a que presentan alta naturalidad.

Respecto a la accesibilidad las ponderaciones van de media a alta. Las mayores accesibilidades tanto físicas como visuales se desarrollan en la unidad Río Colorado y Río Yeso, debido principalmente a que se conjuga la existencia de vías frecuentes de tránsito y cercanía de las obras a vistas de potenciales observadores.

Con la finalidad de minimizar los impactos sobre los recursos y áreas descritas anteriormente, el proyecto contempla una serie de medidas de manejo ambiental, las cuales se mencionan en el Considerando 7 de la presente resolución

### 6.3.2   Impacto en la Actividad Turística

En la zona se desarrolla un turismo del tipo recorrido y contemplación, llevado a cabo por visitantes los fines de semana y días festivos. Particularmente destaca la presencia de 2 sectores puntuales de atracción turística en las proximidades de las zonas de faenas, donde se tomarán medidas especiales. Estos sectores son: el Embalse El Yeso y en menor medida el sector Alto Volcán.

Las actividades en el embalse El Yeso y sus inmediaciones no se verán interrumpidas. Las obras de captación en el Río Yeso serán menores pues se utilizará la infraestructura ya existente. Las obras necesarias para la construcción de obras de conexión del túnel al sifón serán de tipo temporal y parcial, sobre el camino G-455, lo que se traducirá, eventualmente, en una circulación restringida a una pista o un corto desvío (aprox. 500 m), todo ello mientras duren las faenas. Ello sólo podría causar eventuales molestias a los automovilistas en aquellos sectores en que se desarrollan las obras. Este efecto será menor pues se realizarán durante días de semana en que la circulación por la ruta G-455 es notoriamente menor respecto de días festivos y de fin de semana. Asimismo, el campamento de trabajadores tendrá nula incidencia sobre la actividad turística en la zona, la cual como se ha indicado consiste en actividades de recorrido. Por otra parte, las actividades de construcción en esta zona están contempladas durante todo el año, razón que obligará a mantener despejada (de nieve y rocas) y transitable en forma permanente la ruta G-455, permitiendo de esta manera la afluencia de turistas durante la época invernal, situación que

hasta ahora no es posible debido a los cortes de la vía derivados del paso de crecidas en esteros y cauces menores y por la acumulación de nieve, y caída de rocas.

La habilitación de obras de bocatomas, desarenadores y conducciones en este Sector Alto Volcán no interrumpirá el acceso o recorrido de la zona, por parte de montañistas profesionales, aficionados o visitantes. La única restricción de acceso para terceros será a los sitios de emplazamiento de obras por razones de seguridad. Tampoco se afectarán sitios de escalada existente en el área, ni recursos de interés cultural paleontológico reconocidos por la Sociedad de Paleonteología de Chile.

En relación a los restantes sectores altos en los cuales se verifican obras del proyecto, el titular señala que no se identifica algún tipo de impacto, debido a que estos sectores no cuentan con infraestructura turística que pueda ser afectada y, al mismo tiempo, presentan una menor afluencia de visitantes. En estas zonas, en general se practica un turismo espontáneo, individual y/o grupal, sin que ello implique la explotación o uso de señalética, senderos o algún otro tipo de infraestructura turística. Una excepción es el sector de Baños Morales, Baños Colina y Monumento Natural El Morado en el valle del Río Volcán, sin embargo, próximo a estos sectores el PHAM no contempla obras o faenas importantes, pasando prácticamente desapercibidas las obras subterráneas.

Con la finalidad de minimizar los impactos sobre las áreas descritas anteriormente, el proyecto contempla una serie de medidas de manejo ambiental, las cuales se mencionan en el Considerando 7 de la presente resolución.

**6.4 Artículo 11 letra f) El proyecto o actividad genera presenta alteración de monumentos, sitios con valor antropológico, arqueológico, histórico y, en general, los pertenecientes al patrimonio cultural.**

Sobre la proximidad a algún Monumento Nacional, en la zona de inserción del proyecto existe un área regulada por el Sistema Nacional de Áreas Silvestres Protegidas del Estado (SNASPE) denominada "Monumento Natural El Morado", ubicada en la cuenca del Río Volcán. Al respecto, el proyecto no intervendrá esta área, dado que la obra más cercana corresponde a una pequeña sección del túnel El Volcán, próximo a su costado norte. Esta sección del túnel estará a una profundidad en promedio de 1000 m, bajo la superficie. Asimismo, el proyecto no considera la construcción de caminos, ventanas u otras instalaciones en superficie que pudiese afectar esta área protegida.

Por otra parte, la prospección arqueológica final indicó que las obras no tendrán interferencia con sitios arqueológicos ni paleontológicos. Sin embargo, se detectó la presencia de evidencias arqueológicas en la proximidad de algunos sectores de obras, que aunque no serán afectadas por éstas, constituirán zonas sensibles para la fase de construcción, y sobre las cuales se aplicarán rigurosas medidas precautorias. Estas zonas son las siguientes:

-   En el sector Lo Encañado se registraron varios sitios arqueológicos cercanos a las obras del proyecto (sifón en Río Yeso y acopio de marina). Los sitios corresponden a campamentos de los periodos Arcaico IV y Alfarero Temprano, que aprovechan la protección ofrecida por una serie de grandes bloques rocosos en una extensa planicie, situada en la ribera este del estero Manzanito, y a un tramo del camino del Inka, cuyo trazado ha sido intervenido por un antiguo acueducto (de propiedad de Aguas Andinas) que cortó el camino del Inca en un tramo de aprox. 30 m. El PHAM no afectará las evidencias que se mantienen del camino del Inka ni los sitios Morrenas.

-   Sector Río Colorado–Estero Aucayes: La prospección permitió registrar un sitio arqueológico, correspondiente a un pequeño campamento, con presencia de material lítico, cerámica y material de molienda en la ribera Sur del estero Aucayes.

Con la finalidad de minimizar los impactos sobre las áreas descritas anteriormente, el proyecto contempla una serie de medidas de Prevención de Riesgos Ambientales, las cuales se mencionan en el Considerando 7 de la presente resolución.

7.    Que, del proceso de evaluación de impacto ambiental del proyecto denominado "PROYECTO HIDROELÉCTRICO ALTO MAIPO Exp. N°105" puede concluirse que las siguientes medidas, propuestas por el titular y contenidas en el Estudio de Impacto Ambiental y sus Adendas, complementadas, en su caso, por los Órganos con Competencia Ambiental, son apropiadas para cumplir con la normativa ambiental aplicable, y para hacerse cargo de los efectos, características y circunstancias establecidos en el artículo 11 de la Ley N° 19.300, las que deberán cumplirse para la ejecución del respectivo proyecto:

7.1 Que, el titular del proyecto deberá hacerse cargo de los impactos ambientales identificados en el proceso de evaluación señalados mediante la implementación de las siguientes medidas, las cuales, junto con las precisiones establecidas por esta Comisión, son adecuadas para acreditar el cumplimiento de la normativa de carácter ambiental que es aplicable al proyecto.

**7.1.1** Respecto de los impactos ocasionados sobre el componente ambiental **Aire**, referidas a las **emisiones atmosféricas**, el titular se obliga a implementar las siguientes acciones:

## FASA DE CONSTRUCION

7.1.1.1 Según lo determinado en el proceso de evaluación, las emisiones de PM10 atribuibles a la construcción del PHAM, exceden el límite establecido por el PPDA, (D.S. 58/2003 del Ministerio Secretaría General de la Presidencia, MINSEGPRES). Al respecto, el titular deberá compensar un total de 267 Ton/año de material particulado en un 150%, mediante el mejoramiento de las actuales rutas de acceso al área del proyecto, las que corresponden a 22 km del tramo de la rutas G-455, entre ruta G -25 y Embalse El Yeso, y a 21 km del tramo de la ruta G-25 entre el Puente El Yeso y el área de faenas del proyecto. El mejoramiento consiste en la reconstitución de la plataforma (mediante una carpeta de rodadura granular nivelada), más el riego con Cloruro de Magnesio (Bischofita). Además de la reconstitución de la plataforma, se debe incorporar señales y defensas camineras.

Sin perjuicio de lo anterior, el titular deberá presentar dentro de los 60 días previo al inicio de la fase de construcción del proyecto, el Plan de Compensación de Emisiones (PCE) a la Dirección Regional de CONAMA RM, a fin de validar las estimaciones de las emisiones, las que tienen carácter preliminar. Para estos efectos, deberá adjuntar al PCE la memoria de cálculo de dichas emisiones que incluya:
- Los factores de emisión empleados en la estimación.
- La referencia bibliográfica de los factores de emisión y de la metodología de estimación utilizada.
- Los supuestos involucrados en los cálculos.
- Los valores de los parámetros considerados en las estimaciones.
- Las hojas de cálculo.

7.1.1.2 Los camiones con material que se desplacen fuera de los frentes de trabajo y que accedan a caminos públicos serán cubiertos con lonas para evitar el desprendimiento de material.

7.1.1.3 Se humedecerán las superficies interiores de la obra, plataformas y frentes de trabajo, particularmente en la temporada seca. El Titular del Proyecto considera el uso del camión aljibe de la siguiente forma: durante el primer año de construcción del proyecto, y acotado a la construcción y mejoramiento de caminos, su uso será diario en las áreas donde justamente se ejecutarán estas faenas, es decir en el sector de El Volcán, El Yeso – Lo Encañado y en Aucayes (Alto y Bajo). Una vez terminada la construcción y mejoramiento de caminos, no será necesario el tránsito del camión por cuanto ambas vías, poseerán aglomerantes en su superficie que permitirán mitigar la emisión de polvo, En los frentes de trabajo de las obras superficiales y en frentes localizados en los portales de los túneles y en las áreas de campamento, su uso se extenderá durante toda la etapa de construcción de las obras con una frecuencia diaria.

7.1.1.4 Instruir a los contratistas para que los camiones estacionados por un tiempo prolongado en la obra mantengan apagados sus motores.

7.1.1.5 Al interior de los campamentos y frentes de trabajo se prohibir la quema de residuos y materiales combustibles (madera, excesos de material vegetal, papeles, hojas o desperdicios y cualquier otro desecho que se origine en la etapa de construcción) a cielo abierto durante la ejecución de las obras. Se calentarán los alimentos con artefactos a gas o eléctricos.

7.1.1.6 Cumplir lo estipulado en el Art. 2 del Decreto N° 75 de 1987 del Ministerio de Transportes y Telecomunicaciones, es decir, la carga deberá estar cubierta con una lona o plásticos de dimensiones adecuadas, de manera que evite la emisión de material particulado al aire.

7.1.2 Respecto de los impactos ocasionados sobre el componente ambiental **Aire**, referidas a las **emisiones de ruido**, el titular se obliga a implementar las siguientes medidas.

**FASE DE CONSTRUCCIÓN:**

7.1.2.1 Para minimizar los efectos de las emisiones de ruido sobrer las viviendas eplazadas en las cercanías del área de obras del canal Alfalfal y los receptores emplazados a menos de 35 m. del frente de trabajo en que se desarrollarán las obras de construcción con maquinaria pesada, se implementarán barreras acústicas, para una atenuación de entre 10 y 15 dB(A). Esta pantalla será construída en panel opaco y sin fugas acústicas, con una densidad de 15kg/m2, en madera tipo OSB o terciado o acero, y una altura mínima de 3 m.

7.1.2.2 Generar semi-encierros específicos a la maquinaria más ruidosa, como grúas, grupos electrógenos, compresores, martillos neumáticos y camiones tolva. Estas pantallas consisten en cierres laterales de panel de madera terciada, panel de tableros o panel de madera aglomerada.

7.1.2.3 Priorizar el desarrollo de faenas en superficie en horario diurno (8:00 – 21:00h).

7.1.2.4 La maquinaria utilizada será revisada y probada por la empresa contratista con el fin de detectar desperfectos mecánicos que pudieran alterar los niveles de ruido establecidos. Lo anterior quedará establecido en los contratos entre el titular, contratistas y subcontratistas.

7.1.2.5 Presentar, a la Secretaría Regional Ministerial de Salud, RM, para su aprobación, para los 8 puntos sensibles del Proyecto, identificados durante la evaluación, previo inicio de obras, un "Programa de Trabajo de Ejecución de Obras" con el fin de reducir los impactos y minimizar la molestia que las actividades del proyecto pudieran causar a la comunidad.

7.1.2.6 Durante la ejecución de las tronaduras, se notificará por escrito a los propietarios, sobre la necesidad de realizar dicha faenas, su duración, y horario de ejecución.

Sin perjuicio de lo anterior, esta Comisión precisa que el titular deberá:

7.1.2.7 Las faenas constructivas en el sector de El Alfalfal y cualquier otra en donde existan receptores cercanos susceptibles de ser afectados por el ruido, sólo podrán realizarse entre las 8:00 y las 21:00 horas.

7.1.2.8 En las faenas de construcción del sector de El Alfalfal, así como aquellas en donde existan receptores a menos de 35 m de distancia de los frentes de trabajo, se deberán implementar barreras acústicas de 3,6 m de altura y un ancho suficiente para cubrir la maquinaria o el frente de obra, según corresponda. Estas barreras deberán estar compuestas de madera OSB o terciado de 18,5 mm de espesor y lana mineral de densidad 60 kg/m3 en su cara interior (en dirección a la fuente de ruido).

7.1.2.9 Durante la etapa de construcción el tránsito tanto de camiones como de buses de traslado de personal sólo podrá efectuarse entre las 8:30 y las 17:30 horas (Lunes a Viernes) y entre las 9:30 y las 14:00 horas (Sábados). Además, el titular deberá disponer que el traslado de personal y de carga se efectúe en horarios distintos.

7.1.2.10 Se deberá establecer un plan de manejo con la comunidad, indicando el tipo de obra que se realizará, sus dimensiones y plazos de construcción, el horario de trabajo, cantidad y horario de tránsito de camiones y otros vehículos pesados, el horario en el que se producirán las mayores emisiones de ruido y la duración de tales eventos, con el objeto de reducir los impactos y minimizar la molestia que ello pudiera causar en la comunidad. Lo anterior, a través de la entrega de cartillas informativas, las que deben ser entregadas a la comunidad en forma previa al inicio de cada fase de la etapa de construcción. Se deberá designar además a un encargado en la obra que pueda recoger los reclamos de

la comunidad de modo de tomar las acciones correctivas en el momento en que se produzcan las molestias y establecer un teléfono de reclamos para complementar el plan de manejo.

**7.1.3**   Respecto de los impactos ocasionados, sobre el componente ambiental, por la **modificación temporal de cauces y/o calidad del agua**, el titular se obliga a implementar las siguientes acciones:

**FASE DE CONSTRUCCIÓN:**

7.1.3.1   El emplazamiento de los puentes se realizará minimizando la intervención del cauce. El proyecto ha definido la sección óptima de cruce en relación al ancho de todos los puentes.

7.1.3.2   Las aguas servidas y residuales tratadas provenientes de cada uno de los campamentos de trabajo e instalaciones de faenas, serán reutilizadas en los procesos de construcción o bien, empleadas para el riego de superficies. La disposición de las aguas residuales tratadas, se hará exclusivamente en temporada invernal, pues se prevé que el resto del año, dichas aguas serán reutilizadas.

7.1.3.3   Privilegiará que las obras en cauces sean realizadas a fin de la temporada de verano y comienzos de otoño; época del año en que el cauce de los ríos se presenta reducido, dejando expuesta una mayor área del cauce, permitiendo que la construcción de las obras en la caja de los ríos se realice, principalmente, sobre "terreno seco" y no sobre el "ancho mojado".

7.1.3.4   Se restringirán al mínimo posible la ejecución de faenas en la ribera de ríos y esteros, procurando además que el acopio de materiales de construcción (tubos, hormigones, otros), maquinarias y estacionamiento temporal de camiones no se realice en las riberas de los ríos. La programación del contratista procurará que las obras en cauces tengan una corta duración y una expresión espacial reducida.

7.1.3.5   Mientras se ejecuten los trabajos en cauces se exigirán precauciones especiales para prevenir derrames accidentales, tales como: prohibir el acopio de tambores de lubricantes en el cauce o próximo a él, y prohibir el estacionamiento de maquinarias en el cauce.

7.1.3.6   Las lagunas Negra y Lo Encañado en su condición de "zonas de restricción" tendrán restricción de acceso para los trabajadores y se coordinará con la empresa Aguas Andinas S.A. la utilización del camino de acceso a la zona.

7.1.4   Respecto de los impactos ocasionados sobre la **vialidad adyacente**, el titular se obliga a implementar las siguientes medidas.

**FASE DE CONSTRUCCIÓN:**

7.1.4.1   Respecto a las obras que se realicen en la vía pública, cumplir con lo dispuesto en el Capítulo N° 5 "Señalización Transitoria y Medidas de Seguridad para Trabajos en la Vía" del Manual de Señalización de Tránsito y sus Anexos, de acuerdo al Decreto Supremo N° 90/2002 del Ministerio de Transportes y Telecomunicaciones, publicado el 20 de enero de 2003 en el Diario Oficial. Respecto a la habilitación y mantenimiento de la señalización:

a.- La ubicación de las señales se hará en forma tal que sea fácilmente visibles y no interfieran el tránsito continuo de los vehículos ni la visibilidad de los peatones.
b.- Se deberá capacitar a los trabajadores respecto a la interpretación de la señalización disponible en las instalaciones y áras de trabajo.
c.- Se vigilará en todo momento que no se obstaculice ninguna de las señales habilitadas, como tampoco podrá habilitarse señalización, sin previa autorización.
d.- Si es necesario, se deberá ir modificando las señalizaciones de acuerdo con el progreso de la obra.
e.- Las señales que exijan visibilidad durante las horas de la noche o circunstancias especiales, serán reflectivas o estar convenientemente iluminadas;
f.- Si se deja el trabajo sin terminar para el día siguiente, se colocarán luces a intervalos apropiados, delimitando el área de trabajo sin terminar con la respectivos letreros y señales de advertencia;

g.- Se deberá mantener en todo momento, todas las señales en su posición correcta, limpias y legibles durante el tiempo de su utilización. Cuando por acción de agentes externos se deterioren serán reparadas o reemplazadas.

7.1.4.2 El acceso y los caminos empleados para el transporte interno de residuos peligrosos y no peligrosos, deberán contar con señalizaciones adecuadas para el tránsito vehicular, tales como, letreros, cintas de demarcación de áreas y otros elementos de señalización donde se indiquen dirección, velocidad máxima permitida, áreas restringidas etc. Además, el titular deberá mantener Hojas de Seguridad para el transporte de todo tipo de residuos peligrosos generados.

7.1.4.3 Las rutas que preferentemente serán utilizadas por el proyecto, durante la fase de construcción y operación y las acciones que considera la mantención y su frecuencia para cada una de ellas, se especifican en las siguientes tablas:

### Descripción de Rutas a Conservar y Mantener

| Ruta | Desde | A | Km. a Mantener | Etapa del Proyecto |
|---|---|---|---|---|
| G-455<br>Camino El Yeso | Cruce Romeral<br>Ruta G-25 | Área de<br>Campamento N° 2 | 22 Km. | Construcción |
| G-25<br>Camino el Volcán | Puente El Yeso | Puente Colina | 23 Km. | Construcción |

### Acciones de Conservación de Rutas

| Ítem | Ruta | |
|---|---|---|
| | G-455 | G-25 |
| Colocación de Señales Camineras. | X | X |
| Colocación de Defensas Camineras. | X | X |
| Construcción de Obras de Arte. | X | X |
| Reposición de Carpeta de Rodado Granular. | X | X |
| Construcción de Badenes. | X | |
| Construcción Muro de Mampostería. | X | |
| Alargamiento de Alcantarillas. | X | |
| Riego Anual de Bischofita. | X | X |

### Mantención de Rutas Etapa Construcción

| Item | Ruta | | Caminos<br>Nuevos | Frecuencia |
|---|---|---|---|---|
| | G-455 | G-25 | | |
| Uso Camión Aljibe | X | X | X | Diario |
| Mantención de Señales Camineras | X | X | X | Abril/Mayo de cada Año. |
| Mantención de Defensas Camineras | X | X | X | Abril/Mayo de cada Año. |
| Mantención de Obras de Arte | X | X | X | Abril/Mayo de cada Año. |
| Mantención de Badenes | X | | | Abril/Mayo de cada Año. |
| Mantención de Muro de Mampostería | X | | | Abril/Mayo de cada Año. |
| Mantención de Alcantarillas | X | | X | Abril/Mayo de cada Año. |
| Aplicación Anual de Bischofita | X | X | X | Agosto/Sept. de cada Año. |

Para las Rutas G-25 y G-455, la Dirección de Vialidad RM consensuará en conjunto con el titular las medidas a materializar, mediante la suscripción de un Convenio entre ellos.

Sin perjuicio de lo anterior, esta Comisión establece que el titular deberá:

7.1.4.4 De preferencia los camiones deberán regresar a Santiago por la ruta G-25 y atravesar las zonas urbanas de Puente Alto y La Florida, entre las 7:00 y las 9:00 hrs de cada día laboral. Por otra parte, se dará cumplimiento a lo dispuesto en el Decreto Exento N° 130/1997 de la Ilustre Municipalidad de San José de Maipo, que establece la suspensión del tránsito de camiones de más de cuatro toneladas desde las 14:00 hrs de los días sábados hasta las 24:00 hrs de los días domingo por las rutas G-25 Puente Alto – El Volcán y G-421 San Juan de Pirque – El Toyo.

7.1.4.5 Durante la etapa de construcción, donde se concentrará el mayor movimiento de vehículos de carga y traslado de personal, el transporte del proyecto deberá tener lugar de lunes a viernes, de modo de no superponerse con la mayoría de los viajes con fines de deporte y turismo que ocurren los fines de semana y festivos.

7.1.4.6 En el camino el Volcán Ruta G-25, el Titular deberá realizar las siguientes medidas:
- Reponer Carpeta de Rodado Granular desde Pk 13,8 al Pk 20,0 en un ancho de 7 m y un espesor de 15 cm.
- Colocación de señales camineras desde el km 12 al km 23,3 estimándose un total de 50 señales, y 60 delineadores verticales.
- Colocación de defensas camineras en sectores de curva, sin visibilidad y con riesgo de caídas de vehiculo desde el km 12 al km 23,3 (se estima un total de 200m del tramo referido).
- Riego anual de bishofita efecto matapolvo, un riego por temporada, en toda la extensión del camino (23 km).

En el camino Yeso Ruta G-455, el Titular deberá realizar las siguientes medidas:
- Colocación de señales camineras en todo el camino (100 señales y 50 delineadores verticales como mínimo.
- Colocación de defensas camineras en sectores de curva, sin visibilidad y con riesgo de caídas de vehículo desde el km 10 al km 19 (se estima un total de 200m del tramo referido).
- Reponer Carpeta de Rodado Granular desde Pk 17,8 al Pk 18,3 en un ancho de 7 m y un espesor de 15 cm.
- Construcción de dos badenes en piedra natural, sector Pk 18
- Riego anual de bishofita efecto matapolvo, un riego por temporada, en toda la extensión del camino (22 km).

7.1.4.7 Presentar a la Dirección de Vialidad, Región Metropolitana previo al inicio de la etapa de construcción del proyecto, los dispositivos de viraje que permitan a los camiones que regresen desde los frentes de trabajo hacia el pozo de empréstito ubicado en la localidad de la Obra, realizar el viraje a la izquierda de forma cómoda y segura, sin alterar el flujo que le sucede.

7.1.4.8 Para aquellos puntos de empalmes y/o cruces de vialidad pública existente deberá presentar a la Dirección de Vialidad de la Región Metropolitana, los proyectos de ingeniería respectivos. Los proyectos de cruces y empalmes con caminos públicos, deberán cumplir íntegramente con las exigencias que establece la Dirección de Vialidad, especialmente a lo referido a regulación de las intersecciones, señales reglamentarias, preventivas, informativas y aspectos geométricos, como son radios de giro y las canalizaciones.

7.1.4.9 En particular en el tema del transporte, el titular del proyecto es el responsable último, ante cualquier contingencia ocurrida en cualquiera de las fases del proyecto, independiente de la presencia de contratistas o subcontratistas. Lo anterior, con la finalidad de que los daños a terceros y a la vialidad comprometida por estos eventos sean reparados.

7.1.4.10 La construcción de nuevos caminos por parte del proyecto deberá considerar la aplicación de bischofita como supresor de polvo, impidiendo la suspensión y resuspensión de material particulado de manera más efectiva que la humectación continúa del camión aljibe. Sobre la base de lo anterior, durante el primer año de construcción del proyecto, y acotado a la construcción y mejoramiento de caminos, el uso del camión aljibe deberá ser diario en aquellas áreas donde se ejecutarán estas faenas, es decir en el sector de El Volcán, El Yeso y en Aucayes. Una vez terminada la construcción y mejoramiento de caminos ambas vías, deberán poseer aglomerantes en su superficie que permitirán mitigar la emisión de polvo.

7.1.4.11 Durante todo el periodo de construcción los camiones aljibe deberán ser utilizados en los sectores de tránsito de vehículos de frentes de trabajo de las obras superficiales y portales de los túneles, incluyendo sector de carga de camiones, sitios de desplazamiento, vías con flujo vehicular interno y de maquinarias. Adicionalmente, el uso de este vehículo de humectación, se deberá utilizar en los sitios de acopio de marina, permitiendo que durante la descarga del

material, se mitiguen las emisiones atmosféricas. Su uso se deberá extender durante toda la etapa de construcción de las obras con una frecuencia diaria.

7.2     Que, el titular del proyecto deberá hacerse cargo de los efectos, características y circunstancias del artículo 11 del La Ley 19.300, mediante la implementación de las siguientes medidas de mitigación, compensación y reparación, las que junto con las precisiones establecidas por esta Comisión, son adecuadas para acreditar el cumplimiento de la normativa de carácter ambiental que es aplicable al proyecto.

**7.2.1**   Respecto de los impactos ocasionados sobre el componente ambiental **flora**, el titular se obliga a implementar las siguientes medidas:

## FASE DE CONSTRUCCION

**Medidas de gestión.**

7.2.1.1  Conforme a los estudios de prefactibilidad ambiental realizados en el año 2005, y a los resultados de la línea de base del EIA, el PHAM utilizará bocatomas del tipo "alta cordillera" en el sector alto Volcán, descartando el uso de drenes interceptores de escurrimiento superficial, en la veranada La Engorda. Ello evitará la interrupción del drenaje o escurrimiento de aguas en aquellos cursos anastomosados, facilitando la irrigación hacia los puntos aguas abajo de las captaciones proyectadas. Además, el canal de conducción enterrado contará con drenes sobre y bajo el para facilitar el drenaje superficial.

7.2.1.2  La ubicación de bocatomas en los esteros Colina, La Engorda y Las Placas, en la zona de veranada, se proyecta a la menor cota posible, evitándose de esa manera la intervención del ambiente de vegas que se desarrolla en mayor plenitud en el sector donde los cursos de agua forman un escurrimiento disperso. La vegetación que sea retirada de los sectores de obras e instalaciones (despeje), es decir, rastrojos y ramas, será dispuesta en zonas aledañas que presenten nula a muy baja cobertura vegetal, evitándose su transporte y acopio en algún botadero. Su disposición será realizada en forma manual por una cuadrilla de trabajadores, procurando una distribución uniforme y de baja altura. Se procurará que los sitios seleccionados se ubiquen próximos a los sectores de obras. Esta acción tendrá como finalidad contribuir al proceso de formación de suelo orgánico, y actuar como "mini barreras" que atrapen semillas, en un ambiente donde el viento es el principal agente de propagación. Esta medida aplicará a las faenas ejecutadas sobre los 2.000 msnm.

7.2.1.3  En el caso de los sitios afectados por la instalación de faenas o campamentos, en una primera instancia se considera una recuperación de dichos sectores mediante una escarificación de la superficie, y mantención de rastrojos o restos de plantas *in situ*. En zonas bajas, si procede, estas zonas serán reforestadas conforme a los planes de manejo respectivos.

**Vegetación Arbórea**

7.2.1.4  Todos los individuos que pertenezcan a especies en categoría de conservación serán repuestos con una relación de 10 ejemplares por cada uno intervenido, incluyendo los individuos de especies arbóreas que no se encuentren en las áreas que abarca el Plan de Manejo Forestal presentado en el EIA. El área a reforestar será en total de 36 hectáreas. El titular plantará 30,5 de las 36 hectáreas (exclusivamente Kageneckia angustifolia) en el sector de El Durazno, el cual corresponde a hábitat natural de franjel, y donde aún existen extensas poblaciones de la especie, este sector se encuentra en el mismo predio en que se hará la corta. Las 5,5 hectáreas restantes, correspondientes a bosque de guayacán, se plantaran en el sector de Los Maitenes, en los alrededores del Embalse Maitenes. Ambos sectores pertenecen al predio donde se realizará el 98% de la corta.

7.2.1.5  Las especies a utilizar en la reforestación corresponderán al mismo tipo forestal intervenido, compensando exclusivamente con especies en categoría de conservación (*Porlieria chilensis y Kageneckia angustifolia*), las que serán repuestas con una relación de 10 ejemplares por cada uno intervenido, sobrepasando en aproximadamente un 60% la densidad promedio de las formaciones boscosas que serán intervenidas (la densidad promedio medida en terreno de estas formaciones es de 626 árboles por hectárea, con un mínimo de 200 y un máximo de 1.125). En las formaciones boscosas se afectará a un total de 3.011 Kageneckia angustifolia, 549 Porlieria chilensis y 55 *Eriosyce*

*(Neoporteria) curvispina.* Estas últimas se plantarán en áreas a definir en el microruteo. La especie *Eriosyce (Neoporteria) curvispina* también será compensada 10 por 1 de las especies.

7.2.1.6 Las ramas más delgadas, ramillas, hojas y otros restos vegetales serán chipeados y esparcidos en los sectores de acopio de suelo, junto con la capa orgánica de suelo, con el fin de aumentar la materia orgánica para mejorar el desarrollo de las plantas en la restauración de la vegetación. Debido a que los acopios de suelo permanecerán a lo menos 2 años, los restos vegetales ya estarán incorporados al suelo al momento de la restauración (ver Anexo 29 Plan de Restauración de la Vegetación).

7.2.1.7 Los ejemplares plantados en las áreas de reforestación consigan un alto porcentaje de sobrevivencia, por lo cual ejecutará todas las actividades que permitan conseguir este objetivo, tales como: riego periódico, instalación de protecciones individuales, control de lagomorfos (liebres y conejos), fertilización y evaluaciones periódicas del estado de la plantación, para establecer las medidas correctivas pertinentes.

7.2.1.8 Se transplantarán a lugares cercanos, el 30% de los individuos de Guayacán (aprox. 170 individuos) de altura superior a 1 m, que deban ser removidos por obras del proyecto, como una medida de carácter experimental. Se hará un registro de los individuos transplantados, indicando fecha, tamaño de los individuos y sitios de reubicación. Estos registros serán presentados a la Corporación Nacional Forestal de la Región Metropolitana (CONAF RM) y al Servicio Agrícola y Ganadero de la Región Metropolitana (SAG RM).

Sin perjuicio de lo anterior, esta Comisión establece que el titular deberá:

7.2.1.9 Presentar a la Corporación Nacional Forestal RM (CONAF) RM, dentro del plazo de 90 días a contar de la fecha de notificación de la presenta Resolución, para su aprobación, un Plan de Manejo de Preservación que incorpore las medidas tendientes a asegurar la protección y recuperación de las especies involucradas, y los antecedentes señalados en la Ley N° 20283 sobre recuperación del bosque nativo y fomento.

**Vegetación no Arbórea**

7.2.1.10 Se contempla como medida de restauración para todas aquellas áreas afectadas que no constituyen bosque, (y por lo tanto no incluidas en el plan de manejo forestal), cuya cobertura total alcanza alrededor de 75 hectáreas, un plan de restauración de la vegetación, que tiene por objetivo estabilizar los suelos después de las obras y restituir en la medida de lo posible la vegetación preexistente, con fines de control de la erosión, mitigación visual y restitución del hábitat faunístico. También se consideran aquellas áreas en donde se removió el bosque y son posibles de recuperar después de la etapa de construcción del proyecto, o aquellas donde las intervenciones han generado áreas potenciales de erosión.

7.2.1.11 Las actividades de restauración de la vegetación serán planificadas y desarrolladas usando los principios básicos de la sucesión ecológica, entendida como el cambio gradual natural en la composición y estructura de una comunidad a través del tiempo, y luego de una perturbación. El plan de restauración de la vegetación se estructura de la siguiente forma:

1. Microruteo de la vegetación
2. Plan de viverización de especies para la restauración
3. Planes de revegetación de los acopios de marina y de los campamentos, taludes y plataformas de acceso a los túneles.

7.2.1.12 El plan de restauración de la vegetación será implementado en todas las áreas de intervención del proyecto (acopios de marina, taludes de caminos, campamentos, etc.), excepto aquellas en que la cobertura vegetal es muy escasa, y en donde el suelo existente en el área no asegure el prendimiento esperado de la restauración. Lo anterior será constatado durante las actividades de microruteo.

7.2.1.13 Las ramas más delgadas, ramillas, hojas y otros restos vegetales serán chipeados y esparcidos en los sectores de acopio de suelo, junto con la capa orgánica de suelo, con el fin de aumentar la materia orgánica para mejorar el

desarrollo de las plantas en la restauración de la vegetación. Debido a que los acopios de suelo permanecerán a lo menos 2 años, los restos vegetales ya estarán incorporados al suelo al momento de la restauración.

Sin perjuicio de lo anterior, esta Comisión establece que el titular deberá:

7.2.1.14 Mantener, como mínimo por 5 años, la meta propuesta de alcanzar "al menos un 75% de prendimiento" en condiciones naturales para las especie Porliera chilensis (guayacán) y 3 años para el resto de las especies: *Eriosyce curvispina, Puya berteroniana, Alstroemeria exerens*, entre otras. Frente a la eventualidad que no se cumpla el indicador de éxito de la plantación de la especie *Porliera chilensis* (guayacán), el titular debería definir un área de protección a su cargo, que cuente con características ecológicas similares al área afectada. En relación a lo indicado anteriormente, los plazos de presentación, ante la CONAF RM y SAG RM, cuando se requieran realizar los términos de referencia de los estudios, planes y programas será como máximo de 6 meses luego de notificada la presente resolución.

**Medidas para el Sector de la Veranada de la Engorda**

7.2.1.15 En el sector de la veranada de La Engorda, en los sitios de emplazamiento de obras permanentes de este sector (caminos, bocatoma y ductos), se considerará la extracción y reserva de la capa de suelo original en forma previa a la ejecución de obras. Este material será restituido en las zonas de vegas que puedan restaurarse después de la etapa de construcción (frente de trabajo, bordes de caminos, etc), por lo que las 6,28 hás. afectadas consideradas en esta zona pueden reducirse luego de este manejo.

7.2.1.16 El uso de drenes sobre la conducción que se emplazará en la veranada La Engorda, evitará la interrupción del drenaje o escurrimiento de aguas en aquellos cursos anastomosados. Este ducto que conecta las bocatomas será enterrado al menos a un metro de profundidad.

7.2.1.17 Establecer zonas de restricción en el sector de la veranada de la Engorda, fuera del sitio de emplazamiento de obras físicas. En esta zona se prohibirá el desarrollo de otras actividades de construcción bajo un criterio más bien preventivo. Las zonas de restricción serán demarcadas *in situ* con señalización claramente distinguible y visible para todas las personas empleadas por el Contratista en la etapa de construcción. En particular, se consideró como criterio para la determinación de esta zona de restricción la presencia de vegetación que constituye hábitat o alberga fauna de interés.

7.2.1.18 Instruir al Contratista para que este utilice en forma irrestricta o exclusiva, las vías de circulación de personal que serán habilitadas, evitándose que los trabajadores generen nuevas huellas o senderos en el sector de veranadas. Estas medidas serán acompañadas por sesiones de capacitación orientadas a la toma de conciencia y respeto por las normas de protección ambiental establecidas.

Sin perjuicio de lo anterior, esta Comisión precisa que el titular deberá:

7.2.1.19 Elaborar un cronograma de intervención y de la medida que incluya fecha y periodo de duración de las actividades de extracción del perfil de suelo, del acopio o reserva del suelo y de la reposición de la capa de suelo.

7.2.1.20 Con el objeto de demostrar el cumplimiento del indicador de la Meta propuesta por el titular de alcanzar la reposición de un 80%-100% del suelo rescatado, se deberán presentar informes técnicos anuales, por los 5 primeros años, para su visación a la CONAF RM y al SAG RM, que incluyan: balance de masa, m2 y profundidad del perfil de suelo rescatado, m$^2$ y espesor de la capa de suelo de reposición, acompañado además de la cartografía propuesta en la Adenda 2, y un registro fotográfico.

7.2.1.21 En el microruteo que se realizará previo a la intervención del Sector La Engorda, se deberá realizar una descripción del perfil vegetacional espacial, indicando la ubicación de los tipos vegetales y su correspondencia o correlación con la caracterización florística y la densidad (%) presentada en la línea base del proyecto (Tabla 1: Unidad vega, del Anexo 42 del EIA).

7.2.1.22 Se deberá considerar la descripción del perfil vegetacional antes indicado, y las fotos aéreas del sector, como referencia de comparación del indicador que permita demostrar el cumplimiento de la medida de restauración de la vega alterada, la cual debería quedar definida como: Mantención de la proporción de las especies dominantes en cada sección del perfil vegetacional intervenido.

## FASE DE OPERACION

7.2.1.23 Se instruirá a los trabajadores con medidas preventivas especiales para las tareas de mantención de instalaciones que se realicen el sector de la veranada La Engorda, con el fin minimizar la alteración de la vegetación y/o evitar cualquier tipo de interferencias con los usuarios del sector (pastoreo menor). Los trabajadores recibirán periódicamente una capacitación relativa a materias ambientales, tendiente a sensibilizar el tema y crear conciencia, e instruir al personal sobre el conjunto de exigencias o compromisos suscritos por el Proyecto durante su evaluación ambiental.

7.2.2   Respecto de los impactos ocasionados sobre el componente ambiental **fauna terrestre,** el titular se obliga a implementar las siguientes medidas:

## FASE DE CONSTRUCCIÓN:

**Medidas Tendientes a la Mantención del Habitat**

7.2.2.1 Aplicar las acciones de control señaladas para minimizar los efectos sobre la vegetación indicadas en el considerando 7.2.1 de la presente resolución, lo anterior por el hecho que la mantención de la vegetación en un estado lo más inalterado posible, o bien su recuperación, asegurará la mantención de los hábitats y por ende la subsistencia de la fauna local.

7.2.2.2 Se minimizará la intervención de zonas ribereñas y de matorral andino en zona de veranadas, mediante la definición de zonas de restricción para Contratistas.

7.2.2.3 Parte de los atraviesos de cursos de agua y/o quebradas se realizarán mediante obras de mínima intervención (atraviesos tipo alcantarilla).

**Plan de Monitoreo, Rescate y Relocalización de Fauna.**

7.2.2.4 Ejecutar, previo a la fase de construcción, para ser presentado y aprobado por el SAG RM, un Programa de Monitoreo, Rescate y Relocalización de aquellos ejemplares de especies de interés de conservación que presenten una baja movilidad. Este deberá incluir una propuesta del método de rescate y la oportunidad (fecha/periodo) para llevarlo a cabo. Las especies y los sitios involucrados en esta medida se indican a continuación:

    a)  Rescate y traslado de individuos de reptiles en los sectores la veranada La Engorda (alto Río Volcán) para las especies: lagartija de El Morado y lagartija de Lo Valdés y lagartija negroverdosa, todas en alguna categoría de conservación, endémicas y de distribución restringida.

    b)  Rescate y traslado de individuos del reptil Callopistes palluma (Iguana) en el sector Río Colorado y sector Camino de Aucayes-Maitenes, especie Vulnerable y que forma poblaciones reducidas.

    c)  Rescate y traslado de individuos de anfibios Sapito de cuatro ojos (Pleurodema thaul) y Sapo espinoso (Bufo spinolosus), en los sectores Río Colorado, estero Aucayes y Veranada La Engorda, respectivamente.

    d)  Las tareas de rescate de la fauna mediante captura se efectuarán previo al uso de explosivos, ejecución de huellas de penetración, y modificación permanente de caudales, para los grupos anfibios y reptiles. A las especies Lagartija negroverdosa (*Lilolaemus nigroviridis*) y Cururo (*Spalacopus cyanus*), se les generarán las condiciones para favorecer la migración espontánea de los individuos (previo al inicio de obras) que puedan existir en las zonas a intervenir, mediante la supervisión de personal especialista en terreno. Para el caso de *Spalacopus*

*cyanus* (cururo), se usará el método de perturbación controlada, el cual ha resultado ser el más efectivo para dicha especie.

e) El Titular mantendrá una coordinación permanente con el Servicio Agrícola y Ganadero ante la necesidad de realizar capturas de rescate y relocalización de fauna silvestre, aportando los recursos para la atención y mantención de las especies rescatadas.

f) Las áreas donde se relocalizarán las especies de fauna serán acordadas entre el Titular del proyecto y el SAG. Al respecto, el ambiente de liberación será lo más cercano posible al sitio de captura, fuera del área de influencia directa del proyecto y brindará los recursos adecuados para la alimentación, reproducción y refugio de las especies.

g) Previo a las actividades de rescate de especies con problemas de conservación, se analizará en conjunto con CONAF la viabilidad de trasladar y establecer individuos de flora cuya probabilidad de sobrevivencia sea alta, en el Monumento Natural El Morado, si es que la especie esta presente en el área protegida.

h) Se implementará un seguimiento específico para evaluar la efectividad del programa de rescate y relocalización, a fin de evaluar el éxito de la sobrevivencia y eventualmente la reproducción de los ejemplares relocalizados. Este análisis hará posible además percibir, las variaciones estaciónales y migraciones naturales de las especies, datos que aumentan el escaso conocimiento de algunas especies, justamente por la falta de estudios a largo plazo.

7.2.2.5 Para el caso del Cururo (*Spalacopus cyanus*), se realizará un monitoreo de las colonias en las áreas de influencia directa, mediante el seguimiento del movimiento de la colonias a través del tiempo (Valverde et al 1991). Para esto se georeferenciarán los bordes de avance de estas colonias estacionalmente, junto con una caracterización del hábitat de ubicación de las mismas. Este monitoreo se hará en el sector de obras del Río Yeso, área donde esta especie ha sido registrada. El estudio se hará en forma previa a las obras, y complementará la línea de base generada por el EIA. No se harán rescates, pero se generarán condiciones para favorecer la migración espontánea de los individuos que puedan existir en las zonas a intervenir, mediante la supervisión de personal especialista en terreno. Una vez finalizadas las obras superficiales en el sector, se hará una campaña de terreno para constatar el reestablecimiento de las poblaciones.

7.2.2.6 En sectores especialmente sensibles para la fauna se aplicará como medida especial, una supervisión en terreno de un especialista en fauna, quien supervisará las obras en terreno, tanto al principio de éstas y como durante su desarrollo, con una frecuencia trimestral. En caso que durante esta supervisión se detecte la presencia de especies de interés de conservación, se aplicarán medidas complementarias de traslado u otra según proceda, de acuerdo a la vulnerabilidad de los ejemplares detectados y al tipo de obras de que se trate. Los informes de la supervisión experta serán enviadas al Servicio Agrícola y Ganadero RM. En caso de ser necesario, se emitirán informes extraordinarios para la obtención de permisos. La supervisión experta se hará en los siguientes sectores:

a) En el sector Río Colorado dada la presencia del sapito cuatro ojos Pleurodema thaul (especie vulnerable encontrado en charcas o estanques en la zona donde se proyecta un acopio de marinas, un campamento y sifón, en la cercanía a la central Alfalfal y al Estero Quempo, este último no intervenido por el Proyecto).

b) Sector de veranadas La Engorda, y Río Yeso debido a la presencia de la Lagartija negroverdosa Liolaemus nigroviridis (Vulnerable).

c) Sector Aucayes en sitio de obras próximas al cauce, dada la presencia del sapo Alsodes nodosus (En Peligro) y del sapo espinoso, bufo spinolosus (Vulnerable).

d) Sector "Camino" del área Aucayes-Maitenes, dada la presencia de la lagartija de los montes Liolaemus monticola, la lagartija esbelta Liolaemus tenuis, la iguana chilena Calopistes palluma y la culebra de cola corta Phyllodria camissonis (vulnerable).

**Medidas de Gestión.**

7.2.2.7 Se capacitará a los trabajadores del proyecto (a través de folletos y charlas) de modo de crear conciencia y procedimientos de protección de la fauna terrestre y acuática, y restricciones en cuanto a la persecución, ahuyentamiento, caza y pesca. Los contratistas mantendrán un registro actualizado de las actividades de capacitación y los participantes por campamento o frente de trabajo.

7.2.2.8 Se prohibirá el ingreso de animales domésticos en las zonas de campamentos e instalaciones de faenas (gatos u otros) que puedan depredar a las especies nativas, o inducir condiciones insalubres.

7.2.2.9 Como parte del correcto desempeño ambiental, se exigirá a los Contratistas el respeto por las zonas o áreas de restricción establecidas para el PHAM. Esto será objeto de exigencias contractuales y supervisión en terreno.

7.2.2.10 Se prohibirá el uso del fuego durante las faenas de construcción para eliminar la vegetación, como tarea de preparación de los terrenos para el asentamiento de obras.

7.2.2.11 Para favorecer la divulgación de las acciones de protección ambiental comprometidas por el Proyecto, el Contratista habilitará letreros camineros con imágenes de las especies de interés de conservación existentes en la zona e información sobre su prohibición de caza e importancia biológica. Esta señalética será dispuesta en sectores de afluencia de turistas o visitantes.

7.2.2.12 La vegetación que sea retirada de los sectores de obras e instalaciones (despeje), es decir, rastrojos y ramas, será dispuesta en zonas aledañas que presenten nula a muy baja cobertura vegetal, evitándose su transporte y acopio en algún botadero. Su disposición será realizada en forma manual por una cuadrilla de trabajadores, procurando una distribución uniforme y de baja altura. Se procurará que los sitios seleccionados se ubiquen próximos a los sectores de obras, y que no serán intervenidos. De esta forma, el material vegetal constituirá refugios para la fauna local. Esta medida aplicará a las faenas ejecutadas sobre los 2.000 m.s.n.m.

7.2.2.13 La restitución de los terrenos ocupados provisoriamente tendrá en cuenta la reposición de los hábitats rocosos normalmente utilizados por reptiles. Para ello, se dispondrán pequeñas pircas en sectores abiertos próximos a los sitios de obras, especialmente en las zonas con matorral alto andino en la cuenca de los Ríos Yeso y El Volcán.

**Otras Medidas**

7.2.2.14 Previo al inicio de obras, el Titular compromete el inicio de un estudio poblacional y de condiciones del hábitat del sapo *Alsodes nodosus*; *Spalacopus cyanus* (cururo) y *Merganetta armata* (pato cortacorrientes), dentro de las áreas de influencia directa de las obras del proyecto. Preliminarmente al inicio de los estudios, el titular compromete una campaña para buscar en las áreas de influencia del proyecto del sector El Volcán la especie *Pristidactylus volcanensis*, en caso de encontrarla, será considerada en el estudio poblacional y de condiciones de hábitat. La metodología y alcances de este estudio se definirán en conjunto con el Servicio Agrícola y Ganadero.

7.2.3    Respecto de los impactos ocasionados sobre el componente ambiental **Fauna Íctica**, el titular se obliga a implementar las siguientes medidas:

**FASE DE CONSTRUCCION**

**Medidas de Gestión**

7.2.3.1 El emplazamiento de los puentes se realizará minimizando la intervención del cauce. El proyecto ha definido la sección óptima de cruce en relación al ancho de los puentes.

7.2.3.2 Se privilegiará que las obras en cauces sean realizadas a fin de la temporada de verano y comienzos de otoño; época del año en que el cauce de los Ríos se presenta reducido, dejando expuesta una mayor área del cauce. Ello permitirá que la construcción de las obras en la caja del Río se realice principalmente sobre "terreno seco" y no sobre el "ancho mojado".

7.2.3.3 Se restringirán al mínimo posible la ejecución de faenas en la ribera de Ríos y esteros, procurando además que el acopio de materiales de construcción (tubos, hormigones, otros), maquinarias y estacionamiento temporal de camiones no se realice en la ribera de los ríos.

7.2.3.4 La programación del Contratista procurará que las obras en cauces tengan una corta duración y una expresión espacial reducida.

7.2.3.5  Se minimizará la ejecución de faenas en cauces, procurando que las piezas que conformarán el atravieso sean ensambladas en otros sitios habilitados y trasladadas posteriormente al momento de ejecutar la faena de construcción.

7.2.3.6  Mientras se ejecuten los trabajos en cauces se exigirán precauciones especiales para prevenir derrames accidentales, tales como: prohibir el acopio de tambores de lubricantes en el cauce o próximo a él, y prohibir el estacionamiento de maquinarias en el cauce.

7.2.3.7  Las lagunas Negra y Lo Encañado en su condición de "zonas de restricción" tendrán restricción de acceso para los trabajadores. Se coordinará con la empresa Aguas Andinas S.A. la utilización del camino de acceso a la zona. Es importante señalar que esta empresa no realiza captaciones para agua potable directamente desde este sector, por lo que no existirá ninguna interferencia o riesgo de las obras del proyecto con las instalaciones de Aguas Andinas. Como se ha indicado en la respectiva línea de base, el acueducto Laguna Negra, en sus primeros 2.5 kilómetros, se encuentra inhabilitado. Las captaciones que operan actualmente en el sector son: Azulillos, Romaza, Manzanito y San Nicolás, todas distantes de los sitios de faena.

**Manejo de Efluentes**

7.2.3.8  Las aguas servidas y residuales tratadas provenientes de cada uno de los campamentos de trabajo e instalaciones de faenas, serán reutilizadas en los procesos de construcción o bien, empleadas para el riego de superficies. La disposición de las aguas residuales tratadas en los puntos identificados en la evaluación, se hará exclusivamente en temporada invernal, pues se prevé que el resto del año, dichas aguas serán reutilizadas. Este sistema de manejo de las aguas servidas y residuales tratadas será sometido a la aprobación de la Autoridad Sanitaria previa implementación, a través de la vía técnica- administrativa correspondiente. Al respeto los efluentes tratados cumplirán con los parámetros del  D.S. 90/00.

**FASE DE OPERACION**

7.2.3.9  La principal acción de protección ambiental para los cursos de aguas intervenidos por el PHAM es la mantención de un caudal ecológico (Qe) aprobado por la DGA, para toda la vida útil del proyecto. Para el caso del PHAM, además de los criterios hidrológicos el análisis del Qe ha incluido información biológica necesaria para la mantención de la biota acuática asociada a los cursos de agua. En consecuencia, tanto en los Ríos y esteros que mantienen a la fecha su caudal en régimen natural, como en aquellos cuyo régimen natural se encuentra alterado por la existencia de usos antrópicos (p.e. por parte de Aguas Andinas S.A.), se mantendrá un Qe.

7.2.4  Respecto de los impactos ocasionados sobre **el paisaje,** el  titular se obliga a implementar las siguientes medidas:

**FASE DE CONSTRUCCION**

7.2.4.1  Cumplir con los requisitos mínimos que establece la Dirección Regional de Vialidad RM en cuanto a la localización de acopios de materiales respecto a caminos públicos, particularmente lo referido a: i) los sitios de acopio no afectarán la estabilidad del terraplén que soporta el camino, ni implicarán riesgo alguno de deslizamientos o caída de materiales que pudieran afectar su funcionalidad o estándar de seguridad, y ii) los sitios de acopio próximos a caminos públicos no disminuirán o bloquearán las vistas laterales o panorámicas desde la calzada o berma, es decir, el acopio no consistirá en un elemento de obstrusibilidad visual para los usuarios del camino. Lo anterior debido a que en todos los casos de acopios proyectados próximos a caminos, éstos tendrán una cota de cierre del relleno no superior a la cota del camino.

7.2.4.2  El diseño de trazado y talud, pendiente y velocidades máximas se realizará de acuerdo a lo señalado en el Manual de Carreteras. Asimismo se realizarán los estudios geotécnicos asociados al tipo de roca y suelo existente en el sector de trazado de caminos. Los taludes generados por cortes o derrames de material en los caminos u otras obras, están considerados en el plan de restauración de la vegetación, donde se considera la estabilización del suelo y la restitución de la vegetación preexistente, con fines de control de la erosión, mitigación visual y restitución del hábitat faunístico.

7.2.4.3  Para el caso de la subestación eléctrica del proyecto (del tipo encapsulada), se contará con un 25% de superficie arborizada con especies nativas. Lo anterior se ajustará a los requisitos técnicos y de seguridad que imponga la Autoridad sectorial para este tipo de instalaciones.

7.2.4.4  Se deberá instruir a los Contratistas respecto de un adecuado desmantelamiento de las instalaciones provisoras de faenas y campamentos, desarrollando además de la limpieza o saneamiento de los sitios ocupados, labores de reconstitución paisajística consistentes en la recuperación topográfica y revegetación de los sectores intervenidos, utilizando para ello especies arbustivas o herbáceas de la zona (en caso que no corresponda la aplicación de planes de manejo forestal). Esta recuperación considera labores de perfilado, minimización de ángulos rectos y alturas acorde al paisaje local, en los casos que proceda, de acuerdo a lo señalado en el Anexo 29, adjunto al EIA.

7.2.4.5  Utilizar defensas mixtas para minimizar un efecto local sobre el paisaje del sector.

7.2.4.6  Para el caso del sector Alto Volcán, se deberán aplicar las medidas señaladas en el Considerando 7.2.1 para minimizar la intervención de la vegetación. Estas medidas deben entenderse de carácter multipropósito pues tienden a minimizar el efecto de las obras sobre el paisaje de la zona, caracterizado por un alto grado de naturalidad.

**FASE DE OPERACION**

7.2.4.7  Cumplir con los caudales ecológicos señalados en el considerando 4.4.2.2 de la presente Resolución de Calificación Ambiental.

7.2.5   Respecto de los impactos ocasionados sobre la **Actividad Turística**, el titular se obliga a implementar las siguientes medidas:

**FASE DE CONSTRUCCION:**

7.2.5.1  Asumir las restricciones de tránsito vehicular para camiones mayores de 4 Ton, establecidas en la Ordenanza Municipal Decreto Exento N°130 del 12 de junio 1997. Particularmente, estas   restricciones están referidas a la suspensión de este tipo de vehículos en días festivos y fines de semana (a partir del medio día del sábado hasta las 24 h del domingo).

7.2.5.2  El titular mediante la Fundación Maitenes, deberá impulsar el desarrollo de un Programa de Fomento al Turismo y particularmente al Ecoturismo, que capacite, acompañe y financie parcialmente los emprendimientos de gestores locales que se presenten en este ámbito. Con este propósito la compañía destinará, a través de la Fundación Maitenes, un fondo anual de US$ 200.000 por un plazo de 10 años a partir del año 2010, con el fin de favorecer a aquellos emprendedores locales que presenten proyectos de desarrollo turístico en la zona, que apunten a mejorar la empleabilidad local de la comuna contemplados dentro de los programas de la I. Municipalidad de San José de Maipo. Estos proyectos se canalizarán mediante fondos concursables y serán evaluados de acuerdo a su propio mérito.

7.2.5.3  Formular en conjunto con personal de la I. Municipalidad de San José de Maipo,  un programa de promoción y desarrollo turístico, en donde los aportes del titular serán los siguientes:

•   Formación de monitores de turismo en establecimientos educacionales locales, u otras instituciones relacionadas al tema (p.e: Cámara de Turismo, Sernatur, etc), por un periodo de 3 años a partir del 2010.

•   Diseño y edición de una Guía de Promoción Turística de la Comuna. Consistirá en un material impreso, elaborado en conjunto con la I. Municipalidad, donde se demarcará territorialmente la información sobre la oferta turística de la comuna. Se incluirá información acerca de los atractivos paisajísticos, artesanías, puntos gastronómicos, sitios tradicionales o patrimoniales, entre otros. El titular  financiará el diseño y edición de este material y la impresión de 5.000 ejemplares los cuales estarán disponibles en el año 2010.

- Evitar interferencias con el proyecto Sendero de Chile. El Proyecto considera medidas correctivas en caso que a la fecha de construcción de obras exista en operación un tramo del Sendero de Chile en la zona, en tal caso, el Titular se compromete a evitar, que sus obras o actividades afecten su trazado, o en su defecto, ejecutar una adecuación y/o restauración del Sendero.

- Confección y diseño de una página web que concentre todos los atractivos y oferta turística de la comuna. Esta página quedará a cargo de los organismos de turismo locales o afines, quienes podrán ir actualizando la información contenida en esta herramienta digital. Este material estará disponible en el 2010.

7.2.6  Respecto de los impactos ocasionados sobre **el sector Santuario de la Naturaleza San Francisco de Lagunillas y Quillayal**, el titular se obliga a implementar las siguientes medidas:

7.2.6.1  Usar maquinaria tunelera durante la construcción del túnel, lo que evita el uso de explosivos. Asimismo, dicho método de excavación evita la alteración del entorno.

7.2.6.2  Realizar sondajes de reconocimiento hacia el frente de la excavación, con el objeto de anticipar las variaciones en la calidad geotécnica del macizo, la presencia de fallas y otras singularidades geológicas usuales en este tipo de formaciones, con el objeto de tomar las medidas de tratamiento de la roca que fuesen necesarias antes de su excavación para resguardar la seguridad de las obras durante el proceso de construcción y garantizar su funcionamiento durante la posterior operación.

Sin perjuicio de lo anterior, esta Comisión establece que el titular deberá:

7.2.6.3  Realizar una charla informativa a los propietarios de los terrenos que constituyen el Santuario. Dicha charla comprenderá los siguientes aspectos de la obra:

a)  Fecha de inicio y término de las obras de construcción del túnel.
b)  Localización de los portales de acceso del túnel de aducción Central Alfalfal II e instalaciones asociadas, especificando las distancias que los separan de los límites del Santuario de la Naturaleza.
c)  Trazado del túnel, así como las profundidades de éste.
d)  Características geológicas del área a intervenir y cómo, de acuerdo a estos antecedentes, no se afectarían acuíferos subterráneos.
e)  Características de los trabajos de excavación del túnel, así como las medidas que implementará el titular para evitar cualquier impacto sobre el Santuario de la Naturaleza.

7.2.7  Respecto de los impactos derivados de la implementación de **acopios de marinas**, esta Comisión establece que el titular deberá implementar las siguientes medidas:

**FASE DE CONSTRUCCION:**

7.2.7.1  El Titular deberá dar cumplimiento a los requisitos que establece la Dirección Regional de Vialidad RM en cuanto a la localización de acopios de materiales respecto a caminos públicos, particularmente lo referido a: i) los sitios de acopio no afectarán la estabilidad del terraplén que soporta el camino, ni implicarán riesgo alguno de deslizamientos o caída de materiales que pudieran afectar su funcionalidad o estándar de seguridad, y ii) los sitios de acopio próximos a caminos públicos no disminuirán o bloquearán las vistas laterales o panorámicas desde la calzada o berma, es decir, el acopio no consistirá en un elemento de obstrusividad visual para los usuarios del camino. Lo anterior debido a que en todos los casos de acopios proyectados próximos a caminos, éstos tendrán una cota de cierre del relleno no superior a la cota del camino.

7.2.7.2  Los caminos públicos que serán utilizados para acceder a los sitios de acopio de marina serán habilitados con las soluciones viales y señalética que propone el estudio de la capacidad vial en el área del PHAM.

7.2.7.3 Mientras los sitios de acopio de marina estén en construcción, se mantendrá un acceso controlado al área de depósito. Para el caso de los sitios ubicados en sectores de fácil accesibilidad, se instalarán cierros de madera y alambre. Se evaluará el uso de barreras verdes con especies existentes en el entorno, particularmente para el caso de los sitios de acopio en riberas de los Ríos Maipo y Colorado.

7.2.7.4 Se condicionará la forma final de cada depósito a la topografía del lugar. Cada terraza del sitio será emparejada hasta lograr una superficie plana, y los taludes que resulten del apilamiento y compactación del material serán perfilados hasta alcanzar la pendiente natural del material, evitándose deslizamientos, desprendimiento o erosión de material por aguas lluvias. Se priorizará que la altura del material de marina y su morfología final al cierre se ajuste a las características del relieve donde éste se emplace. Los materiales estériles serán recubiertos con suelos escarificados provenientes de los escarpes o, en caso de que éstos resulten insuficientes, con otros suelos de prendimiento natural en la zona. Este recubrimiento tendrá un espesor mínimo de 20 cm.

7.2.7.5 Las obras de saneamiento pluvial (contrafosos u otros) y su entorno, deberán estar sujetas a un programa de mantenimiento y monitoreo permanente durante toda la vida útil del proyecto, para evitar posibles procesos de erosión en laderas y garantizar la estabilidad de los depósitos de marina.

7.2.7.6 Se deberá contemplar un informe topográfico por cada sitio de acopio, una vez que estos vayan quedando concluidos, de acuerdo a lo planificado. Estos informes deberán ser entregados a la Conama – RM. En caso        de detectarse algún tipo de corrimiento o inestabilidad que transgredan el distanciamiento a los cauces naturales comprometidos, se deberá informar inmediatamente a la autoridad ambiental y sectorial.

7.2.7.7 Con el objetivo de asegurar el correcta implementación y el cumplimiento de los objetivos de las obras de estabilización de taludes, asimismo evaluar la efectividad de las medidas planteadas, se solicita incluir como condición ambiental, que la supervisión técnica de las medidas ambientales y el Plan de Seguimiento Ambiental sea realizado por un especialista en suelos, en todos aquellos sectores en que el proyecto genere zonas de remoción en masa potencialmente erosionables.


## 7.3   Otras Medidas

**7.3.1   Respecto del Canal El Manzano,** el titular se obliga a:
Cumplir a cabalidad las estipulaciones del convenio firmado con fecha 9 de diciembre del año 2008 entre la Comunidad de Aguas el Manzano y el titular, respecto de la mantención de los canales administrados por la referida organización de usuarios. Dicho convenio se entiende parte integrante de la presente resolución.

**7.3.2   Respecto de impactos sobre las actividades tradicionales,** el titular se obliga a implementar las siguientes medidas:

7.3.2.1 Instruir a sus supervisores de obras para minimizar cualquier interferencia con el paso de los pastores hacia la parte alta de estas veranadas. Ello quedará establecido en el contrato con cada empresa contratista y se verificará  su cumplimiento en terreno.

7.3.2.2 Implementar, durante la fase de construcción, el uso de  cercos de protección para evitar caídas de animales a los sitios de excavación, en la zona de trabajo de la veranada La Engorda.

7.3.2.3 Para verificar el impacto previsto, el PHAM contempla el desarrollo de un Monitoreo de Indicadores Sociales (MIS), según se describe en el capítulo 8 y Anexo 39 del EIA.

**7.3.3    Respecto de la generación de empleo y nuevos ingresos,** el titular se obliga a implementar las siguientes medidas:

7.3.3.1    Priorizar la contratación de mano de obra local. Para ello, el Titular coordinará con la oficina de intermediación laboral de la I. Municipalidad de San José de Maipo, la oferta o búsqueda de la mano de obra local, conforme a los requerimientos del Contratista.

7.3.3.2    Promoción de la oferta de empleo. Para facilitar que los contratistas dispongan de una adecuada información respecto de la oferta laboral existente en la comuna, se han efectuado reuniones con la Ilustre Municipalidad de San José de Maipo para que actualice sus listados de personal disponible con sus especialidades.

7.3.3.3    Como una medida de potenciación de los efectos positivos del Proyecto, el titular señala que, mediante la Fundación Maitenes, asume el compromiso de hacer un aporte concreto en la educación para la empleabilidad local, asumiendo que constituye un factor determinante para el crecimiento de la comuna y mejoramiento de la calidad de vida de sus habitantes en el mediano y largo plazo.

7.3.3.4    El titular por medio de su Fundación Maitenes desarrollará un Programa de Capacitación para la Empleabilidad orientado fundamentalmente a personas cuya situación familiar, social o económica no le han permitido terminar su formación o adquirir los conocimientos necesarios para obtener un trabajo. Para ello, y para aquellos proyectos que apunten a mejorar la empleabilidad local y/o proyectos de interés social de la comuna contemplados dentro de los programas de la I. Municipalidad de San José de Maipo, el titular aportará con este propósito a la Fundación Maitenes, un monto económico, durante un determinado plazo, los que se señalan en el convenio de colaboración social suscrito entre la I. Municipalidad de San José de Maipo y el titular en marzo de 2009, el cual se entiende parte integrante de la presente resolución.

7.3.3.5    Las iniciativas que implemente la Fundación Maitenes podrán vincularse con aquellos proyectos o emprendimientos que estén siendo desarrollados por otros o instituciones Públicas que operen en la comuna en esta materia. Esta vinculación permitiría fortalecer las iniciativas que lleva adelante el Estado y favorecer la sustentabilidad en el tiempo de las acciones de impulse la Fundación, durante el periodo de aplicación del programa.

**7.3.4    Respecto de los Caudales Ecológicos,** el titular se obliga a implementar las siguientes medidas:

7.3.4.1    Para garantizar el caudal ecológico, durante toda la vida útil del proyecto, el titular    instalará estaciones fluviométricas en el estero La Engorda, en su confluencia con el Río Volcán, y en el  Río Yeso a la altura del puente proyectado.

7.3.4.2    Para verificar las condiciones del cauce en el tamo analizado del Río Yeso, definido como área sensible, el Titular efectuará una corrida de aforos mensuales durante un año, previo a la operación del proyecto y posterior a ésta.

Sin perjuicio de lo anterior, esta Comisión establece que:

7.3.4.3    El titular deberá instalar estaciones fluviométricas con tecnología de transmisión satelital. Dichas estaciones serán operadas por la Dirección Regional de Aguas y la información de caudales estará disponible en línea a través de la página web de dicho servicio. Esta instalación deberá efectuarse al menos un año antes de la entrada en operación de la central, con la finalidad de generar las curvas de descarga en los puntos de medición.

**7.3.5    Monumento Natural El Morado.**

El titular deberá implementar un programa de monitoreo de vibraciones de tronaduras, correspondientes al plan de seguimiento ambiental del proyecto, previo al inicio de la construcción del túnel bajo el Monumento Natural El Morado, para su visación y aprobación por parte de los servicios con competencia ambiental en recursos geológicos, hidrogeológicos y glaciar, esto es Servicio Nacional de Geología y Minería (Sernageomín) y Dirección Regional de Aguas RM (DGA RM), para que informen respecto del

cumplimiento del programa de monitoreo a la Corporación Nacional Forestal RM, como administradora del monumento y a Conama RM.

**7.3.6** **Respecto de sitios con presencia de recursos paleontológicos,** el titular se compromete a implementar las siguientes medidas:

7.3.6.1 Producción de material de difusión cultural: Como parte de los compromisos asumidos por el titular, se ha previsto elaborar una Guía Turística del cajón del Maipo, donde se incluirá un capítulo relativo al patrimonio palentológico y geológico presente en la zona y elaborado por especialistas.

7.3.6.2 Creación de un mirador: se habilitará un punto de observación o mirador que favorezca la enseñanza y difusión de los componentes patrimoniales naturales y científicos culturales disponibles en la zona. La ubicación de este mirador aprovechará el sector de acopio de marina, una vez este haya concluido su etapa de cierre. Este mirador incluirá distintos puntos de observación y paneles informativos, cuyo contenido será preparado por especialistas.

7.3.6.3 Sendero interpretativo: se confeccionará un sendero para dar a conocer las unidades y estructuras geológicas presentes en el área, así como información acerca de su significado para las ciencias de la tierra. Este sendero contará con paneles informativos diseñado por especialistas.

**7.4** **Plan de Prevención y Control de Riesgos Ambientales.**

**7.4.1** **Identificación de Riesgos.**

**7.4.1.1 Riesgos de tipo Geomorfológico e Hidrológico.**

Dada la conformación física del área de emplazamiento del PHAM, y de acuerdo a la descripción indicada en el Capitulo 5 "Línea de Base" del EIA, se han identificado condiciones de riesgos de tipo geomorfológico e hidrológico, en aquellos sectores de emplazamiento de obras, de acuerdo a lo que se indica en la siguiente tabla:

**Tabla**
**Riesgos Naturales Identificados en el Área de Emplazamiento del PHAM**

| Riesgo | Localización |
|---|---|
| Avalanchas | Laderas norte, este y sur que conforman el valle entre los esteros La Engorda y Colina. |
| | Flanco norponiente Laguna Lo Encañado |
| Deslizamiento y derrumbe | Flanco norte bocatoma Colina, Las Placas, El Morado y tramo intermedio canal conductor. |
| | Captación Río El Yeso, sifón Río Yeso, canal transportador, instalación de faenas y botadero, caminos de servicio. |
| Lahares | Bocatomas de los esteros Colina, La Engorda y aguas abajo del Río Volcán |
| Inundación | Cámara de carga Las Lajas y sifón Río Colorado. |
| | Instalación de faenas y caminos de servicio localizados en el área adyacente a la rivera del Río Colorado. |
| Riesgo Sísmico | Toda el área de emplazamiento del proyecto |

#### 7.4.1.2    Riesgos Antrópicos.

*a)Riesgo de incendio*
El riesgo de incendio se refiere a una condición que puede contribuir al inicio o propagación del fuego y que puede representar un peligro a la vida de las personas y/o a la propiedad pública y privada. Para el caso del PHAM, en la fase de construcción es posible encontrar este tipo de riesgo en los recintos de almacenamiento de combustibles en la instalación de faenas u otras sustancias utilizadas. Este riesgo no estará presente en la fase de operación.

**b) Riesgo por accidentes de tránsito asociados al Proyecto**
Implica la ocurrencia de choques contra obstáculos fijos o colisiones entre dos vehículos, atropellos y volcamientos. Al respecto, influyen en él, equivocadas maniobras al conducir, condiciones climáticas desfavorables, condición de los caminos y mantención de los vehículos. Este riesgo estará presente en ambas etapas de desarrollo del proyecto (construcción y operación), considerando que existirá un flujo vehicular permanente.

**c) Riesgo por derrame de sustancias peligrosas**
Este tipo de riesgo es generado por el transporte, almacenamiento y manipulación de algunos materiales potencialmente peligrosos tales como gasolina, petróleo, aceite para maquinarias y solventes. Las consecuencias inmediatas por el derrame de sustancias peligrosas van desde lesiones, quemaduras, asfixias, entre otras. Este tipo de riesgo, estará presente durante la construcción, particularmente asociado al traslado de insumos requeridos para la ejecución de obras y su almacenamiento temporal en instalaciones de faenas.
Para la etapa de operación, se considera altamente improbable la ocurrencia de eventos de derrame de sustancias peligrosas.

**d) Riesgo por Interferencia accidental de sitios con valor cultura.** De acuerdo a los estudios de línea de base, en el área de influencia del PHAM (sección 5.8, Capitulo 5 del EIA) en el área de influencia del Proyecto se identificaron tres zonas mayormente sensibles, que presentan sitios de interés arqueológico; sector Laguna Lo Encañado donde se registraron dos (2) sitios (sitio Las Morrenas y sitio Camino del Inka); y el sector Río Colorado – Estero Aucayes, donde se registró un sitio denominado Aucayes 1. Para estos sitios, el proyecto contempla medidas de protección, las que serán tramitadas de acuerdo a los procedimientos consignados por el Consejo de Monumento Nacionales.

**e) Efecto sobre napas subterráneas.** Según los antecedentes disponibles se identifican la existencia de acuíferos con algún grado potencial hídrico aprovechable en el valle del Río Maipo, en el tramo comprendido entre su confluencia con el Río Volcán y con el estero El Manzano. Estos acuíferos tienen una directa conexión con el flujo superficial, y presentan una combinación de materiales muy permeables. El análisis de las capacidades de conducción de cada acuífero y los caudales superficiales que se mantendrán en situación con proyecto, de acuerdo a lo señalado en el Anexo 25 del EIA, concluye que la reducción de caudales en la fase de operación del PHAM no impactará negativamente a los acuíferos existentes en el área aludida, por tanto, no se prevén efectos sobre las captaciones desde pozos particulares que operan en la zona. Esto es así debido a que la capacidad de conducción de agua subterránea de cada sector acuífero asociado al Maipo es mucho menor que los caudales mínimos que escurrirán en cada tramo del río, por lo que los acuíferos en ningún caso perderían su condición de saturación.

Respecto a la interferencia física de las obras en la fase de construcción con acuíferos, el diseño contempla una impermeabilización en los sectores en que pudieran existir filtraciones de agua desde el medio circundante hacia el túnel, a través de las fracturas de la roca. De este modo se protegerá las vegas y vegetación autóctona, y asimismo, cualquier reservorio que suministre agua subterránea para consumo humano.

#### 7.4.2    Medidas de prevención según riesgos identificados:

En la siguiente tabla, el titular indica las medidas generales de seguridad que se aplicarán en caso de generarse uno o más de los riesgos antes señalados durante las diferentes etapas del proyecto.

**Tabla**
**Medidas de Seguridad Adoptadas según los Riesgos Identificados**

| RIESGOS Y MEDIDAS DE PREVENCIÓN | |
|---|---|
| **Riesgo** | **Medidas específicas a aplicar** |
| Avalancha y Lahares | Etapa de construcción:<br>El emplazamiento de los campamentos se ha realizado fuera de las áreas con riesgo de Avalancha y Lahares. Particularmente en el sector alto del Río Volcán, el diseño de ingeniería y la construcción de las bocatomas, responde a estándares técnicos de obras de alta montaña.<br>Cada contratista en campamentos, instalaciones de faenas de faenas y frentes de trabajo contarán con los equipos de seguridad de alta montaña. Además, se capacitará y entrenará a personal en labores de rescate y emergencia, conforme las obligaciones de los Comités Paritarios respectivos.<br>Las instalaciones de faenas serán construidas con materiales especialmente fabricados para soportar temperaturas extremas, e intensas precipitaciones.<br>Se definirán en las zonas de campamentos zonas de seguridad y un Plan de Evacuación de Emergencia.<br>Se mantendrá en todo momento, el Plan de Comunicaciones activos.<br><br>Durante la etapa de operación, las centrales contarán con un Plan de Prevención de Riesgo y Comunicaciones, que se ajustará al Plan General de Riesgos establecidos por el titular. |
| Deslizamiento y derrumbes | Etapa de construcción:<br>La localización de las instalaciones, se ha definido, fuera de las áreas expuestas a fenómenos gravitacionales.<br>Sin perjuicio de lo indicado en el punto anterior, en aquellas áreas de emplazamiento de obras, caminos de servicios e instalaciones de faenas, se adecuará la pendiente de los cortes a las características de estabilidad del suelo.<br>Se implementarán medidas de contención de sectores especialmente sensibles al riesgo de deslizamiento. Se consideran técnicas tales como mallas de contención, revegetación y/o aterrazamiento de taludes.<br>Se minimizará la remoción de vegetación en sectores de cortes de laderas a fin de evitar la aparición de procesos de erosión (arrastre de materiales).<br>Se evitará la construcción de accesos provisorios en sectores que presentes terraplenes abruptos e inestables.<br>Se realizarán inspecciones a los cortes de taludes y terraplenes de tal manera de detectar deficiencia en el manejo de taludes, que puedan dar origen a situaciones de riesgo.<br>Todos los acopios de marina, tanto los cercanos a los cauces superficiales como en otras ubicaciones, están diseñados para permanecer como depósitos estables en el tiempo. Los métodos de acopio en capas sucesivas, con taludes adecuados al tipo de material y los mecanismos de saneamiento apuntan a cumplir dicho objetivo a cabalidad. Parte de los criterios técnicos-ambientales utilizados para la localización de los acopios de marina corresponden a los señalado en el "Manual de Planes de Manejo Ambiental para Obras Concesionadas" del MOP y la "Cartilla de Consideraciones Ambientales para el Contratista: Botaderos" extraída del "Manual de Carreteras" de la Dirección de Vialidad de acuerdo a lo señalado en el Anexo 6 "Plan de manejo de sitios de acopios de marina" adjunto al EIA. Principalmente se ha buscado un emplazamiento en sitios donde: i) se evite interrumpir cursos de aguas superficiales permanente o quebradas; ii) no se intervengan zonas de vegas o veranadas, y iii) no exista riesgo de inundaciones con periodos de retorno inferiores a 100 años.<br><br>Durante la etapa de operación, las centrales contarán con un Plan de Prevención de Riesgo y Comunicaciones, que se ajustará al Plan General de Riesgos. |

| RIESGOS Y MEDIDAS DE PREVENCIÓN | |
|---|---|
| **Riesgo** | **Medidas específicas a aplicar** |
| Inundación | Etapa de construcción<br>No se instalará campamentos e instalaciones de faenas, cerca o junto a los cauces y rutas fluviales con riesgos de inundación.<br>En caso de habilitar instalaciones temporales en áreas cercanas a los cauces de los Ríos, lo harán en una zona suficientemente alta y por encima del nivel del cauce.<br>Se construirán además barreras en las obras para evitar que el agua inunde la construcción.<br>Por el tipo de obras, no se prevén riesgos por inundación durante la etapa de operación del proyecto. |
| Sismos | El diseño de ingeniería y la construcción de las instalaciones del PHAM, obedecen a normas o estándares nacionales e internacionales de resistencia sísmica. |
| Incendio en el Área de faenas | Etapa de construcción:<br>El contratista se regirá por las medidas y obligaciones establecidas por la empresa, para minimizar el riesgo de incendio.<br>En las instalaciones de faenas, se construirán recintos especialmente habilitados para el almacenamiento de combustible y otras sustancias inflamables. Los materiales inflamables se mantendrán en forma ordenada y clasificada al interior del recinto. El prevencionista de riesgos realizará una inspección permanente, detectando posibles fallas en los procedimientos de manejo de estas sustancias de acuerdo a lo señalado en el Capitulo 2, sección 2.3.2.4 del EIA.<br>Los contratistas dispondrán en las áreas de trabajos e instalación de faenas, de los elementos básicos requeridos para combatir cualquier amago de fuego o incendio, según lo establecido por la normativa vigente en esta materia (extintores, mangueras, tambores con arena, etc.).<br>El contratista constituirá una brigada adiestrada, la que se mantendrá operativa durante toda la construcción. El manejo de combustible se realizará de acuerdo a los procedimientos establecidos por la SEC.<br>El experto en Prevención de Riesgos en la faena definirá un área, alrededor del área de almacenamiento de combustibles, donde esté expresamente prohibido encender fogatas, fumar y/o portar elementos que produzcan chispas, de acuerdo a lo señalado en el Capitulo 2, sección 2.3.2.4 del EIA.<br><br>No se prevé este tipo de riesgos durante la etapa de operación. |

| RIESGOS Y MEDIDAS DE PREVENCIÓN | |
|---|---|
| **Riesgo** | **Medidas específicas a aplicar** |
| Accidentes de tránsito | Etapa de construcción: |
| | El Contratista implementará un procedimiento formal para enfrentar accidentes de tránsito que permitan atender la emergencia en forma oportuna. |
| | El personal a contratar para manejar los camiones, buses o maquinarias, será personal calificado, con licencia de conducir al día. Se les exigirá licencia según lo señalado en la Ley de Tránsito (N° 18.290). |
| | Los vehículos que transporten maquinaria y materiales al área de trabajo contarán con las señalizaciones exigidas por la legislación vigente y tendrán una antigüedad no superior a 5 años. |
| | Los vehículos cumplirán con la legislación de tránsito aplicable (revisión técnica, seguros, permiso de transporte, reglamentación de transporte de personal, etc.). |
| | Se implementará la señalización adecuada en el área de construcción, especialmente lo relativo a: |
| | El peso de los camiones cargados con equipos o materiales no deberá exceder los máximos permitidos de acuerdo a las rutas/puentes que se estén utilizando. En caso contrario, se obtendrán los permisos correspondientes de la Dirección de Vialidad en cada caso. |
| | El transporte de combustible y otros materiales se realizará de acuerdo a lo estipulado en la legislación vigente. |
| | Toda vez que sea necesario el paso de carga sobredimensionada por caminos, calles de ciudades o pueblos, se coordinará con Carabineros de Chile y las autoridades locales correspondientes. |
| | Se contará con un sistema de comunicaciones (radios, celulares) que permita la comunicación expedita con los distintos frentes de trabajo. |
| | Los atraviesos peatonales existentes se mantendrán permanentemente habilitados durante la ejecución de las obras. |
| | Se dispondrá señalización especial en los lugares de acceso a los frentes de trabajos. Para ello se utilizarán señales; barreras; luces intermitentes eléctricas; y cilindros delineadores. |
| | La maquinaria y vehículos que operen en los frentes de trabajo se mantendrán en óptimas condiciones de funcionamiento. |
| Riesgo de derrame de sustancias peligrosas | Medidas de seguridad asociadas al transporte: |
| | El transporte de líquidos, tales como combustible y otros que se puedan requerir en la faena, se regirán por las disposiciones de la legislación vigente. |
| | El transportista o conductor poseerá la licencia adecuada, en conjunto a la capacitación necesaria para responder en caso de accidentes, con derrame de las sustancias transportadas. |
| | Los conductores de los vehículos de transporte contarán con capacitación en el manejo y manipulación de las sustancias que transportan, así como en procedimientos de primeros auxilios y control de eventuales derrames ( incluye la instrucción de los procedimientos asociados al manejo de sustancias peligrosas) |
| | Medidas de seguridad asociadas al almacenamiento y manipulación: |
| | Se capacitará al personal que manipule y almacene este tipo de sustancias, en las instalaciones de faenas. |
| | Se dispondrá de un área especial de almacenamiento para estos materiales al interior de las instalaciones de faenas, la cual estará debidamente señalizada y acondicionada según lo dispuesto por las autoridades competentes, de acuerdo a lo señalado en la sección 2.3.2.4, Capítulo 2 del EIA. |
| | Los tambores de combustibles y aceite se dispondrán sobre pallets de madera u otros dispositivos con el objeto de facilitar su transporte y evitar la humedad y corrosión de los mismos, por efecto del contacto directo entre los tambores |

| RIESGOS Y MEDIDAS DE PREVENCIÓN | |
|---|---|
| Riesgo | Medidas específicas a aplicar |
| | y el suelo.<br>Se dispondrá en esta área de elementos que permitan la contención de derrames de mediana magnitud.<br>Los recintos de acopio de estas sustancias, contarán con las Hojas de Seguridad respectivas, que contendrán entre otros datos, las características de las sustancias, sus riesgos y los procedimientos de emergencia que deberán activarse en caso de declaración del riesgo.<br>La carga de combustible a maquinarias y equipos utilizados durante la construcción, se hará en un área previamente definida y claramente demarcada<br>Los aceites de cambio y otros desechos aceitosos se almacenarán en lugares adecuados y en tambores vacíos y cerrados, para su posterior comercialización, disposición en lugares autorizados o devolución a los proveedores.<br>Cabe indicar que para el funcionamiento de la maquinaria y vehículos motorizados a utilizar en la construcción de obras, se requerirá de petróleo Diesel y gasolina, los que serán abastecidos por empresas distribuidoras, mediante la instalación estanques y surtidores en las instalaciones de faena.<br>Conforme el Decreto Supremo N° 379/86 del Min. Economía, que regula el almacenamiento de combustibles líquidos derivados del petróleo destinado a consumo propio, se exigirá a los contratistas la inscripción de estanques de combustibles en los registros de la Superintendencia de Electricidad y Combustibles (SEC), siempre que éstos tengan una capacidad superior a 1,1 metros cúbicos, en caso contrario, no será necesario su inscripción en dicho registro.<br><br>Otras consideraciones de control de riesgo se presentan en el Anexo 18 , sección 6 del EIA.<br><br>No se prevé este tipo de riesgos durante la etapa de operación. |

| RIESGOS Y MEDIDAS DE PREVENCIÓN | |
|---|---|
| **Riesgo** | **Medidas específicas a aplicar** |
| Riesgo de afectar sitios de interés cultural | **Etapa de construcción:**<br>Al inicio de obras se impartirán instrucciones precisas a los supervisores de las faenas sobre el tipo de restos arqueológicos que es posible encontrar durante excavaciones o movimientos de tierra. Estas instrucciones serán entregadas por un arqueólogo, y consistirán en mostrar a los supervisores de obras tanto fotografías como objetos que pudieran encontrarse durante el desarrollo de las obras (restos de cerámica, herramientas de hueso, puntas de flechas y otros), y las acciones a tomar en caso de encontrar este tipo de elementos, que corresponden a la suspensión de faenas y el aviso inmediato a Carabineros o al Consejo de Monumentos Nacionales. También se informará sobre los sectores en los que se considera mayormente probable el hallazgo de vestigios arqueológicos, de acuerdo a lo indicado en la figura 6.4.1.5, Capítulo 6, del EIA.<br><br>Durante la fase de construcción de obras en el sector Lo Encañado se contará con la presencia permanente de un arqueólogo mientras se realiza el movimiento de tierras para todas las obras, incluyendo el mejoramiento de caminos. Un arqueólogo especialista demarcará una zona buffer en torno a cada sitio de manera que asegurar su protección durante las obras, de acuerdo a lo señalado en la sección 5.8, Capítulo 5 "Línea Base" del EIA.<br><br>Los sitios muy próximos a los frentes de trabajo serán segregados con un cerco para impedir cualquier intervención accidental del mismo y garantizar su protección efectiva. Este cierre estará constituido por polines impregnados y alambre de púas, que se mantendrán durante toda la fase de la construcción y sean retirados al fin de esta etapa. El cerco se situará a lo menos a 5 m del perímetro del sitio arqueológico y sus características impedirán el paso de personas y maquinaria. La medida es necesaria ya que los sitios arqueológicos no son evidentes para un no especialista y fácilmente pueden ser alterados al no percatarse de su presencia. La implementación de la medida se realizará con antelación al inicio de será supervisada por un profesional arqueólogo previa autorización del CMN. Este cierre aplicaría a los sitios identificados en Lo Encañado (sitios Las Morrenas y el Camino del Inka) y sitio en Estero Aucayes.<br><br>Previo al inicio de obras en el sector Alto Volcán, se efectuará un catastro paleontológico, para determinar en forma precisa, los sectores de restricción para obras y actividades del Contratista.<br>Los frentes de trabajo evitarán la interferencia con los sitios arqueológicos, modificando parcialmente el trazado en aquellos puntos que sea posible o bien modificando las actividades de construcción reduciendo el espacio requerido para las faenas.<br>Durante la apertura de instalaciones de faenas y sitios de acopio de marina, así como cuando por el avance de la construcción del Proyecto el frente de trabajo se aproxime a los sitios identificados, participará un arqueólogo especialista que supervisará las faenas en terreno, con el fin de resguardar la integridad de los sitios.<br>Para el caso que exista riesgo de dañar algunos de los sitios arqueológicos, el titular, formulará un Plan de Rescate arqueológico de los elementos en riesgo, el cual será presentado al Consejo de Monumentos Nacionales para obtener autorización de realizar un rescate y traslado de los recursos de valor arqueológico hasta los lugares que sean designados por dicho Consejo.<br>El Contratista tendrá especial atención en detectar oportunamente la existencia de nuevos restos arqueológicos en cada uno de los frentes de trabajo. Se informará al Contratista sobre las obligaciones que establece la Ley ante el hallazgo de evidencias arqueológicas, es decir, la suspensión de los trabajos y el aviso al Consejo de Monumentos Nacional y/o Carabineros.<br><br>No se prevé este tipo de riesgo durante la etapa de operación. |

| RIESGOS Y MEDIDAS DE PREVENCIÓN | |
|---|---|
| **Riesgo** | **Medidas específicas a aplicar** |
| Drenajes desde acopios de marinas o túneles | En todos los reconocimientos de terreno, sondajes de investigación y mapeos geológicos de superficie efectuados hasta la fecha en el área del trazado de los túneles, no se ha detectado evidencia alguna que haga anticipar la presencia de aguas con altas temperaturas o con contaminación mineralógica o ácida. No obstante lo anterior, las especificaciones establecerán que el contratista deberá, en la cercanía de zonas potencialmente críticas, efectuar sondajes de reconocimiento al avance de entre 25 y 30 m de longitud, a fin de anticipar problemas de filtraciones y poder efectuar los tratamientos de impermeabilización requeridos.<br><br>Se instruirá al Contratista para poner especial atención en la calidad y condiciones del agua que eventualmente pudiese salir al exterior por las ventanas de acceso, estableciendo en las especificaciones de los contratos de construcción las mediciones que deberán efectuarse y el tratamiento que requerirán para su posterior disposición, de modo de cumplir con las normas de calidad para descargarlas a cauces naturales, según los requerimientos de la normativa vigente.<br><br>Para el caso de los acopios de marina, el Titular presentará a la Autoridad los resultados de los test de ABA y TCLP que constaten si el material extraído desde el interior de los túneles (marinas) tiene potencial de drenaje ácido. |
| Afectación de aguas subterráneas | Durante la construcción habrá comunicación permanente entre el frente de avance del túnel y la administración del Proyecto, de modo que, de detectarse un acuífero subterráneo que pudiese ser afectado por un túnel, se procederá inmediatamente a efectuar la impermeabilización para luego, reiniciar su avance. |

### 7.4.3    Medidas de Control de Accidentes

El Plan de Control de accidentes está compuesto por una serie de medidas específicas para cada riesgo, las cuales se activarán en caso que fallen las acciones preventivas indicadas en la sección anterior. Estas medidas se presentan en la tabla siguiente:

**Tabla**
**Medidas de Control de Accidentes para los Riesgos Identificados**

| Riesgo | Medidas de Contingencia |
|---|---|
| Lahares, avalancha deslizamiento y derrumbe | Etapa de construcción:<br>Se dará aviso de inmediato al jefe de la obra quien informará a los encargados de prevención de riesgos y a la brigada de emergencia<br>Dependiendo de la magnitud de la avalancha o lahar, se paralizarán inmediatamente las obras y si es pertinente se evacuará a todo el personal, hasta áreas seguras. Sólo podrán activarse las faenas de construcción cuando la ONEMI o carabineros haya informado al Director Técnico de Obras de que el área se encuentra fuera de peligro.<br>Se activará el Plan de Comunicaciones, que especifica, según la magnitud del accidente, a quienes informar.<br>Inmediatamente se delimitará un área de restricción, donde sólo podrán ingresar personal entrenado.<br>Personal entrenado, inspeccionará el lugar del accidente, verificando que no existan heridos en el área.<br>En caso de registrarse heridos por este accidente, éstos serán llevados a un centro asistencial.<br>Un especialista en prevención de riesgo, inspeccionará el área, demarcando las áreas de riesgo. El profesional determinará si es conveniente relocalizar las instalaciones. Si este fuera el caso, se informará a las autoridades |

| Riesgo | Medidas de Contingencia |
|---|---|
| | pertinentes.<br><br>Durante la etapa de operación, las centrales contarán con un Plan de Emergencia y Comunicaciones, que se ajustará al Plan General de Emergencia del titular. |
| Inundación | Se dará aviso de inmediato al jefe de la obra quien informará a los encargados de prevención de riesgos y a la brigada de emergencia<br>Se activará el Plan de Comunicaciones, que especifica, según la magnitud del accidente, a quienes informar<br>Dependiendo de la magnitud de la inundación, se paralizarán inmediatamente las obras y si es pertinente se evacuará a todo el personal, hasta áreas seguras.<br>En las áreas inundadas se procederá a extraer el agua, mediante el bombeo o en forma manual.<br><br>Para contener nuevas inundaciones, se instalarán sacos de arena u otro elemento de contención. |

| Riesgo | Medidas de Contingencia |
|---|---|
| Sismos | Dependiendo de la magnitud del sismo, se activará la alarma y si es pertinente la evacuación hacia las zonas de seguridad.<br>Los trabajadores deberán quedarse en la zona de seguridad y esperar instrucciones del personal entrenado.<br>Producido un sismo, el titular, procederá a evaluar los daños en la estructura física de los elementos de captación, conducción de cauces y almacenamiento, estableciendo equipos de reparación de estos sistemas.<br>En caso que existen daños que impidan el normal funcionamiento de las centrales, se informará de esta situación a las autoridades competentes.<br><br>Durante la etapa de operación, las centrales contarán con un Plan de Emergencia y Comunicaciones, que se ajustará al Plan General de Emergencia del titular. |
| Incendio en el área de faenas | Etapa de construcción:<br>Se activará la alarma de incendio.<br>Se dará aviso de inmediato al jefe de la obra quien informará a los encargados de prevención de riesgos y a la brigada de emergencia.<br>Se activará el procedimiento contra incendios, que incluye la presencia de la Brigada de Emergencia, quienes estarán capacitados en el uso de extintores y tratarán de extinguir el fuego, sólo si el siniestro es controlable.<br>Si no es posible controlar la situación se dará aviso inmediato a Bomberos y se evacuará a los trabajadores hacia las zonas de seguridad.<br>Se inspeccionará el área verificando la presencia de heridos. Si este fuera el caso se trasladará de inmediato hasta un centro asistencial.<br>Se deberá investigar las causas del siniestro<br>Sólo podrán reactivarse las actividades una vez que el siniestro este controlado.<br><br>No se prevé este tipo de emergencia durante la etapa de operación. |
| Accidentes de tránsito | Se informará al supervisor de obras del accidente, quién deberá tomar las siguientes medidas:<br>Asegurarse que los accidentados sean trasladados a centros de atención médica.<br>Asegurarse que Carabineros ha sido informado del accidente.<br>Disponer equipos y maquinaria para ayudar a despejar la ruta en el más breve plazo (una vez que la autoridad responsable lo autorice).<br>Asegurarse que las compañías de seguros involucradas sean avisadas en forma oportuna.<br>Entregar información oportuna a los encargados en la empresa. |

| Riesgo | Medidas de Contingencia |
|---|---|
| | Registrar e informar el accidente en formulario previamente definido. |
| Derrame de sustancias peligrosas | Etapa de construcción:<br><br>En caso de derrames accidentales de productos químicos o contaminantes (aceites, lubricantes y pinturas) al suelo, el titular realizará una inmediata limpieza y retiro del suelos afectado. Para ello, en cada frente de trabajo, se contará con la implementación necesaria para el retiro de la sustancia derramada, sean éstos palas, maquinaria, bombas, estanques de almacenamiento provisorios, según se requiera. Asimismo, se deberán seguir los procedimientos establecidos en la Hoja de Seguridad.<br><br>Se verificará si hay personas que se hayan visto afectadas por el derrame. En caso que se requiera, se procederá a utilizar los elementos apropiados para resguardar primero la vida y salud de dichas personas.<br><br>Si bien se prevé que cualquier derrame accidental tendrá una baja o leve magnitud, considerando el tipo y cantidad de materiales peligrosos que existirán en los frentes de trabajo, en caso que se detecte la ocurrencia de un evento de contaminación de algún cauce superficial durante la fase de construcción se adoptarán las siguientes acciones:<br><br>— Identificación y localización del foco de contaminación, para proceder inmediatamente a su neutralización o control.<br>— Si se trata de un derrame o caída accidental al cauce de materiales sólidos, aceites, lubricantes u otros, se evaluará la pertinencia de efectuar una limpieza y retiro del sustrato afectado en el fondo o ribera.<br>— Se hará un completo registro escrito y/o gráfico del evento, y de las medidas inmediatas adoptadas.<br>— Si se trata de un evento que por su envergadura puede afectar a terceros aguas abajo del foco de polución, se dará aviso a la Autoridad Sanitaria, sobre la localización y magnitud del evento.<br>— Se activará una investigación interna sobre las causas del evento y la eficiencia o suficiencia de las acciones preventivas o correctivas adoptadas, con el fin de corregir los procedimientos que eviten que la situación se repita en el futuro.<br><br>No se prevé este tipo de emergencia durante la etapa de operación. |
| Afectación de sitios de interés cultural | En la etapa de construcción, no se evidencian hallazgos arqueológicos en los sitios de intervención directa del proyecto, pese ha ello se realizará un monitoreo permanente y se tendrá presente que en caso de ocurrir algún hallazgo se ejecutará lo siguiente:<br>En caso que durante las obras se detecte la existencia de nuevos restos arqueológicos se suspenderán los trabajos y el aviso al Consejo de Monumentos Nacional y/o Carabineros.<br>Se aplicará un Plan de Rescate arqueológico de los elementos en riesgo, el cual será presentado al Consejo de Monumentos Nacionales para obtener autorización de realizar un rescate y traslado de los recursos de valor arqueológico hasta los lugares que designados por dicho Consejo.<br>El Plan de Rescate considerará al menos los siguientes aspectos: un área suficientemente amplia que permita excavar y obtener un adecuado registro sin dañar las evidencias arqueológicas; la recopilación de muestras para ser enviadas a un laboratorio especializado para su lavado, clasificación y embalaje y el envió de los elementos arqueológicos a lugares designados por la autoridad. Finalmente estas labores serán llevadas a cabo por un especialista calificado.<br>No se prevé afectación de sitios de interés cultural durante la etapa de operación del proyecto. |
| Afectación de napas subterráneas | En caso de detectarse un evento accidental durante la construcción, el titular, informará a los organismos competentes en la forma descrita en el Plan de |

| Riesgo | Medidas de Contingencia |
|--------|------------------------|
| | Comunicaciones y Coordinación, de acuerdo a lo señalado en el Anexo 32 del EIA.<br><br>Aún cuando es altamente improbable que el proyecto en su fase de operación pueda afectar cursos de aguas subterráneos por fallas estructurales, infiltraciones u otras actividades, en caso que se produzca accidentalmente un efecto adverso no previsto, el Titular se compromete con la Autoridad a asumir las mitigaciones o correcciones que correspondan, previa constatación mediante un informe técnico, que la causalidad del evento se relaciona directa o indirectamente con el Proyecto. |
| Drenajes    desde acopios de marinas o túneles | En caso que los test ABA y TCLP, revelen la existencia de aguas ácidas o básicas (teniendo como referencia los valores de pH establecidos en la NCH N° 1.333), el Titular se compromete a implementar como medida de contingencia la habilitación de un sistema de impermeabilización del suelo, recuperación de drenajes, y neutralización de las aguas previa descarga. Estas u otras medidas de contingencias, serán consensuadas con la Autoridad Ambiental y contarán con todos los permisos sectoriales que sean aplicables. |

## 7.5.    Control de Riesgos en Áreas con Presencia de Recursos Paleontológicos

Según los antecedentes preliminares disponibles por la Sociedad Paleontológica de Chile (SPACH), si bien no se prevé la afectación de sitios de interés paleontológico producto del emplazamiento de obras superficiales, se identifica la necesidad de corroborar la existencia de otros sitios o recursos que puedan aparecer como consecuencia de las obras del PHAM en el sector Alto Volcán, eliminando de este modo cualquier riesgo de afectación sobre este tipo de recurso. Para ello se contempla realizar un estudio detallado de caracterización y contextualización geológica del sector Alto Volcán, con el objeto de recabar información detallada que sirva de base para desarrollar las medidas de compensación propuestas por el titular. Estas actividades deberán involucrar la confección de una base de datos geológica y paleontológica del sector Alto Volcán y áreas aledañas; archivo fotográfico de los afloramientos y estructuras geo-paleontológicas relevantes; confección de moldes de las posibles huellas de vertebrados presentes en bloques localizados en el valle del sector Alto Volcán, entre otros.

Los resultados del estudio y recomendaciones serán enviados al Consejo de Monumentos Nacionales en la forma de un informe de caracterización.

### 7.5.1    Medidas generales de prevención de riesgos.

El titular se compromete a implementar las siguientes medidas:

7.5.1.1 Zona de restricción para los integrantes de la empresa contratista.

Abarcará el área aledaña al sector Alto Volcán, donde se ejecutarán las obras del PHAM, conocida como Valle de Las Arenas. Está será denominada por el titular como "Zona de Restricción" para trabajadores y contratistas, cuyos miembros tendrán restricción de acceso y prohibición de ejecutar faenas permanentes o provisorias. Esta zona será marcada in situ con señalización claramente distinguible y visible para todas las personas empleadas en la etapa de construcción.

7.5.1.2 Delimitación de zona buffer.

Se identificó una zona buffer de protección por parte del equipo palentológico. Esta zona, identificada en plano contenido en Adenda 2 del EIA, tiene como principal objetivo impedir cualquier intervención accidental a los bienes significativos por parte de los integrantes de los trabajadores o contratistas que circulen por el lugar.

7.5.1.3  Monitoreo de excavación del túnel El Volcán.

Se efectuar un monitoreo del material extraído durante las perforaciones del PHAM, en concordancia con el avance de las obras. Dicho monitoreo será realizado por paleontólogos profesionales en una frecuencia no menor a 15 días, con pausas debidas a la interrupción o cese de actividades de perforación.

Los bloques y fragmentos de rocas con fósiles que se obtengan por esta vía serán agrupados de acuerdo a la calidad de preservación y cantidad de ejemplares, y los que sean relevantes serán transportados a una institución para su preparación, restauración, estudio y resguardo. En cambio el material excavado que no sea relevante será analizado y evaluado en el mismo lugar de su hallazgo.

**7.5.2   Medidas de Contingencia**

En caso de efectuarse un hallazgo de materiales fósiles en situaciones no contempladas, se notificará al Consejo de Monumentos Nacionales y el equipo de paleontólogos que esté realizando el monitoreo palentológico evaluará los procedimientos que sean necesarios llevar a cabo y en concordancia con lo explicitado en la Ley N° 17.288 y su Reglamento.

Sin perjuicio de lo anterior, esta Comisión precisa lo siguiente:

7.5.3   Implementar una zona de restricción y una zona "buffer" de prevención, según lo indicado en el Informe Paleontológico y su plano adjunto. Al respecto se deberá instalar señalética que indique en forma clara la presencia de un Monumento Nacional en la categoría de Monumento Paleontológico protegido por la ley 17.288 de Monumentos Nacionales, así como la prohibición de ejecutar faenas permanentes o provisorias en este sector; se debe indicar también la restricción de acceso a esta zona por personal del de la obra.  La señalética indicando las zonas de restricción y zona buffer de protección han de estar instaladas a más tardar un mes antes del inicio de las obras de este proyecto y su instalación deberá ser supervisada personalmente por un paleontólogo, el cual deberá informar por escrito, al Consejo de Monumentos Nacionales, la forma en que se ejecutaron estas medidas.

7.5.4   Se deberá implementar un plan de monitoreo paleontológico de las marinas a extraer de la excavación del túnel "El Volcán". Las marinas deberán ser dispuestas en sitios predeterminados dentro del área prevista para el acopio de éstas, pero separadas del acopio final. Los bloques y fragmentos de rocas con fósiles que se obtengan por esta vía serán agrupados de acuerdo a la calidad de la preservación y cantidad de ejemplares, y los que sean relevantes serán transportados a una institución para su preparación, restauración, estudio y resguardo. Previo al inicio de esta supervisión se deberá enviar a l Consejo de Monumentos Nacionales, un plan de trabajo, detallando el cronograma del desarrollo de las actividades de excavación. Una vez finalizadas estas obras y en un plazo no mayor a dos meses, se deberá enviar un informe al Consejo dando cuenta de las labores de supervisión paleontológica. Sin perjuicio de lo anterior, en el caso de que durante la supervisión de la excavación del túnel "El Volcán" u otras faenas asociadas al proyecto se detectase algún hallazgo arqueológico o paleontológico, se deberá proceder según lo establecido en los Artículos N° 26 y 27 de la *Ley N° 17.288 de Monumentos Nacionales* y los artículos N° 20 y 23 del *Reglamento de la Ley N° 17.288, sobre excavaciones y/o prospecciones arqueológicas, antropológicas y paleontológicas*. Además deberá informar de inmediato y por escrito al Consejo de Monumentos Nacionales para que este organismo determine los procedimientos a seguir.

7.5.5   Se deberán realizar charlas de capacitación por parte de un paleontólogo al personal de la obra, indicando las áreas de exclusión paleontológica, así como los procedimientos a seguir en caso de que se realicen hallazgos de carácter paleontológico durante las faenas del proyecto. Las charlas también deberán referirse al valor científico del patrimonio paleontológico para la historia natural de nuestro territorio y a la importancia de su protección.

**7.6   Riesgos por Golpes de Agua**

Respecto de los golpes de agua, que pudieran producirse a raíz de la detención de las centrales y que implicarían descargas de agua en los ríos Yeso y Colorado produciendo una onda positiva sobre los cauces, superpuestos y adicionales a los cauces que escurran en esos momentos, con un eventual riesgo para la población que realiza actividades de tipo turístico y recreativo en los sectores, el titular deberá presentar, para aprobación de la Dirección General de Aguas RM. Y de la Secretaría Regional

Ministerial de Salud RM, un programa de alerta que se activará en caso de ser necesario. Este programa deberá considerar, a lo menos, la comunicación inmediata a las autoridades del hecho y un sistema eficaz de notificación masiva a los usuarios del río, en particular en las zonas donde es usado en sus riberas, y la difusión de este programa.

**7.7    Riesgo en Áreas de Reserva para Agua Potable**

**7.7.1    FASE DE CONSTRUCCION**

7.7.1.1  Se implementarán canales de comunicación respecto a una eventual contaminación a la fuente de abastecimiento de agua potable. Al respecto, el proyecto contempla la implementación de un Plan de Comunicaciones que operará durante toda la etapa de construcción. Este Plan tendrá como objetivo mantener siempre comunicados con todos los servicios públicos relacionados con el control de una emergencia.

7.7.1.2  En el caso particular de ocurrir una emergencia de contaminación que pudiese afectar alguna fuente de abastecimiento de agua potable, el titular procederá a informar a:

- Aguas Andinas S.A.
- Autoridad Sanitaria Región Metropolitana.
- Superintendencia de Servicios Sanitarios
- Dirección General de Aguas
- CONAMA RM.
- Carabineros y Autoridades comunales.

En forma previa y durante la ejecución de obras al interior de la propiedad administrada por Aguas Andinas S.A., se harán las siguientes gestiones:

- El titular coordinará con la empresa Aguas Andinas S.A. la programación en detalle del ingreso a la propiedad.

- El Contratista de obras contará con un catastro actualizado de las instalaciones y obras especiales para la conducción de aguas existentes en los alrededores de la laguna y camino de acceso, con el fin de evitar cualquier tipo de obstrucción o interferencia durante las faenas que involucra el PHAM.

- El personal recibirá una instrucción especial respecto de las precauciones que tendrán los trabajos en la zona de Lo Encañado y embalse El Yeso.

7.7.1.3  En el caso de cualquier evento de contaminación de la laguna Lo Encañado y embalse El Yeso atribuible al Proyecto, se deberá implementar el siguiente procedimiento en caso que se detecte un evento de contaminación de sus aguas tanto en la fase de construcción como en la fase de operación, más aquellas que establezca la Autoridad Ambiental y Sanitaria respectiva en el marco de la evaluación ambiental del Proyecto:

- Identificación y localización del foco de contaminación, para proceder inmediatamente a su neutralización o control.

- Se dará aviso inmediato a Aguas Andinas y a la Autoridad Sanitaria, sobre la localización y magnitud del evento.

- Se hará un completo registro escrito y/o gráfico del evento, y de las medidas inmediatas adoptadas.

- Se activará una investigación interna sobre las causas del evento y la eficiencia o suficiencia de las acciones preventivas o correctivas adoptadas, con el fin de corregir los procedimientos que eviten que la situación se repita en el futuro.

7.7.1.4  Deberá establecer una coordinación con Aguas Andinas S.A. y en conjunto definir cual será el rango de turbiedad en el cual se active el sistema de alerta temprana y se activen las medidas de contingencias correspondientes, de manera

de revertir la situación, cuando así ocurra. Dicha coordinación y protocolo deberá ser informada a la autoridad ambiental, previa a la etapa de construcción del proyecto.

7.7.1.5 Establecer una coordinación con Aguas Andinas S.A. y en conjunto definir un protocolo para evitar posibles cortes en el suministro de agua potable que pudiesen derivar de la operación del proyecto, comprometiendo las medidas para el control de la emergencia y la reposición del mismo. Dicha coordinación y protocolo deberá ser informada a la autoridad ambiental, previa a la etapa de construcción del proyecto.

Sin perjuicio de lo anterior, esta Comisión establece que:

7.7.1.6 Las obras del proyecto evaluado no deberán producir interferencia alguna con la operación del embalse El Yeso, ni afectar la seguridad ni la disponibilidad del recurso para la producción de agua potable del Gran Santiago y que, la calidad de las aguas captadas para el tratamiento y producción de agua potable en la cuenca, no se verán afectadas por el desarrollo del proyecto en ninguna de sus etapas.

### 7.7.2 FASE DE OPERACION

Respecto de la fase de operación, esta Comisión establece que el titular deberá:

7.7.2.1 Definir un sistema de alerta temprana para la etapa de construcción y posterior operación, el que deberá contar a lo menos con un sistema de registro de turbiedad tanto en el cauce previo a la descarga como aguas abajo del punto de descarga, de manera de monitorear incrementos de turbiedad y evitar que se alcancen niveles por sobre la capacidad de tratamiento de la planta productora de agua potable de Aguas Andinas S.A., del sistema denominado Sistema Maipo. Dicho sistema de registro deberá estar siempre disponible para la revisión de las autoridades a quienes competa la fiscalización del proyecto.

### 7.8.    Riesgos de manipulación y almacenamiento de sustancias químicas peligrosas:

Para este proyecto en particular, los insumos a saber corresponden a explosivos, aditivos para la elaboración del hormigón, combustibles y algunas sustancias que serán utilizadas en los talleres de mantención al interior de las instalaciones de faenas como aceites, lubricantes y grasas. De igual forma estos últimos insumos constituirán también residuos que si bien por su cantidad no son catalogados de peligrosos, de acuerdo a las especificaciones de cantidad indicadas en el D.S N° 148/2003 "Reglamento Sanitario Sobre el Manejo de Residuos Peligrosos", serán manejados con suma rigurosidad. Por lo anterior, esta Comisión precisa que el titular deberá:

7.8.1    Aplicar el Plan de Prevención de Riesgos y de Contingencias para empresas contratistas, donde se entregan todas las disposiciones reglamentarias de prevención de riesgos y de control de emergencias que regirán para todas las contrataciones de obras y/o servicios de GENER S.A, las responsabilidades, reglas de seguridad, equipos de protección personal, entre otros y las medidas de seguridad y control asociadas a cada uno de los riesgos identificados en la etapa de construcción del proyecto, entre ellos, aquellas relacionadas con la manipulación de explosivos, sustancias químicas y combustibles.

7.8.2    Cumplir con las disposiciones legales específicas y vigentes que regulan cada uno de los insumos químicos y a utilizar por el proyecto, específicamente aquellas materias de construcción de los recintos y formas de almacenamiento, la señalización, el transporte, la manipulación y la disposición final de ellos. Se detalla también la regulación aplicable a los residuos.

7.8.3    Tener un control absoluto en el almacenamiento, recepción y despacho de los insumos químicos y residuos, mediante la construcción de bodegas y recintos especiales de almacenamientos y procedimientos de registros. Además de la disposición en todos estos recintos de las respectivas Hojas de Seguridad, equipos de contingencias, señalización apropiada, etc;

7.8.4    Implementar medidas específicas de gestión de seguridad aplicables tanto para el manejo de explosivos, combustibles, aditivos, aceites, grasas y lubricantes;

7.8.5    Ejecutar planes de capacitación, cuyos contenidos serán; seguridad en la faenas, medidas y responsabilidades en la prevención de accidentes, disposiciones de los Planes de Prevención y Contingencias, procedimientos de trabajo de seguridad según faena a ejecutar, manejo de equipos de seguridad y extintores, interpretación de señalética, flujo de comunicaciones, condiciones emanadas de la RCA, entre otras temáticas de seguridad;

7.8.6    Implementar de un Reglamento Interno de Orden, Higiene y Seguridad de las empresas contratistas y subcontratista, alineado con las políticas de seguridad de GENER y con las medidas de prevención y emergencias indicadas en el Reglamento de Prevención de Riesgos y Contingencias.

7.8.7    Elaborar procedimientos específicos de seguridad, que les permitirá a los trabajadores poseer una acabada preparación laboral, antes de iniciar y ordenar un trabajo, en relación a la función con la cual fue contratado, sus riesgos, medidas de prevención y continencias asociadas a ellas. Se incluyen en este aspecto, procedimientos de trabajo seguro para el almacenamiento y manejo de los insumos y sustancias químicas;

7.8.8    Implementar una señalización específica de las bodegas y recintos de almacenamiento de sustancias químicas, combustibles y explosivos conforme a las especificaciones indicadas en la legislación vigente: El almacenamiento de todo material peligroso, será llevado a cabo según las Normas NCh 382 Of. 89, "Sustancias peligrosas – Terminología y clasificación general"; NCh 2120 Of. 98, "Sustancias peligrosas, Partes 1 a 9", de acuerdo a su clasificación específica e incompatibilidad, y serán rotulados según la norma NCH 2190 Of. 93 "Sustancias peligrosas – Marcas para información de riesgos", en conformidad de la Autoridad Sanitaria. Se mantendrán además, las hojas de seguridad de cada material, en virtud de lo indicado en la norma NCh 2245 Of. 2003 "Sustancias químicas - Hojas de datos de seguridad – Requisitos". En cuanto al almacenamiento de residuos, tanto en lo que se refiere a los procedimientos de documentación y rotulado, así como también a las formas de almacenamiento, manipulación y disposición final, se dará cumplimiento a las disposiciones establecidas en el D.S. N° 148/2004 del MINSAL, Reglamento Sanitario sobre Manejo de Residuos Peligrosos (en aquellos casos que éste aplique) y el D.S. N° 594/99 del MINSAL, Reglamento sobre Condiciones Sanitarias y Ambientales en los Lugares de Trabajo.

# 8    Plan de Seguimiento Ambiental Propuesto en el E.I.A. y sus Adendas

## 8.1    Descripción del Plan de Seguimiento Ambiental.

El Plan de Seguimiento Ambiental para el Proyecto Hidroeléctrico Alto Maipo, tiene por finalidad asegurar en todo momento, el cumplimiento de las siguientes condiciones:

- Verificar que las medidas de manejo ambiental (sean éstas de mitigación, reparación y/o compensación) son las adecuadas y suficientes,

- Demostrar que el estado de los elementos del medio ambiente evolucionará según lo establecido en la evaluación respectiva, y

- Acreditar el cumplimiento de las normas ambientales que le fueran aplicables, así como la adecuada implementación de las medidas de manejo ambiental.

Este plan está compuesto por los programas de monitoreos y/o seguimiento que vigilarán el comportamiento de las componentes y variables ambientales, establecidas en atención a los tipos de impactos identificados durante la evaluación.

Para estos efectos, el titular se obliga a:

8.1.1    La información generada por los programas de monitoreo y seguimiento se compilará    en un Informe Consolidado,

sirviendo como base para la proposición de alternativas de solución, en el caso que se detecten impactos no previstos en el EIA, o la modificación al Plan de Manejo Ambiental, en caso que se detecte que las       medidas específicas establecidas en dichos planes no cumplen con sus finalidades o que el estado de los elementos del medio ambiente no evolucionó de acuerdo a lo establecido en el EIA. En estos casos, debidamente justificados, el Titular del Proyecto readecuará su estrategia de manejo ambiental, sometiéndolo a la aprobación de la CONAMA Metropolitana.

8.1.2   El Informe Consolidado indicado, será remitido en forma semestral a la CONAMA Región Metropolitana y servicios competentes,    conforme a la duración de los programas de monitoreo. Sin perjuicio de lo anterior, los informes o registros específicos de monitoreo de cada componente, estarán a disposición de la autoridad pertinente, cuando ésta lo requiera.

**8.2     Programa de Monitoreo de la calidad del Aire:**

8.2.1   El seguimiento de los compromisos asumidos se estructurará de la siguiente manera:

    i)            La Inspección Técnica de Obras (ITO) establecerá un programa de chequeo de las exigencias en materia de abatimiento de emisiones al aire, por sector y plazo de implementación.

    ii)          Con una frecuencia semanal, se inspeccionarán los frentes de trabajo para corroborar el cumplimiento de las medidas de control de emisiones.

    iii)        Las inspecciones a los Contratistas en terreno se apoyarán en un registro fotográfico, que luego podrá ser incorporado en informes.

    iv)        En caso de detectar no conformidades respecto del Programa de Control de Emisiones, se procederá a informar por escrito a la dirección del Contratista respectivo con copia a un representante de la Gerencia del proyecto.

    v)         En forma trimestral, la ITO preparará un informe que será presentado a la CONAMA RM y la Seremi de Salud RM, que de cuenta de las actividades y resultados del período de monitoreo.

**8.3     Programa de Monitoreo de Ruido y Vibraciones por ejecución de obras y tronaduras, en la Etapa de Construcción**

De acuerdo a los resultados de la evaluación de ruido, las fuentes de emisión serán generadas principalmente por las obras, actividades y tronaduras ejecutadas durante la etapa de construcción, en los distintos frentes de trabajo. Al respecto, el monitoreo tendrá como objetivo central verificar la efectividad de las medidas mitigatorias comprometidas para toda la etapa de construcción. Este monitoreo se realizará mediante mediciones de nivel de ruido de acuerdo al procedimiento establecido por el D.S. N° 146/97 del MINSEGPRES, para verificar el cumplimiento de los límites máximos permitidos de nivel de presión sonora. Los detalles de dicho plan se pasan a detallar a continuación.

Se deberá realizar también un monitoreo de ruido de tronaduras, el que deberá consistir en mediciones en las propiedades receptoras del entorno del proyecto, y deberán efectuarse durante la ejecución de tronaduras en las faenas de construcción mientras éstas sean perceptibles desde las propiedades afectadas. Se deberá adjuntar en los informes de monitoreo, que deberá realizar el titular, un listado con todas las tronaduras ejecutadas durante el período, con sus respectivas fechas, horas, lugares y cargas utilizadas, de modo de justificar que las detonaciones medidas sean representativas de la(s) condición(es) más desfavorable(s). Para una mayor comprensión de las respectivas ubicaciones y distancias, se deberán incluir mapas y/o imágenes satelitales en que se identifiquen claramente estos aspectos.

### 8.3.1   Lugares de medición

Las mediciones deberán realizarse, al menos, en los puntos receptores identificados en el proceso de evaluación ambiental del proyecto: punto 1 (sector Alfalfal), punto 2 (quebrada El Torrejón), punto 3 (quebrada El Trescientos), punto 4 (sector Maitenes), punto 5 (sector El Sauce), punto 7 (sector Canal Alfalfal) y punto 8 (sector Las Lajas). En caso de existir nuevos receptores al momento de ejecutar las faenas de construcción, se deberá señalar expresamente en los informes y deberán ser incluidos en el monitoreo. Para las mediciones se deberá considerar la condición más desfavorable dentro de cada propiedad evaluada. En caso de no ser posible realizar las mediciones dentro de las propiedades afectadas, se deberán proyectar los niveles medidos en puntos más cercanos a la fuente para obtener el Nivel de Presión Sonora Corregido NPC en los receptores a evaluar, mediante la utilización de un modelo de propagación basado en la norma internacional ISO 9613-2:1996 Acoustics – Attenuation of sound during propagation outdoors – Part 2 General method of calculation. Se abarcará el Área de Influencia Directa de la totalidad de las fuentes de ruido, tronaduras y vibraciones declaradas para esta etapa, tales como, flujo de vehículos, plantas de hormigón, botaderos, acopio de marina, movimiento de maquinaria, carga y descarga de material, tronaduras, etc.

### 8.3.2   Contenido de los Informes

Los informes de monitoreo contendrán los siguientes ítems:
- Características del equipamiento utilizado en las mediciones: marca, modelo, certificado de calibración vigente, especificaciones técnicas.
- Cronograma de la etapa de construcción del proyecto, de manera de justificar la elección de los días y los horarios de las mediciones. Para cada fase de la etapa de construcción del proyecto deberán indicarse todas las faenas y maquinarias consideradas.
- Faenas realizadas y maquinaria utilizada al momento de las mediciones, de modo que sea coherente con las faenas y maquinarias indicadas en el punto anterior (cronograma). Se indicará además, en caso que sea relevante, cualquier fuente de ruido ajena a la actividad de construcción del proyecto (ruido de fondo).

Fichas de medición y evaluación de ruido dadas en el manual de aplicación de la norma vigente, que contendrá los siguientes datos:
a)   Fecha y hora de medición.
b)   Identificación del tipo de ruido tanto espacial como temporal (maquinarias, tráfico vehicular, etc.)
c)   Identificación de otras fuentes de ruidos ajenas a la que se evalúa y que influya en la medición, especificando su origen y característica.
d)   Valores obtenidos de Leq para la fuente de ruido, complementado con otros descriptores adecuados, tales como niveles mínimos (Lmín), máximos (Lmáx), percentiles (Ln), etc.
e)   Se deberán obtener, en el caso que sea necesario, los valores de Leq para el ruido de fondo, con el fin de realizar las correcciones.
f)   Certificación de instrumental utilizado vigente.
g)   Datos de la persona responsable de las mediciones.
h)   Croquis del lugar, señalando las distintas fuentes emisoras, los puntos de medición y las respectivas distancias entre dichas fuentes y puntos, así como las distancias que la normativa establece que deben ser indicadas en el croquis.

Sin perjuicio de lo anterior, esta Comisión precisa que:

- Los informes de monitoreo deberán ser semestrales, y deberán ser mantenidos en el lugar de las faenas en todo momento, disponibles ante visitas realizadas por las autoridades, o ser enviadas a éstas si así se solicita. Cuando en una medición se detecte la superación de la norma, se deberán implementar de inmediato medidas adicionales de mitigación que permitan subsanar el incumplimiento, siendo esto evaluado y señalado en el mismo informe, el que deberá ser enviado, sólo en este caso, a la SEREMI de Salud R.M. para su conocimiento. Los informes de monitoreo serán incluidos en un Informe Consolidado, que será presentado al Servicio de Salud Regional y CONAMA, con una frecuencia semestral.

- La frecuencia de las mediciones será la siguiente. En cada punto se deberá realizar 1 medición cada 2 meses, mientras existan faenas perceptibles desde los lugares afectados. El horario escogido y las faenas ejecutadas durante cada medición deberán ser representativos de la fase correspondiente de la etapa de construcción del proyecto. Una vez que, de acuerdo al avance de las obras, el ruido de las faenas ya no se perciba desde los lugares receptores, el monitoreo en dichos lugares no se seguirá realizando, lo que deberá ser debidamente acreditado en el respectivo informe.

- La SEREMI de Salud R.M. podrá solicitar al titular la inclusión o eliminación de lugares de medición u otra frecuencia de mediciones y/o informes, teniendo en cuenta para ello antecedentes fundados que puedan surgir durante la ejecución del proyecto.

8.3.3    Se deberá establecer un plan de manejo con la comunidad, indicando el tipo de obra que se realizará, sus dimensiones y plazos de construcción, el horario de trabajo, cantidad y horario de tránsito de camiones y otros vehículos pesados, el horario en el que se producirán las mayores emisiones de ruido y la duración de tales eventos, con el objeto de reducir los impactos y minimizar la molestia que ello pudiera causar en la comunidad. Lo anterior, a través de la entrega de cartillas informativas, las que deben ser entregadas a la comunidad en forma previa al inicio de cada fase de la etapa de construcción. Se deberá designar, además, a un encargado en la obra que pueda recoger los reclamos de la comunidad de modo de tomar las acciones correctivas en el momento en que se produzcan las molestias y establecer un teléfono de reclamos para complementar el plan de manejo.

## 8.4    Programa de Monitoreo de Calidad del Agua en la Etapa de Construcción

8.4.1    Que, durante la etapa de construcción, la calidad físico-química del agua de algunos cauces puede verse alterada por los trabajos de construcción de bocatomas, defensas fluviales y sifones. El objetivo del programa de monitoreo de calidad del agua es verificar la efectividad de las medidas de control ambiental referidas a la construcción de estas obras y tendientes a minimizar sus efectos.

8.4.2    Que, la siguiente tabla describe el Programa de Monitoreo, el cual se prolongará por el plazo que demore la construcción de obras en cada sector.

**Tabla**
**Síntesis del Programa de Monitoreo Calidad del Agua en la Etapa de Construcción**

| Monitoreo de Calidad del Agua | |
|---|---|
| Lugares de Medición | Obras en cauces: las mediciones se realizarán, 100 m aguas arriba y 100 m aguas abajo de las áreas de construcción de obras, en los esteros Colina, La Engorda, El Morado, Las Placas, en el río Yeso y descarga Las Lajas. |
| Frecuencia y procedimiento de medición | Las mediciones de calidad del agua se efectuarán durante todo el periodo que dure la construcción, en cada uno de los cauces, desde el inicio de las actividades, con una frecuencia mensual. |
| Parámetros a Medir | Los parámetros a medir en los cauces son:<br><br>– Temperatura<br>– pH<br>– Conductividad específica<br>– Oxígeno disuelto<br>– Nitrito (N-NO$_2$)<br>– Nitrato (N-NO$_3$)<br>– Amonio (N-NH$_4$)<br>– Nitrógeno orgánico total (N-Ntotal)<br>– Ortofosfato (P-PO$_4$) |

| Monitoreo de Calidad del Agua | |
|---|---|
| | – Fósforo total (P-Ptotal)<br>– Sólidos totales disueltos<br>– Sólidos totales suspendidos<br>– Alcalinidad fenolftaleína<br>– Alcalinidad total<br>– Sulfato<br>– Demanda bioquímica de oxígeno (DBO$_5$)<br>– Elementos metálicos<br>Se incluyen los parámetros hidrocarburos, aceites y grasas. |
| Contenido de los informes | – Metodología de medición, indicando fecha y procedimiento de medición para cada parámetro.<br>– Características del equipamiento utilizado para la medición de cada parámetro, indicando marca, modelo, etc.<br>– Localización de los sitios de medición, con sus coordenadas y un croquis de ubicación general.<br>– Análisis de resultados en función de los parámetros medidos, como columna de agua y sedimento.<br>– Conclusiones y recomendaciones.<br>Los resultados de estos análisis serán incluidos en un informe técnico presentado a la Dirección General de Aguas y CONAMA RM con una frecuencia semestral. |
| Verificador de Cumplimiento | Para el caso de las actividades de construcción que se ejecutarán en cauces, se contrastarán los valores de los parámetros de calidad indicados, obtenidos aguas arriba y aguas abajo del área de ejecución de las obras. |
| Impacto no previsto | En caso de detectarse diferencias importantes entre los valores contrastados, se reforzarán las medidas de control ambiental. |

## 8.5 Programa de Monitoreo de Descarga de Aguas en la Etapa de Construcción

8.5.1 Las descargas de las plantas de tratamiento de aguas servidas y de RILes serán monitoreadas para verificar que se cumpla con la calidad del agua estipulada en la normativa.

En la tabla siguiente, se propone el Programa de Monitoreo, el cual se prolongará al plazo que demore la construcción de obras en cada sector.

**Tabla Síntesis del Programa de Monitoreo de Descarga de Agua Residual en la Etapa de Construcción**

| Monitoreo de Descarga De Aguas Residuales | |
|---|---|
| Lugares de Medición | Descarga de residuos líquidos tratados:<br><br>– Descarga de RILes tratados:<br>  • Sector El Volcán: Estero El Morado<br>  • Sector El Yeso: Río Yeso<br>  • Sector Aucayes Alto: Estero Aucayes (Aguas abajo captación existente de agua potable de la localidad Maitenes)<br>  • Sector Aucayes Bajo: Canal 1 Maitenes |

| **Monitoreo de Descarga De Aguas Residuales** | |
|---|---|
| | <ul><li>Sector Km. 10 de la Ruta G-345, Río Colorado</li><li>Sector Caballo Muerto: Río Colorado</li><li>Sector descarga Río Maipo: Río Maipo</li></ul><br>– Descarga de aguas servidas tratadas:<ul><li>Sector El Volcán: Estero El Morado</li><li>Sector El Yeso: Río Yeso</li><li>Sector Aucayes Alto: Estero Aucayes (Aguas abajo captación existente de agua potable de la localidad Maitenes)</li><li>Sector Aucayes Bajo: Río Colorado</li><li>Sector Km. 10 Ruta G-345, Río Colorado</li></ul> |
| Frecuencia y procedimiento de medición | Respecto del monitoreo permanente de las descargas de agua provenientes del tratamiento de RILes y de la planta de tratamiento de aguas servidas, éste se realizará sólo en temporada invernal, ya que el resto del año serán utilizadas como parte del proceso de construcción. |
| Parámetros a Medir | Para las descargas se medirán los parámetros que indica el D.S. 90/2001. |
| Contenido de los informes | – Metodología de medición, indicando fecha y procedimiento de medición para cada parámetro.<br>– Características del equipamiento utilizado para la medición de cada parámetro, indicando marca, modelo, etc.<br>– Localización de los sitios de medición, con sus coordenadas y un croquis de ubicación general.<br>– Análisis de resultados en función de los parámetros medidos, como columna de agua y sedimento.<br>– Conclusiones y recomendaciones.<br><br>Los resultados de estos análisis serán incluidos en un informe técnico presentado a la Autoridad Sanitaria con una frecuencia semestral. |
| Verificador de Cumplimiento | Se confirma que el proyecto contempla un monitoreo permanente de las descargas de aguas tratadas, de manera de garantizar o acreditar el cumplimiento obligatorio de la norma DS N°90/2001.<br><br>Parte de las aguas tratadas podrán ser utilizadas para la humectación de caminos u otras superficies al interior de las faenas, en tanto que la eficiencia en el tratamiento garantizará parámetros de calidad bajo los límites permisibles establecidos en la NCh 1333. La humectación de caminos u otras superficies al interior de las faenas contribuirá a la disminución de las emisiones de polvo o material particulado resuspendido. |
| Impacto no previsto | En caso de detectarse diferencias importantes entre los valores contrastados, se reforzarán las medidas de control ambiental. |

**8.6    Programa de Monitoreo Limnológico en la Etapa de Operación**

8.6.1    El titular señala que durante la etapa de operación del proyecto, se generará una modificación en el régimen de caudal de algunos esteros y ríos de la zona. El proyecto considera en esta etapa mantener un monitoreo permanente de la biota acuática de acuerdo a lo indicado en la siguiente tabla.

**Tabla**
**Síntesis del Programa de Monitoreo Limnológico en la Etapa de Operación**

| MONITOREO LIMNOLÓGICO | |
|---|---|
| Lugares de Medición | *Cauces:* Aguas abajo de las obras proyectadas de los Ríos Colorado, Yeso y el estero Aucayes. |
| Frecuencia y procedimiento de medición | Se hará un monitoreo bimensual durante los primeros 6 meses de operación plena del Proyecto. Luego se continuará por un año con un monitoreo trimestral. |
| Parámetros a Medir | Los parámetros de biota acuática a medir serán los siguientes:<br><br>– Fauna de macroinvertebrados bentónicos<br>– Flora de microalgas bentónicas<br>– Fauna de peces<br>– Flora de macrófitos<br>– Clorofila<br>– Materia orgánica<br>– Oxígeno disuelto |
| Contenido de los informes | Los informes contendrán los siguientes ítem:<br>– Metodología de medición, indicando fecha y procedimiento de medición para cada indicador.<br>– Características del equipamiento utilizado para la medición de cada parámetro, indicando marca, modelo, etc.<br>– Localización de los sitios de medición, con sus coordenadas y un croquis de ubicación general<br>– Análisis de resultados en función de los parámetros medidos, y registros previos<br>– Conclusiones y recomendaciones<br><br>Los resultados de estos análisis serán incluidos en un informe técnico presentado a la Subsecretaría de Pesca y Servicio Nacional de Pesca y CONAMA con una frecuencia semestral. |
| Verificador de cumplimiento | Se contrastarán los resultado del monitoreo con los registros de línea base incluidos en el presente EIA. |
| Impacto No Previsto | En caso de detectarse diferencias importantes entre los valores contrastados, se reforzarán las medidas de control ambiental. |

Sin perjuicio de lo anterior, esta Comisión establece que el titular deberá:

8.6.2    Los planes de manejo y seguimiento propuestos deberán ser aplicados para T. areolatus y para cualquier especie íctica nativa que eventualmente pudiera ser capturada en los monitoreos de fauna íctica y que se encuentre en alguna categoría de conservación. Además, se debe destacar que las medidas de mitigación, reparación y compensación indicadas, requieren a su vez de planes específicos de seguimiento en el tiempo, de tal manera que los resultados

obtenidos permitan determinar si las medidas aplicadas fueron o no efectivas. Por lo anterior, deberá indicar que el plan de seguimiento para cada medida propuesta tendrá vigencia de acuerdo a los resultados obtenidos.

8.6.3    Dar cumplimiento a la Resolución Exenta N° 303/2006 de MINECON, y sus modificaciones.

8.6.4    El monitoreo del caudal ecológico se deberá mantener por toda la vida útil del proyecto y debe ajustarse a lo señalado por la Dirección General de Aguas, lo que permitirá determinar el análisis de caudal ecológico de cada sector.

8.6.5    Los programas de translocación propuestos en el plan de manejo, deberán ser realizados sólo previa tramitación y otorgamiento de la Resolución que aprueba los respectivos Términos Técnicos de Referencia, debiendo entregarse en esta solicitud, todos los antecedentes que justifiquen fundadamente la realización de dichas actividades, siendo además facultad de la Autoridad Pesquera su autorización y/o modificación.

8.6.6.    Deberá tener presente, que el cumplimiento del Artículo 168 de la ley 18.892, Ley General de Pesca y Acuicultura, estará dado por el aseguramiento de las poblaciones de peces, por lo cual el plan de manejo propuesto deberá ser implementado e informado a la autoridad competente para su evaluación y seguimiento.

**8.7    Programa de Monitoreo de Caudal Ecológico en la Etapa de Operación**

8.7.1    El mantenimiento del caudal ecológico es la condición que mitiga el impacto en la flora y fauna local, por lo que su seguimiento se realizará de acuerdo al programa de monitoreo que se presenta en la siguiente tabla.

**Tabla Síntesis del Programa de Monitoreo del Caudal Ecológico en la Etapa de Operación**

| MONITOREO CAUDAL ECOLÓGICO | |
|---|---|
| Lugares de Medición | Serán establecidas estaciones fluviométricas en el río Yeso a la altura del puente proyectado, y en el Estero La Engorda en su confluencia con el Río Volcán. |
| Frecuencia y procedimiento de medición | El monitoreo se realizará a partir de la medición del caudal de las 2 estaciones fluviométricas. <br><br>El caudal se medirá mensualmente por un periodo de 12 meses, una vez puesta en operación la estación fluviométrica respectiva. |
| Parámetros a Medir | Caudal ($m^3$/s) |
| Contenido de los informes | Los informes contendrán los siguientes ítem: <br><br>– Lugar de medición, indicando fecha, hora, y procedimiento de medición de caudal. <br>– Características del equipamiento utilizado en la medición de caudal, y certificación de ellos. <br>– Análisis de resultados en función de los parámetros medidos, y registros previos. <br>– Conclusiones y recomendaciones. <br><br>Los resultados de estos análisis serán incluidos en un informe técnico presentado a la Dirección General de Aguas y a la CONAMA con una frecuencia bimensual durante los primeros 6 meses de operación plena del Proyecto. Luego se continuará por un año con un monitoreo trimestral. |
| Verificador de cumplimiento | Se contrastarán los resultado del monitoreo con los registros de línea base incluidos en el presente EIA. |

| Impacto No Previsto | En caso de detectarse diferencias importantes entre los valores contrastados, se reforzarán las medidas de control ambiental. |
|---|---|

8.7.2    El caudal ecológico manifestado por el Titular dentro del proceso de evaluación ambiental, debe estar directamente relacionado, y dar cabal cumplimiento, al Plan de Manejo de fauna íctica propuesto por el mismo, y considerando además, irrestrictamente, el resultado que sobre este ítem dictamine en forma sectorial la Dirección General de Aguas, en virtud de la concesión de traslados de derechos de aguas aún en trámite.

Sin perjuicio de lo anterior, esta Comisión establece que el titular deberá:

8.7.3    El caudal del río será monitoreado durante toda la vida útil del proyecto, a través de método aprobado por la DGA bajo las especificaciones de frecuencia propuesta por la misma. En adición a lo anterior, el caudal en el canal y bocatoma del proyecto será monitoreado y controlado a través de sensores que mediante un sistema de telecomando enviarán información a la casa de máquinas, a fin de que en ellas el equipo de control evalúe si es necesario cerrar las compuertas por aumentos peligrosos de caudal, tras lo cual dará la orden de cierre. Puesto que este aspecto es comandado de manera automática, se garantiza que el proyecto utilizará sólo las aguas que le corresponda utilizar.

### 8.8    Programa de Seguimiento del Impacto Vial en la Etapa de Construcción

8.8.1    El seguimiento a la componente vial, estará focalizada en el monitoreo de la suficiencia de las medidas de manejo ambiental indicadas en el Capítulo 6 del EIA y en el punto 6 de la Adenda 1. Ello permitirá detectar el efecto real del aporte de tránsito en las vías principales del área de influencia del proyecto, particularmente en aquellos tramos en que se generan cruces entre los caminos de servicio y las vías públicas.

La tabla siguiente resume el Programa de Seguimiento para la componente vial.

**Tabla**
**Síntesis del Programa de Monitoreo Vial en la Etapa de Construcción**

| Seguimiento Vial | |
|---|---|
| Lugares de Medición y procedimiento de medición | Los puntos de medición se localizarán en la Ruta G-25, Ruta G-345, G-421 y la Ruta G-455 y serán coincidentes con aquellos determinados por el Plan Nacional de Censos. Dado que las rutas indicadas anteriormente son las únicas vías por las cuales transita el flujo vehicular en el área de influencia del proyecto, y que el Plan Nacional de Censos, posee registros de flujos de cada una de ellas, el seguimiento determinará de manera precisa los aumentos del tránsito vehicular y la reasignaciones de flujos. <br><br> Respecto a los procedimientos de medición, éstos se realizarán de acuerdo a las metodologías empleadas por la Dirección de Vialidad en el Plan Nacional de Censos. <br><br> Por último se verificarán las medidas de mejoramiento de caminos y señalización indicadas en el Capítulo 6 del EIA. |
| Frecuencia y procedimiento de medición | El monitoreo de flujos vehicular se realizará durante los primeros 3 días hábiles, seguidos de cada mes, por un periodo de 6 meses. Posteriormente, se hará cada 4 meses, en un periodo igual, durante los tres primeros años de construcción del proyecto, donde se generará el mayor aporte de flujo vehicular. |
| Contenido de Informes de Monitoreo | Los informes contendrán los siguientes ítem: <br> • Metodología básica de medición <br> • Equipos utilizados para la medición <br> • Fecha, y periodos de análisis <br> • Lugar de medición <br> • Análisis de generación de tráfico aportado por el proyecto, a través del contraste entre oferta y demanda vial indicada en la Línea de Base y los |

| | |
|---|---|
| | registros del Plan Nacional de Censos, con los valores obtenidos en la medición.<br>• Resultados de la verificación de las medidas indicadas en el Capítulo 6 (pavimentación de caminos, señalización de cruces, etc.). Los resultados deberán ser complementados con un registro fotográfico.<br>• Conclusiones y Recomendaciones.<br><br>Los resultados de estos análisis serán incluidos en un informe técnico presentado a la Dirección de Vialidad del MOP y CONAMA, con una frecuencia semestral. |
| Impacto No Previsto | En caso que, en el seguimiento se determinara alguna anomalía en los sectores potencialmente impactados por el proyecto, los contratistas de obras realizarán las reparaciones o correcciones pertinentes. |

## 8.9    Programa de Monitoreo de Indicadores Sociales en la Etapa de Construcción

8.9.1    El PHAM ha incorporado dentro de su Plan de Seguimiento, el monitoreo de las variables que dan cuenta de los modos de vida y costumbres locales. Este monitoreo se circunscribe a la etapa de construcción del PHAM. Durante dicha etapa de construcción se desarrollarán las obras más relevantes y se mantendrá la mayor  dotación de trabajadores y  flujo de transporte. Se propone evaluar los resultados obtenidos del conjunto de campañas de monitoreo, una vez       concluida la etapa de construcción y, a partir de las tendencias detectadas, redefinir el monitoreo para la etapa de  operación, tanto en su periodicidad, como especialmente en lo referido a los parámetros  a seguir.

La tabla adjunta muestra las características de este seguimiento.

**Tabla**
**Síntesis del Programa de Monitoreo de Indicadores Sociales en la Etapa de Construcción**

| Monitoreo de Indicadores Sociales | |
|---|---|
| Lugares de Medición | - Localidad Alfalfal y los Maitenes<br>- Localidad El Manzano<br>- Localidad El Canelo<br>- Localidad baños Morales<br>- Localidad lo Valdés<br>- Localidad El Volcán<br>- Localidad El Romeral<br>- Sector Camino Río Yeso<br>- Localidad San Gabriel |
| Frecuencia y procedimiento de medición | Para la etapa de construcción se contemplan campañas semestrales, ya que se considera un plazo adecuado para captar el dinamismo que pudiese suscitarse a partir de las actividades y obras del PHAM.<br><br>Para los primeros 5 años de la etapa de operación. El procedimiento a seguir será monitorear las variables y parámetros definidos de las dimensiones geográfica, demográfica, antropológica, socioeconómica y bienestar social básico (Ver Anexo 39).<br><br>Los instrumentos de recolección de información a utilizar serán (Ver Anexo 39):<br>- Encuestas a una muestra estadísticamente representativa de hogares<br>- Entrevistas semi estructuradas a informantes claves<br>- Entrevistas semi estructuradas a dirigentes de organizaciones sociales<br>- Análisis de las estadísticas de Carabineros y de los establecimientos de |

| Monitoreo de Indicadores Sociales | |
|---|---|
| | salud de la comuna |
| Contenido de Informes de Monitoreo | Se elaborará un informe semestral de los resultados obtenidos, para el que se utilizarán gráficos que muestren la evolución comparativa de los parámetros campaña a campaña. Este documento será entregado a CONAMA. |
| Impacto No Previsto | En caso que, en el seguimiento se determinara alguna anomalía en las comunidades anfitrionas potencialmente impactados por el proyecto, GENER tomará a tiempo las decisiones pertinentes para mitigar o compensar los efectos dañinos, lo cual resulta indispensable para el mutuo bienestar con las comunidades aledañas al proyecto. |

**8.10  Monitoreo de Vegetación en la Zona de la Veranada de La Engorda en la Etapa de Construcción y Parte de la Operación**

8.10.1  Para mantener un seguimiento sobre el comportamiento de la vegetación asociada al recurso hídrico, se realizará un monitoreo de la vegetación durante la etapa de construcción y por los 5 primeros años de operación del Proyecto, en el sector del Alto Volcán. Este monitoreo será realizado entre los meses de diciembre y febrero de cada año, y su objetivo es medir los cambios en la composición y abundancia en la vegetación.

8.10.2  Los resultados de este seguimiento permitirán complementar la valiosa información recabada a la fecha, corroborar los impactos previstos y verificar la eficiencia y suficiencia de las acciones de control contempladas.

Los resultados del seguimiento serán presentados a las Autoridades.

**Tabla**
**Síntesis del Programa de Monitoreo de Vegetación de la Veranada de La Engorda**

| Monitoreo de Vegetación en la Veranada de La Engorda | |
|---|---|
| Lugares de Medición | - Sector de vegas y matorral a ambos lados del canal de conducción, tomando como control la vegetación que se encuentra aguas arriba del canal. |
| Frecuencia y procedimiento de medición | - El monitoreo se realizará una vez al año durante el periodo estival, preferentemente entre los meses de diciembre y febrero.<br><br>- Se levantará en terreno información referente a la composición y la abundancia de las especies, mediante al menos 40 parcelas de 4x4 m donde se estimará cobertura de cada especie. (20 parcelas aguas arriba del sector de la conducción y 20 parcelas aguas abajo). Las parcelas de muestro deben ser fijas, es decir se debe marcar alguna referencia para hacer las mediciones siempre en el mismo lugar. |
| Contenido de Informes de Monitoreo | Se elaborará un informe anual con los resultados de cada campaña, comparados con los de campañas anteriores, a fin de detectar cambios en la composición y abundancia de la vegetación. El informe será entregado a la autoridad competente. |
| Impacto No Previsto | En caso que la vegetación no se comporte según lo previsto para la condición con proyecto, se consensuará con la Autoridad, la adopción de medidas compensatorias complementarias. |

**8.11    Estudio y Monitoreo Sedimentológico.**

Que, de acuerdo a las modificaciones al patrón de caudales que provocará el proyecto, se prevé efectos en el equilibrio sedimentario de los cauces intervenidos, esto es en los ríos Volcán, Yeso, Colorado, y en el río Maipo. La reducción del caudal de los ríos Volcán, Yeso y Colorado aguas abajo de las captaciones de la hidroeléctrica Alfalfal II producirá una disminución en la capacidad de arrastre respecto de la situación actual. Esta podría provocará una reducción del aporte medio esperado de sedimentos de estos cauces al río Maipo.

A esto se sumará el aumento brusco en la capacidad de arrastre del río Maipo en el punto de descarga de la hidroeléctrica (aguas abajo de la confluencia del río Maipo con el estero El Manzano), a causa de la descarga de los 65 m3/s (caudal máximo) de agua limpia provenientes del sistema de centrales Alafalfal, Alfalfal II y Las Lajas.
Tanto la reducción del aporte medio esperado de sedimentos al río Maipo desde sus afluentes, como el aumento brusco del caudal aguas abajo de El Colorado podría provocar un desbalance sedimentario y por tanto, la degradación del lecho en esa área del río Maipo.

Los resultados y conclusiones del Estudio Sedimentológico del proyecto, señalan que la capacidad de arrastre estimada de sedimentos en la situación con proyecto será siempre superior o mayor a la disponibilidad efectiva de sedimentos en el área de influencia.

Al respecto, esta Comisión establece que el titular deberá:

8.11.1    Corroborar, mediante monitoreo, en la etapa de operación del proyecto, lo señalado en las conclusiones del Estudio Sedimentológico, presentado por el titular. Para lo anterior, el titular deberá:

8.11.2    Desarrollar un Estudio Sedimentológico Avanzado del Río Maipo, como estudio técnico complementario al realizado, para precisar los posibles efectos, medidas y obras de mitigación que podrían ser necesarias para contrarrestar aquellos efectos no previstos. Lo anterior considerando que en lo referente a la sedimentología se manejan niveles variables de certidumbre, que se cruzan a su vez con elementos naturales y artificiales, que se mezclan de una manera compleja en la cuenca del río Maipo.

8.11.3    Este estudio deberá obtener la aprobación formal por parte de la Dirección de Obras Hidráulicas de la Región Metropolitana, entidad que actuará como contraparte técnica.

8.11.4    Los Términos de Referencia de dicho estudio deberán ser presentados a la Dirección de Obras Hidráulicas, para obtener la aprobación formal previa al inicio de la etapa de construcción del proyecto.

8.11.5    El objetivo del estudio será chequear y/o redefinir las zonas de influencia del proyecto en el tema sedimentológico, generada por las obras del proyecto, y deberá estimar teórica y empíricamente, las posibles influencias sobre la infraestructura y actividades en torno a los cauces naturales y corroborar el efecto sobre el equilibrio erosión – sedimentación en los cauces naturales comprometidos, entre otras materias.

8.11.6    Además, el titular deberá formular y aplicar un programa de monitoreo, que colabore en la identificación de probables impactos no previstos, así como la definición e implementación de las eventuales medidas y obras de mitigación y/o compensación y seguimiento, que se estime necesarias para que el proyecto se anticipe y/o resuelva los probables efectos ambientales no previstos. Para ello, deberá caracterizarse en forma completa, la situación base sedimentológica o situación "sin proyecto", de los cauces involucrados.

8.11.7    Los Términos de Referencia deberán orientarse a integrar en el Estudio, la mayor cantidad de información posible sobre esta cuenca hidrográfica, en relación a esta temática.

8.11.8    Antes del inicio de la etapa de operación del proyecto, se deberá tener implementados el Programa y el Sistema de Monitoreo y las Medidas y Obras de Mitigación de los probables impactos no previstos.

8.11.9  El Sistema y Programa de Monitoreo, deberá considerar al menos, la determinación de secciones de control topográfico del cauce, con monumentación de acuerdo a las especificaciones de la DOH, que permita seguir la evolución del lecho teniendo como referencia la situación base. La duración del programa, deberá tener una cobertura de a lo menos 10 años de mediciones.

**8.12**          **Auditoria Ambiental Independiente.**

8.12.1  El titular señala que realizará una Auditoria Ambiental Independiente durante las actividades de construcción del proyecto, cuyo objetivo será velar por el cumplimiento de la normativa ambiental aplicable al proyecto y la correcta aplicación o implementación de las exigencias contenidas en la Resolución de Calificación Ambiental.

Esta auditoria permitirá hacer un seguimiento de la suficiencia y efectividad de las acciones de manejo ambiental incluidas en la ingeniería del Proyecto o bien, surgidas durante la evaluación ambiental, indicadas en los capítulos 6 y 7 del EIA y en los puntos 6 y 7 de la Adenda 1 y 2.

Los resultados de la auditoria, serán integrados al Informe Consolidado de Monitoreo.
Esta auditoria será gestionada en conjunto con CONAMA RM, particularmente en lo relativo a la definición de los  alcances y selección de los auditores externos.

Sin perjuicio de lo anterior, esta Comisión establece que el titular deberá:

8.12.2  Presentar a la Corema RM, una terna  de consultores, de entre los cuales esta Comisión evaluará y seleccionará al más idóneo, a fin de que desarrolle la Auditoria Ambiental Independiente (AIA), señalada en el considerando anterior, a costo del titular; que apoye el seguimiento del cumplimiento del Plan de Medidas Ambientales, la eficacia de las medidas implementadas, la identificación de impactos no previstos en el proceso de evaluación, entregue recomendaciones de medidas ambientales.

8.12.3  El seguimiento de las medidas ambientales sobre los componentes ambientales asociados a las áreas de construcción de puentes, sifones y zonas de descarga deberá constituir un Informe de seguimiento específico,  que permita el seguimiento y fiscalización del cumplimiento de dichas medidas ambientales.

9    Que con relación al cumplimiento de la legislación aplicable, el titular acredita el cumplimiento a dichas normas y que, según lo informado por los servicios públicos competentes, el proyecto cumple con la normativa ambiental aplicable. Es del caso señalar que, para todos los efectos, el Estudio de Impacto Ambiental y sus Adendas son parte constitutiva de esta Resolución de Calificación Ambiental.

10   Que, de acuerdo a los antecedentes contenidos en el proceso de evaluación de impacto ambiental del proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO Exp. N°105", éste requiere para su ejecución los permisos de carácter ambiental de los siguientes artículos N°83, 91, 93, 94, 95, 99, 101, 102, 106 , contemplados en el Título VII del artículo 2 del D.S. N° 95/2001 del Ministerio Secretaría General de la Presidencia. De lo anterior se puede observar lo siguiente:

10.1  Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **83** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde al permiso para el transporte de materiales radiactivos en todas las modalidades de transporte por vía terrestre, acuática o aérea, mientras tales materiales radiactivos no formen parte integrante del medio de transporte, a que se refiere el artículo 1 del D.S. 12/85 del Ministerio de Minería, que aprueba Reglamento para el Transporte Seguro de Materiales Radiactivos. Al respecto, la Comisión Chilena de Energía Nuclear (CCHEN) mediante el ORD N° 1 de fecha 12 de febrero de 2009,

complementado mediante ORD. N° 5.7/001 de fecha 11 de marzo de 2009, señala se pronuncia conforme sobre los antecedentes presentados por el titular.

10.2   Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **91** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde  al permiso para la construcción, modificación y ampliación de cualquier obra pública o particular destinada a la evacuación, tratamiento o disposición final de desagües y aguas servidas de cualquier naturaleza, a que se refiere el artículo 71 letra b) del D.F.L. N° 725/67, Código Sanitario. Al respecto la SEREMI de Salud RM, se pronunció conforme sobre los antecedentes presentados por el titular, a través del ORD. N° 1697 de fecha 03 de marzo de 2009.

10.3   Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **93** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde  al permiso para la construcción, modificación y ampliación de cualquier planta de tratamiento de basura y desperdicios de cualquier clase; o para la instalación de todo lugar destinado a la acumulación, selección, industrialización, comercio o disposición final de basuras y desperdicios de cualquier clase, a que se refieren los artículos 79 y 80 del D.F.L. N° 725 de 1967, Código Sanitario. Al respecto la SEREMI de Salud RM, a través del ORD. N° 1697 de fecha 03 de marzo de 2009, se pronunció conforme sobre los antecedentes presentados por el titular.

10.4   Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **94** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde a la calificación de los establecimientos industriales o de bodegaje a que se refiere el artículo 4.14.2. del D.S. N°47/92,del Ministerio de Vivienda y Urbanismo, Ordenanza General de Urbanismo y Construcciones. Al respecto la SEREMI de Salud RM, se pronunció conforme sobre los antecedentes presentados por el titular, a través del ORD. N° 1697 de fecha 03 de marzo de 2009, calificando las actividades que se señalan a continuación de la forma que se indica:

**Almacenes de Explosivos.**

Con relación a los antecedentes presentados en el proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO" y considerando que el proyecto implica la actividad de bodegaje que no incluye la etapa de transporte, la cual es realizada por terceros, por lo que se califican de MOLESTA cada uno de los almacenes de explosivos indicados en el proyecto, los que deberán considerar las siguientes condiciones:

Operación:

El proyecto contempla el uso de explosivos durante la construcción de los túneles que no sean excavados con TBM. La cantidad exacta de explosivos a manejar, es difícil de estimar, dado que esta dependerá de la secuencia de excavación, la que a su vez dependerá de la calidad de la roca detectada conforme al avance de la obra, y del tipo de explosivo a utilizar. No obstante ello, se ha hecho el ejercicio de estimar en forma conservadora la cantidad de explosivos por sector:

Estimación Cantidad de Explosivos a Utilizar por el Proyecto, en el Escenario más Desfavorable.

| Túnel | Área (m2) | Longitud (km) | Cantidad de explosivos (Ton) | Cantidad máxima de explosivos a almacenar (Ton) | Superficie ocupada (m2) del polvorín |
|---|---|---|---|---|---|
| El Volcán | 12/13 | 4,2 | 120,1 | 7 | 25 |
| Alfalfal II | 16 | 8,2 | 288,6 | 8 | 30 |

| Las Lajas | 21/30 | 10,6 | 699,6 | 15 | 50 |
|---|---|---|---|---|---|
| Descarga Alfalfal II | 21 | 4,2 | 194.0 | 11 | 35 |
| Descarga Las Lajas | 33 | 14 | 1.016,4 | 16 | 50 |
| Acceso Alfalfal II | 38 | 3,3 | 275,9 | 18.5 | 60 |
| Acceso las Lajas | 38 | 1,9 | 158,8 | 18.5 | 60 |
| TOTAL | | | 2.753,4 | | |

Medidas de seguridad:

Plan de Prevención de Riesgos y de Emergencia para Empresas Contratistas: El titular cuenta con disposiciones reglamentarias de prevención de riesgos y de control de emergencias que regirán para todas las contrataciones de obras y/o servicios de GENER S.A. en cumplimiento de las disposiciones establecidas en la Ley 16.744, artículo 66 bis. Además se indican las responsabilidades, reglas de seguridad, equipos de protección personal, entre otros y las medidas de seguridad y control asociadas a cada uno de los riesgos identificados en la etapa de construcción del proyecto, entre ellos, aquellas relacionadas con la manipulación de explosivos.

Cumplimiento de las Disposiciones Legales en la Materia: El Titular del proyecto delegará en los términos de contrato el cumplimiento estricto de los siguientes cuerpos legales:

La construcción de almacenes de explosivos; la adquisición de explosivos y el transporte de explosivos y su equipamiento estará sujeta a lo dispuesto en la ley No 17.798 que establece el Control de Armas y Explosivos, de Ley N° 20.014 que la modifica y su Reglamento complementario del Ministerio de Defensa Nacional de Chile N° 77 del año 1982.

Dentro de la faena, el transporte, uso y manipulación de los explosivos se regirá por lo dispuesto en el Decreto N° 72 del Reglamento de Seguridad Minera del Ministerio de Minería, en Chile.

Todo vehículo que se use para el transporte de explosivos deberá cumplir con las disposiciones establecidas en el Reglamento complementario de la Ley N° 17.798 que establece el control de armas y explosivos, como también, con las Normas Chilenas NCH 385, of55 y NCH 391, of60.

Toda persona que manipule explosivos deberá tener al día su Licencia de Manipulador y/o Programador Calculista, según sea el caso, otorgado por la Autoridad Fiscalizadora. Sin perjuicio de lo anterior, deberá tener aprobado un curso de manipulación y Manejo de Explosivos.

La construcción de almacenes de explosivos deberá contemplar un distanciamiento de seguridad mínimo a la comunidad vecina y campamentos de forma tal que ellos no recibirán un nivel mayor de onda de presión de 125 mbar en caso de explosión.

Una vez que el titular obtenga la aprobación de la construcción de los almacenes de explosivos, por la autoridad competente, deberá solicitar en esta Secretaría Regional Ministerial de Salud RM, la respectiva solicitud de Calificación Industrial de cada uno de los mismos, adjuntando toda la información respecto al proyecto definitivo tales como: la ubicación, detalles de la construcción, distanciamiento de seguridad mínimo indicado anteriormente, otros.

Transporte:

Medidas Específicas para el Transporte de Explosivos: el transporte de productos explosivos se efectuará conforme al D.S. N° 72/1985 del Ministerio de Minería, la Ley N° 17.798 y sus Reglamentos complementarios y la NCH 385/Of.55. Medidas de Seguridad en el Transporte de Materiales Inflamables y Explosivos, además de lo indicado en el D.S. N° 298/94 que reglamenta el transporte de cargas peligrosas por calles y caminos. Al respecto, cada Contratista tramitará los permisos necesarios para el transporte y almacenamiento en un polvorín de los explosivos que se requieran en diferentes frentes de trabajo. La tramitación de este tipo de permiso será exigida a nivel contractual. La frecuencia y rutas de transporte serán definidas por el Contratista.

Almacenamiento:

Para el caso particular de aquellos recintos de almacenamiento de explosivos, éstos se localizarán en áreas estratégicas, al interior de las faenas, donde queden protegidos de los impactos accidentales de vehículos, rocas, rodados de nieve, bajadas de aguas u otros, conforme a los criterios indicados en la Ley 17.798 sobre control de armas y explosivos.
Ubicación de recintos de almacenamiento de explosivos:

| | |
|---|---|
| Campamento e instalación de faenas N°1: | Sector el Volcán |
| Campamento e instalación de faenas N°2: | Sector El Yeso, Manzanito |
| Campamento e instalación de faenas N°3: | Sector Aucayes Alto |
| Campamento e instalación de faenas N°4: | Sector Aucayes bajo |
| Campamento e instalación de faenas N°5: | Sector Km 10 Ruta G-345 |
| Instalación de Faenas N°6: | Sector Potrero Bellavista |
| Instalación de Faenas N°7: | Sector Descarga Rió Maipo |

En lo particular, las características de los recintos son:

Construcción de un piso, con muros laterales sólidos y que opongan resistencia a los efectos de una eventual explosión, y techos livianos para que la fuerza de la onda se expanda en sentido vertical.

Las puertas de acceso al recinto, serán metálicas y forradas en madera u otro material aislante en el lado interior.

Dentro del recinto se instalará un sistema de alarma que permita anunciar cualquier situación de peligro. Para tales efectos, se considera la implementación de parlantes, timbres, o cualquier otro elemento que permita mantener la comunicación al interior de las instalaciones conforme a la legislación vigente.

El recinto de almacenamiento contará con equipos de control y extinción de incendios consistentes en: un sistema de extinción de incendios, en base a polvo químico seco, agua o espuma, según sea el producto y la cantidad de explosivos almacenada. Se instalarán extintores del tipo químico seco y CO2, para los distintos tipos de incendios previsibles. El número total de extintores y su ubicación dependerá de la superficie a proteger de acuerdo a lo señalado en el artículo 46 del D.S. N° 594/99 del MINSAL. Los extintores cumplirán con los requisitos y características que establece el D.S. N° 369/96 del MINECOM y serán certificados por un laboratorio acreditado según lo estipulado en dicho reglamento y sometidos periódicamente a revisión, control y mantención preventiva por personal calificado, por lo menos una vez al año.

El Contratista será el responsable de tomar las medidas necesarias para evitar que los lugares de trabajo queden desprovistos de extintores cuando se deba proceder a dicha mantención. Se instalará un alumbrado lumínico por el exterior del recinto, proyectándose la luz desde afuera hacia el interior. Los interruptores se ubicarán fuera del recinto. Inmediatamente fuera del acceso al recinto, se colocará en el suelo una plancha metálica conectada a tierra, con el objeto de que toda persona que entre al recinto deba pisarla, para descargar la electricidad estática que pueda tener acumulada en su cuerpo. Alternativamente se podrá instalar una barra metálica, que cumpla la misma función al tocarla. El recinto contará con ductos de ventilación que permitan la normal circulación de aire u otro sistema adecuado de renovación ambiental.

El personal contará con equipos de protección personal consistente en: uniforme completo, guantes de seguridad, mascarillas, zapatos y lentes de seguridad, respirador, ropa desechable, entre otros.

Medidas de Gestión de Seguridad

Se mantendrá el área que rodea al recinto en todo momento, limpia, ordenada, debidamente identificada y exenta de materiales combustibles e inflamables. Los explosivos serán guardados en sus envases originales. No se almacenarán explosivos cuyos envases presenten manchas aceitosas o escurrimiento de líquidos u otros signos de descomposición. Semanalmente se realizará un control de humedad y temperatura a todos los polvorines (conforme a las especificaciones de fabricación para cada tipo de explosivos). En cada turno se llenará una Hoja de Control del movimiento de los explosivos en el recinto de almacenamiento. Se vigilara que esta información este de acuerdo con los vales entregados. Al final de cada turno la Hoja de Control de explosivos retirados y devueltos, será firmada por el Supervisor responsable del control de almacenes de cada tipo para el turno entrante; El recinto permanecerá cerrado y vigilado por personal idóneo, que haya sido autorizado por la autoridad fiscalizadora. Sólo tendrán acceso a él, las personas que trabajan en las operaciones y manipulación de dichos productos ya sea para retirarlos y utilizarlos con su respectiva autorización.

Por ningún motivo se tratará de combatir un incendio declarado en un almacén, en cuyo caso se deberá dar la alarma, para que toda persona que se encuentra cerca se retire hasta un lugar protegido de un eventual estallido del explosivo almacenado. Este lugar estará previamente determinado y señalizado.

En caso de incendios en polvorines, se dará aviso al Supervisor de área, quien avisará de acuerdo a lo indicado en el Procedimiento de Emergencias del Plan de Prevención de riesgos y contingencia.

Por otra parte, GENER exigirá a sus contratistas y subcontratistas que previo al inicio de las obras, éstos presenten junto a sus respectivos programas de construcción, un programa de gestión ambiental que incluya la Normativa de seguridad, higiene y saneamiento ambiental aplicable al Proyecto, y sus respectivas acciones de cumplimiento, así como también el Plan de manejo ambiental. Lo anterior será complementario al Reglamento Interno de Orden, Higiene y Seguridad, que GENER exigirá a sus Contratistas y Subcontratistas.

TALLERES DE MANTENCIÓN:

Con relación a los antecedentes presentados en el proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO " y considerando que el proyecto implica la actividad de talleres de mantención y que la actividad es de riesgo de categoría 2, por el almacenamiento de combustibles, se califican de MOLESTA cada uno de los talleres ubicados en la instalación de faenas indicadas en el proyecto, para lo cual se deben considerar las siguientes condiciones:

Operación:

La mantención de maquinaria y vehículos utilizada durante la Etapa de construcción del proyecto, se realizará en pequeños talleres de mantención, habilitados al interior de las instalaciones de faenas. Se prevé un taller por instalación de faenas. Ubicación:

| | |
|---|---|
| Campamento e instalación de faenas N°1: | Sector el Volcán |
| Campamento e instalación de faenas N°2: | Sector El Yeso, Manzanito |
| Campamento e instalación de faenas N°3: | Sector Aucayes Alto |
| Campamento e instalación de faenas N°4: | Sector Aucayes bajo |
| Campamento e instalación de faenas N°5: | Sector Km 10 Ruta G-345 |
| Instalación de Faenas N°6: | Sector Potrero Bellavista |
| Instalación de Faenas N°7: | Sector Descarga Rió Maipo |

Tipo de mantención:

Será de menor envergadura, a maquinaria, equipos, y vehículos (camiones y camionetas). Específicamente se realizarán labores de revisión de niveles, cambios de aceite, lubricantes, cambio de algunas piezas pequeñas, rodados, entre otras mantenciones menores. Aquella maquinaria que requiera mayores intervenciones, será trasladada a talleres autorizados de la comuna de San José de Maipo o alrededores, siempre dentro de la Región Metropolitana. No se realizarán lavados de carrocería ni lavado de ruedas. Esta actividad, estará acotada a los frentes de trabajo donde existirán piscinas de decantación para el tratamiento y recirculación del agua residual.

Carácterísticas de la construcción:

Respecto a las características de estos recintos, éstos consistirán en un recinto del tipo galpón metálico, con piso impermeabilizado. Se prevé que esta estructura también posea techumbre con canaletas perimetrales para el transporte y desvío de las aguas lluvias. Su localización al interior de la faena, será señalizada de forma clara y visible.

Con relación a los insumos necesarios para las mantenciones que se llevarán cabo en estos talleres, éstos serán almacenados en recintos especialmente habilitados su interior, con paredes de material estructural con techo y protección frente a condiciones ambientales tales como humedad, temperatura y radiación solar, piso impermeable, lavable y no poroso; con un sistema de captación de derrames, pudiendo ser pretiles o canaletas perimetrales a la estructura y con cámaras ciegas de contención de los productos derramados en caso de esto ocurra y con letreros que indiquen la clase de sustancia almacenada, en accesos y costados (NCh 2190 Of. 93). Además este recinto contará con equipos de control y extinción de incendios, control de fugas y derrames e implementos de protección personal y equipos de descontaminación, conforme a lo especificado en el Plan de Prevención de Riesgos, adjunto al anexo 32 del EIA.

Manejo de residuos:
Los residuos en tanto, tales como restos de aceites, solventes, baterías, filtros de aceite y grasas lubricantes, serán manejados en forma segura y conforme a la legislación vigente, cumpliendo con lo establecido en los procedimientos de documentación y rotulado, así como también de almacenamiento, manipulación y disposición final.

Medidas de seguridad:

Durante su operación, el taller se mantendrá permanentemente limpio y ordenado, y siguiendo estrictas medidas de manejo y gestión ambiental. Todo lo anterior, conforme a las exigencias y normativas vigentes, como también al cumplimiento de todas las medidas expuestas por GENER para el desarrollo de este Proyecto.

Almacenamiento de combustibles:

Para abastecer y mantener en forma continua los suministros de combustibles al interior de las instalaciones del proyecto, el Titular contempla la habilitación de recintos especiales de almacenamiento.

Uso de Petróleo diesel en las instalaciones de faenas:

Durante la etapa de construcción del PHAM se utilizará gasolina y petróleo, para el funcionamiento de vehículos y maquinaria en general, en una cantidad aproximada mensual de 0,5 m3 de gasolina y de 10 m3 de petróleo diesel por instalación de faenas. El suministro de este combustible se realizará a través de proveedores locales autorizados de la Región Metropolitana. El transporte se llevará a cabo mediante camiones estanques, los cuales cumplirán en todo momento con el D.S 298/94 Reglamenta Transporte de Cargas Peligrosas por Calles y Caminos. Lo anterior será establecido en las cláusulas de contratos con las empresas contratistas a cargo de este suministro.

Para almacenar este combustible en tanto, se dispondrá de dos estanques de 10 m3 en cada una de las instalaciones de faenas, de metal y acondicionados según las pautas y certificaciones de la SEC.

En cuanto a la forma de almacenamiento, los estanques serán dispuestos en superficie, en recintos especialmente habilitados para este fin, los que contarán con las mismas características señaladas para los recintos de almacenamiento de gas licuado. Asimismo, tanto el área de almacenamiento como los estanques cumplirán con las disposiciones del DS 379 del Ministerio de Economía, Fomento y Reconstrucción de 1985, el cual establece los requisitos mínimos de seguridad para el almacenamiento y manipulación de combustibles líquidos derivados del petróleo.

Medidas de seguridad:

Respecto a las medidas de seguridad especificas para el manejo de cada uno de estos combustibles, el Titular del proyecto contempla:

Recintos de almacenamiento de combustibles, cerrados, permitiendo el ingreso sólo de personal autorizado. Señalización de los combustibles a través de letreros indicativos de la clase de sustancia almacenada, conforme lo indicado en la NCh 2190 Of. 93. Se solicitará a cada contratista de obras un Reglamento Interno de Manejo de Combustibles, el cual será debidamente instruido a cada trabajador. La manipulación de los estanques, esto es carga de combustibles, será realizado por personal calificado proveniente de las mismas empresas proveedoras. Al respecto, quedará estrictamente prohibida la manipulación de las válvulas de carga por personal no autorizado. El llenado de los estanques de vehículos y maquinaria, desde los estanques de almacenamiento, dispuestos en las instalaciones de faenas, solo será realizado por personal capacitado y entrenado en la materia. Al respecto se elaborará un procedimiento de trabajo seguro, conforme las indicaciones señaladas en la respuesta 8 de la Adenda. Se capacitará al personal vinculado a las actividades de manejo de combustibles. Los recintos de almacenamiento contarán con los equipos de control y extinción de incendios, control de fugas y derrames e implementos de protección personal y equipos de descontaminación, conforme a lo especificado en el Plan de Prevención de Riesgos.

PLANTAS DE HORMIGÓN:

Con relación a los antecedentes presentados en el proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO " y considerando que el proyecto implica la actividad de 9 plantas de hormigón, la cuales son de riesgo de categoría 2, por el almacenamiento de combustibles, por lo que se califican de MOLESTA cada una de las plantas indicadas en el proyecto, considerando lo siguiente:

Operación:

Los áridos que serán empleados en la confección del hormigón, serán obtenidos de los excedentes de las excavaciones de las obras existentes en los cauces de los esteros Morado, Las Placas, Colina y La Engorda y el río Yeso, tales como bocatomas, sifones, estribos de puentes y enrocados de protección. En tanto que para aquellas obras localizadas en la cuenca del Río Colorado los áridos se obtendrán de los excedentes de las excavaciones de las obras existentes en el cauce, complementándolos con la compra de material procesado por terceros autorizados, localizados en el sector de la Obra.

En efecto, la construcción del PHAM, requiere la confección in situ de aproximadamente 170.000 m3 de hormigón, el que será utilizado principalmente para la construcción de túneles.

En general, las actividades que se llevarán a cabo en cada una de las PPH serán básicamente el chancado de los áridos una vez que éstos sean ingresados a la PPH y la elaboración propiamente tal del hormigón.

El periodo de operación de cada PPH, corresponderá al tiempo de funcionamiento de cada frente de trabajo donde se localizarán.

Respecto, a la cantidad de personal a laborar en cada PPH, éste se ha calculado en 10 personas por PPH. El horario de trabajo en cada PPH será relativo, pero se estima que operarán 3 turnos de 8 horas cada uno que permitirá el funcionamiento continúo de 24 Horas (a excepción de la zona poblada de Alfalfal, donde los trabajos se limitarán sólo al horario diurno).

No se contempla la habilitación de casinos u otro recinto para la alimentación de trabajadores, dado que se utilizará el casino habilitado en cada campamento.

Ubicación:

En total, se prevé la habilitación de 9 PPH localizadas en los frentes de trabajo de los portales de túneles del Volcán (V1 y V6), Alfalfal II (VA2), Las Lajas (VL2, VL4, VL5, VL7, VL8 y túnel descarga río Maipo).

Características de la construcción y Memoria Técnica:

Las instalaciones que comprenderá cada PPH corresponderán principalmente a; una planta de seleccionadora/chancadora, una planta de hormigón y una piscina de decantación, donde se tratará el agua proveniente del lavado de los camiones

mixer. Adicionalmente, se necesitarán otras instalaciones tales como; oficinas (administrativa y un laboratorio), una bodega y una zona de estacionamiento.

Para cada Frente de Trabajo, se estimó un área de 10.000m2 (1hás), de las cuales aproximadamente 3.000 m2 serán destinadas para la habilitación de las PPH.

- Planta seleccionadora/chancadora: Estructura metálica del tipo modular. Aquí el árido ingresado, es depositado directamente en la tolva alimentadora, seleccionado y chancado hasta llegar a los diámetros requeridos para la confección del hormigón. Se ha estimado que en cada PPH se procesará un total aproximado de 36.800 Ton para el Proyecto, lo que permite el uso de una planta de tamaño menor. Proceso húmedo.

- Zona de acopio: Posteriormente, mediante el uso de correas transportadoras, el árido es acopiado, de acuerdo a su granulometría, en un área adyacente a la planta a la espera de su traslado (en cargador frontal) a la planta de elaboración de hormigón, distante a no más de 50 metros. En las zonas de acopio, se habilitarán aspersores automáticos que permitirán la humectación del material en forma permanente. Los áridos ya chancados y seleccionados, son acopiados en tres compartimientos independientes y trasladados mediante un brazo cargador móvil a la tolva receptora de la planta de hormigón, al mismo tiempo se incorpora el cemento.

- Planta de Hormigón: Se prevé el uso de plantas de hormigón del tipo "modular" a motor eléctrico, comandada automáticamente mediante tablero (dosificación, tiempos de mezclas, sistema de controles de agua, etc.). El cemento empleado es a granel y almacenado en un silo especialmente diseñado para estos efectos, con capacidad de 37,5 Ton. El mezclado de agua y aditivos, será del tipo sistema de giro tambor, donde el cemento, el agua y los aditivos, serán cargados a través de un tornillo sinfín, impidiendo completamente la generación de emisiones o el derrame de las mezclas. El agua requerida para la elaboración del hormigón, estará almacenada en un estanque independiente, consumiéndose un promedio diario de 5 m3 por PPH.

La capacidad de producción de cada planta será de aproximadamente 10m3/hr, sin embargo se prevé que en cada frente sólo se utilicen 25 m3/día.

Para el traslado del hormigón a la zona de obras, principalmente al interior de los túneles, se emplearán camiones mixer de aproximadamente 5 m3 de volumen. Estos camiones cuando no estén en servicio, se mantendrán estacionados. Al respecto, al término de cada jornada de trabajo estos camiones serán lavados en un sector especialmente habilitado para ello.

- Zona de lavado de camiones y piscina de decantación: los camiones mixer que trasladaran el hormigón, serán lavados diariamente. El área de lavado, consistirá en una plataforma (radier) con una canaleta central que trasladará las aguas hasta un sumidero que las recepcionará y desde ahí serán conducidas a un sistema de sedimentación secuencial, compuestos por una piscina de decantación, que permitirá la separación de los residuos industriales líquidos en aguas claras y lodos sedimentables. No se lavarán otras herramientas o maquinarias que pudiesen generar trazas de aceites y grasas u otra sustancia distinta a las utilizadas en el proceso de confección de hormigón. En efecto, la actividad de lavado de camiones y lavado de áridos sólo generará aguas con restos de sedimentos de la preparación de hormigón y pequeñas fracciones de arena fina.

Por su parte, el lavado de camiones mixer, estará referido a la extracción de restos de hormigón. De acuerdo a lo anteriormente expuesto, el residuo líquido generado durante la etapa de construcción del PHAM, será básicamente agua con sólidos suspendidos, principalmente; arenas, arcillas y restos de hormigón.

Respecto a la separación de las aguas claras en la piscina de decantación, la sedimentación es un proceso mediante el cual la materia particulada se separa por gravedad. La piscina de decantación será construida con pretiles de material firme y estabilizada con membrana impermeabilizadora. Una vez que las aguas estén aptas para ser reutilizadas, serán bombeadas hasta estanques de acumulación, para ser reutilizadas en el lavado de áridos, camiones y en las faenas de humectación de superficies. No se contempla la descarga de las aguas, reutilizándose el 100% de ellas.

- Instalaciones anexas:

Oficina administrativa de la PPH y laboratorio de hormigón: compuesta por instalaciones modulares del tipo containers, cuya estructura soportante de paredes, techumbre y pisos será de metal, revestida a su vez con material aislante en su interior. Baños químicos, conforme a la normativa vigente.

Estacionamientos: área señalizada habilitada al interior de la PPH, para el estacionamiento de los camiones mixer, la cual se mantendrá permanentemente humectada.

Estanque de acumulación de aguas tratadas, el cual estará conectado a un sistema de bombeo desde la piscina de decantación. Este estanque será cilíndrico fabricado con resina poliéster, y con una capacidad aproximada de 20 m3.

Almacenamiento:

Bodega de almacenamiento de aditivos: La confección de hormigón, requerirá el empleo de aditivos correspondientes principalmente a un acelerador de fragüe y un súper plastificante. Los compuestos químicos de estas sustancias son; aluminato de sodio e hidróxido de calcio. La cantidad total de aditivo es de 1 ton de acelerador de fragüe y de 51 Ton de súper plastificante por frente de trabajo.

Para el almacenamiento de estos aditivos, se habilitará una bodega al interior de cada PPH, cuya superficie se estima en alrededor de 15m2.

Las características de esta bodega serán:

Paredes de material estructural con techo y protección frente a condiciones ambientales tales como humedad, temperatura y radiación solar. Piso impermeable, lavable y no poroso. Ventilación natural o forzada. Puertas de salida de evacuación cuya apertura se realicen en sentido de la evacuación sin utilización de llaves ni mecanismos que requieran un conocimiento especial. Cualquier instalación eléctrica al interior de la bodega se realizarán en función de la reglamentación vigente y serán declaradas en la SEC;
El sistema de control de incendio contemplará la implementación de equipos de control y extinción de incendios, control de fugas y derrames e implementos de protección personal y equipos de descontaminación. El acelerador de fragüe, se emplea en polvo para lechadas y morteros de anclaje de pernos para reducir el tiempo de fraguado. Los compuestos químicos de esta sustancia son aluminato de sodio e hidróxido de calcio. La forma física en la que usualmente se emplea este aditivo es en estado sólido.

El súper plastificante se emplea en los hormigones bombeados (shotcrete) para mejorar su trabajabilidad, utilizando así menos cantidad de agua en la confección del hormigón y permitiendo la mantención de sus propiedades.

Estas sustancias son estables en condiciones normales de operación y almacenamiento. El acelerador de fragüe es potencialmente reactivo a grandes cantidades de sustancias acidas, mientras que el súper plastificante puede formar óxidos de Nitrógeno, sulfuros y posiblemente Cianuro frente a eventos de combustión.

Respecto a la forma de almacenamiento, este se realiza en envases herméticos cerrados, los cuales serán dispuestos en la bodega de almacenamiento de aditivos.

Descripción del manejo y control de los aditivos:

En las bodegas de almacenamiento, sólo operará personal autorizado capacitado para cumplir sus funciones. Como medida de control se mantendrá un registro de los procedimientos específicos para actuar en caso de presentarse alguna contingencia. Este registro contará con todas las hojas de seguridad de los productos almacenados de acuerdo a NCh 2245 Of. 93. Esto es la identificación de los riesgos a las personas, las formas de manipulación y almacenamiento, el control y protección, entre otros.

Cada uno de los aditivos deberá contar con letreros que indiquen la clase de sustancia almacenada, en accesos y costados (NCh 2190 Of. 93); La bodega de almacenamiento de los aditivos se mantendrá en todo momento, fresca, seca y ventilada.

Residuos:

Como resultado del tratamiento de sedimentación, se generarán lodos, los cuales serán retirados en forma mecánica, por medio de un cargador frontal, con una frecuencia semanal.

Insumos:

Combustibles: El combustible a utilizar en cada PPH corresponderá a petróleo diesel y gasolina, utilizados para el funcionamiento de los vehículos y los equipos motorizados. El suministro de estos combustibles se realizará por medio de camiones estanques de empresas distribuidoras autorizadas, desde las estaciones establecidas en la Región Metropolitana. El transporte se realizará de acuerdo a lo dispuesto en el DS N° 298 transporte de Sustancias Peligrosas en Carreteras", específicamente en lo relativo a sustancias combustibles.

No se mantendrá almacenamiento de combustible al interior de las PPH. Eventualmente, los Contratistas optarán por habilitar, estanques provisorios para el almacenamiento de combustible, en recintos especialmente habilitados en las instalaciones de faenas o campamentos. Su instalación y posterior habilitación cumplirá con la normativa vigente y contará con los permisos sectoriales correspondientes tramitados por los Contratistas y exigido contractualmente por Gener.

Energía eléctrica: Hacia las PPH, la energía eléctrica será suministrada a través de líneas de faena de 23 KVA, desde fuentes de generación de energía pertenecientes a GENER existentes en la zona. Al respecto, los sectores El Volcán, El Yeso y Lo Encañado, serán abastecidos por la red que proviene desde la central Queltehues. Las obras del sector El Colorado serán abastecidas a través de una conexión desde la central Alfalfal I y Maitenes. La distribución de este suministro eléctrico se realizará a través de postes adyacentes a los caminos.

Agua: El agua utilizada en la elaboración del hormigón provendrá principalmente desde quebradas existentes dentro de los predios en que funcionarán las PPH, previa autorización de los propietarios de los derechos. La captación de esta agua será temporal y en ningún caso continuará más allá de la etapa de abandono de las instalaciones. Al interior de las PPH, el agua será almacenada en un estanque independiente, consumiéndose un promedio diario de 5 m3, considerando la empleada en el lavado de camiones y áridos, para la elaboración del hormigón. Respecto a la disponibilidad de agua potable para los trabajadores, ésta será provista en dispensadores adecuados para este fin.

Maquinaria a utilizar al interior de las PPH:

La maquinaria requerida por cada PPH para ejecutar las faenas de elaboración de hormigón, serán:

2 camiones mixer de 5 m3
1 cargador frontal
2 camiones tolva de 7 m3 (ocasionales)
1 camión aljibe.

Medidas de control de riesgos a la comunidad:

Cada una de las PPH estará distante de población o centros urbanos. Por lo anterior, las medidas de control de riesgos se focalizan principalmente, al control de seguridad para los trabajadores. Al respecto, el PHAM contempla la ejecución de las siguientes medidas de resguardo:

Plan de Prevención de Riesgos y Plan de Contingencia: Estos planes entregan las disposiciones reglamentarias y obligatorias, en materias de prevención y control de la emergencia, que regirán para todas las contrataciones de obras y/o servicios que el Titular, realice con terceros incluyendo aquellos a cargo de la operación de las PPH. De esta forma se identifican los riesgos a que se encontrarán expuestos los trabajadores, incluidos aquellos que operen dentro de las instalaciones de la PPH, las medidas específicas que se implementarán para evitar accidentes laborales y enfermedades profesionales, los elementos de protección personal adecuadas que serán utilizadas por los trabajadores, y las medidas específicas de control en caso de declaración de una emergencia.

Adicionalmente, y una vez que se adjudiquen los contratos de obras, la empresa contratista encargada del manejo de cada PPH deberá reevaluar su respectiva faena y sus potenciales riesgos específicos asociados. Lo anterior se realizará mediante una metodología de identificación, evaluación, y administración de riesgos relacionados con Seguridad y Salud Ocupacional de los trabajadores y que es parte del Plan de Prevención.

Estricto control del cumplimiento de la legislación vigente en la materia: El Contratista de construcción, implementará un Plan de Vigilancia Ocupacional, el cual velará por el cumplimiento de las medidas y disposiciones legales asociadas a las materias de salud y seguridad ocupacional.

Planes de capacitación del personal: Dependiendo del tipo de capacitación requerida, se diseñará un completo plan de capacitación.

CENTRAL HIDROELÉCTRICA:

Con relación a los antecedentes presentados en el proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO " la operación de la Central Hidroeléctrica se califica de INOFENSIVA, considerando lo siguiente:

Operación:

Complejo hidroeléctrico compuesto por dos Centrales de pasada que operarán en serie, generando en conjunto una potencia máxima de 531 MW, para entregarla al Sistema Interconectado Central (SIC) a través de un sistema de transmisión.

La operación se inicia en las bocatomas donde se capta el agua que será conducida hasta la caverna de máquinas para su transformación en energía eléctrica.

Las centrales se desarrollan a través de obras subterráneas con tecnología constructiva de punta y con una mínima intervención en superficie, optimizando el uso de los recursos hídricos de la cuenca al captar las aguas sin inundar, con la consecuente disminución de impactos negativos que podría tener la construcción de un embalse sobre el ambiente, con problemas de alteración de cauces, erosión, incidencias sobre poblaciones, pérdida de suelos fértiles, etc. Debido a que el terreno es escarpado, no es posible transportar el agua a través de canales, por lo que el proyecto incluye un total de 70 Km. de túneles en alta presión sin revestimiento, de los cuales aproximadamente 60 Km. corresponden a los túneles hidráulicos de ambas centrales y el resto lo constituyen las ventanas (túneles) de acceso a los túneles principales.

Dadas las características de los túneles y de la composición de la roca, el método constructivo a utilizar es una combinación de "drill and blast", método de perforación en avanzada con barrenos y voladuras controladas y excavación mecanizada a sección completa con uso de TBM (full face tunnel boring machine). Asociado a lo anterior, la excavación subterránea implica incertidumbres considerables, tales como sectores con altas tensiones internas del macizo rocoso, y calidad geotécnica del terreno entre otros, situaciones que son posibles de controlar gracias al desarrollo tecnológico reciente para el diseño y construcción de obras subterráneas. Por último, la matriz energética del Sistema Interconectado Central (SIC), corresponde en su mayoría a Centrales Hidroeléctricas de Embalse y Termoeléctricas, siendo las Centrales Hidroeléctricas de Pasada de menor presencia en dicha matriz energética.

A pesar de que el proyecto se desarrolla en una extensa área geográfica, su característica de proyecto fundamentalmente subterráneo cuyas obras se desarrollan a gran profundidad (en promedio más de 800 m), se traduce en que las áreas de intervención superficial directa se circunscriban a 4 zonas principales: cuenca alta del río Volcán, área del río Yeso aguas abajo del embalse, cuenca del río Colorado entre la descarga de la central Alfalfal y el estero El Sauce, y río Maipo en la zona de la descarga del proyecto en el sector de Las Lajas.

Ubicación:

El PHAM se emplazará al sur-sureste de la ciudad de Santiago, en la comuna de San José de Maipo, Provincia Cordillera, Región Metropolitana, específicamente en la cuenca alta del Río Maipo (Ver Figura 2.1.1 "Localización General del Proyecto").

Ambas centrales, Alfalfal II y Las Lajas, se localizarán en la cuenca del río Colorado, aguas abajo de la actual Central Hidroeléctrica Alfalfal I, de propiedad del titular. La Central Alfalfal II aprovechará principalmente las aguas provenientes de la zona alta del río Volcán y del río Yeso, mientras que la Central Las Lajas aprovechará las aguas que se generan en la central Alfalfal II y la central existente Alfalfal I, más aquellas provenientes de las captaciones en la hoya intermedia del río Colorado. Para lo anterior, el proyecto contempla la construcción de un total de 70 Km. de túneles de los cuales aproximadamente 60 Km. corresponden a los túneles hidráulicos de ambas centrales y el resto lo constituyen las ventanas (túneles) de acceso a los túneles principales y los túneles de acceso a las cavernas de máquinas.

Mano de Obra

Para la etapa de operación se estima una dotación total de 50 personas, requerida para las tareas de mantenimiento y operación de ambas centrales hidroeléctricas.

Principales Obras:

Captaciones: El Proyecto Hidroeléctrico Alto Maipo considera, la captación de recursos en ocho diferentes puntos de la cuenca alta del río Maipo. En cada uno de estos puntos existen derechos de agua no consuntivos para este proyecto y, en la mayoría de ellos, hay también caudales ecológicos establecidos por la Dirección General de Aguas en la concesión de estos derechos.

Los puntos de captación de los caudales son los siguientes:

- Central Alfalfal II:
  - Cajón Del Morado
  - Cajón La Engorda
  - Estero Colina
  - Quebrada Las Placas
  - Río Yeso

- Central Las Lajas:
  - Canal de descarga Alfalfal
  - Río Colorado en Bocatoma Maitenes
  - Canal 2 de la Central Maitenes

Centrales:

Central Alfalfal II : La central Alfalfal II, diseñada para un caudal de 27 m3/s, recibe las aguas captadas desde esteros ubicados en la parte alta del río Volcán, las que se conducen hasta el valle del río Yeso a través del túnel El Volcán. En el sector alto del río Volcán, se capta hasta un máximo de 12,8 m3/s, por medio de 4 bocatomas que interceptan los diversos brazos de esteros que confluyen y forman la rama norte del río Volcán, el que a su vez descarga en el río Maipo. Los cuatro esteros captados son: Engorda, Colina, Las Placas y El Morado. El caudal recolectado se conduce hasta el túnel El Volcán por medio de un acueducto enterrado. Los caudales captados son desripiados en los sitios de las bocatomas y desarenados en conjunto, antes de entrar al túnel Volcán. El túnel Volcán recoge las aguas captadas en la zona alta del río Volcán y las conduce hasta el valle del río Yeso, donde se recibe el aporte de este último a través de un ducto enterrado que se desarrolla entre la bocatoma ubicada en el río Yeso y un pozo de toma ubicado a la salida del túnel Volcán que reúne ambos caudales.

Desde el pozo de toma el flujo es conducido hasta el túnel Alfalfal II a través de un conducto en presión, hasta el túnel de aducción de la central Alfalfal II, el cual tiene una longitud de 13.600 m., hasta alcanzar el extremo superior del pique en presión. Ligeramente aguas arriba del comienzo del pique, se ubica la chimenea de equilibrio y la Cámara de Carga de esta central. La altura bruta de caída se estima en 1.146 m.

La casa de máquinas está instalada en una caverna excavada en el macizo rocoso en un sector ubicada hacia el oeste del estero Aucayes, en el valle del río Colorado. El equipamiento de generación cuenta con dos turbinas Pelton de cuatro chorros, 500 rpm, para una capacidad máxima de 2 x 136 MW.

El túnel de descarga de la central Alfalfal II tiene una longitud de aproximadamente 2,5 Km. y entrega su caudal al túnel de aducción a la Central Las Lajas. El caudal generado por la central Alfalfal II puede direccionarse hacia la casa de máquinas de la central Las Lajas, o bien, hacia la cámara de carga de esta última, ubicado en la orilla derecha del río Colorado, en ambos casos vía el túnel antes mencionado.

Central Las Lajas: La Central Las Lajas, diseñada para un caudal de 65 m3/s, recibe las aguas generadas de las centrales Alfalfal y Alfalfal II, además de los aportes de la cuenca intermedia del río Colorado ubicada entre las bocatomas de la central Alfalfal (Colorado y Olivares) y la actual bocatoma de la central Maitenes. A ello se agregan el aporte de la quebrada Aucayes. La central Las Lajas considera una cámara de carga, la cual funciona, además, como estanque de contrapunta de la central Alfalfal II. A este estanque, ubicado en la ribera derecha del río Colorado, afluyen las aguas provenientes de la central Alfalfal, lo que se realiza mediante una obra de empalme al canal de evacuación de ésta.

Las aguas derivadas desde el Canal 1 (existente) de la Central Maitenes, son conducidas por un canal y desarenadas en una obra ubicada en la ribera izquierda del río Colorado. El cruce hacia la cámara de carga de Las Lajas se logra mediante un sifón bajo el río.

La aducción de la central Las Lajas se inicia en la Cámara de Carga del mismo nombre mediante un ducto de hormigón en presión. Este conducto cruza el río Colorado, mediante sifón, y enlaza con el túnel Las Lajas, que tiene escurrimiento en presión. El túnel Las Lajas recibe el aporte proveniente del túnel de descarga de la central Alfalfal II; además, este túnel, que recibe en su recorrido el aporte del estero Aucayes, posee una chimenea de equilibrio y termina en un pique de presión que alimenta las turbinas.

La casa de máquinas está ubicada hacia la ribera izquierda del río Colorado en una caverna excavada en el macizo rocoso. El equipamiento de generación cuenta con dos turbinas Pelton de 6 chorros, velocidad 300 rpm, con un caudal nominal de 32,5 m3/s cada unidad y una caída bruta de 485 m.

El túnel de descarga de la central Las Lajas descarga sus aguas directamente en el río Maipo. Tiene una longitud de 13,3 km y una sección herradura de 35 m2, con escurrimiento a pelo libre.

Subestación Eléctrica (S/E)

La subestación Alto Maipo comprende un área aproximada de 0,5 hás y estará compuesta principalmente por equipos eléctricos y equipos de protección y control, empleados para elevar el voltaje de salida de los generadores de las centrales Alfalfal II y Las Lajas. Estará ubicada en la margen oriente del río Colorado.

La subestación será del tipo "GIS", de una tensión nominal de 220.000 Volts y contará con nueve paños de alta tensión a saber:

− Dos paños de línea para conectar los generadores de la central Alfalfal 2
− Dos paños de línea para conectar los generadores de la central Las Lajas
− Dos paños de línea para conectar los dos circuitos de la línea de alta tensión que la conectará con el sistema interconectado central SIC
− Un paño de línea para conectar una línea de simple circuito que la interconectará con a subestación de la central Alfalfal
− Un paño acoplador de barras ya que la subestación tendrá doble sistema de conexión interna (Doble barra) para dar facilidades de operación y mantención, y
− Un paño auxiliar de medida y puesta a tierra de barras

Obras Subterráneas

Las obras subterráneas del PHAM, están constituidas por los túneles, piques, chimeneas de equilibrio y cavernas. Al respecto, a continuación se presenta una descripción general de estas obras subterráneas:

Cavernas de Máquinas: Las casas de máquinas, estarán instaladas en sendas cavernas excavadas en el macizo rocoso, ocupando una superficie total de 1500 m2, para el caso de la central Alfalfal II y 1700 m2 para Las Lajas.

La estructura de las casas de máquinas, será de hormigón armado y sus accesos se realizarán a través de los respectivos túneles descritos anteriormente.

Al interior de las cavernas de máquinas, se alojará el equipamiento electromecánico compuesto por turbinas tipo Pelton y generadores tipo sincrónico con potencias nominales de 145 MVA, para la central Alfalfal II y 148 MVA para Las Lajas. En su interior también se encontrarán los servicios auxiliares y los sistemas de refrigeración.

10.5    Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **95** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde al permiso para realizar pesca de investigación que sea necesaria para el seguimiento de la condición de poblaciones de especies hidrobiológicas en la aplicación del primer año del plan de seguimiento ambiental, a que se refiere el Título VII de la Ley N° 18.892, Ley General de Pesca y Acuicultura y sus modificaciones, cuyo texto refundido, coordinado y sistematizado se contiene en el D.S. N° 430, de 1992. Al respecto, Subsecretaría de Pesca, mediante el ORD. N°2203, de fecha 05 de diciembre de 2008 y ORD. N° 364 del 18 de febrero de 2009, se pronunció conforme sobre los antecedentes acompañados por el titular.

10.6    Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **99** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde al permiso para la caza o captura de los ejemplares de animales de las especies protegidas, a que se refiere el artículo 9° de la Ley N° 4.601, sobre Caza. Al respecto, y tomado en consideración los antecedentes presentados, el **Servicio Agrícola y Ganadero RM**, mediante ORD N° 405 de fecha 06 de marzo de 2009, se pronunció conforme.

10.7    Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **101** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde al permiso para la construcción de las obras a que se refiere el artículo 294 del D.F.L. N° 1.122 de 1981, del Ministerio de Justicia, Código de Aguas. Al respecto La Dirección General de Aguas y Dirección Regional de Aguas, mediante ORDs. N° 59 de fecha 13 de febrero de 2009 y N° 138 del 17 de febrero de 2009, se pronunciaron conforme respecto de los antecedentes acompañados. El referido permiso recae sobre las siguientes obras

| |
|---|
| Sifón en el Río Yeso. |
| Sifón en el Río Colorado (sifón a Canal Cámara de Carga). |
| Sifón en el Estero El Morado. |
| Sifón en el Río Colorado (sifón río Colorado – Túnel Las Lajas). |
| Acueducto de conducción de aguas del proyecto (todos los kilómetros involucrados). |
| Cámara de Carga de Central Las Lajas. |

10.8    Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **102** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde al permiso para corta o explotación de bosque nativo, en cualquier tipo de terrenos, o plantaciones ubicadas en terrenos de aptitud preferentemente forestal, a que se refiere el artículo 21 del Decreto Ley N° 701, de 1974, sobre Fomento Forestal, cuya corta o explotación sea necesaria para la ejecución de cualquier proyecto o actividad de las señaladas en el artículo 3 citado Reglamento, con excepción de los proyectos a que se refiere el literal m.1. Al respecto, la Corporación Nacional Forestal de la Región Metropolitana, mediante ORD. N°63 de fecha 13 de marzo de 2009, se pronunció conforme sobre los antecedentes presentados, precisando que el titular el titular deberá entregar a dicha Corporación, dentro del plazo de 90 días a contar de la fecha de notificación de la presente Resolución, un Plan de Manejo de Preservación que incorpore las medidas tendientes a asegurar la protección y recuperación de las especies

involucradas, y los antecedentes señalados en la Ley N° 20.283 sobre recuperación del bosque nativo y fomento. La condición se entenderá cumplida una vez aprobado el Plan de Manejo de Preservación.

10.9 Que, en el Informe Consolidado de la Evaluación se desarrollan los contenidos técnicos y formales necesarios para acreditar el cumplimiento del **Permiso Ambiental Sectorial** del Artículo **106** del Reglamento del Sistema de Evaluación de Impacto Ambiental, D.S. N° 95 de 2001 del Minsegpres, que corresponde al permiso para las obras de regularización y defensa de cauces naturales, a que se refiere el segundo inciso del artículo 171 del D.F.L. N° 1.122 de 1981, del Ministerio de Justicia, Código de Aguas. Al respecto, tanto La **Dirección General y Regional de Aguas**, mediante ORDs. N° 59 de fecha 13 de febrero de 2009 y N° 138 del 17 de febreo de 2009, como la **Dirección Regional de Obras Hidráulicas**, mediante ORD. N° 0192 de fecha 11 de febrero de 2009, se pronunciaron conforme respecto de los antecedentes presentados. A continuación se señalan las obras que requieren el citado premiso y su localización en coordenadas UTM

| Obra | Ubicación en coordenadas UTM | |
|------|---------|---------|
| Puente El Yeso (acceso VA4 Encañado) | 397265,40 | 6271895,80 |
| Puente Manzanito N°1 (acceso VA4) | 395863,90 | 6271993,50 |
| Puente río Colorado - Sector Las Puertas | 376630,11 | 6285519,89 |
| Obra de descarga al río Maipo y acopio de Marina 12 | 368147,00 | 6284072,00 |
| Descarga al río Yeso | 399446,50 | 6273667,70 |
| Rectificación cauce Río Colorado - Sector Cámara de Carga | 388858,50 | 6292371,10 |
| Bocatoma Estero La Engorda | 407256,00 | 6259798,00 |
| Bocatoma Estero Colina | 407156,00 | 6260082,00 |
| Bocatoma Estero Las Placas | 406642,00 | 6260714,00 |
| Bocatoma Estero Morado | 405759,00 | 6261259,00 |
| Bocatoma Río Yeso | 399669,40 | 6274117,00 |

11. Que, con el objeto de dar adecuado seguimiento a la ejecución del proyecto, el titular deberá informar a esta Comisión, al menos con una semana de anticipación, el inicio de cada una de las etapas del proyecto. Además, deberá colaborar con el desarrollo de las actividades de fiscalización de los Órganos del Estado con competencia ambiental en cada una de las etapas del proyecto, permitiendo el acceso a sus diferentes partes y componentes cuando éstos lo soliciten y facilitando la información y documentación que éstos requieran para el buen desempeño de sus funciones.

12. Que, el titular del proyecto deberá informar inmediatamente a la Comisión Regional del Medio Ambiente de la Región Metropolitana de Santiago la ocurrencia de impactos ambientales no previstos en la Declaración de Impacto Ambiental, asumiendo acto seguido, las acciones necesarias para controlarlos y mitigarlos.

13 Que, el titular del proyecto "Proyecto Hidroeléctrico Alto Maipo" deberá comunicar inmediatamente y por escrito a la Comisión Regional del Medio Ambiente de la Región Metropolitana de Santiago, los cambios de titularidad, domicilio o de representante legal.

14. Que, todas las medidas establecidas y disposiciones establecidas en la presente Resolución, son de responsabilidad del titular del proyecto, sean implementadas directamente por éste o a través de un tercero.

15. Que, en atención a todo lo consignado con anterioridad, y si se cumplen todas las medidas y disposiciones establecidas en la presente Resolución, es posible concluir que el Proyecto "Proyecto Hidroeléctrico Alto Maipo" da cumplimiento a la normativa de carácter ambiental; que las medidas de mitigación, compensación y/o reparación, propuestas por el titular y precisadas por esta Comisión, así como las exigencias establecidas por este Órgano, son apropiadas para hacerse cargo de los impactos ambientales generados por el proyecto y de los efectos, características y circunstancias establecidas en el artículo 11 de la Ley N°19.300, en los casos en que éstos se producen; que las medidas propuestas de prevención de riesgos y de contingencias, se hacen cargo de las eventuales situaciones de riesgo; y que el plan de seguimiento ambiental propuesto por el titular, y precisado por esta Comisión, considera

todas las variables ambientales relevantes, las cuales deberán considerarse para asegurar que evolucionan según lo establecido en el Estudio de Impacto Ambiental y sus Adendas.

16. Que, en razón de lo indicado precedentemente, la Comisión Regional del Medio Ambiente de la Región Metropolitana de Santiago,

**RESUELVE:**

1. **CALIFICAR FAVORABLEMENTE** el proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO " presentado por el Señor Derek Edward Martin . en representación de AES GENER S.A, condicionándolo al cumplimiento de los requisitos, exigencias y obligaciones establecidas en la presente Resolución.

2. **CERTIFICAR** que el proyecto "PROYECTO HIDROELÉCTRICO ALTO MAIPO ", de AES GENER S.A, en la medida que se ejecute en el marco de los requisitos, condiciones, exigencias y obligaciones establecidas en la presente Resolución, cumple con la normativa de carácter ambiental aplicable, con los requisitos ambientales de los permisos mencionados en los artículos números: 83, 91, 93, 94, 95, 99, 101, 102, y 106, del Reglamento del SEIA y que respecto de los efectos, características y circunstancias establecidas en el artículo 11 de la Ley N° 19.300, se han establecido las medidas de mitigación, reparación y compensación apropiadas.

3. **DEJAR** constancia que contra la presente Resolución procede el Recurso de Reclamación establecido en la Ley N° 19.300 en el Art. 20 y 29, cuyo plazo para interponerlo es de 30 y 15 días hábiles respectivamente, contados desde la notificación de la presente resolución, para ante el Consejo Directivo de la Comisión Nacional del Medio Ambiente.

Anótese, notifíquese al titular, y archívese,

Igor Garafulic Olivares
Intendente
Presidente Comisión Regional del Medio Ambiente de la
Región Metropolitana de Santiago

Jorge Lagos Rodríguez
Director Suplente
Secretario Comisión Regional del Medio Ambiente de la
Región Metropolitana de Santiago

PC/ DRM/GVR/ EBV/LGM

<u>Carta Certificada</u>
- Representante Legal  AES Gener S.A.
- Secretario Regional Ministerial de Obras Públicas.
- Secretario Regional Ministerial de Salud.
- Secretario Regional Ministerial de Transporte y Telecomunicaciones.
- Secretario Regional Ministerial de Vivienda y Urbanismo
- Secretario Regional Ministerial de Bienes Nacionales
- Secretario Regional Ministerial de Agricultura
- Secretario Ejecutiva Consejo de Monumentos Nacionales.
- Subsecretario de Pesca
- Superintendenta de Servicios Sanitarios.
- Director Servicio Agrícola y Ganadero Región Metropolitana.
- Director Servicio Nacional de Geología y Minería, Zona Central
- Director Servicio de Vivienda y Urbanización, SERVIU RM
- Director Servicio Nacional de Turismo
- Director Corporación Nacional Forestal
- Director Dirección General de Aeronáutica Civil
- Director Dirección General de Aguas Región Metropolitana
- Director Dirección Obras Hidráulicas Región Metropolitana
- Director Dirección de Vialidad Región Metropolitana
- Alcalde I. Municipalidad de San José de Maipo


<u>Distribución:</u>
- Intendente Región Metropolitana.
- Gobernador Provincia de Chacabuco.
- Gobernador Provincia de Melipilla.
- Gobernador Provincia de Talagante.
- Gobernador Provincia del Maipo.
- Gobernadora Provincia de Cordillera.
- Secretario Regional Ministerial de Minería
- Secretario Regional Ministerial de Educación
- Secretario Regional Ministerial de Planificación
- Consejeros Regionales
- Área de Evaluación de Impacto Ambiental, Comisión Nacional del Medio Ambiente.
- Archivo Comisión Regional del Medio Ambiente Región Metropolitana.

Nº EXP:105/2008

*ANEXO I*

**LISTADO DE PERSONAS Y ORGANIZACIONES QUE PARTICIPARON EN EL PROCESO DE PARTICIPACION CIUDADANA.**

***ANEXO II***

## PONDERACIÓN OBSERVACIONES.