# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Alto Maipo Delaware LLC, *et al.*,[1] | ) | Case No. 21-11507 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR
### APRIL 26, 2022 AT 11:00 A.M. (ET)

*This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register no later than April 26, 2022 at 9:00 a.m. (ET).*

*COURTCALL WILL NOT BE USED FOR THIS HEARING.*

*Please use the following link to register for this hearing:*

https://debuscourts.zoomgov.com/meeting/register/vJlsd-qopjwiHidlPTNCQDmB_vIN_ur5LAI

*After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.*

### CONTESTED MATTERS GOING FORWARD

1.  SEALED - Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Minera Los Pelambres [D.I. 349, 3/10/22]

    Objection Deadline: March 17, 2022 at 4:00 p.m. (ET)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1916) (Delaware). The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

[2] **Amendments appear in bold.**

29262463.2

Related Documents:

A. REDACTED - Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Minera Los Pelambres [D.I. 350, 3/10/22]

B. Declaration of Richard Minott in Support of (A) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief and (B) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with MLP [D.I. 354, 3/11/22]

C. Senior Lenders' Joinder to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with MLP [D.I. 375, 3/17/22]

D. Official Committee of Unsecured Creditors'Statement in Support of (I) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP; and (II) Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP [D.I. 381, 3/17/22]

E. Debtors' Reply to Limited Objection and Reservation of Rights of Specially Appearing Minera Los Pelambres to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 395, 3/21/22]

F. Notice of Filing of Revised Proposed Orders Regarding (A) Debtors' Motion for Entry of an Order Pursuant to Section 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Minera Los Pelambres; and (B) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief [D.I. 397, 3/21/22]

G. Motion of Specially-Appearing Minera Los Pelambres for Leave to File Surreply in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 405, 3/23/22]

H. Declaration of Benjamin S. Beller in Support of the Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 406, 4/23/22]

I. Order Granting Motion of Minera Los Pelambres for Leave to File Surreply [D.I. 407, 3/23/22]

J. Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 409, 3/23/22]

K. Scheduling Order [D.I. 461, 4/6/22]

L. Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 524, 4/22/22]

M. Declaration of Miranda Herzog in Support of Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 525, 4/22/22]

N. Senior Lenders' Joinder and Statement in Support of Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 526, 4/22/22]

O. Cerberus' Joinder to and Statement in Support of Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 527, 4/22/22]

P. Joinder of AES Andes S.A. to (A) Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief and (B) Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 528, 4/22/22]

Objections Filed:

A. Limited Objection and Reservation of Rights of Specially-Appearing Minera Los Pelambres to (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 378, 3/17/22]

B. Brief of Specially-Appearing Minera Los Pelambres on Debtors' Motion for Entry of an Order Pursuant to Sections 36 and 365 of the Bankruptcy Code Approving Assumption of Agreement of MLP and (II) Motion to Enforce the Automatic Stay [D.I. 489, 4/13/22]

C. **Motion of Specially-Appearing Minera Los Pelambres for Leave to File Surreply in Support of its Brief [D.I. 532, 4/25/22]**

Status: This matter is going forward.

2. SEALED - Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (II) Granting Related Relief [D.I. 351, 3/10/22]

Objection Deadline: March 17, 2022 at 4:00 p.m. (ET)

Related Documents:

A. REDACTED - Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (II) Granting Related Relief [D.I. 352, 3/10/22]

B. Declaration of Richard Minott in Support of (A) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief and (B) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with MLP [D.I. 354, 3/11/22]

C. Senior Lenders' Joinder to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief [D.I. 376, 3/17/22]

D. Official Committee of Unsecured Creditors' Statement in Support of (I) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP; and (II) Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP [D.I. 381, 3/17/22]

E. Debtors' Reply to Limited Objection and Reservation of Rights of Specially Appearing Minera Los Pelambres to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 395, 3/21/22]

F.  Notice of Filing of Revised Proposed Orders Regarding (A) Debtors' Motion for Entry of an Order Pursuant to Section 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Minera Los Pelambres; and (B) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief [D.I. 397, 3/21/22]

G.  Motion of Specially-Appearing Minera Los Pelambres for Leave to File Surreply in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 405, 3/23/22]

H.  Declaration of Benjamin S. Beller in Support of the Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 406, 4/23/22]

I.  Order Granting Motion of Minera Los Pelambres for Leave to File Surreply [D.I. 407, 3/23/22]

J.  Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 409, 3/23/22]

K.  Scheduling Order [D.I. 461, 4/6/22]

L.  Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 524, 4/22/22]

M.  Declaration of Miranda Herzog in Support of Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 525, 4/22/22]

N.  Senior Lenders' Joinder and Statement in Support of Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 526, 4/22/22]

O. Cerberus' Joinder to and Statement in Support of Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 527, 4/22/22]

P. Joinder of AES Andes S.A. to (A) Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief and (B) Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 528, 4/22/22]

Objections Filed:

A. Limited Objection and Reservation of Rights of Specially-Appearing Minera Los Pelambres to (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 378, 3/17/22]

B. Brief of Specially-Appearing Minera Los Pelambres on Debtors' Motion for Entry of an Order Pursuant to Sections 36 and 365 of the Bankruptcy Code Approving Assumption of Agreement of MLP and (II) Motion to Enforce the Automatic Stay [D.I. 489, 4/13/22]

C. **Motion of Specially-Appearing Minera Los Pelambres for Leave to File Surreply in Support of its Brief [D.I. 532, 4/25/22]**

Status: This matter is going forward.

3. Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano and (II) Granting Related Relief [D.I. 485, 4/12/22]

Objection Deadline: April 19, 2022 at 4:00 p.m. (ET)

Related Documents:

A. Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 521, 4/21/22]

    B. Joinder of AES Andes S.A. to (A) Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief and (B) Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 528, 4/22/22]

    **C. Exhibits of the Ad Hoc Committee of Tort Claimants for Hearing Scheduled for April 26, 2022 at 11:00 a.m. [D.I. 533, 4/25/22]**

    **D. Declaration of Tomas Alarcon Contreras in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 534, 4/25/22]**

    **E. Declaration of Pablo Cortes in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano and (II) Granting Related Relief [D.I. 535, 4/25/22]**

Objections Filed:

    A. Official Committee of Unsecured Creditors' Response to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 509, 4/19/2]

    B. Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 512, 4/19/22]

Status: **This matter is adjourned to April 29, 2022 at 9:00 a.m. (ET).**

4. Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with Manzano [D.I. 487, 4/12/22]

Objection Deadline: April 19, 2022 at 4:00 p.m. (ET)

Objections Filed:

    A. Official Committee of Unsecured Creditors' Response to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Manzano [D.I. 510, 4/19/11]

    B. Emergency Motion of Comunidad de Aguas Canal El Manzano to Adjourn Hearing on Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the

Bankruptcy Code Approving Assumption of Agreement With Manzano [D.I. 511, 4/19/22]

Status: **A status conference on this matter is adjourned to April 29, 2022 at 9:00 a.m. (ET).** The Debtors have agreed to adjourn the hearing on this motion to May 13, 2022.

Dated: April 25, 2022
Wilmington, Delaware

/s/ *Sean T. Greecher*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
S. Alexander Faris (No. 6278)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: pmorgan@ycst.com
sgreecher@ycst.com
afaris@ycst.com

- and -

Richard J. Cooper (admitted *pro hac vice*)
Luke A. Barefoot (admitted *pro hac vice*)
Jack Massey (admitted *pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lbarefoot@cgsh.com
rcooper@cgsh.com
jamassey@cgsh.com

*Counsel to the Debtors and Debtors in Possession*