# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Alto Maipo Delaware LLC, *et al.*,[1] | ) | Case No. 21-11507 (KBO) |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING PREVIOUSLY SCHEDULED FOR APRIL 29, 2022, RESCHEDULED TO MAY 3, 2022 AT 2:00 P.M. (ET)**

*THE HEARING HAS BEEN RESCHEDULED TO MAY 3, 2022 AT 2:00 P.M. (ET)*

*This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register no later than MAY 3, 2022 at 12:00 p.m. (ET).*

*CourtCall will not be used for this hearing.*

*Please use the following link to register for this hearing:*

https://debuscourts.zoomgov.com/meeting/register/vJItd-2pqTkiHIXf2SvwG8894dw_pT6hbP4

*If you previously registered for the hearing scheduled for April 29, 2022, there is no need to re-register.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.*

## CONTESTED MATTERS GOING FORWARD

1.   Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano and (II) Granting Related Relief [D.I. 485, 4/12/22]

   Objection Deadline:   April 19, 2022 at 4:00 p.m. (ET)

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are:  Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1916) (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

[2]     **Amendments appear in bold.**

Related Documents:

A.  Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 521, 4/21/22]

B.  Joinder of AES Andes S.A. to (A) Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic  Stay Against Manzano, and (II) Granting Related Relief and (B) Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 528, 4/22/22]

C.  Exhibits of the Ad Hoc Committee of Tort Claimants for Hearing Scheduled for April 26, 2022 at 11:00 a.m. [D.I. 533, 4/25/22]

D.  Declaration of Tomas Alarcon Contreras in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 534, 4/25/22]

E.  Declaration of Pablo Cortes in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano and (II) Granting Related Relief [D.I. 535, 4/25/22]

F.  Declaration of Patricia Tomasco in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 544, 4/26/22]

Objections Filed:

A.  Official Committee of Unsecured Creditors' Response to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 509, 4/19/2]

B.  Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 512, 4/19/22]

Status: **This matter is adjourned to May 3, 2022 at 2:00 p.m. (ET).**

2.    Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with Manzano [D.I. 487, 4/12/22]

Objection Deadline:    April 19, 2022 at 4:00 p.m. (ET)

Objections Filed:

    A.    Official Committee of Unsecured Creditors' Response to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Manzano [D.I. 510, 4/19/11]

    B.    Emergency Motion of Comunidad de Aguas Canal El Manzano to Adjourn Hearing on Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Manzano [D.I. 511, 4/19/22]

Status: **This matter is adjourned to May 3, 2022 at 2:00 p.m. (ET).**

Dated: April 28, 2022
Wilmington, Delaware

/s/ *Sean T. Greecher*

Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
S. Alexander Faris (No. 6278)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email: pmorgan@ycst.com
        sgreecher@ycst.com
        afaris@ycst.com

- and -

Richard J. Cooper (admitted *pro hac vice*)
Luke A. Barefoot (admitted *pro hac vice*)
Jack Massey (admitted *pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone:     (212) 225-2000
Facsimile:     (212) 225-3999
Email: lbarefoot@cgsh.com
        rcooper@cgsh.com
        jamassey@cgsh.com

*Counsel to the Debtors and Debtors in Possession*

29306139.2