## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ALTO MAIPO DELAWARE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11507 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objections Due: May 18, 2022, at 4:00 p.m. (ET)** |

## SUMMARY OF SECOND MONTHLY FEE APPLICATION OF DENTONS LARRAÍN RENCORET SPA, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CHILEAN COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022

| | |
|---|---|
| Name of Applicant: | Dentons Larraín Rencoret SpA |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Alto Maipo Delaware, LLC, *et al.* |
| Time period covered by this Application | March 1, 2022 through March 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $109,982.50 |
| Amount of payment sought: | $87,986.00 (80% of $109,982.50) |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary: | $0.00 |
| Petition Date | November 17, 2021 |
| Retention Date | March 14, 2022 proactive to February 1, 2022 |

This is a ____X____ monthly _____ interim ____ final application.

This is DLR's second monthly fee application.

---

[1]     The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (37-2021916 (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALTO MAIPO DELAWARE, LLC, *et al.*,[1] | Case No. 21-11507 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objections Due: May 18, 2022, at 4:00 p.m. (ET)** |

### SECOND MONTHLY FEE APPLICATION OF DENTONS LARRAÍN RENCORET SPA, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CHILEAN COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022

Pursuant to sections 328, 330, and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Authorizing Employment and Retention of Dentons Larraín Rencoret SpA as Chilean Counsel to the Official Committee of Unsecured Creditors Proactive to February 1, 2022* [Docket No. 359 (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 162] (the "Interim Compensation Order"), On January 31, 2022, the Committee selected Larraín Rencoret SpA, the applicant herein ("DLR" or "Applicant"), as well as Dentons US LLP ("DUS") and Dentons Bingham Greenebaum LLP ("DBG") all of which are member firms of the Dentons Swiss Verein ("Dentons"), counsel to the Official Committee of Unsecured Creditors (the "Committee")

---

[1]    The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (37-2021916 (Delaware).  The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this second monthly fee application (this "<u>Fee Application</u>") for: (i) compensation in the amount of $109,982.50, for reasonable and necessary legal services DLR rendered to the Committee from March 1, 2022 through March 31, 2022 (the "<u>Fee Period</u>"); and (ii) reimbursement for the actual and necessary expenses that Dentons incurred, in the amount of $0.00 during the Fee Period.

## **Itemization of Services Rendered and Expenses Incurred**

1.     In support of this Fee Application, attached are the following exhibits:

- **<u>Exhibit A</u>** is a schedule providing certain information regarding attorneys and paraprofessionals of DLR who have expended a total of 301.35 hours in connection with these chapter 11 cases during the Fee Period and the amount of time spent by each of these persons providing services to the Committee.

- **<u>Exhibit B</u>** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by DLR attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories DLR established in accordance with its internal billing procedures.  As referenced in **<u>Exhibit B</u>**, DLR incurred $109,982.50 in fees during the Fee Period.  Pursuant to this Fee Application, DLR seeks reimbursement for 80% of such fees ($87,986.00 in the aggregate).

- **<u>Exhibit C</u>** consists of DLR's records of fees incurred during the Fee Period in the rendition of the professional services to the Committee.

## **Reservation of Rights**

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Fee Application due to delays caused by accounting and processing during the Fee Period.  DLR reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Interim Compensation Order.

US_Active\121321668\V-1

Date: April 28, 2022
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**

*/s/ Kevin M. Capuzzi*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Fax: (302) 442-7012
Email: jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

## <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2</u>

I, Carlos Urzúa, hereby certify as follows:

1. I am a partner in the applicant firm, Dentons Larraín Rencoret ("DLR").

and have been admitted to practice law in Chile.

2. I have personally performed many of the legal services rendered by DLR, as Chilean counsel to the Official Committee of Unsecured Creditors, and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware  and submit that the Application complies with such requirements.

Dated: April 28, 2022                  /s/ Carlos Urzúa
                                         Carlos Urzúa

**EXHIBIT A**

**Timekeeper Summary**

| Name of Professional Individual | Position of the Applicant | Departments(s) | Hourly Billing Rate | Total Hours Billed | Total Hours in Decimals | Total Compensation |
|---|---|---|---|---|---|---|
| Carlos Urzua | Partner | Restructuring and Insolvency | 500.00 | 40.25 | 40:15 | $20,125.00 |
| Enrique Benitez | Partner | Energy - Environmental and Natural Resources | 500.00 | 5.0 | 5:00 | $2,500.00 |
| José Miguel López | Partner | Insurance | 450.00 | 1.33 | 1:20 | $600.00 |
| Paula Edwards | Senior Associate | Corporate and Real Estate | 350.00 | 37.67 | 37:40 | $13,183.33 |
| José Domingo Villanueva | Senior Associate | Environmental and Natural Resources | 350.00 | 3.50 | 3:30 | $1,225.00 |
| Daniel Cristi | Senior Associate | Litigation and Dispute Resolution | 350.00 | 22.42 | 22:25 | $7,845.83 |
| Gonzalo Varela | Associate | Litigation and Dispute Resolution, - Restructuring, Insolvency | 350.00 | 121.75 | 121:45 | $42,612.50 |
| Blanca Dominguez | Associate | Environmental and Natural Resources | 320.00 | 12.42 | 1:.25 | $3,973.33 |
| Christian Sánchez Belmonte-Pool | Associate | Real Estate | 320.00 | 53.42 | 53:25 | $17,093.33 |
| Juan Eduardo Vargas | Paralegal | Restructuring and Insolvency - Energy | 215.00 | 3.83 | 3:50 | $824.17 |
| **TOTALS** | | | | **301.59** | **301:35** | **$109,982.50[1]** |

---

[1] For the fee period, Dentons incurred total fees of $109,982.50 with total hours billed 301.35 as reflected on the invoice. Dentons has reviewed the U.S. Trustee guidelines and worked to convert hours and minutes to decimals. Due to the conversion process, there is a variance of $0.10 in total fees and 0.24 hours billed.

**EXHIBIT B**

**SUMMARY BY TASK CODE FOR THE COMPENSATION
PERIOD FROM MARCH 1, 2022, THROUGH MARCH 31, 2022**

| Task Code | Matter Description | Total Hours | Total Fees Requested |
|-----------|--------------------|-------------|----------------------|
| B100 | Administration | 3.25 | USD 4,932.50 |
| B110 | Case Administration | 151.42 | USD 50,639.16 |
| B120 | Asset Analysis & Recovery | 2.17 | USD 723.33 |
| B150 | Meetings & Communications with Debtor or Committee | 40.17 | USD 13,761.67 |
| B185 | Assumption/Rejection of Leases and Contracts | 2.00 | USD 1,000.00 |
| B190 | Litigation and Contested Matters | 11.17 | USD 6,391.66 |
| B230 | Financing/DIP/Cash Collateral Matters | 20.83 | USD 7,805.01 |
| B260 | Board of Directors Matters | 21.08 | USD 6,799.17 |
| B310 | Claims Administration and Objections | 7.17 | USD 2,600.83 |
| B320 | Plan and Disclosure Statement | 5.08 | USD 1,779.17 |
| B410 | General Bankruptcy Advice/Opinions | 32.5 | USD 11,175.00 |
| B420 | Restructuring | 4.75 | USD 2,375.00 |
| | **TOTALS** | **301.59** | **$109,982.50** |

5

**<u>EXHIBIT C</u>**

**Detailed Fee Records**

US_Active\121321668\\V-1

大成 DENTONS

April 26, 2022

Sam Alberts
Alto Maipo SpA
Dentons US LLP
1900 K Street, NW, Washington, DC

Ref: Alto Maipo (Matter Number: US15809920-000001)
Our ref: 001976-0001

Dear Sam,

Enclosed please find our invoice N° 20179 for the amount of USD 109,982.50 corresponding to fees and/or expenses for legal services rendered by Dentons Larraín Rencoret during March 2022. A detail of the noted services is set out in the time record attached to this letter

We would appreciate if you could have this invoice paid within 15 consecutive days of receipt by means of a wire transfer to the following account:

| | | |
|---|---|---|
| Beneficiary Bank (Swift) | : | CREDCLRM (Banco de Credito e Inversiones) |
| Beneficiary | : | Dentons Larraín Rencoret Spa |
| Account N° in Chile | : | ███████ |
| Payments Details | : | Legal Fees/ Invoice N° 20179 |
| RUT(Beneficiary Tax Number) | : | 76.981.912-6 |
| Bank Address: | : | Huérfanos 1184, Santiago -Chile, |
| Our Address: | : | Avda. Apoquindo 3885, 18th Floor, Las Condes Santiago-Chile |

Please send a copy of the transfer instructions provided to your bank to finance.chile@dentons.com

Should you have any questions regarding the above please do not hesitate to contact us.

Best regards,

Maritza Navia
Dentons Larraín Rencoret

Inc:  Detalle de honorarios.
Invoice: 20179.

**DENTONS** 大成

**Alto Maipo SpA**

| | |
|---|---|
| Tax Payer Number | 76170761-2 |
| Address | Rosario Norte 532 Piso 19 |
| Contact | Sam Alberts |
| Phone Number | +1 202 408 7004 |

---

**Debit Note Details**

| | | | |
|---|---|---|---|
| Invoice N° | 20179 | **Total Hours** | 301:35 |
| To | 03/31/22 | **Fees** | **USD 109,982.50** |
| | | Disbursements | USD 0.00 |
| | | **Invoice Total** | **USD 109,982.50** |

---

**Global summary of fees**

| Name | Rated Hours | RATE | FEE |
|---|---|---|---|
| Blanca Dominguez | 12:25 | 320.00 | USD 3,973.33 |
| José Domingo Villanueva | 3:30 | 350.00 | USD 1,225.00 |
| Christian Sanchez | 53:25 | 320.00 | USD 17,093.33 |
| Daniel Cristi | 22:25 | 350.00 | USD 7,845.83 |
| Enrique Benitez | 5:00 | 500.00 | USD 2,500.00 |
| Carlos Urzúa | 40:15 | 500.00 | USD 20,125.00 |
| Juan Eduardo Vargas | 3:50 | 215.00 | USD 824.17 |
| Gonzalo Varela | 121:45 | 350.00 | USD 42,612.50 |
| Paula Edwards | 37:40 | 350.00 | USD 13,183.33 |
| José Miguel López | 1:20 | 450.00 | USD 600.00 |
| **Total** | **301:35** | | **USD 109,982.50** |

---

| | |
|---|---|
| **Subject** | **001976-0001 - Alto Maipo (Matter Number: US15809920-000001)** |
| **Services** | |

| Date | Professional | Matter Summary | Rated Hours |
|---|---|---|---|
| 03/01/22 | Paula Edwards | (B410) internal meeting and reviews of liens. | 1:05 |
| 03/01/22 | Gonzalo Varela | (B320) Review of the plan proposal and the statement of information filed by the debtors (35 minutes). (B110) Coordination with Samantha Ruben regarding chapter 11 regulations and similarities with Chilean law / Team meeting regarding questions posed by Lynn Harrison and James Irving regarding the effects of Chile's recognition of the chapter 11 proceeding / Telephone coordination with Samantha Ruben (3 hours). (B150) Attendance at meeting with unsecured creditors who are not members of the creditors' committee to explain the effects of the proof of claim (1 hour). | 4:35 |
| 03/01/22 | Daniel Cristi | (B110) Meeting with Dentons Chile team regarding the questions introduced by Dentons US related to the recognition of a Chapter 11 procedure in Chile (45 min). | 0:45 |

**大成 DENTONS**

| Date | Professional | Matter Summary | Rated Hours |
|---|---|---|---|
| 03/01/22 | Blanca Dominguez | (B100) Group meeting to coordinate next steps, and to study the questions raised. (40 minutes). | 0:40 |
| 03/02/22 | Gonzalo Varela | (B320) Review of disclosure statement for the joint Chapter 11 plan of reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC pursuant to Chapter 11 of the bankruptcy code / Meeting with team regarding disclosure statement and recognition of the proceeding in Chilean courts (3 hours). (B110) Preparation of mail in response to one from Lynn about possibilities of the debtor requesting recognition in Chile / Meeting with Lynn Harrison regarding the possibilities of Chapter 11 recognition in Chile for this case (3 hours 15 minutes). | 6:15 |
| 03/03/22 | Gonzalo Varela | (B150) Attendance at weekly meeting of the unsecured creditors committee (1 hour). (B190) Review of debtors' objection to emergency motion of the committee of unsecured creditos for entry of an order (15 minutes). (B230) Review of documents uploaded by AlixPartners (1 hour 30 minutes). | 2:45 |
| 03/07/22 | Paula Edwards | (B410) Internal meetings for coordination for liens review and analysis of chapter 11 in Chile. | 3:00 |
| 03/07/22 | Gonzalo Varela | (B110) PPA contract review. Analysis and comments (5 hours). (B230) Review of partial arbitration award (15 minutes). (B150) Meeting with members of the committee of unsecured creditors regarding documents related to the PPA (2 hours). | 7:15 |
| 03/07/22 | Daniel Cristi | (B110) Drafting minute with answers to questions made by Dentons US. | 1:15 |
| 03/07/22 | Daniel Cristi | (B110) Team work call. Discussing distribution of the works to be executed in relation to Alto Maipo case (30 min). | 0:30 |
| 03/07/22 | Blanca Dominguez | (B100): Review of questions asked by Dentons US and team meeting for coordination of next steps. (1 hour) | 1:00 |
| 03/08/22 | Paula Edwards | (B410) Review ana analysis of liens. | 2:00 |
| 03/08/22 | Gonzalo Varela | (B110) Review of a memo on Enforcement Under the Chilean Insolvency Act. Adjustments and comments. Coordination with Lynn Harrison / Review of debtors disclosure statement / Review of some related issues on RSA: Piercing Corporate Veil, D&O, Data Room and Docket Accessible Documents, Data Room Requests Outstanding, Additional Requests (6 hours 30 minutes). | 6:30 |
| 03/09/22 | Paula Edwards | (B410) Internal communications and review of liens on intralink. | 2:15 |
| 03/09/22 | Gonzalo Varela | (B110) Review of inquiries made by Lynn Harrison regarding recognition of foreign proceedings. Analysis and comments / Review of disclosure statement related to RSA / Zoom call with Lynn Harrison and Tania Moyron, among others (6 hours 50 minutes). | 6:50 |
| 03/09/22 | Daniel Cristi | (B110) Reviewing documents uploaded to the Data Room (1 hr). Drafting minute regarding Liens review (3:15 hrs). | 4:15 |
| 03/10/22 | Paula Edwards | (B410) Review of financing and liens documents in Dentons folder on intralinks. | 1:15 |

大成 **DENTONS**

| Date | Professional | Matter Summary | Rated Hours |
|------|--------------|----------------|-------------|
| 03/10/22 | Gonzalo Varela | (B230) Review of summary of proof of claims. / Review of corporate formation documents. / Review of some financing agreements. / Debt and equity analysis regarding Alto Maipo and AES Andes. / Preparation of draft memorandum on the legal effects in Chile of the Alto Maipo case. (7 hours 20 minutes). (B120) Review of Douglas Everett's analysis regarding energy prices (10 minutes). (B110) Zoom call with Lynn Harrison about recognition proceeding in Chile (40 minutes). | 8:10 |
| 03/10/22 | Daniel Cristi | (B110) Reviewing documents uploaded to the Data Room Intralinks (5 min). Drafting minute regarding liens documents regarding the fullfilment of the conditions to be currently in force (30 min). | 0:35 |
| 03/11/22 | Paula Edwards | (B410) Review of financing and liens documents in Dentons folder on intralinks; internal communications; drafting EM; internal communications regarding liens. (5 hours) (B100) Internal meeting regarding pending matters. (1 hour 20 minutes). | 6:20 |
| 03/11/22 | Gonzalo Varela | (B110) Review of memorandum prepared by Lynn Harrison on effects of waiver of claims in Chile. / Review of debtors' motion regarding agreement with MLP. (5 hours 10 minutes). (B230) Preparation of draft memorandum on the legal effects in Chile of the Alto Maipo case. (1 hour). | 6:10 |
| 03/11/22 | Daniel Cristi | (B110) Reviewing documents uploaded to the Data Room Intralinks (2 hr). Drafting minute regarding liens documents regarding the fullfilment of the conditions to be currently in force (2 hr). Translation of the draft to be sent to Dentons US (2 hr). | 5:55 |
| 03/12/22 | Paula Edwards | (B230) Internal communications regarding pending information of liens. | 0:20 |
| 03/14/22 | Carlos Urzúa | (B150) Proffesionals meeting to prepare unsecured creditors meeting. (1 hour) / (B420) Review, analysis and further questions on Chapter 11 Recognition in Chile (3 hours forty five minutes). | 4:45 |
| 03/14/22 | Gonzalo Varela | (B110) Review of questions from Sam Alberts on memo prepared in conjunction with Lynn Harrison. / Meeting with Lynn Harrison about questions on the memo. (4 hours). (B150) Meeting with committee professionals to prepare for next day's meeting with committee members. Meeting with Sam Alberts and Lynn Harrison regarding assumption motion. (4 hours 30 minutes). | 8:30 |
| 03/14/22 | Daniel Cristi | (B110) Reviewing Law 20.720 to asses if requesting bankrupcy procedure is possible in Chile (1 hr). | 1:00 |
| 03/15/22 | Carlos Urzúa | (B150) Unsecured creditors comittee meeting. Several comunicaciones with comitte members about the status of PPA and motion to assumption and RCA (3 hours) / Analysis of motion to dismiss PPA (2 hours) / (B420) Review of RCA in particular D&O liabilities (1 hour) | 6:00 |
| 03/15/22 | Paula Edwards | (B100) Review of billed hours (15 minutes). (B410) Review of Jan's questions regarding good faith of creditors (30 minutes). | 0:45 |
| 03/15/22 | Gonzalo Varela | (B110) Review of several orders issued by Judge Owens. (20 minutes). (B120) Review of letters exchanged between Alto Maipo and MLP regarding PPA. / Review of PPA and modifications. (2 hours). (B150) Preparation of some issues to be held in weekly committee call / Weekly committee call. (2 hours 20 minutes). (B230) Review of report on liens associated with financing agreements. Coordination with Sam Alberts and others. (3 hours). | 7:40 |
| 03/15/22 | Christian Sanchez | (B 110) Analysis of applicable law, regulations, jurisprudence, and doctrine, re. Directors Liability in Chile (6 hours) | 6:00 |

**大成 DENTONS**

| Date | Professional | Matter Summary | Rated Hours |
|------|-------------|----------------|-------------|
| 03/16/22 | Paula Edwards | (236) Internal communications; preparing memo on differences between Chilean and US reorganization; preparing short memo on good faith on reorganization procedures. | 4:10 |
| 03/16/22 | Gonzalo Varela | (B110) Meeting with Sam Alberts and James Irving regarding proposed liquidation of certain unsecured loans. Subsequent meeting with the rest of the professionals regarding this proposal. / Review of RSA regarding D&O liabilities. / Coordination with Chilean team regarding D&O liabilities in relation to RSA. (8 hours). (B190) Review of Committee Draft Objection to Motion to Assume RSA. (30 minutes). | 8:30 |
| 03/16/22 | Christian Sanchez | (B 110) Analysis of applicable law, regulations, jurisprudence, and doctrine, re. Directors Liability in Chile (10 hours) | 10:00 |
| 03/16/22 | Blanca Dominguez | (B310): Study of cases of requests for recognition in Chile of foreign bankruptcy proceedings, and arguments used to request the rejection of such requests. (4 hours 24 minutes) | 4:25 |
| 03/17/22 | Enrique Benitez | (B110)Reviewing PPA and other documents to determine the obligations in case of termination. Tel conf with Carlos Urzúa. | 5:00 |
| 03/17/22 | Paula Edwards | (236) Internal communications and comparing list of secured creditors. | 0:35 |
| 03/17/22 | Gonzalo Varela | (B110) Review of various pleadings filed by debtors and MLP in the proceeding. / Telephone coordination with Samantha Ruben. Coordination with Lynn Harrison. / Review of memorandum on recognition and other issues. / Telephone coordination with Christian Sanchez on D&O liabilities. (7 hours 45 minutes). | 7:25 |
| 03/17/22 | Christian Sanchez | (B 110) Analysis of applicable law, regulations, jurisprudence, and doctrine, re. Directors Liability in Chile. Drafting memo regarding such analysis (8 hours) | 8:00 |
| 03/18/22 | Paula Edwards | (236) Internal communications and review of list of secured creditors. | 0:30 |
| 03/18/22 | Gonzalo Varela | (B150) Call with committee members. / Coordination with Samantha Ruben regarding committee's minutes. (1 hour 30 minutes). (B110) Calls with Lynn Harrison, Sam Alberts, Tania Moyron and others regarding liens review, D&O liabilities, piercieng of corporate veil, among other issues. / Analysis about Chilean experience on piercing of corporate veil. Coordination with Lynn Harrison. (4 hours 30 minutes). | 6:00 |
| 03/18/22 | Christian Sanchez | (B 110) Drafting memo regarding Directors Liability in Chile (8 hours); (B 110) Meeting with Dentons global regarding Directors Liability in Chile (25 minutes) | 10:25 |
| 03/18/22 | Blanca Dominguez | (B150): review of the translation of the minutes of the meetings of the Unsecured Creditors Committee. (1 hour) | 1:00 |
| 03/18/22 | Juan Eduardo Vargas | (B150) Translating Committee Minutes (40 min) | 0:40 |
| 03/21/22 | Carlos Urzúa | (B185) Reviewing term sheet to ammend RCA (1 hour) / (B150) Professionals meeting to discuss term sheet (2 hours 30 minutes) / (B410) Recognition memo review to inform unsecured comittee (1 hour and 30 minutes) | 4:00 |
| 03/21/22 | Gonzalo Varela | (B110) Review of the Chapter 11 Plan treatment of currently defined Class 4 general unsecured unsecured claims for Alto Maipo Delaware LLC, et al. / Call with UCC's professionals. / Coordination with A&M regarding pending liens documents. (3 hours 30 minutes). | 3:30 |
| 03/21/22 | Daniel Cristi | (B310) Reviewing list of secured parties provided by Dentons US. Comparing it with liens uploaded to Intralinks. | 1:15 |

**大成 DENTONS**

| Date | Professional | Matter Summary | Rated Hours |
|------|-------------|----------------|-------------|
| 03/21/22 | Juan Eduardo Vargas | (B150) Translating Committee Minutes (1 HR) | 1:00 |
| 03/22/22 | Carlos Urzúa | (B185) Review revised term sheet (30 minutes) / (B150) Unsecured creditors meeting (1 hour 30 minutes) / (B410) Recognition memo second review (1 hour) | 3:00 |
| 03/22/22 | Paula Edwards | (B410) Review of creditors list and their liens. | 0:40 |
| 03/22/22 | Gonzalo Varela | (B230) Call with A&M regarding pending liens documents. Liens documents review. (1 hour). (B150) Weekly committee call. / Review of associated documents discussed during the meeting. (3 hours) | 4:00 |
| 03/22/22 | Blanca Dominguez | (B150): review of the translation of the minutes of the meetings of the Unsecured Creditors Committee. (3 hours 5 minutes) | 3:05 |
| 03/23/22 | Carlos Urzúa | (150) Term sheet review and amendments in light of meeting with unsecure committee members / Meeting with unsecured creditors committee (2 hours 30 minutes) / (B310) Review comments from L. Barefoot on term sheet to amend RSA (30 minutes) | 3:00 |
| 03/23/22 | Paula Edwards | (B410) Internal communications; review of financing agreement amendments. | 2:05 |
| 03/23/22 | Gonzalo Varela | (B110) Review of latest submissions and resolutions in Prime Clerk. / Review of translations of committee minutes. Coordination with Samantha Ruben. (1 hour 50 minutes). (B150) Meeting with the members of the committee regarding the agreement to be signed with the debtors. (2 hours). | 3:50 |
| 03/24/22 | Carlos Urzúa | (310) Attending hearing re. MLP claim (1 hour ). | 1:00 |
| 03/24/22 | Gonzalo Varela | (B110) Attendance to hearing scheduled for March 24, 2022 at 11:00 am EST. / Review of e-mails exchanged between the counsel for the debtors and the committee. / Review and adjustment of memorandum on recognition of chapter 11 proceeding in Chile. (6 hours 25 minutes). | 6:25 |
| 03/25/22 | Carlos Urzúa | (B260) Alto Maipo Board of Directors Meeting review (2 hours) / Meeting with professionals to discuss this matter (1 hour). | 3:00 |
| 03/25/22 | Gonzalo Varela | (B110) Meeting with A&M on Alto Maipo business plan. (1 hour 30 minutes). | 1:30 |
| 03/25/22 | José Domingo Villanueva | (B110) Alto Maipo compliance program review (2 hours 15 minutes). | 2:00 |
| 03/25/22 | Blanca Dominguez | (B150): Review of translation of unsecured creditors meeting minutes; and email communication with Samantha Ruben. (1 hour 30 minutes) | 1:30 |
| 03/25/22 | Juan Eduardo Vargas | (B150) translating committee minutes (15 min) | 0:20 |
| 03/28/22 | Carlos Urzúa | (B190) Objection to disclosure statement review (3 hours) / Meeting with Lynn and Jim re. potential violation to Chilean law to incorporate to Objection (1 hour) / (B260) Meeting with T. Moyron to analyze board of directors matters and D&O insurance policy (1 hour) | 5:00 |
| 03/28/22 | Paula Edwards | (B410) Review of list of secured creditors and UCC docket on Intralinks. | 5:25 |
| 03/28/22 | Gonzalo Varela | (B110) Analysis and comments on the execution of the plan in Chile. Coordination and call with Lynn Harrison. / Review of the minutes of the board meeting of Alto Maipo SpA. Call wih Tania Moyron, Lynn Harrison, Drew Morocco and others. (4 hours). (B190) Preparation of paragraphs on Chilean law for the draft Objection to Disclosure Statement. (1 hour 25 minutes). | 5:25 |

**大成 DENTONS**

| Date | Professional | Matter Summary | Rated Hours |
|------|-------------|----------------|-------------|
| 03/28/22 | José Domingo Villanueva | (B110) Alto Maipo compliance program review (2 hours 15 minutes). | 1:30 |
| 03/28/22 | Christian Sanchez | (B 110) Research, analysis and review of extra doctrine and jurisprudence regarding the Corporations Directors Liability in Chile; and editing and adjusting memo in accordance with such research and analysis (6 hours); | 6:00 |
| 03/28/22 | Blanca Dominguez | (B150): Review of translation of unsecured creditors meeting minutes; and email communication with Samantha Ruben. (30 minutes) | 0:30 |
| 03/29/22 | Carlos Urzúa | (B190) Further review and comments on draft Objection to Disclosure Statement. Adding comments from Chilean Reorganization Law. | 4:00 |
| 03/29/22 | Paula Edwards | (B 410) Review of new documents on intralinks; meeting with A. Gonzalez. | 2:00 |
| 03/29/22 | Gonzalo Varela | (B190) Review of Objection to Disclosure Statement. (1 hour). (B260) Determination of documents to be analyzed from the point of view of directors' liability. (1 hour). (B230) Preparation of meeting with A&M on secured loans. Call with A&M about liens. (2 hour 40 minutes). | 4:40 |
| 03/29/22 | Daniel Cristi | (B260) Reviewing memo related regarding director's responsibility under local law. | 0:50 |
| 03/29/22 | Christian Sanchez | (B 110) Reading and analyzing 5 different chilean cases related with the Corporations Directors Liability in Chile, their duty of loyalty and duty of care; and drafting brief references of such analysis regarding the directors' duties on such 5 cases; and editing and adjusting the memo in accordance with such analysis (12 hours) | 12:00 |
| 03/29/22 | Blanca Dominguez | (B150): Review of translation of unsecured creditors meeting minutes; and email communication with Samantha Ruben. (15 minutes) | 0:15 |
| 03/29/22 | Juan Eduardo Vargas | (B110) Research, analysis and review of extra doctrine and jurisprudence regarding the Coroporation Directors Liability in Chile; and editing and adjusting memo in accordance with such research and analysis (1:30 hours) | 1:50 |
| 03/30/22 | Carlos Urzúa | (B260) Preparing documentation to inform about governance issues on Alto Maipo Board of directors. | 3:30 |
| 03/30/22 | Paula Edwards | (B410) Review of pledges and amendments on Intralinks. | 5:15 |
| 03/30/22 | Gonzalo Varela | (260) Review of e-mails exchanged with debtors. Coordination with Sam Alberts and others. Review of assciated documents and writs. (3 hours 20 minutes). | 3:20 |
| 03/30/22 | Daniel Cristi | (B260) Drafting memorandum regarding the liability of directors. Reviewing local authors and precedents. | 2:45 |
| 03/31/22 | José Miguel López | B260. Drafting of Memorandum Section on Director & Officers Insurance. | 1:20 |
| 03/31/22 | Carlos Urzúa | (B185) Hearing regarding Motion to Assume MLP Agreement (30 minutes) / (B150) Several meetings and discussions with unsecure creditor Comunidad de Aguas in connection with claim filed in Chile (2 hours) | 3:00 |
| 03/31/22 | Gonzalo Varela | (B110) Professional meeting regarding pending hearings and other issues. / Review of the preliminary injunction docket processed in the case with CNM. (2 hours 30 minutes). | 2:30 |
| 03/31/22 | Daniel Cristi | (B260) Reviewing RSA Agreement to understand the propposal submitted by the Debtor. Reviewing documentation related to acts performed by directors and their eventual responsibility. | 3:20 |

**大成 DENTONS**

| Date | Professional | Matter Summary | Rated Hours |
|------|-------------|----------------|-------------|
| 03/31/22 | Christian Sanchez | (B260) Review and analysis of matters regarding the Directors and Officers (D&O) Insurance Policy and the IntraLinks documents (1 hour) | 1:00 |
| **Total** | | | **301:35** |