# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Alto Maipo Delaware LLC, *et al.*,[1] | ) ) ) | Case No. 21-11507 (KBO) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

## NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR MAY 13, 2022 AT 10:30 A.M. (ET)

*This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register no later than May 13, 2022 at 8:30 a.m. (ET).*

*CourtCall will not be used for this Hearing.*

*Please use the following link to register for this hearing:*

https://debuscourts.zoomgov.com/meeting/register/vJIsce6trDovHwVWU-FeNvGdlymYcwAVfOk

*After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.*

### ADJOURNED/RESOLVED MATTERS

1.  Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Minera Los Pelambres [D.I. 349, 3/10/22]

    Objection Deadline: March 17, 2022 at 4:00 p.m. (ET)

    Related Documents:

    A. Declaration of Richard Minott in Support of (A) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Void Ab Initio Any

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1916) (Delaware). The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

[2] **Amendments appear in bold.**

29270567.2

Purported Termination of the Agreement by MLP, and (III) Granting Related Relief and (B) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with MLP [D.I. 354, 3/11/22]

B. Senior Lenders' Joinder to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with MLP [D.I. 375, 3/17/22]

C. Statement in Support of (I) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP; and (II) Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP [D.I. 381, 3/17/22]

D. Debtors' Reply to Limited Objection and Reservation of Rights of Specially Appearing Minera Los Pelambres to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 395, 3/21/22]

E. Notice of Filing of Revised Proposed Orders Regarding (A) Debtors' Motion for Entry of an Order Pursuant to Section 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Minera Los Pelambres; and (B) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief [D.I. 397, 3/21/22]

F. Motion of Specially-Appearing Minera Los Pelambres for Leave to File Surreply in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 405, 3/23/22]

G. Declaration of Benjamin S. Beller in Support of the Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 406, 4/23/22]

H. Order Granting Motion of Minera Los Pelambres for Leave to File Surreply [D.I. 407, 3/23/22]

I. Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 409, 3/23/22]

Objections Filed:

A. Limited Objection and Reservation of Rights of Specially-Appearing Minera Los Pelambres to (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 378, 3/17/22]

Status: This matter is adjourned *sine die*.

2. Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano and (II) Granting Related Relief [D.I. 485, 4/12/22]

Objection Deadline: April 19, 2022 at 4:00 p.m. (ET)

Related Documents:

A. Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 521, 4/21/22]

B. Joinder of AES Andes S.A. to (A) Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief and (B) Debtors' Reply to Brief of Specially-Appearing Minera Los Pelambres on Debtors' (I) Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP and (II) Motion to Enforce the Automatic Stay [D.I. 528, 4/22/22]

C. Exhibits of the Ad Hoc Committee of Tort Claimants for Hearing Scheduled for April 26, 2022 at 11:00 a.m. [D.I. 533, 4/25/22]

D. Declaration of Tomas Alarcon Contreras in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 534, 4/25/22]

E. Declaration of Pablo Cortes in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano and (II) Granting Related Relief [D.I. 535, 4/25/22]

F. Declaration of Patricia Tomasco in Support of Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 544, 4/26/22]

Objections Filed:

A. Official Committee of Unsecured Creditors' Response to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 509, 4/19/2]

B. Objection of Ad Hoc Committee of Tort Claimants to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Manzano, and (II) Granting Related Relief [D.I. 512, 4/19/22]

Status: This matter is adjourned by agreement of the parties to a date and time to be determined.

3. Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with Manzano [D.I. 487, 4/12/22]

Objection Deadline: April 19, 2022 at 4:00 p.m. (ET)

Objections Filed:

A. Official Committee of Unsecured Creditors' Response to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Manzano [D.I. 510, 4/19/11]

B. Emergency Motion of Comunidad de Aguas Canal El Manzano to Adjourn Hearing on Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Manzano [D.I. 511, 4/19/22]

Status: This matter is adjourned by agreement of the parties to a date and time to be determined.

4. Debtors' First Omnibus Objection to Certain Claims (Substantive) [D.I. 490, 4/13/22]

Objection Deadline: April 27, 2022 at 4:00 p.m. (ET)

Responses Filed:

A. Emergency Motion of Ad Hoc Committee of Tort Claimants to Extend Deadline to Respond to Debtors' First and Second Omnibus Objections to Claims [D.I. 549, 4/27/22]

B. Official Committee of Unsecured Creditors' Limited Response to Debtors' First Omnibus Objection to Certain Claims (Substantive) [D.I. 551, 4/27/22]

Status: This matter is adjourned by agreement of the parties to a date and time to be determined.

5. Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 491, 4/13/22]

Objection Deadline: April 27, 2022 at 4:00 p.m. (ET)

Related Documents:

A. Certificate of No Objection [D.I. 573, 5/4/22]

B. Order Sustaining Debtors' Second Omnibus (Non-Substantive) Objection to Claims [D.I. 578, 5/5/22]

C. **Certification of Counsel [D.I. 601, 5/12/22]**

D. **Order (Corrected) Sustaining Debtors' Second Omnibus (Non-Substantive) Objection to Claims [D.I. 604, 5/1/2]**

Responses Filed: None

Status: An order has been entered. No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

6. Debtors' Motion for Entry of an Order Authorizing the Debtors' Entry Into Stipulations Reducing and Allowing the Claims of Exploraciones, Inversiones Y Asesorias Atlantic Hydro SpA and AP Asesorias En Gestion Y Consultoria [D.I. 567, 5/3/22]

Objection Deadline: May 10, 2022 at 4:00 p.m. (ET)

Related Document:

A. Order, Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), Shortening the Notice Period [D.I. 570, 5/4/22]

B. Notice of Motion [D.I. 571, 5/4/22]

C. **Certificate of No Objection [D.I. 603, 5/12/22]**

**D. Order Authorizing the Debtors' Entry Into Stipulations Reducing and Allowing the Claims of Exploraciones, Inversiones Y Asesorias Atlantic Hydro SpA and AP Asesorias En Gestion Y Consultoria [D.I. 606, 5/12/22]**

Objections Filed: None

Status: **An order has been entered. No hearing is required.**

**CONTESTED MATTERS GOING FORWARD**

7. Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (II) Granting Related Relief [D.I. 351, 3/10/22]

    Objection Deadline: March 17, 2022 at 4:00 p.m. (ET)

    Related Documents:

    A. Declaration of Richard Minott in Support of (A) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief and (B) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement with MLP [D.I. 354, 3/11/22]

    B. Senior Lenders' Joinder to Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief [D.I. 376, 3/17/22]

    C. Statement in Support of (I) Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With MLP; and (II) Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP [D.I. 381, 3/17/22]

    D. Debtors' Reply to Limited Objection and Reservation of Rights of Specially Appearing Minera Los Pelambres to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 395, 3/21/22]

    E. Notice of Filing of Revised Proposed Orders Regarding (A) Debtors' Motion for Entry of an Order Pursuant to Section 363 and 365 of the Bankruptcy Code Approving Assumption of Agreement With Minera Los Pelambres; and (B) Debtors' Motion for Entry of an Order (I) Enforcing the Automatic Stay (II) Declaring Void Ab Initio Any Purported Termination of the Agreement by MLP, and (III) Granting Related Relief [D.I. 397, 3/21/22]

F. Motion of Specially-Appearing Minera Los Pelambres for Leave to File Surreply in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 405, 3/23/22]

G. Declaration of Benjamin S. Beller in Support of the Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 406, 4/23/22]

H. Order Granting Motion of Minera Los Pelambres for Leave to File Surreply [D.I. 407, 3/23/22]

I. Surreply of Specially-Appearing Minera Los Pelambres in Support of Its Limited Objection and Reservation of Rights to the Debtors' (Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 409, 3/23/22]

Objections Filed:

A. Limited Objection and Reservation of Rights of Specially-Appearing Minera Los Pelambres to (I) Motion to Assume Power Purchase Agreement and (II) Motion to Enforce the Automatic Stay [D.I. 378, 3/17/22]

Status: **This matter is adjourned to a date and time to be determined.**

8. Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [D.I. 464, 4/6/22]

Objection Deadline: May 5, 2022 at 4:00 p.m. (ET)

Related Documents:

A. Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [D.I. 465, 4/4/22]

B. Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of the Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 463, 4/6/22]

C. Notice of Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of the Ballot and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 482, 4/6/22]

D. Notice of (A) Executory Contracts and Unexpired Leases That may be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [D.I. 522, 4/21/22]

E. Notice of Filing of Plan Supplement for the Joint Chapter 11 Plan of Reorganization lf Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 523, 4/21/22]

F. Notice of Filing of Second Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 552, 4/27/22]

G. Amended Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 574, 5/4/22]

H. Notice of Filing of Blacklined Version of Amended oint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 575, 5/4/22]

I. Notice of Filing of Revised Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 576, 5/4/22]

J. Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankrutpcy Code [D.I. 584, 5/6/22]

K. Amended Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 588, 5/10/22]

L. Notice of Filing of Blacklined Version of Amended Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC [D.I. 589, 5/10/22]

M. Memorandum of Law in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan [D.I. 590, 5/10/22]

N. Declaration of Javier Dib in Support of Memorandum of Law in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan [D.I. 591, 5/10/22]

O. Declaration of Ari Lefkovits in Support of Memorandum of Law in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan ]D.I. 592, 5/10/22]

P. Declaration of Ivan Caldery Hasche in Support of Memorandum of Law in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan [D.I. 593, 5/10/22]

Q. Statement of Cerberus South American Investments, LLC in Support of Confirmation of The Amended Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 594, 5/10/22]

R. Senior Lenders' Joinder In Support of Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization [D.I. 595, 5/10/22]

S. Notice of Filing of Proposed Confirmation Order [D.I. 596, 5/10/22]

T. Notice of Filing of Further Revised Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 597, 5/10.22]

U. **Notice of Filing of Revised Proposed Confirmation Order and Blackline [D.I. 605, 5/12/22]**

Objections Received/Filed:

A. United States Trustee's Objection to Confirmation of Joint Chapter 11 Plan of Reorganization of Alto Maipo SpA and Alto Maipo Delaware LLC Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 580, 5/5/22]

Status: This matter will be going forward.

**INTERIM FEE APPLICATIONS**

9.     First Interim Fee Applications

    Related Documents:

    A.     See Schedule 1, attached

    Status: This matter will be going forward.

Dated: May 12, 2022
       Wilmington, Delaware

/s/ *Sean T. Greecher*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
S. Alexander Faris (No. 6278)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: pmorgan@ycst.com
       sgreecher@ycst.com
       afaris@ycst.com

- and -

Richard J. Cooper (admitted *pro hac vice*)
Luke A. Barefoot (admitted *pro hac vice*)
Jack Massey (admitted *pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone:   (212) 225-2000
Facsimile:    (212) 225-3999
Email: lbarefoot@cgsh.com
       rcooper@cgsh.com
       jamassey@cgsh.com

*Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Alto Maipo Delaware LLC, *et al.*,[1] | Case No. 21-11507 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

## 1ST INTERIM FEE APPLICATIONS
## <u>SCHEDULE 1</u>

A. Young Conaway Stargatt & Taylor, LLP's First Interim Fee Application for the Period From November 17, 2021 Through and Including February 28, 2022 [D.I. 500, 4/14/22]

  1. First Monthly Fee Application November 17, 2021 through November 30, 2021 [D.I. 185, 12/30/21]

  2. Certificate of No Objection [D.I. 223, 1/21/22]

  3. Second Monthly Fee Application December 1, 2021 through December 31, 2021 [D.I. 220, 1/19/22]

  4. Certificate of No Objection [D.I. 270, 2/15/22]

  5. Third Monthly Fee Application January 1, 2022 through January 31, 2022 [D.I. 281, 2/15/22]

  6. Certificate of No Objection [D.I. 343, 3/9/22]

  7. Fourth Monthly Fee Application February 1, 2022 through February 28, 2022 [D.I. 389, 3/18/22]

  8. Certificate of No Objection [D.I. 484, 4/12/22]

  9. Supplement to First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 501, 4/14/22]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction in which it operates, are: Alto Maipo SpA (761-2) (Chile) and Alto Maipo Delaware LLC (1916) (Delaware). The location of the corporate headquarters and the service address for Alto Maipo SpA is Los Conquistadores 1730, Piso 10, Santiago, Chile.

29246251.1

B.     Cleary Gottlieb Steen & Hamilton LLP's First Interim Fee Application for the Period From November 17, 2021 Through and Including February 28, 2022 [D.I. 500, 4/14/22]

    1. First Monthly Fee Application November 17, 2021 through November 30, 2021 [D.I. 186, 12/30/21]

    2. Certificate of No Objection [D.I. 224, 1/21/22]

    3. Second Monthly Fee Application December 1, 2021 through December 31, 2021 [D.I. 282, 2/15/22]

    4. Certificate of No Objection [D.I. 344, 3/9/22]

    5. Third Monthly Fee Application January 1, 2022 through January 31, 2022 [D.I. 372, 3/16/22]

    6. Certificate of No Objection [D.I. 475, 4/7/22]

    7. Fourth Monthly Fee Application February 1, 2022 through February 28, 2022 [D.I. 488, 4/13/22]

    8. Certificate of No Objection [D.I. 572, 5/4/22]

    9. Supplement to First Interim Fee Application of Cleary Gottlieb Steen & Hamilton LLP [D.I. 502, 4/14/22]

C.     AlixPartners, LLP's First Interim Fee Application for the Period From November 17, 2021 Through and Including February 28, 2022 [D.I. 500, 4/14/22]

    1. First Monthly Application November 17, 2021 through November 30, 2021 [D.I. 187, 12/30/21]

    2. Certificate No Objection [D.I. 225, 1/21/22]

    3. Second Monthly Fee Application December 1, 2021 through December 31, 2021 [D.I. 229, 1/25/22]

    4. Certificate of No Objection [D.I. 289, 2/18/22]

    5. Third Monthly Fee Application January 1, 2022 through January 31, 2022 [D.I. 297, 2/22/22]

    6. Certificate of No Objection [D.I. 392, 3/21/22]

    7. Fourth Monthly Application February 1, 2022 through February 28, 2022 [D.I. 364, 3/14/22]

    8. Certificate of No Objection [D.I. 476, 4/7/22]

D.     Nelson Contador Abogados & Consultores SPA's First Interim Fee Application for the Period From November 17, 2021 Through and Including February 28, 2022 [D.I. 500, 4/14/22]

    1. First Monthly Application January 1, 2022 through January 31, 2022 [D.I. 294, 2/18/22]

    2. Certificate of No Objection [D.I. 363, 3/14/22]

    3. Second Monthly Application February 1, 2022 through February 28, 2022 [D.I. 362, 3/14/22]

    4. Certificate of No Objection [D.I. 454, 4/6/22]

E.     First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period From February 1, 2022 Through February 28, 2022 [D.I. 494, 4/14/22]

    1. First Monthly Application February 1, 2022 through February 28, 2022 [D.I. 412, 3/23/22]

    2. Certificate of No Objection [D.I. 407, 4/14/22]

F.     First Interim Fee Application of Dentons US LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period From January 31, 2022 Through February 28, 2022 [D.I. 498, 4/14/22]

    1. First Monthly Application January 31, 2022 through February 28, 2022 [D.I. 410, 3/23/22]

    2. Certificate of No Objection [D.I. 495, 4/14/22]

G.     First Interim Fee Application of Dentons Bingham Greenbaum LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 31, 2022 Through February 28, 2022 [D.I. 503, 4/14/22]

    1. First Monthly Application January 31, 2022 through February 28, 2022 [D.I. 411, 3/23/22]

    2. Certificate of No Objection [D.I. 496, 4/14/22]

H.     First Interim Fee Application of Dentons Larraín Rencoret SpA, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2022 Through February 28, 2022 [D.I. 499, 4/14/22]

  1. First Monthly Application February 1, 2022 through February 28, 2022 [D.I. 417, 3/24/22]

  2. Certificate of No Objection [D.I. 505, 4/18/22]

I. First Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period February 8, 2022 Through February 28, 2022 [D.I. 493, 4/14/22]

  1. First Monthly Application February 8, 2022 through February 28, 2022 [D.I. 462, 4/6/22]

  2. Certificate of No Objection [D.I. 550, 4/27/22]

J. Lazard Freres & Co LLC and Lazard Chile SpA's First Interim Fee Application as Investment Banker to the Debtors for the Period From November 17, 2021 Through and Including February 28, 2022 [D.I. 500, 4/14/22]

  1. First Monthly Application November 17, 2022 through February 28, 2022 [D.I. 472, 4/7/22]

  2. Certificate of No Objection [D.I. 563, 4/29/22]